IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

HEIDI JURISCH,

                              Plaintiff,

v.

FKA DISTRIBUTING CO., d/b/a
HOMEDICS, INC.; KROGER CO., d/b/a
FRED MEYER and/or FRED MEYER
STORES, INC.; and WAL-MART STORES,
INC., d/b/a WAL-MART;

                              Defendants.

Case No. 3AN-06-6157 CI


**NOTICE OF REMOVAL TO**
**UNITED STATES DISTRICT COURT**

TO:      Clerk of Court
         Alaska Court System, Third Judicial District at Anchorage

AND TO:  Howard J. Meyer, Jr.
         Law Offices of Howard J. Meyer, Jr., P.C.
         P. O. Box 100119
         Anchorage, AK 99510-0119

         Please take notice that pursuant to the provisions of 28 U.S.C. § 1446(d) the Notice

of Removal, a copy of which is attached hereto as Exhibit A, effecting the removal for all

purposes of the above-captioned action, Case No. 3AN-06-6157 CI, to the United States

District Court for the District of Alaska from the Superior Court for the State of Alaska, Third

Judicial District at Anchorage, was filed by the defendant Wal-Mart Stores, Inc., on May 26,

2006, with the Clerk of the United States District Court for the District of Alaska.

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

EXHIBIT ___*A*___
Page ___*1*___ of ___*2*___

DATED this 26 day of May, 2006.

LANE POWELL LLC
Attorneys for Defendant, Wal-Mart Stores, Inc.

By _____
    William A. Earnhart, ASBA 9411099

I certify that on May 26, 2006, a copy
of the foregoing was served by mail on:

Howard J. Meyer, Jr.
Law Offices of Howard J. Meyer, Jr., P.C.
P. O. Box 100119
Anchorage, AK 99510-0119

_____

111655.0267/155337.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

EXHIBIT ___A___
Page ___2___ of ___2___

**Notice of Removal To United States District Court**
*Jurisch v. FKA Distribution Co., et al.*        (Case No. 3AN-06-6157)        Page 2 of 2