William A. Earnhart, ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:   907-276-2631
E-mail:  earnhartw@lanepowell.com
Attorneys for Defendant, Wal-Mart Stores, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| HEIDI JURISCH,<br><br>                         Plaintiffs,<br><br>v.<br><br>FKA DISTRIBUTING CO., /d/ba HOMEDICS, INC.; KROGER CO., d/b/a FRED MEYER and/or FRED MEYER STORES, INC.; and WAL-MART STORES, INC., d/b/a WAL-MART,<br><br>                         Defendants. | Case No. 3:06-cv-_____<br><br><br><br><br><br>**RULE 7.1 CORPORATE DISCLOSURES** |

Defendant, Wal-Mart Stores, Inc., by and through counsel, provides the following disclosure statement in accordance with Civil Rule 7.1(a).

Wal-Mart Stores, Inc. has no parent corporation and is a public-traded corporation.

DATED this 26th day of May, 2006.

                                                   LANE POWELL LLC
                                                   Attorneys for Defendant, Wal-Mart Stores, Inc.

                                                 By_____/s/ William A. Earnhart_____
                                                   William A. Earnhart
                                                   LANE POWELL LLC
                                                   301 West Northern Lights Boulevard, Ste 301
                                                   Anchorage, Alaska 99503-2648
                                                   Telephone:   907-277-9511
                                                   Facsimile:    907-276-2631
                                                   E-mail: earnhartw@lanepowell.com
                                                   ASBA 9411099

I certify that on May 26, 2006, a copy
of the foregoing was served by mail on:

Howard J. Meyer, Jr
Law Offices of Howard J. Meyer, Jr., P.C.
P. O. Box 100119
Anchorage, AK 99510-0119

    /s/ William A. Earnhart

111655.0257/155345.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631