William A. Earnhart, ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
E-mail: earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| HEIDI JURISCH,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>FKA DISTRIBUTING CO., /d/ba HOMEDICS, INC.; KROGER CO., d/b/a FRED MEYER and/or FRED MEYER STORES, INC.; and WAL-MART STORES, INC., d/b/a WAL-MART,<br><br>　　　　　　　　Defendants. | Case No. 3:06-cv-00127 TMB<br><br><br><br><br><br><br><br><br><br>**NOTICE OF COMPLIANCE** |

COMES NOW Defendant, Wal-Mart Stores, Inc., by and through counsel of record, Lane Powell LLC, and provides notice to the court and parties that said defendant has complied with the Court's Order To Petitioner Subsequent To Removal dated May 30, 2006 (Docket No. 4).

The Notice of Filing State Court Record and Notice of Filing Service List were filed May 31, 2006.

DATED this 31th day of May, 2006.

　　　　　　　　　　　　　　　　　　LANE POWELL LLC
　　　　　　　　　　　　　　　　　　Attorneys for Defendant

　　　　　　　　　　　　　　　　　　By　　/s/ William A. Earnhart
　　　　　　　　　　　　　　　　　　William A. Earnhart
　　　　　　　　　　　　　　　　　　LANE POWELL LLC
　　　　　　　　　　　　　　　　　　301 West Northern Lights Boulevard, Ste 301
　　　　　　　　　　　　　　　　　　Anchorage, Alaska 99503-2648
　　　　　　　　　　　　　　　　　　Telephone: 907-277-9511
　　　　　　　　　　　　　　　　　　Facsimile: 907-276-2631
　　　　　　　　　　　　　　　　　　E-mail: earnhartw@lanepowell.com
　　　　　　　　　　　　　　　　　　ASBA 9411099

I certify that on May 31, 2006, a copy
of the foregoing was served by electronic mail on:

Howard J. Meyer, Jr
WALTHER & FLANIGAN
1029 W. 3rd Ave., Suite 250
Anchorage, AK 99501

　　/s/ William A. Earnhart

111655.0267/155370.1