William A. Earnhart, ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:  907-276-2631
E-mail:  earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| HEIDI JURISCH,<br><br>                           Plaintiffs,<br><br>v.<br><br>FKA DISTRIBUTING CO., /d/ba HOMEDICS, INC.; KROGER CO., d/b/a FRED MEYER and/or FRED MEYER STORES, INC.; and WAL-MART STORES, INC., d/b/a WAL-MART,<br><br>                           Defendants. | Case No. 3:06-cv-00127 TMB<br><br><br><br><br><br><br>**NOTICE OF FILING SERVICE LIST** |

COMES NOW Defendant, Wal-Mart Stores, Inc., by and through counsel of record, Lane Powell LLC, and pursuant to the Court's Order of May 30, 2006 [Docket 4], files this Notice of Filing Service List.  Counsel for the parties are as follows:

Plaintiff:

Howard J. Meyer, Jr., Esq.
WALTHER & FLANIGAN
1029 W. 3rd Ave., Suite 250
Anchorage, AK 99501
Telephone:  907-279-9999
Facsimile:  907-258-3804
E-mail:
ASBA No. 8211115

Defendant Wal-Mart Stores, Inc:

William A. Earnhart, Esq.
LANE POWELL LLC
301 W. Northern Lights Blvd., Ste 301
Anchorage, AK 99503-2648
Telephone:  907-277-9511
Facsimile:  907-276-2631
E-mail:  earnhartw@lanepowell.com
ASBA No. 9411099

DATED this 31th day of May, 2006.

                                      LANE POWELL LLC
                                      Attorneys for Defendant

                                      By      /s/ William A. Earnhart
                                            William A. Earnhart
I certify that on May 31, 2006, a copy           LANE POWELL LLC
of the foregoing was served by electronic mail on:   301 West Northern Lights Boulevard, Ste 301

Howard J. Meyer, Jr                             Anchorage, Alaska 99503-2648
WALTHER & FLANIGAN                     Telephone:   907-277-9511
1029 W. 3rd Ave., Suite 250                  Facsimile:    907-276-2631
Anchorage, AK 99501                           E-mail: earnhartw@lanepowell.com
          /s/ William A. Earnhart         ASBA 9411099

111655.0267/155367.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

Notice of Filing Service List
*Jurisch v. FKA Distributing Co., et al.*       (Case No. 3:06-cv-00127 TMB)       Page 2 of 2