William A. Earnhart, ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
E-mail: earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| HEIDI JURISCH,<br><br>         Plaintiffs,<br><br>v.<br><br>FKA DISTRIBUTING CO., /d/ba HOMEDICS, INC.; KROGER CO., d/b/a FRED MEYER and/or FRED MEYER STORES, INC.; and WAL-MART STORES, INC., d/b/a WAL-MART,<br><br>         Defendants. | Case No. 3:06-cv-00127 TMB<br><br><br><br><br><br>**NOTICE OF FILING**<br>**STATE COURT RECORDS** |

COMES NOW Defendant, Wal-Mart Stores, Inc., by and through counsel of record, Lane Powell LLC, and pursuant to the Court's Order of May 30, 2006 [Docket 4), attaches hereto a full and complete copy of the State Court's file in *Heidi Jurisch v. FKA Distributing Co., d/b/a Homedics, Inc.; Kroger Co., d/b/a Fred Meyer and/or Fred Meyer Stores, Inc.; and Wal-Mart Stores, Inc., d/b/a Wal-Mart,* Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-06-6157 CI.

| | | | |
|---|---|---|---|
| A. | Plaintiff | 03/17/06 | Complaint / Summons to FKA Distributing Co. d/b/a Homedics, Inc, , Wal-Mart Stores, Inc. d/b/a Wal-Mart, Kroger Co. d/b/a Fred Meyer |
| B. | Plaintiff | 05/11/06 | First Amended Complaint |
| C. | Plaintiff | 05/11/06 | Notice of Change of Address |
| D. | Plaintiff | 05/24/06 | Affidavit of Service By Certified Mail |
| E. | Defendant (Wal-Mart) | 05/25/06 | Entry of Appearance |

| | | | |
|---|---|---|---|
| F. | Defendant Wal-Mart | 05/25/06 | Demand For Jury Trial |
| G. | Defendant (Wal-Mart) | 05/25/06 | Notice of Removal To United States District Court |
| H. | State Court | 05/25/06 | Docket Sheet |

DATED this 31th day of May, 2006.

          LANE POWELL LLC
          Attorneys for Defendant

I certify that on May 31, 2006, a copy
of the foregoing was served by electronic mail on:

Howard J. Meyer, Jr
WALTHER & FLANIGAN
1029 W. 3rd Ave., Suite 250
Anchorage, AK 99501

    /s/ William A. Earnhart

111655.0267/155368.1

By    /s/ William A. Earnhart
    William A. Earnhart
    LANE POWELL LLC
    301 West Northern Lights Boulevard, Ste 301
    Anchorage, Alaska 99503-2648
    Telephone:   907-277-9511
    Facsimile:   907-276-2631
    E-mail: earnhartw@lanepowell.com
    ASBA 9411099

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

**Notice of Filing State Court Record**
*Jurisch v. FKA Distributing Co., et al.*     (Case No. 3:06-cv-00127 TMB)     Page 2 of 2