CTV-125CV (1/04)(bt-back)                                                    Civil Rule 3(a)

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

HEIDI JURISCH,

          Plaintiff,

vs.

FKA DISTRIBUTING CO., d/b/a
HOMEDICS, INC.; KROGER CO.,
d/b/a FRED MEYER; and WAL-MART
STORES, INC., d/b/a WAL-MART;

          Defendants.          Case No. 3AN-06-6157 Civil

## NOTICE OF CHANGE OF ADDRESS

    COMES NOW plaintiff Heidi Jurisch, by and through her counsel, and hereby

gives notice of counsel's change of address and phone number. The new address is: Walther

& Flanigan, 1029 West 3rd Avenue, Suite 250, Anchorage, Alaska 99501; and the phone

number is (907) 279-9999.

    DATED at this _11th_ day of May, 2006, at Anchorage, Alaska.

          WALTHER & FLANIGAN
          Attorneys for Plaintiff Heidi Jurisch

          By: _____
          Howard J. Meyer, Jr.
          Alaska Bar No. 8806136

4649\Pld\NoticeAddress

<div style="margin-left:0">
WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804
</div>

EXHIBIT _C_
PAGE _1_ OF _1_

NOTICE OF CHANGE OF ADDRESS
JURISCH V. FKA DISTRIBUTING CO., ET AL, CASE NO. 3AN-06-6157 CIVIL
PAGE 1 OF 1