IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

HEIDI JURISCH,

    Plaintiff,

vs.

FKA DISTRIBUTING CO., d/b/a HOMEDICS, INC.; KROGER CO., d/b/a FRED MEYER; and WAL-MART STORES, INC., d/b/a WAL-MART;

    Defendants.

Case No. 3AN-06-6157 Civil

## AFFIDAVIT OF SERVICE BY CERTIFED MAIL

COMES NOW Jessica L. Rasor, and states that I am an employee of Walther & Flanigan, counsel for Plaintiff in the above-entitled action, and that the Law Offices of Walther & Flanigan received the Return Receipt green cards from the U.S. Postal Service from the envelopes that contained a copy of the Summons and First Amended Complaint in the above mentioned case. A copy of the Return Receipt green cards for the following are attached hereto: (1) FKA Distributing Co. d/b/a Homedics, Inc.; (2) Kroger Co/ d/b/a Fred Meyer and /or Fred Meyers Stores, Inc.; and (3) Wal-Mart Stores, Inc., defendants in this action. Service of process has been completed on all defendants in this action.

EXHIBIT  D
PAGE  1  OF  5

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

AFFIDAVIT OF SERVICE BY CERTIFIED MAIL
JURISCH V. FKA DISTRIBUTING CO., ET AL, CASE NO. 3AN-06-6157 CIVIL
PAGE 1 OF 2



DATED this 24 day of May, 2006 at Anchorage, Alaska.

Jessica L. Rasor

SUBSCRIBED AND SWORN to before me this 24th day of May, 2006.



Notary in and for Alaska
My Commission Expires 1/5/2010

4649\Pld\AffidavitofService

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

EXHIBIT D
PAGE 2 OF 5

AFFIDAVIT OF SERVICE BY CERTIFIED MAIL
JURISCH V. FKA DISTRIBUTING CO., ET AL, CASE NO. 3AN-06-6157 CIVIL
PAGE 2 OF 2

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*  L Lear     B. Date of Delivery  5-15<br>C. Signature<br>X *L Lear*   ☐ Agent   ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Wal-Mart Stores, Inc.<br>By and through its registered agent<br>CT Corporation System<br>801 West 10th Street, Suite 300<br>Juneau, AK 99801 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☒ Yes |
| 2. Article Number *(Copy from service label)*  7004 2890 0003 9697 1476 | |
| PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952 | |

EXHIBIT  D
PAGE  3  OF  5

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*<br>*A Lear* | B. Date of Delivery<br>5-15 |
| | C. Signature<br>X *Lear* | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>Kroger co. d/b/a Fred Meyer and/ or Fred Meyers Stores, Inc.<br>By and through its registered agent<br>Corporation Service Company<br>801 W 10th Street, Suite 300<br>Juneau, AK 99801 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No | |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☒ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)*    ☒ Yes | |
| 2. Article Number *(Copy from service label)* | 7004 2890 0003 9697 1483 | |

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

EXHIBIT  D
PAGE  4  OF  5

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery<br>JENIN L. WIGHMAN  5-15-06<br>C. Signature<br>X _Jewel Wyht_   ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>FKA Distributing Co. d/b/a Homedics, Inc.<br>Roman Ferber<br>3000 Pontiac TR<br>Commerce TWP, MI 48390 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number (Copy from service label)<br>7004 2890 0003 9697 1469 | |
| PS Form 3811, July 1999  Domestic Return Receipt  102595-00-M-0952 | |

EXHIBIT _D_
PAGE _5_ OF _5_