IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

HEIDI JURISCH,

          Plaintiff,

v.

FKA DISTRIBUTING CO., d/b/a
HOMEDICS, INC.; KROGER CO., d/b/a
FRED MEYER and/or FRED MEYER
STORES, INC.; and WAL-MART STORES,
INC., d/b/a WAL-MART;

          Defendants.

Case No. 3AN-06-6175 CI

06-6157 CI

**ENTRY OF APPEARANCE**

COMES NOW the law firm of LANE POWELL LLC and enters its appearance as attorneys of record on behalf of defendant, Wal-Mart Stores, Inc., in the above-captioned case, and requests that copies of all pleadings filed in this action be mailed or delivered to its offices at 301 W. Northern Lights Blvd., Suite 301, Anchorage, Alaska 99503-2648.

DATED this 25 day of May, 2006.

          LANE POWELL LLC
          Attorneys for Defendant, Wal-Mart Stores, Inc.

          By_____
          William A. Earnhart, ASBA 9411099

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

I certify that on May 25, 2006, a copy of the foregoing was served by mail on:

Howard J. Meyer, Jr.
Law Offices of Howard J. Meyer, Jr., P.C.
P. O. Box 100119
Anchorage, AK 99510-0119

_____

111655.0267/155304.1

EXHIBIT E
PAGE 1 OF 1