IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

HEIDI JURISCH,

        Plaintiff,

v.

FKA DISTRIBUTING CO., d/b/a HOMEDICS, INC.; KROGER CO., d/b/a FRED MEYER and/or FRED MEYER STORES, INC.; and WAL-MART STORES, INC., d/b/a WAL-MART;

        Defendants.

Case No. 3AN-06-6175 CI

06-6157CI

**DEMAND FOR JURY TRIAL**

COME NOW defendant, Wal-Mart Stores, Inc., by and through counsel, and request and demand a trial by jury on all issues triable of right by jury in the above-captioned matter

DATED this 25th day of May, 2006.

LANE POWELL LLC
Attorneys for Defendant, Wal-Mart Stores, Inc.

By_____
William A. Earnhart, ASBA 9411099

I certify that on May 25, 2006, a copy of the foregoing was served by mail on:

Howard J. Meyer, Jr.
Law Offices of Howard J. Meyer, Jr., P.C.
P. O. Box 100119
Anchorage, AK 99510-0119

111655.0267/155305.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

EXHIBIT F
PAGE 1 OF 1