IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

**COPY**
Original Received
MAY 26 2006
Clerk of the Trial Courts

HEIDI JURISCH,

                Plaintiff,

v.

FKA DISTRIBUTING CO., d/b/a
HOMEDICS, INC.; KROGER CO., d/b/a
FRED MEYER and/or FRED MEYER
STORES, INC.; and WAL-MART STORES,
INC., d/b/a WAL-MART;

                Defendants.

Case No. 3AN-06-6157 CI

**NOTICE OF REMOVAL TO
UNITED STATES DISTRICT COURT**

TO:    Clerk of Court
         Alaska Court System, Third Judicial District at Anchorage

AND TO:    Howard J. Meyer, Jr.
              Law Offices of Howard J. Meyer, Jr., P.C.
              P. O. Box 100119
              Anchorage, AK 99510-0119

Please take notice that pursuant to the provisions of 28 U.S.C. § 1446(d) the Notice of Removal, a copy of which is attached hereto as Exhibit A, effecting the removal for all purposes of the above-captioned action, Case No. 3AN-06-6157 CI, to the United States District Court for the District of Alaska from the Superior Court for the State of Alaska, Third Judicial District at Anchorage, was filed by the defendant Wal-Mart Stores, Inc., on May 26, 2006, with the Clerk of the United States District Court for the District of Alaska.

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

EXHIBIT G
PAGE 1 OF 4

DATED this 26 day of May, 2006.

          LANE POWELL LLC
          Attorneys for Defendant, Wal-Mart Stores, Inc.

          By _____
              William A. Earnhart, ASBA 9411099

I certify that on May 26, 2006, a copy of the foregoing was served by mail on:

Howard J. Meyer, Jr.
Law Offices of Howard J. Meyer, Jr., P.C.
P. O. Box 100119
Anchorage, AK 99510-0119

_Jean Pree_

111655.0267/155337.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

EXHIBIT G
PAGE 2 OF 4

COPY
Original Received
MAY 26 2006
Clerk of the Trial Courts

William A. Earnhart, ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
E-mail: earnhartw@lanepowell.com
Attorneys for Defendant, Wal-Mart Stores, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| HEIDI JURISCH,<br><br>        Plaintiffs,<br><br>v.<br><br>FKA DISTRIBUTING CO., /d/ba HOMEDICS, INC.; KROGER CO., d/b/a FRED MEYER and/or FRED MEYER STORES, INC.; and WAL-MART STORES, INC., d/b/a WAL-MART,<br><br>        Defendants. | Case No. 3:06-cv-_____<br><br><br><br><br><br>**NOTICE OF REMOVAL FROM<br>STATE COURT** |

TO:  The United States District Court
    For the District of Alaska

AND TO: Howard J. Meyer, Jr.
     Law Offices of Howard J. Meyer, Jr., P.C.
     P. O. Box 100119
     Anchorage, AK 99510-0119

  You are hereby notified that, pursuant to 28 U.S.C. §§ 1331, 1332(a)(1), 1441 and 1446, the above defendant, WAL-MART STORES, INC., has this day filed in the United States District Court for the District of Alaska this Notice of Removal of the following action: *Heidi Jurisch v. FKA Distributing Co., d/b/a Homedics, Inc.; Kroger Co., d/b/a Fred Meyer and/or Fred Meyer Stores, Inc.; and Wal-Mart Stores, Inc., d/b/a Wal-Mart*, filed in the Superior Court for the State of Alaska, Third

EXHIBIT G
PAGE 3 OF 4

EXHIBIT A
Page 1 of 2

Judicial District at Anchorage, Case No. 3AN-06-6157 CI. You are also notified that the said defendant has filed a copy of this Notice with the Clerk of the Superior Court for the Third Judicial District at Anchorage, and that said action has thereby been removed from the Superior Court to the United States District Court. *See* Exhibit A hereto ("Notice of Removal to United States District Court" w/o attachments).

The grounds for removal are as follows: Diversity of citizenship. 28 U.S.C. §§ 1331, 1332(a)(1), 1441 and 1446. Plaintiff is a resident of the State of Alaska (Complaint at P. 1); Defendant is an Arkansas corporation doing business in the State of Alaska.

Suit was filed by plaintiff in Alaska Superior Court, Third Judicial District at Anchorage, on or about March 17, 2006, and the First Amended Complaint was filed May 11, 2006, and served on defendant on May 15, 2006.

Based on the above, this Court has both original and removal jurisdiction over this action, and defendant is entitled to remove this action to this Court from the Superior Court for the State of Alaska.

DATED this 26th day of May, 2006.

                                                  LANE POWELL LLC
                                                  Attorneys for Defendant, Wal-Mart Stores, Inc.

I certify that on May _____, 2006, a copy of the foregoing was served by mail on:

Howard J. Meyer, Jr
Law Offices of Howard J. Meyer, Jr., P.C.
P. O. Box 100119
Anchorage, AK 99510-0119

                                        By_____/s/ William A. Earnhart_____
                                            William A. Earnhart
                                            LANE POWELL LLC
                                            301 West Northern Lights Boulevard, Ste 301
                                            Anchorage, Alaska 99503-2648
                                            Telephone:   907-277-9511
                                            Facsimile:    907-276-2631
                                            E-mail: earnhartw@lanepowell.com
                                            ASBA 9411099

111655.0267/155339.1

*Left margin:* LANE POWELL LLC / 301 West Northern Lights Boulevard, Suite 301 / Anchorage, Alaska 99503-2648 / Telephone 907.277.9511 Facsimile 907.276.2631

Notice of Removal From State Court
*Jurisch v. FKA Distributing Co., et al.*   (Case No. 3:06-cv-_____)   Page 2 of 2

EXHIBIT A
Page 2 of 2

EXHIBIT G
PAGE 4 OF 4