

```
3AN-06-06157CI          Jurisch, Heidi vs.  FKA Distributing Co et al          PJM
```

Search Criteria
 Docket Entry
 Images          All Dockets                          Begin Date              SortDescending
 Participant                                          End Date
 Display OptionExclude Non Display Dockets

Search Results

| Docket Date | Reference | Description | Amt Owed/ Amt Dism/Credit | Amount Due |
|---|---|---|---|---|
| 5/25/2006 | 9 | Attorney Information<br>Attorney Earnhart, William A representing Defendant Wal-Mart Stores Inc as of 05/25/2006<br>Attorney: Earnhart, William A (9411099)<br>Wal-Mart Stores Inc (Defendant); | 0.00 | 0.00 |
| 5/25/2006 | 8 | Demand Jury Trial<br>Attorney: Earnhart, William A (9411099) | 0.00 | 0.00 |
| 5/24/2006 | 7 | Return of Service - Summons Served by Certified Mail - Served on:<br>FKA Distributing Co (Defendant); Kroger Co (Defendant); Wal-Mart Stores Inc (Defendant); | 0.00 | 0.00 |
| 5/11/2006 | 6 | Notice of Change of Address<br>Attorney: Meyer Jr, Howard J (8806136)<br>Heidi Jurisch (Plaintiff); | 0.00 | 0.00 |
| 5/11/2006 | 5 | First Amended Complaint<br>Attorney: Meyer Jr, Howard J (8806136)<br>Heidi Jurisch (Plaintiff); | 0.00 | 0.00 |
| 3/17/2006 | 4 | Attorney Information<br>Attorney Meyer Jr, Howard J representing Plaintiff Jurisch, Heidi as of 03/17/2006 | 0.00 | 0.00 |
| 3/17/2006 | 3 | Case Flagged for Civil Rule 4(j) Tracking (3AN)<br>FKA Distributing Co (Defendant); Kroger Co (Defendant); Wal-Mart Stores Inc (Defendant); | 0.00 | 0.00 |
| 3/17/2006 | 2 | Summons Issued | 0.00 | 0.00 |
| 3/17/2006 | 1 | Complaint for Property Damage Only - Superior Ct  Receipt: 151836  Date: 03/17/2006 | 150.00 | 0.00 |

EXHIBIT __H__
PAGE __1__ OF __1__