Kenneth M. Gutsch, ASBA 8811186
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
E-mail:  kgutsch@richmondquinn.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH,<br><br>    Plaintiff,<br><br> v.<br><br>FKA DISTRIBUTING CO., d/b/a HOMEDICS, INC.; KORGER CO., d/b/a FRED MEYER and/or FRED MEYER STORES, INC.; and WAL-MART STORES, INC., d/b/a WAL-MART,<br><br>    Defendants. | Case No. 3:06-cv-00127 (TMB) |

## JOINDER IN REMOVAL

COMES NOW, FKA Distributing Co., d/b/a Homedics, Inc., by and through its attorneys Richmond & Quinn, and hereby join in Wal-Mart Stores, Inc., d/b/a Wal-Mart's removal to federal court.

Dated this 2nd day of June, 2006, at Anchorage, Alaska.

                              RICHMOND & QUINN
                              Attorneys for Defendant
                              FKA DISTRIBUTING CO. d/b/a
                              HOMEDICS, INC.

                              /s/
                      By: _____
                              Kenneth M. Gutsch
                              Alaska Bar No. 8811186


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 2nd day of June, 2006, to:

Howard J. Meyer, Jr., P.C.
P.O. Box 100119
Anchorage, AK 99510-0119

Brewster H. Jamieson
Lane Powell
301 W. Northern Lights Blvd., Suite 301
Anchorage, AK 99503-2648

Mark L. Figura
Rose & Figura, PC
1207 W. 8th Avenue
Anchorage, AK 99501

/s/
_____
      RICHMOND & QUINN

2222\001\Pld\Notice of Removal - FEDERAL


NOTICE OF REMOVAL

Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 2