Brewster H. Jamieson, ASBA 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:   907-276-2631
E-mail: jamiesonw@lanepowell.com
Attorneys for Defendant, Wal-Mart Stores, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| HEIDI JURISCH,<br><br>                              Plaintiffs,<br><br>v.<br><br>FKA DISTRIBUTING CO., /d/ba HOMEDICS, INC.; KROGER CO., d/b/a FRED MEYER and/or FRED MEYER STORES, INC.; and WAL-MART STORES, INC., d/b/a WAL-MART,<br><br>                              Defendants. | Case No. 3:06-cv-00127-TMB<br><br><br><br><br><br>NOTICE OF CHANGE OF COUNSEL<br>FOR DEFENDANT<br><u>WAL-MART STORES, INC.</u> |

NOTICE IS HEREBY GIVEN that William A. Earnhart is no longer associated with Lane Powell, LLC and should be removed from the service list as attorney for defendant, Wal-Mart Stores, Inc.  All future electronic filings, pleadings, discovery, correspondence and related materials should be directed to:  Brewster H. Jamieson, Lane Powell LLC, 301 W. Northern Lights Blvd., Suite 301, Anchorage, AK 99503-2648.

DATED this 8th day of June, 2006.

LANE POWELL LLC
Attorneys for Defendant, Wal-Mart Stores, Inc.

By   /s/ Brewster H. Jamieson
Brewster H. Jamieson
LANE POWELL LLC
301 West Northern Lights Boulevard, Ste 301
Anchorage, Alaska 99503-2648
Telephone:   907-277-9511
Facsimile:    907-276-2631
E-mail: Jamiesonb@lanepowell.com
ASBA 8411122

I certify that on June 8, 2006, a copy of the foregoing was served by electronic mail on:

Howard J. Meyer, Jr
WALTHER & FLANIGAN
1029 w. 3rd Ave., Ste 250
Anchorage, AK 99501

   /s/ Brewster H. Jamieson
111655.0267/155457.1