Kenneth M. Gutsch, ASBA 8811186
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
E-mail:  kgutsch@richmondquinn.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH,<br><br>                Plaintiff,<br><br>  v.<br><br>FKA DISTRIBUTING CO., d/b/a HOMEDICS, INC.; KROGER CO., d/b/a FRED MEYER and/or FRED MEYER STORES, INC.; and WAL-MART STORES, INC., d/b/a WAL-MART,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00127<br>   (TMB) |

**STIPULATION FOR SUBSTITUTION OF COUNSEL
AND ENTRY OF APPEARANCE**

COME NOW the law firms of Lane Powell, Richmond & Quinn and Rose & Figura, P.C., and stipulate that Richmond & Quinn substitute as attorneys for defendants, Wal-Mart Stores, Inc. d/b/a Wal-Mart, and Kroger Co., d/b/a Fred Meyer and/or Fred Meyer Stores, Inc.   Richmond & Quinnand hereby enters its appearance as counsel for all defendants, Wal-Mart Stores,

Inc. d/b/a Wal-Mart, and Kroger Co., d/b/a Fred Meyer and/or Fred Meyer Stores, Inc., as well as FKA Distributing Co., d/b/a/ Homedics, Inc., in the above captioned action.

DATED: 6/9/06

LANE POWELL

s/

_____
Brewster H. Jamieson
LANE POWELL
301 W. Northern Lights Blvd.
Suite 301
Anchorage, AK 99503
Ph: (907) 264-3325
Fax: (907) 276-2631
jamiesonb@lanepowell.com
Alaska Bar No. 8411122

DATED: 6/9/06

RICHMOND & QUINN

s/

_____
Kenneth M. Gutsch
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK 99501
Ph: (907) 276-5727
Fax: (907) 276-2953
kgutsch@richmondquinn.com
Alaska Bar No. 8811186

DATED:  6/9/06               ROSE & FIGURA, PC

                             s/

                             _____
                             Mark L. Figura
                             ROSE & FIGURA
                             1207 W. 8th Avenue
                             Anchorage, AK 99501
                             Ph: (907) 276-5366
                             Fax: (907) 278-5948
                             mfigura@acsalaska.net
                             Alaska Bar No. 7911096

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 9th day of June, 2006, to:

Howard J. Meyer, Jr., P.C.
P.O. Box 100119
Anchorage, AK 99510-0119

Brewster H. Jamieson
Lane Powell
301 W. Northern Lights Blvd., Suite 301
Anchorage, AK 99503-2648

Mark L. Figura
Rose & Figura, PC
1207 W. 8th Avenue
Anchorage, AK 99501

s/
_____
      RICHMOND & QUINN

2222\001\Pld\Substition

STIPULATION FOR SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 3