Kenneth M. Gutsch, ASBA 8811186
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
E-mail:  kgutsch@richmondquinn.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FKA DISTRIBUTING CO., d/b/a ) | |
| HOMEDICS, INC.; KROGER CO., ) | |
| d/b/a FRED MEYER and/or FRED ) | Case No. 3:06-cv-00127 |
| MEYER STORES, INC.; and WAL- ) | (TMB) |
| MART STORES, INC., d/b/a WAL- ) | |
| MART, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION FOR SUBSTITUTION OF COUNSEL**
**AND ENTRY OF APPEARANCE**

COME NOW the law firms of Lane Powell, Richmond & Quinn and Rose & Figura, P.C., and stipulate that Richmond & Quinn substitute as attorneys for defendants, Wal-Mart Stores, Inc. d/b/a Wal-Mart, and Kroger Co., d/b/a Fred Meyer and/or Fred Meyer Stores, Inc.  Richmond & Quinnand hereby enters its appearance as counsel for all defendants, Wal-Mart Stores,

Inc. d/b/a Wal-Mart, and Kroger Co., d/b/a Fred Meyer and/or Fred Meyer Stores, Inc., as well as FKA Distributing Co., d/b/a/ Homedics, Inc., in the above captioned action.

DATED:  6/9/06                LANE POWELL

                              s/Brewster H. Jamieson (consent)

                              _____
                              Brewster H. Jamieson
                              LANE POWELL
                              301 W. Northern Lights Blvd.
                              Suite 301
                              Anchorage, AK 99503
                              Ph: (907) 264-3325
                              Fax: (907) 276-2631
                              jamiesonb@lanepowell.com
                              Alaska Bar No. 8411122

DATED:  6/9/06                RICHMOND & QUINN

                              s/Kenneth M. Gutsch

                              _____
                              Kenneth M. Gutsch
                              RICHMOND & QUINN
                              360 K Street, Suite 200
                              Anchorage, AK 99501
                              Ph: (907) 276-5727
                              Fax: (907) 276-2953
                              kgutsch@richmondquinn.com
                              Alaska Bar No. 8811186

DATED:  6/9/06                    ROSE & FIGURA, PC

                                  s/Mark L. Figura (consent)

                                  _____
                                  Mark L. Figura
                                  ROSE & FIGURA
                                  1207 W. 8th Avenue
                                  Anchorage, AK 99501
                                  Ph: (907) 276-5366
                                  Fax: (907) 278-5948
                                  mfigura@acsalaska.net
                                  Alaska Bar No. 7911096


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 9th day of June, 2006, to:

Howard J. Meyer, Jr., P.C.
P.O. Box 100119
Anchorage, AK 99510-0119

Brewster H. Jamieson
Lane Powell
301 W. Northern Lights Blvd., Suite 301
Anchorage, AK 99503-2648

Mark L. Figura
Rose & Figura, PC
1207 W. 8th Avenue
Anchorage, AK 99501

s/Kenneth M. Gutsch
_____
     RICHMOND & QUINN

2222\001\Pld\Substition


STIPULATION FOR SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 3