William A. Earnhart, ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:   907-276-2631
E-mail:  earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| HEIDI JURISCH,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>FKA DISTRIBUTING CO., /d/ba HOMEDICS, INC.; KROGER CO., d/b/a FRED MEYER and/or FRED MEYER STORES, INC.; and WAL-MART STORES, INC., d/b/a WAL-MART,<br><br>　　　　　　　　　Defendants. | Case No. 3:06-cv-00127-TMB<br><br>**NOTICE OF<br>WITHDRAWAL FROM SERVICE LIST** |

　　　PLEASE TAKE NOTICE that, pursuant to the Stipulation for Substitution of Counsel and Entry of Appearance at Docket No. 12, the undersigned requests to be removed from the service list in the above-captioned matter.

　　　DATED this 14th day of June, 2006.

　　　　　　　　　　　　LANE POWELL LLC
　　　　　　　　　　　　Attorneys for Defendant Wal-Mart Stores, Inc.


　　　　　　　　　　　　By  s/ Brewster H. Jamieson
　　　　　　　　　　　　　301 West Northern Lights Boulevard, Suite 301
　　　　　　　　　　　　　Anchorage, Alaska  99503-2648
　　　　　　　　　　　　　Tel: 907-277-9511
　　　　　　　　　　　　　Fax: 907-276-2631
　　　　　　　　　　　　　Email:  jamiesonb@lanepowell.com
　　　　　　　　　　　　　ASBA No. 8411122

I certify that on June 14, 2006, a copy of
the foregoing was served by ECF  on:

Kenneth M. Gutsch
kgutsch@richmondquinn.com

and by mail on:
Howard J. Meyer , Jr

  /s/ Brewster H. Jamieson
111655.0267/155344.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631