**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u> HEIDI JURISCH </u>   v.   <u> FKA DISTRIBUTING CO., et al. </u>

THE HONORABLE TIMOTHY M. BURGESS

D<small>EPUTY</small> C<small>LERK</small>                                                    CASE NO. <u> 3:06-00127-TMB </u>

<u> Patty Demeter </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**         DATE: July 19, 2006

**XX**   A Rule 16(b) minute order requiring a status report was issued in this case, and no timely report was filed.

    **XX**   File Rule 16(b) status report within 15 days from the date of this minute order.

    __   Show cause within 15 days from the date of this minute order why this case should not be dismissed for repeated failure to comply with a Rule 16(b) minute order.

    __   This case is dismissed for repeated failure to comply with a Rule 16(b) minute order and follow-up minute order(s).

__   A status report has been filed in response to the court's call for a status report which fails to comply with the court's Rule 16(b) minute order. The deficiencies are noted below. A <u>complete</u> report, complying in all respects with the Rule 16(b) minute order, shall be filed within 15 days of this minute order. Deficiencies:

[]{IIA2.WPD*Rev.12/96}