Kenneth M. Gutsch, ASBA 8811186
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
E-mail:  kgutsch@richmondquinn.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH,                         ) | |
|                                        ) | |
|                     Plaintiff,         ) | |
|                                        ) | |
|        v.                              ) | |
|                                        ) | |
| FKA DISTRIBUTING CO., d/b/a            ) | |
| HOMEDICS, INC.; KROGER CO.,            ) | |
| d/b/a FRED MEYER and/or FRED           ) Case No. 306-cv-00127 (TMB) | |
| MEYER STORES, INC.; and WAL-           ) | |
| MART STORES, INC., d/b/a WAL-          ) | |
| MART,                                  ) | |
|                                        ) | |
|                     Defendants.        ) | |

_____

**SCHEDULING AND PLANNING CONFERENCE REPORT**

1.  **Meeting.**  In accordance with F.R.Civ.P. 26(f), a
meeting was held on July 20, 2004 and was attended by:

   Kenneth M. Gutsch       Attorney for Defendants

   Howard J. Meyer, Jr.    Attorney for Plaintiff

   The parties recommend the following:

2.    **Pre-Discovery Disclosures.**  The information required by F.R.Civ.P.26(a)(1):

☐ have been exchanged by the parties.

X will be exchanged by the parties by August 22, 2006.

Proposed changes to disclosure requirements:  _____.

Preliminary witness lists:

☐ have been exchanged by the parties.

X will be exchanged by the parties by October 13, 2006.

3.    **Contested Issues of Fact and Law.**  Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter: Liability, causation, and damages.  There will be an issue as to the loss of evidence and how that bears on plaintiff's case.

4.    **Discovery Plan.**  The parties jointly propose to the court the following discovery plan.

A.    Discovery will be needed on the following issues: Liability, causation and damages. There will be an issue as to the loss of evidence and how that bears on plaintiff's case.

B.    All discovery commenced in time to be completed by May 4, 2007. ("discovery close date").

C.    Limitations on Discovery:

1.    Interrogatories:

X No change from F.R.Civ.P.33(a).

SCHEDULING AND PLANNING CONFERENCE REPORT

☐ Maximum of _____ by each party to any other party.

Responses due in _____ days.

2.    Requests for Admissions:

X No change from F.R.Civ.P.36(a).

☐ Maximum of _____ requests.

Responses due in _____ days.

3.    Depositions:

X No change from F.R.Civ.P.36(a),(d).

☐ Maximum of _____ depositions by each party.

Depositions not to exceed 6 hours unless agreed to by all parties.

D.    Reports from retained experts:

X    Plaintiff desires simultaneous expert disclosure dates. Defendants desire seriatum expert report disclosure dates. Therefore the issue of whether expert reports should be simultaneous or seriatum may be briefed at a later point.  Both parties agree that expert report deadlines should not be scheduled later

than 90 days before the close of discovery subject to F.R.Civ.P.26(a)(2)(C).

☐  Reports due: _____

From plaintiff_____   From defendant 30 days after plaintiff.

E.   Supplementation of disclosures and discovery responses are to be made:

☐ Periodically at 60-day intervals from the entry of scheduling and planning order.

X As new information is acquired, but not later than 60 days before the close of discovery.

F.   A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

X 45 days prior to the close of discovery.

☐ Not later than _____.

5.   **Pretrial Motions.**

X No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c) [Check and complete all that apply]:

☐ Motions to amend pleadings or add parties to be filed not later than _____.

SCHEDULING AND PLANNING CONFERENCE REPORT

Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 4

☐ Motions in limine and Dispositive motions must be filed not later than _____.

6.  **Other Provisions:**

    A.  X The parties do not request a conference with the court before the entry of the scheduling order.

        ☐ The parties request a scheduling conference with the court on the following issue(s): _____.

    B.  Alternative Dispute Resolution [D.Ak. LR 16.2]:

        ☐ This matter is not considered a candidate for court-annexed alternative dispute resolution.

        X The parties will file a request for alternative dispute resolution not later than May 4, 2007.

        X Mediation

        ☐ Early Neutral Evaluation

    C.  The parties do not consent to trial before a magistrate judge.

    D.  Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1:

        X All parties have complied.

        ☐ Compliance not required by any party.

7.  **Trial.**

A.   The matter will be ready for trial:

X 45 days after the discovery close date.

☐   not later than _____.

B.   This matter is expected to take 5 days to try (2 ½ per side.)

C.   Jury Demanded X Yes    ☐ No

Right to jury trial disputed? ☐ Yes    X  No

Dated this 31st day of July, 2006, at Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Defendant
FKA DISTRIBUTING CO. d/b/a
HOMEDICS, INC.

s/Kenneth M. Gutsch
By: _____
Kenneth M. Gutsch
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK 99501
Ph: (907) 276-5727
Fax: (907) 276-2953
kgutsch@richmondquinn.com
Alaska Bar No. 8811186

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 31st day of July, 2006, to:

Howard J. Meyer, Jr.,
Walther & Flanigan
1029 W. 3rd Ave, Suite 250
Anchorage, AK 99501


s/Kenneth M. Gutsch
_____
        RICHMOND & QUINN

2222\001\Pld\Scheduling and Planning Conference Report