Kenneth M. Gutsch, ASBA 8811186
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
E-mail:  kgutsch@richmondquinn.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FKA DISTRIBUTING CO., d/b/a HOMEDICS, INC.; KROGER CO., d/b/a FRED MEYER and/or FRED MEYER STORES, INC.; and WAL-MART STORES, INC., d/b/a WAL-MART, | ) Case No. 3:06-cv-00127 (TMB) |
| | ) |
| Defendants. | ) |

**STIPULATION BY THE PARTIES TO EXTEND THE TIME WITHIN WHICH TO EXCHANGE INITIAL DISCLOSURES FROM AUGUST 22, 2006 TO SEPTEMBER 5, 2006**

The parties, by and through their respective counsel, hereby stipulate and agree that the deadline to

exchange their initial disclosures will be due on or before September 5, 2006, instead of August 22, 2006.

|  |  |
|---|---|
| DATED:_____ By: | s/Howard J. Meyer, Jr. w/consent<br>_____<br>Howard J. Meyer, Jr.<br>WALTHER & FLANIGAN<br>Resolution Plaza<br>1029 W. 3rd Avenue, Suite 250<br>Anchorage, AK 99501<br>Ph: 279-9999<br>Fax: 258-3804<br>hmeyer@waltherflanigan.com<br>Alaska Bar No. 8806136<br>Attorneys for Plaintiff |
| DATED:_____ By: | s/Kenneth M. Gutsch<br>_____<br>Kenneth M. Gutsch<br>RICHMOND & QUINN<br>360 K Street, Suite 200<br>Anchorage, AK 99501<br>Ph: (907) 276-5727<br>Fax: (907) 276-2953<br>kgutsch@richmondquinn.com<br>Alaska Bar No. 8811186<br>Attorneys for Defendants |

STIPULATION BY THE PARTIES TO EXTEND THE TIME WITHIN WHICH TO EXCHANGE INITIAL DISCLOSURES FROM AUGUST 22, 2006 TO SEPTEMBER 5, 2006

Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this _____ day of August, 2006, to:

Howard J. Meyer, Jr.
Walther & Flanigan
1029 W. 3rd Ave, Suite 250
Anchorage, AK 99501


s/Kenneth M. Gutsch
_____
     RICHMOND & QUINN

2222\001\Pld\Stipulation to Extend Time To Exchange Initial Disclosures

STIPULATION BY THE PARTIES TO EXTEND THE TIME WITHIN WHICH TO EXCHANGE INITIAL DISCLOSURES FROM AUGUST 22, 2006 TO SEPTEMBER 5, 2006

Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 3