```
Kenneth M. Gutsch, ASBA 8811186
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
E-mail:  kgutsch@richmondquinn.com
Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH, )<br>)<br>           Plaintiff, )<br>)<br>  v. )<br>)<br>FKA DISTRIBUTING CO., d/b/a )<br>HOMEDICS, INC.; KORGER CO., )<br>d/b/a FRED MEYER and/or FRED )<br>MEYER STORES, INC.; and WAL- )<br>MART STORES, INC., d/b/a WAL- )<br>MART, )<br>)<br>           Defendants. )<br>_____ | Case No. 3:06-cv-00127<br>(TMB) |

### ORDER

IT IS ORDERED that the deadline for the parties to exchange their initial disclosures has been extended to September 5, 2006.

Dated: _____     _____

                                              Judge of the United States District Court

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this \_\_\_\_\_ day of August, 2006, to:

Howard J. Meyer, Jr., P.C.
P.O. Box 100119
Anchorage, AK 99510-0119

1

_____
      RICHMOND & QUINN

2222\001\Pld\Order re Extension of Time to Exchange Initial Disclosures

ORDER

Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 2