Kenneth M. Gutsch, ASBA 8811186
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
E-mail:  kgutsch@richmondquinn.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FKA DISTRIBUTING CO., d/b/a HOMEDICS, INC.; KROGER CO., d/b/a FRED MEYER and/or FRED MEYER STORES, INC.; and WAL-MART STORES, INC., d/b/a WAL-MART, | ) ) ) ) Case No. 3:06-cv-00127 ) (TMB) ) |
| Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT FOR FRED MEYER,
KROGER, AND HOMEDICS**

COMES NOW HoMedics, Inc., Fred Meyer, and Kroger and hereby disclose that HoMedics, Inc. has no parent; Fred Meyer Stores, Inc., is a subsidiary of Fred Meyer, Inc. whose parent is The Kroger Co., Ohio.  The Kroger Co., Ohio has no parent.

DATED this 15th day of September, 2006, at Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Defendant
FKA DISTRIBUTING CO. d/b/a
HOMEDICS, INC.

By: s/Kenneth M. Gutsch
_____
Kenneth M. Gutsch
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK 99501
Ph: (907) 276-5727
Fax: (907) 276-2953
kgutsch@richmondquinn.com
Alaska Bar No. 8811186

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 15th day of September, 2006, to:

Howard J. Meyer, Jr.
Walther & Flanigan
1029 W. 3rd Ave, Suite 250
Anchorage, AK 99501


s/Kenneth M. Gutsch
_____
    RICHMOND & QUINN

2222\001\Pld\Corporate Disclosure Statement


CORPORATE DISCLOSURE STATEMENT FOR FRED MEYER,
KROGER, AND HOMEDICS

Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 2