Kenneth M. Gutsch, ASBA 8811186
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
E-mail:  kgutsch@richmondquinn.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FKA DISTRIBUTING CO., d/b/a HOMEDICS, INC.; KROGER CO., d/b/a FRED MEYER and/or FRED MEYER STORES, INC.; and WAL-MART STORES, INC., d/b/a WAL-MART, | ) ) ) Case No. 3:06-cv-00127 ) (TMB) ) ) |
| Defendants. | |

**CORPORATE DISCLOSURE STATEMENT FOR WALMART STORES, INC.**

COMES NOW Wal-Mart Stores, Inc., and hereby discloses that there are no parent corporations of Wal-Mart Stores, Inc. and no publicly held corporation owns 10% or more of the stock of Wal-Mart Stores, Inc.

DATED this 21st day of September, 2006, at Anchorage, Alaska.

          RICHMOND & QUINN
          Attorneys for Defendant
          FKA DISTRIBUTING CO. d/b/a
          HOMEDICS, INC.

          s/Kenneth M. Gutsch
    By: _____
          Kenneth M. Gutsch
          RICHMOND & QUINN
          360 K Street, Suite 200
          Anchorage, AK 99501
          Ph: (907) 276-5727
          Fax: (907) 276-2953
          kgutsch@richmondquinn.com
          Alaska Bar No. 8811186

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 21st day of September, 2006, to:

Howard J. Meyer, Jr.
Walther & Flanigan
1029 W. 3rd Ave, Suite 250
Anchorage, AK 99501


s/Kenneth M. Gutsch
_____
  RICHMOND & QUINN

2222\001\Pld\Corporate Disclosure Statement 02


CORPORATE DISCLOSURE STATEMENT FOR WAL-MART STORES, INC.

Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 2