Kenneth M. Gutsch, ASBA 8811186
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
E-mail:  kgutsch@richmondquinn.com
Attorneys for Defendant


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| HEIDI JURISCH,                              )<br>                                             )<br>               Plaintiff,   )<br>                                             )<br>     v.                                     )<br>                                             )<br>FKA DISTRIBUTING CO., d/b/a                  )<br>HOMEDICS, INC.; KROGER CO.,                  )<br>d/b/a FRED MEYER and/or FRED                 ) Case No. 3:06-cv-00127<br>MEYER STORES, INC.; and WAL-                 ) (TMB)<br>MART STORES, INC., d/b/a WAL-                )<br>MART,                                        )<br>                                             )<br>               Defendants.  )<br> | |

**DEFENDANTS' UNOPPOSED MOTION FOR RELAXATION OF TIME TO FILE
PRELIMINARY WITNESS LIST**

COMES NOW, defendants FKA DISTRIBUTING CO., d/b/a HOMEDICS, INC.; KROGER CO., d/b/a FRED MEYER and/or FRED MEYER STORES, INC.; and WAL-MART STORES, INC., d/b/a WAL-MART, and hereby move for leave to file their preliminary witness list.

This court ordered the filing of preliminary witness lists on October 13, 2006. Due to an internal calendaring error, the deadline was miscalendared. Defendants hereby request a relaxation of the court's deadline to file their preliminary witness list.

Defendants have spoken with plaintiff's counsel, Howard Meyers, and he does not oppose the motion.

Plaintiff will not suffer any prejudice because the case is still early on in the discovery process, and the close of discovery is not until May 4, 2007.

Dated this 18th day of October, 2006, at Anchorage, Alaska.

                         RICHMOND & QUINN
                         Attorneys for Defendant
                         FKA DISTRIBUTING CO. d/b/a
                         HOMEDICS, INC.

                         s/Kenneth M. Gutsch
By: _____
                         Kenneth M. Gutsch
                         RICHMOND & QUINN
                         360 K Street, Suite 200
                         Anchorage, AK 99501
                         Ph: (907) 276-5727
                         Fax: (907) 276-2953
                         kgutsch@richmondquinn.com
                         Alaska Bar No. 8811186

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 18th day of October, 2006, to:

Howard J. Meyer, Jr.
Walther & Flanigan
1029 W. 3rd Ave, Suite 250
Anchorage, AK 99501


s/Kenneth M. Gutsch
_____
       RICHMOND & QUINN

2222\001\Pld\Motion for Relaxation