Kenneth M. Gutsch, ASBA 8811186
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
E-mail:  kgutsch@richmondquinn.com
Attorneys for Defendant


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| HEIDI JURISCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FKA DISTRIBUTING CO., d/b/a | ) |
| HOMEDICS, INC.; KROGER CO., | ) |
| d/b/a FRED MEYER and/or FRED | ) Case No. 3:06-cv-00127 |
| MEYER STORES, INC.; and WAL- | (TMB) |
| MART STORES, INC., d/b/a WAL- | |
| MART, | |
| | |
| Defendants. | |

ORDER

COMES NOW, the court, and hereby grants defendants'
motion for extension of time to file their preliminary witness
list on October 18, 2006.

DATED:_____          _____

                               Judge  of  the  United  States  District
                               Court

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 18th day of October, 2006, to:

Howard J. Meyer, Jr.
Walther & Flanigan
1029 W. 3rd Ave, Suite 250
Anchorage, AK 99501


s/Kenneth M. Gutsch
_____
     RICHMOND & QUINN

2222\001\Pld\Order re Motion for Relaxation