Kenneth M. Gutsch, ASBA 8811186
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
E-mail:  kgutsch@richmondquinn.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| HEIDI JURISCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FKA DISTRIBUTING CO., d/b/a | ) |
| HOMEDICS, INC.; KROGER CO., | ) |
| d/b/a FRED MEYER and/or FRED | ) Case No. 3:06-cv-00127 |
| MEYER STORES, INC.; and WAL- | (TMB) |
| MART STORES, INC., d/b/a WAL- | |
| MART, | |
| | |
| Defendants. | |

_____

### DEFENDANTS' PRELIMINARY WITNESS LIST

COMES NOW, defendants, FKA DISTRIBUTING CO., d/b/a

HOMEDICS, INC.; KROGER CO., d/b/a FRED MEYER and/or FRED MEYER

STORES, INC.; and WAL-MART STORES, INC., d/b/a WAL-MART, by

and through their counsel, Richmond & Quinn, hereby provides

their preliminary witness list as follows:

1.      D'Nette Berkowitz
        1523 Atkinson Drive
        Anchorage, AK 99504
        (907) 333-0711

This witness is a neighbor of plaintiff, and called plaintiff the morning of the fire to advise her of the same.

2.      ARCP 30(b)(6) Designee(s) (re persons most
        knowledgeable about the subject product)
        FKA Distributing Co., d/b/a HoMedics, Inc.;
        Kroger, Co., d/b/a Fred Meyer and/or Fred Meyer
        Stores, Inc.; Wal-Mart Stores, Inc., d/b/a Wal-
        Mart
        c/o Richmond & Quinn
        360 K Street, Suite 200
        Anchorage, AK 99501
        (907) 276-5727

They are defendants in this action.

3.      John Glenn
        John Glenn Investigations
        13351 Cove Circle
        Anchorage, AK 99515
        (907) 345-2717

Mr. Glenn is expected to address issues concerning the proper method for fire investigation, potential causes of the fire, and how the loss of evidence has impaired the investigation of the cause and origin of the fire; and the extent of betterment received by plaintiff resulting from the reconstruction and replacement of materials and fixtures.

PRELIMINARY WITNESS LIST
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 2

      4.        Heidi Jurisch
               c/o Walther & Flanigan
               1029 West 3rd Avenue, Suite 250
               Anchorage, AK 99501
               (907) 279-9999

Ms. Jurisch is the plaintiff in this action.

      5.        Christine King
               Current address unknown
               (907) 337-0894

Ms. King allegedly purchased the subject HoMedics water fountain and gave it to plaintiff as a gift for Christmas 2003.

      6.        Don Ohler
               6827 Colonial Ct., #3
               Anchorage, AK  99502
               (907) 727-0608

Mr. Ohler is an expert in construction and accounting and expected to address the extent of betterment received by plaintiff resulting from the roof reconstruction and replacement of materials and fixtures.

      7.        Betty and Rene Medina
               1249 280th Avenue
               Westport, IA 52656
               (319) 528-4017

These witnesses were neighbors of plaintiff at the time of the fire. It is believed that Mr. Medina and/or his wife

were the first to discover the fire and call the fire department.

8.     Craig Mitchell and/or
       John Stiegleiter
       ARCP 30(b)(6) Designee(s)
       State Farm Insurance Company
       P.O. Box 241809
       Anchorage, AK 99524
       (800) 478-3510

This witness has knowledge regarding State Farm's investigation of the fire; the damages sustained to plaintiff's home and contents; and State Farm's adjusting and payment of a portion of plaintiff's damages.

9.     Danen Nichols
       c/o Municipality of Anchorage, Department of Law
       Robert Owens, Attorney
       632 W. 6th Avenue, Suite 730
       Anchorage, AK 99519-6650

Ms. Turner is the records custodian knowledgeable about the loss of Anchorage Fire Department's records and fountain.

10.    Nick Pirone (deceased)
       ARCP 30(b)(6) Designee(s)
       Shiloh Construction
       1200 E. 76th Avenue, Suite 1226
       Anchorage, AK 99518
       (907) 349-1958

This witness has knowledge regarding its examination and repair of plaintiff's fire damaged home.

11.    Witham Reeve
       Reeve Engineering
       (907) 243-2262

Mr. Reeve is an electrical engineer and will be asked to address electrical engineering issues surrounding the cause of the fire.

12.    Captain Bob Southwick and/or
       ARCP 30(b)(6) Designee(s)
       c/o Anchorage Fire Department
       100 E. 4th Avenue
       Anchorage, AK 99501
       (907) 267-4936

Captain Southwick investigated the fire and is knowledgeable about the loss of the fountain and the Anchorage Fire Department's records.

13.    Dave Vanderlin
       HoMedics, Inc.
       c/o Richmond & Quinn
       360 K Street, Suite 200
       Anchorage, AK 99501
       (907) 276-5727

Mr. Vanderlin is the Director of Engineering and Compliance at HoMedics, Inc. and is expected to address the history of incidents with the subject product. Any and all witnesses to the fire and/or to the use of the fountain prior to the fire.

14.    John Wettlaufer
       Consumer Relations Manager

```
                    HoMedics, Inc.
                    c/o Richmond & Quinn
                    360 K Street, Suite 200
                    Anchorage, AK 99501
                    (907) 276-5727
```

Mr. Wettlaufer is the Manager of Quality Control at HoMedics, Inc. and is expected to address the history of incidents with the subject product.

```
        15.     Diane Zalaz
                HoMedics, Inc.
                c/o Richmond & Quinn
                360 K Street, Suite 200
                Anchorage, AK 99501
                (907) 276-5727
```

Ms. Zalaz is the Manager of Quality Control at HoMedics, Inc. and is expected to address the history of incidents with the subject product.

        16.     Any and all persons who investigated the subject fire on behalf of State Farm.

        17.     Any and all witness to plaintiff's damages.

Dated this 18th day of October, 2006, at Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Defendant
FKA DISTRIBUTING CO. d/b/a
HOMEDICS, INC.


s/Kenneth M. Gutsch
By: _____
Kenneth M. Gutsch
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK 99501
Ph: (907) 276-5727
Fax: (907) 276-2953
kgutsch@richmondquinn.com
Alaska Bar No. 8811186


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 18th day of October, 2006, to:

Howard J. Meyer, Jr.
Walther & Flanigan
1029 W. 3rd Ave, Suite 250
Anchorage, AK 99501


s/Kenneth M. Gutsch
_____
      RICHMOND & QUINN

2222\001\Pld\Preliminary Witness List