# Exhibit A

FireRMS #: 0008230

| | |
|---|---|
| Alarm Level: | 1 |
| Problem: | Structure Fire |
| Agency: | Municipality of Anchorage |
| Jurisdiction: | Anchorage Fire Department |
| Division: | Station 06 Response District |
| Battalion: | Station 06 Response District |
| Response Plan: | Fire, Full Response Sta 06 |
| Command Ch: | |
| Primary TAC: | |
| Secondary TAC: | |

| | |
|---|---|
| County: | Anchorage |
| Location Type: | |
| Cross Street: | LINK CT/LINK CT |
| Grid Number: | |
| Call Back Phone: | 907-332-3591 |
| Caller Location: | 1605 ATKINSON DR |

Elapsed Times

| User | Description | Time |
|---|---|---|
| AM | Received to In Queue | 00:00:14 |
| AM | Call Taking | 00:00:59 |
| AM | In Queue to 1st Assign | 00:00:08 |
| AM | Call Received to 1st Assign | 00:00:27 |
| AM | Assigned to 1st Enroute | 00:02:00 |
| AM | Enroute to 1st Arrived | 00:02:37 |
| 7 AM | Incident Duration | 00:00:59 |

| Staged | Arrived | At Patient | Delay Avail | Complete | Cancel Reason |
|---|---|---|---|---|---|
| | 9:27:42 AM | | | 10:16:07 AM | |
| | 9:27:39 AM | | | 9:41:50 AM | |
| | 9:27:46 AM | | | 9:31:32 AM | |

asp?102805                                           10/16/2006

## Incident Detail

Page 3 of 6

| Date | Time | | | |
|---|---|---|---|---|
| 4/12/2004 | 10:18:31 AM | DLE | Response | AWWU notified used hydrant |
| 4/12/2004 | 11:35:56 AM | EOH | Response | Per unit request Enstar/Chug advsd res to residense |

### Address Changes

| Date | Time | Location/Address | User |
|---|---|---|---|
| 4/12/2004 | 9:18:33 AM | / 1603 Atkinson Dr | Hayes, Esther O. |

### Priority Changes

No Priority Changes

### Alarm Level Changes

| Date | Time | Change to Alarm | |
|---|---|---|---|
| 4/12/2004 | 9:17:34 AM | Good, Andrew | 1 |
| 4/12/2004 | 9:24:08 AM | Good, Andrew | 1 |

### Call Activities

| Date | Time | Radio | Activity | Location | Comments | User |
|---|---|---|---|---|---|---|
| 4/12/2004 | 9:17:27 AM | | Incident Late | | Waiting incident marked as late | |
| 4/12/2004 | 9:17:34 AM | E06 | 01 - Dispatched | 1603 Atkinson Dr | Response Number (5-04-01891) | AG |
| 4/12/2004 | 9:17:34 AM | E03 | 01 - Dispatched | 1603 Atkinson Dr | Response Number (5-04-01892) | AG |
| 4/12/2004 | 9:17:34 AM | S01 | 01 - Dispatched | 1603 Atkinson Dr | Response Number (5-04-01893) | AG |
| 4/12/2004 | 9:17:34 AM | T03 | 01 - Dispatched | 1603 Atkinson Dr | Response Number (5-04-01894) | AG |
| 4/12/2004 | 9:17:34 AM | M06 | 01 - Dispatched | 1603 Atkinson Dr | Response Number (5-04-01895) | AG |
| 4/12/2004 | 9:17:34 AM | B4 | 01 - Dispatched | 1603 Atkinson Dr | Response Number (5-04-01896) | AG |
| 4/12/2004 | 9:17:34 AM | Sa1 | 01 - Dispatched | 1603 Atkinson Dr | Response Number (5-04-01897) | AG |
| 4/12/2004 | 9:17:34 AM | B1 | 01 - Dispatched | 1603 Atkinson Dr | Response Number (5-04-01898) | AG |
| 4/12/2004 | 9:17:34 AM | Te14 | 01 - Dispatched | 1603 Atkinson Dr | Response Number (5-04-01899) | AG |
| 4/12/2004 | 9:19:34 AM | E06 | 02 - Responding | 1603 ATKINSON DR | Responding From = Station 06 | DLE |
| 4/12/2004 | 9:19:44 AM | E03 | 02 - Responding | 1603 ATKINSON DR | Responding From = Station 03 | DLE |
| 4/12/2004 | 9:20:03 AM | T03 | 02 - Responding | 1603 ATKINSON DR | Responding From = Station 03 | DLE |
| 4/12/2004 | 9:20:06 AM | Te14 | 02 - Responding | 1603 ATKINSON DR | Responding From = Station 14 | DLE |
| 4/12/2004 | 9:20:10 AM | Sa1 | 02 - Responding | 1603 ATKINSON DR | Responding From = Station 12 | DLE |

