Exhibit C

# Municipality of Anchorage



P.O. Box 196650
Anchorage, Alaska 99519-6650
Telephone: (907) 267-4936
Fax: (907) 267-4977
http://www.muni.org

*Mark Begich, Mayor*

FIRE DEPARTMENT
Administration
100 East Fourth Avenue
Anchorage, Ak 99501

Dear Ms Jurisch,                                                  April 30, 2004

I was the first arriving officer to the fire which occurred at your home. I was also the person primarily responsible for trying to find a cause of the fire.

As we had discussed at the scene the fire positively started in the corner behind the couch and end table. I tried my best to eliminate possibilities until finding what could have been the actual cause.

The decorative fountain that was on the end table was one possible cause which I could not rule out. The fountain was substantially damaged and identifiable markings were not easily distinguishable. I decided to take the fountain to our station so that we could better clean it up in an effort to find make, model, serial number. The only identifiable marking we could find were on the internal submersible pump. The pump was a Homemedics brand. I can not say the fountain itself was a Homemedics brand.

I had entered the serial number and model into the FireRMS run report. However, subsequently somehow the type of run was changed from building fire to cancelled en route. I do not know how that happened. The result of this is that the fields in which the fire related data were entered were dropped.

I went back and reconstructed the data but no longer had the model and serial number to re-enter.

I do not know how the change and subsequent deletion of information happened but I apologize for any inconvenience it has caused.

Bob Southwick
Captain, AFD, Fire Station 6, A shift

cc D.C. Doug Schrage