Exhibit D

## AFFIDAVIT OF JOHN GLENN

STATE OF ALASKA          )
                         )
                         ss.
                         )

I, JOHN GLENN, being first duly sworn, depose and state as follows:

1. I have worked as a cause and origin fire investigator for the Anchorage Fire Department for 11 years, and as a cause and origin fire investigator for about 32 years. My CV is attached hereto.

2. I observed the deposition of plaintiff Heidi Jurisch, and reviewed the transcript of the deposition of Captain Southwick; the plaintiff's videotape of the house taken shortly after the fire; the photos produced by the State Farm adjuster; the adjuster's file produced by State Farm; and the photos and documentation made by Captain Southwick in connection with the fire at Ms. Jurisch's house.

3. The loss of the fountain itself has prevented me from examining the fountain to assess whether the fountain was the cause of the fire, had been misused or left running without water in it; (i.e. I cannot examine the pump to see if it had seized; examined the fountain bowl for evidence of a waterline.) or to see if the plastic on the fountain had burned or melted in

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

such a manner as to evidence the fire path; or to see if any of the electrical components were fused or arced.

  4. The loss of the fountain has also prevented me from examining the fountain's cord to assess whether it had been damaged in one fashion or another, especially by the plaintiff's cat or dog chewing on the cord; to assess whether any arcing or overheating had occurred; to assess why the cord was bunched up, as stated by Captain Southwick, and to assess whether the cord was a potential ignition source or merely a victim of the fire. There are no photos of the cord from which one can see the cord and see any burned off insulation, arcing or shorting.

  5. The disposal of the chest, end-table, sofa, and items on the end-table has prevented me from comparing and measuring the char depth of the sofa, end-table, and chest to reconstruct the fire's path, cause and origin. The char depth cannot be discerned from the photos. I would also like to examine the underside of the table to assess whether it was charred more on the underside than topside.

  6. If I were able to examine the two objects on the end-table which appear to resemble candle receptacles, I could assess their charring and candle residue to help rule out whether a candle may have caused the fire.

  7. Because the photos are not very clear, I would liked to have been able to physically inspect the floor and wall

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

in the southwest corner of the room to assess the area of most severe heat damage. I cannot make an adequate assessment based on the photos as the definition in the photos is inadequate.

8. The photos taken by Capt. Southwick with a disposable camera, without lighting, are of very poor quality. The photos and videotape taken by the State Farm adjuster and plaintiff shortly after the fire, show that the scene was changed. For example, the metal framed candle holder with a crystal sconce that was located on the end-table in the Southwick photos, shows up on the floor in the State Farm photos and in plaintiff's videotape. Also the videotape and photos show that the cleanup process had already begun.

8. I would also have liked to have examined the power-strip, and the fountain's adapter to assess whether they were potential ignition sources. There are no close up photos of the adapter and power-strip.

///
///
///
///

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

9. In my opinion, the loss of evidence has substantially impaired my ability to reconstruct the cause and origin of the fire which occurred at Ms. Jurisch's house.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
JOHN GLENN

SUBSCRIBED and SWORN TO before me this 6th day of December, 2006.

_____
Notary Public in and for
My Commission Expires: 4/15/09

2222.001\Pld\Affidavit of John Glenn



LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

RESUME

JOHN N. GLENN 345-7647
CERTIFIED FIRE AND EXPLOSION INVESTIGATOR

## DEGREE

| | |
|---|---|
| 1976 | University of Alaska/Anchorage Community College - Associate of Applied Science Degree, Fire Science. |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1985 - Present | John Glenn Investigations. Independent Fire Investigator (structural, vehicle, marine, aircraft & heavy equipment/machinery), Building Fire Code Consultant, I.C.B.O. Certified Plans Examiner, Certified Fire/Explosion Investigator, Certified Fire Investigation Instructor and Uniform Fire Code Inspector |
| 1988 - Present | Instructor, University of Alaska. Fire Protection & Equipment Systems & Fire Investigation. |
| 1993 - 1994 | State of Alaska Fire Service Training Instructor. Organization & Fire Fighting Practices. |
| 1980 - 1985 | Instructor, Anchorage Police Department |
| 1978 | Instructor, University of Alaska/Anchorage Community College - Fire Science. |
| 1974 - 1985 | Fire Investigator/Inspector Fire Prevention Division, Anchorage Fire Department. |
| 1970 - 1974 | Fire Apparatus Engineer, Anchorage Fire Department |
| 1967 - 1970 | Firefighter, Anchorage Fire Department |