Incident Detail                                                                                                    Page 4 of 6

| Date | Time | Unit | Status | Location | Notes | By |
|---|---|---|---|---|---|---|
| 4/12/2004 | 9:20:12 AM | S01 | 02 - Responding | 1603 ATKINSON DR | Responding From = Station 01 | DLE |
| 4/12/2004 | 9:20:22 AM | B1 | 02 - Responding | 1603 ATKINSON DR | Responding From = Station 01 | DLE |
| 4/12/2004 | 9:20:25 AM | B4 | 02 - Responding | 1603 ATKINSON DR | Responding From = Station 01 | DLE |
| 4/12/2004 | 9:20:27 AM | M06 | 02 - Responding | 1603 ATKINSON DR | Responding From = Station 06 | DLE |
| 4/12/2004 | 9:22:11 AM | M06 | 04 - On Location | 1603 Atkinson Dr | | DLE |
| 4/12/2004 | 9:24:08 AM | M03 | 01 - Dispatched | 1603 Atkinson Dr | Response Number (5-04-01900) | AG |
| 4/12/2004 | 9:24:23 AM | M03 | 02 - Responding | 1603 Atkinson Dr | Responding From = Station 03 | AG |
| 4/12/2004 | 9:24:33 AM | Te14 | 04 - On Location | 1603 Atkinson Dr | | DLE |
| 4/12/2004 | 9:25:40 AM | T03 | 04 - On Location | 1603 Atkinson Dr | | DLE |
| 4/12/2004 | 9:26:01 AM | M03 | 04 - On Location | 1603 Atkinson Dr | | DLE |
| 4/12/2004 | 9:27:39 AM | E03 | 04 - On Location | 1603 Atkinson Dr | | DLE |
| 4/12/2004 | 9:27:42 AM | E06 | 04 - On Location | 1603 Atkinson Dr | | DLE |
| 4/12/2004 | 9:27:46 AM | S01 | 04 - On Location | 1603 Atkinson Dr | | DLE |
| 4/12/2004 | 9:28:01 AM | B1 | 04 - On Location | 1603 Atkinson Dr | | DLE |
| 4/12/2004 | 9:28:13 AM | Sa1 | 11 - In Service | 1603 ATKINSON DR | Unit Cleared From Incident 2004231000008992 | DLE |
| 4/12/2004 | 9:28:14 AM | Sa1 | Cancel Vehicle Assig | | | DLE |
| 4/12/2004 | 9:28:20 AM | B4 | 11 - In Service | 1603 ATKINSON DR | Unit Cleared From Incident 2004231000008992 | DLE |
| 4/12/2004 | 9:28:21 AM | B4 | Cancel Vehicle Assig | | | DLE |
| 4/12/2004 | 9:28:30 AM | Te14 | 11 - In Service | | | DLE |
| 4/12/2004 | 9:28:41 AM | M03 | 11 - In Service | | | DLE |
| 4/12/2004 | 9:31:32 AM | S01 | 11 - In Service | | | DLE |
| 4/12/2004 | 9:38:36 AM | B1 | 11 - In Service | | | AG |
| 4/12/2004 | 9:41:50 AM | E03 | 11 - In Service | | | DLE |
| 4/12/2004 | 9:47:45 AM | T03 | 11 - In Service | | | AG |
| 4/12/2004 | 9:47:53 AM | M06 | 11 - In Service | | | AG |