## CONTINUING EDUCATION & CERTIFICATIONS

| | |
|---|---|
| 2003 | Renewal of certification ICC Building Plans Examiner<br>Renewal of certification ICC Uniform Fire Code Inspector<br>Renewal of certification NAFI Fire and Explosion Investigator<br>Renewal of certification State of Alaska Certified Fire Investigator II<br>Instructor-Alaska Association of Fire & Arson Investigators Seminar |
| 2000 | Alaska Association of Fire and Arson Investigators Seminar, State of |

| | |
|---|---|
| 1997 | Alaska Certified Fire Investigator II.<br>National Advanced Fire, Arson & Explosion Investigation Science Technology Program. Certified Fire Investigation Instructor. Determining Cause & Origin of Fires & Explosions Training Seminar. |
| 1996 | Determining Cause & Origin of Fires & Explosions Training Seminar. |
| 1993 | School of Evidence Photography.<br>ATF/IAAI - Advanced Arson Investigation Techniques For The Insurance Industry. |
| 1986 | Hughes Institute - Electrical Fire Causes, Inspection, Analysis & Prevention. |
| 1985 | National Association of Fire Investigators - Fire & Explosion Investigator Certification. |
| 1984 | National Fire Academy - Fire/Arson Investigation. |
| 1983 | Anchorage Police Department. - F.B.I. Explosion Investigation.<br>Municipality of Anchorage - Supervisory Management. |
| 1982 | I.C.B.O. - Advanced Non-Structural Plan Review & Certification.<br>I.C.B.O. - Fire Code Seminar & Certification.<br>Anchorage Police Department. - Interview Techniques. |
| 1979 | Anchorage Police Department - Law Enforcement Training. |
| 1978 | National Fire Academy - Fire/Arson Investigation.<br>Anchorage Police Department - Alaska Law Enforcement Seminar. |
| 1977 | F.B.I. Academy - Advanced Criminology.<br>Anchorage Police Department - Police Recruit Training School. |
| 1974 | Municipality of Anchorage - Fire Administration Management. |

## PROFESSIONAL AFFILIATIONS

Member -    International Association of Arson Investigators.
Alaska Peace Officers Association.
National Association of Fire Investigators.
International Conference of Building Officials.
Alaska Association of Fire & Arson Investigators
International Fire Code Institute.
International Code Council

## COURT EXPERIENCE
Numerous testimonies as a fire origin and cause expert in depositions, civil and criminal trials in State of Alaska Courts and Ninth Circuit Federal Court.

FEE SCHEDULE
(as of July 1, 2003)

INVESTIGATION SERVICES ................................................................... $110.00/hr.
    Investigations
    Research
    Interviews
    Depositions
    Case Review
    Written Reports
    Trial Testimony

CONSULTING SERVICES ....................................................................... $110.00/hr.
    Fire & Building Code Consultant
    Plan Review
    Building Inspections

EXPENSES .................................................................................................. COST
    Transportation
    Food
    Lodging
    Sub-Contractors

PHOTOGRAPHS .......................................................................................... $ 1.75 ea
    Basic photographs (4x6) for inclusion in reports.
    VHS taping available

ADDITIONAL REPORT COPIES .............................................................. $ .25/pg

SECRETARIAL SERVICES ........................................................................ $ 22.50/hr.

EVIDENCE STORAGE

    Evidence storage fee is determined by amount and size of evidence with a $10.00 per month minimum. Storage is billed quarterly beginning one month after date on EVIDENCE DISPOSITION FORM. Larger evidence not suitable for storage unit will be assessed accordingly.