Incident Detail

Page 5 of 6

| Date | Time | | | | | |
|---|---|---|---|---|---|---|
| 4/12/2004 | 10:16:07 AM | E06 | 11 - In Service | | | AG |
| 4/12/2004 | 10:16:07 AM | | Response Closed | | | AG |

## Edit Log

| Date | Time | Field | Changed From | Changed To | Reason | Table | Workstation | User |
|---|---|---|---|---|---|---|---|---|
| 4/12/2004 | 9:17:07 AM | Address | (Blank) | 1605 ATKINSON DR | New Entry | Response_Master_Incident | AFDCAD01DS | EOH |
| 4/12/2004 | 9:17:12 AM | Address | 1605 ATKINSON DR | 1605 ATKINSON DR | Entry Verified | Response_Master_Incident | AFDCAD01DS | EOH |
| 4/12/2004 | 9:17:15 AM | Address | (Blank) | 1603 ATKINSON DR | New Entry | Response_Master_Incident | AFDCAD01DS | EOH |
| 4/12/2004 | 9:17:17 AM | Address | 1603 ATKINSON DR | 1603 ATKINSON DR | Entry Verified | Response_Master_Incident | AFDCAD01DS | EOH |
| 4/12/2004 | 9:17:27 AM | Map_Info | | G-1438 | Polygon Lookup | Response_Master_Incident | AFDCAD01DS | EOH |
| 4/12/2004 | 9:17:27 AM | Grid Numbe | | ANSW1438 | Polygon Lookup | response_user_data_fields | AFDCAD01DS | EOH |
| 4/12/2004 | 9:17:27 AM | Response_P | | Fire, Full Response Sta 06 | (Response Viewe | Response_Master_Incident | AFDCAD01DS | EOH |
| 4/12/2004 | 9:18:11 AM | Caller_Nam | | HOBBS GEORGE R | (Response Viewe | Response_Master_Incident | AFDCAD01DS | EOH |
| 4/12/2004 | 9:18:30 AM | Address | 1603 Atkinson Dr | 1603 Atkinson Dr | Address Change | Response_Master_Incident | AFDCAD01DS | EOH |
| 4/12/2004 | 9:18:33 AM | Address | 1603 Atkinson Dr | 1603 ATKINSON DR | Change Verified | Response_Master_Incident | AFDCAD01DS | EOH |
| 4/12/2004 | 9:18:33 AM | Postal_Cod | 99504 | | (Response Viewe | Response_Master_Incident | AFDCAD01DS | EOH |
| 4/12/2004 | 9:18:33 AM | Latitude | 0 | 61204816 | (Response Viewe | Response_Master_Incident | AFDCAD01DS | EOH |
| 4/12/2004 | 9:18:33 AM | Longitude | 0 | 149767340 | (Response Viewe | Response_Master_Incident | AFDCAD01DS | EOH |
| 4/12/2004 | 9:18:33 AM | Street_Id | NULL | 2479 | (Response Viewe | Response_Master_Incident | AFDCAD01DS | EOH |
| 4/12/2004 | 9:18:33 AM | Map_Info | G-1438 | | (Response Viewe | Response_Master_Incident | AFDCAD01DS | EOH |
| 4/12/2004 | 9:18:34 AM | Map_Info | | G-1438 | Polygon Lookup | Response_Master_Incident | AFDCAD01DS | EOH |
| 4/12/2004 | 9:18:34 AM | Grid Numbe | ANSW1438 | ANSW1438 | Polygon Lookup | response_user_data_fields | AFDCAD01DS | EOH |

## Custom Time Stamps

Incident Detail

Page 6 of 6

No Custom Time Stamps
Custom Data Fields
No Custom Data Fields

End of AFD Incident # 2004231000008992 Detail Report