# Exhibit E

Case 3:06-cv-00127-TMB   Document 27-6   Filed 12/08/2006   Page 2 of 5

HEIDI JURISCH  
Vol. 1  
10/31/2006  
JURISCH v. FKA DISTRIBUTING, et al.  
3:06-CV-00127

```
 1              IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
 2                  THIRD JUDICIAL DISTRICT AT ANCHORAGE
 3   HEIDI JURISCH,                )
                                   )
 4              Plaintiff,         )
                                   )
 5   v.                            )
                                   )
 6   FKA DISTRIBUTING CO., d/b/a   )
     HOMEDICS, INC.; KROGER CO.,   )
 7   d/b/a FRED MEYER and/or FRED  )
     MEYER STORES, INC.; and WAL-  )
 8   MART STORES, INC., d/b/a WAL- )
     MART,                         )
 9                                 )
                Defendants.        )
10   _____)
     Case No. 3AN-06-00127 civil
11
                 VIDEOTAPED DEPOSITION OF HEIDI M. JURISCH
12
                              October 31, 2006
13
     APPEARANCES:
14
         FOR THE PLAINTIFF:           MR. HOWARD J. MEYER, JR.
15                                    Walther & Flanigan
                                      Attorneys at Law
16                                    1029 West 3rd Avenue, Suite 250
                                      Anchorage, Alaska 99501
17                                    (907) 279-9999
18       FOR THE DEFENDANT:           MR. KENNETH M. GUTSCH
                                      Richmond & Quinn
19                                    Attorneys at Law
                                      360 K Street, Suite 200
20                                    Anchorage, Alaska 99501
                                      (907) 276-5727
21
         ALSO PRESENT:                MR. JOHN GLENN
22
23
24
25
```

Computer Matrix, LLC  
310 K Street, Suite 200  
Phone - 907-243-0668  
Fax     907-243-1473  
jpk@gci.net  
sahile@gci.net

HEIDI JURISCH                    10/31/2006              JURISCH v. FKA DISTRIBUTING, et al.
Vol. 1                                                                    3:06-CV-00127

Page 22

1  A   Excuse me. Are you asking specifically where candles were
2      or candle holders?
3  Q   Both.
4  A   There was a candle and a candle holder right there. There
5      was a candle holder here but no candle.
6  Q   Were there any other candles in the living room at the
7      time of the fire?
8  A   To the best of my knowledge, no.
9  Q   What kind of candle -- directing your attention to the
10     candle holder that was on the end table, where did you get
11     that candle holder?
12 A   It was a PartyLite candle holder.
13 Q   PartyLite?
14 A   Uh-huh. (Affirmative)
15 Q   And you got it from.....
16 A   PartyLite.
17 Q   From PartyLite. Do you remember the brand name of it?
18 A   PartyLite.
19 Q   Okay. What kind of candle -- you said there was no candle
20     in that holder.....
21 A   No.
22 Q   .....at the time of the fire. Why not?
23 A   I can't honestly tell you why not.
24 Q   Had you ever burned a candle in that holder?
25 A   Yes, I believe so.

Page 23

1  Q   When had you burned a candle in that holder?
2  A   I can't tell you the answer.
3  Q   When did you acquire that candle and holder?
4  A   When did I acquire the candle holder, this one? It was a
5      crystal something candle holder. I can't honestly tell
6      you. I could get you the information if that was very
7      necessary. I would assume I got it sometime in December
8      of 2003 or November of 2003. That would be my best guess.
9  Q   Was it a Christmas gift?
10 A   No.
11 Q   Why do you guess that? Did you go to some PartyLite party
12     at that time?
13 A   Yes.
14 Q   Did a candle come with it?
15 A   No.
16 Q   That is come with the candle holder.
17 A   No. You bought your candles and you bought your holders.
18 Q   So sometime after you bought the candle holder you did use
19     it to burn a candle.
20 A   Yes.
21 Q   But you don't recall when.
22 A   No.
23 Q   You said that you had a candle in a holder on the chest.
24 A   Yes.
25 Q   Had you ever burned that candle.....

Page 24

1  A   No.
2  Q   .....prior to April 12th, 2004?
3  A   No. Because it was really pretty. I didn't burn it.
4      With that type of candle I just didn't burn it.
5  Q   And there were no other candles in the room besides those
6      two that you indicated in the diagram.
7  A   Not to the best of my knowledge. There was a window there
8      too I forgot.
9  Q   How was the -- let me go back and ask you. Do you still
10     have that candle holder that was on the end table?
11 A   No. The candle holder on the end table was made out of
12     crystal or glass and a gold color wrought iron frame to
13     hold the crystal thingy.
14 Q   Yeah.
15 A   To the best of my knowledge, it shattered.
16 Q   It shattered in the fire?
17 A   Uh-huh. There was glass all over the floor.
18 Q   I'll tell you what. This will be Exhibit D. Can you
19     diagram the candle holder that was on the end table for
20     me, please.
21 A   Okay. Again, this is the best of my ability.
22     MR. MEYER: After you draw this, can we take a break?
23     MR. GUTSCH: Yeah. We can go off the record right now.
24     (Off record)
25              (Deposition Exhibit D and E marked)

Page 25

1      (On record)
2
3  Q   Ms. Jurisch, when we went off record, you had just
4      diagramed a candle holder in Exhibit D. You have also
5      diagramed what looks like a diamond in red. What is that?
6  A   The candle holder has two parts. One is the crystal.
7      This was crystal, sort of diamond shaped, and on the top
8      it had an opening for a tealight candle and that was held
9      by this gold metal stand thing.
10 Q   All right. Could you write in there the differences.
11 A   Crystal.
12 Q   So that was the glass you were talking about.
13 A   Yeah.
14 Q   That's gold metal.
15 A   Uh-huh. (Affirmative)
16 Q   You said at the time of the fire the crystal was in this
17     gold metal holder.
18 A   Yes. It's a set.
19 Q   But there was no candle in there.
20 A   No.
21 Q   But you had used -- you had burned a candle in that candle
22     holder at one time prior to the fire.
23 A   Probably.
24 Q   What type of candle did you use? You said a tealight
25     candle.

7 (Pages 22 to 25)

Case 3:06-cv-00127-TMB    Document 27-6    Filed 12/08/2006    Page 4 of 5

HEIDI JURISCH                               10/31/2006                    JURISCH v. FKA DISTRIBUTING, et al.
Vol. 1                                                                                      3:06-CV-00127

Page 58

1  A  And I think he explained subrogation to me several times.
2     I just don't quite get it.
3  Q  Are you claiming any of the expenses that State Farm has
4     paid as part of your damages in this case?
5     MR. MEYER: I'll answer that question. No, she's not.
6  Q  Just for the record, did you understand the question?
7  A  Yes.
8  Q  Are you in agreement with what your attorney said?
9  A  Oh, yes. Yes.
10 Q  You said you went to pick up the fire department report?
11 A  Uh-huh. (Affirmative)
12 Q  Approximately, was it one to two weeks after the accident?
13 A  At least two weeks, I believe. I went to -- yeah, at
14    least two weeks.
15 Q  So it was two weeks or more after the accident you picked
16    up the fire.....
17 A  I think so.
18 Q  When you went to pick it up, did you have any problems
19    getting it?
20 A  Yes. I went to the Fire Station #6, I believe, and they
21    told me they didn't have it there, that they're sent to
22    the main station over off of Dowling. And I asked that
23    guy -- I mean by this time I knew from Craig or somebody
24    that the fountain was missing, so I asked the guy, well,
25    why would you throw away a fountain, it really upset the

Page 59

1  insurance guy, and he said he would write me a letter
2  regarding that fountain or actually the guy who was there
3  wasn't the same guy. You know, he said he would have the
4  other guy write a letter as to why he threw away the
5  fountain and acknowledge that he threw it away. So then I
6  went over to the Dowling office to pick up the report and
7  I had to wait quite a while and show ID and they gave me a
8  copy of the report. I faxed that over to -- or copied to
9  Craig at that time and let them know that there'd be
10 another letter coming.
11 Q  So Craig is -- I guess you sort of preempted my question.
12    How did you first find out that the fountain was missing?
13 A  I believe it was from Craig over at State Farm.
14 Q  Approximately when did he tell you the fountain was
15    missing?
16 A  I thought we asked this question. I think it was about
17    one to two -- two weeks at least afterwards.
18 Q  Okay. Do you still have the chest in your possession?
19 A  It was destroyed.
20 Q  How was it destroyed?
21 A  The fire. It was burned.
22 Q  It was destroyed by the fire?
23 A  Uh-huh. (Affirmative)
24 Q  What happened to its remnants after the fire?
25 A  We took some pictures of it. One of the carvings, they

Page 60

1  were throwing it out, it was in the dumpster and I asked
2  them to pull it back out to see if I could save at least
3  one of the carvings that my dad did. Then they tried to
4  take it apart and they broke it all up. They weren't very
5  gentle. So then they threw it all back in the dumpster.
6  Q  When did that occur?
7  A  I think that was the day after the fire. I went back over
8     there. I was supposed to try to get out like jewelry and
9     stuff like that.
10 Q  How about the end table? What happened to the end table
11    after the fire?
12 A  It was thrown out.
13 Q  About the same time as the chest?
14 A  I believe so. I don't ever remember seeing it after the
15    initial being there.
16 Q  Was it thrown out by the Henry's people?
17 A  I believe so.
18 Q  How about the sofa, what happened to that?
19 A  The same.
20 Q  It was thrown out as well?
21 A  Yes. That was in the driveway the day of the fire and
22    when I came back it was in the dumpster.
23 Q  Do you have a listing of all your out-of-pocket expenses
24    that have not been paid by State Farm?
25 A  Yes and no. I have a listing of all out-of-pocket stuff,

Page 61

1  however the house is not completed yet. So, as far as the
2  total damages, I'm still working with the contractor to
3  finish up.
4  Q  This listing, what form is it in?
5     MR. GUTSCH: Was that produced to us as part of the
6  initial disclosures?
7     MR. MEYER: Absolutely. You've got it in duplicate,
8  triplicate, quadruplicate. It's part of the insurance file.
9  Q  I'll tell you what. Can you pull it out for me just to
10    save us some time. These are your initial disclosures.
11 A  Probably the thickest stack. I would guess the thickest
12    rubberband stack.
13    MR. MEYER: And we won't attest to State Farm's
14 completeness of their file. I would never suggest that State
15 Farm does a competent job of much of anything let alone keeping
16 records.
17 A  I don't think it would be in the State Farm file to be
18    honest because I turned in the whole file to them. They
19    only did a portion of my -- they made an inventory of
20    every item in the house, so I did not. And they only took
21    a portion of the inventory because they had already
22    reached the limit and the rest of it they didn't even look
23    at. So I don't believe it's in here. I don't think it's
24    here.
25 Q  But you have a listing -- well, go ahead and take a look

16 (Pages 58 to 61)

Case 3:06-cv-00127-TMB   Document 27-6   Filed 12/08/2006   Page 5 of 5

HEIDI JURISCH                    10/31/2006              JURISCH v. FKA DISTRIBUTING, et al.
Vol. 1                                                   3:06-CV-00127

**Page 102**

1  Q   And you don't have any recollection how tall that plant
2      was.
3  A   No.
4  Q   This shovel, was that your shovel or was that Henry's
5      shovel? To the best of your recollection.
6  A   To the best of my recollection, do I or did I have a snow
7      shovel that may have looked like that, yes. Is that my
8      shovel, I can't answer that question.
9  Q   Did you have a shovel at the time of the fire that looked
10     like that?
11 A   I had tons of shovels.
12 Q   Why did you have tons of shovels?
13 A   Because I had a digging shovel to work in my garden. I
14     had at least one or two snow shovels. Was that one of my
15     snow shovels, I can't answer the question. I do not know.
16 Q   Whose box was this in the middle here?
17 A   After the fire I was told I had -- I don't know. Possibly
18     could be one of the neighbor's boxes. Possibly could be
19     the cleaning people box. I don't know whose box it is.
20     MR. MEYER: Can you back up one. I just want you to blow
21     it up a second if you can.
22     MR. GUTSCH: Any particular area?
23     MR. MEYER: That box.
24     MR. GUTSCH: Oh, on the box?
25     MR. MEYER: Yeah. If you'd just blow it up and then move

**Page 103**

1  the curser so it goes back to the bottom of the picture. I'm
2  just trying to figure out if those are potato chips and ketchup
3  there is what it looks like to me.
4  Q   Did your cat or dog ever play with any cords in your
5      house?
6  A   No.
7  Q   Did they ever play with the strings attached to your
8      curtains?
9  A   No.
10 Q   Did they ever chew on the cords in your house?
11 A   No.
12 Q   This was your microwave oven on top of your.....
13 A   Hang on. So B-5? Yes.
14 Q   This is your kitchen I take it.
15 A   B-6. Yes.
16 Q   What was this here on the door?
17 A   That was the plastic lattice work on the inside/outside of
18     the window to make it appear like a fancy window, I
19     suppose, and that's melted plastic lattice work.
20 Q   From the heat of the fire?
21 A   From the heat of the fire.
22 Q   Who is that there?
23 A   That was my friend Christine.
24 Q   Are these the plants or the seedlings you were talking
25     about?

**Page 104**

1  A   Yes.
2  Q   This is your dog's.....
3  A   Bed.
4  Q   .....bed here?
5  A   Yes.
6  Q   It looks like he's got some chew toys in the bed.
7  A   Yes.
8  Q   Can you describe for us what those toys are.
9  A   It looks like two rawhides and a plastic squeaky bone and
10     those are some roses that must have fallen.
11 Q   Were those in the bed at the time of the fire?
12 A   The roses?
13 Q   No, the chew toys.
14 A   Yeah. Well, they're in -- yes, they were in the bed. To
15     my knowledge, I don't believe anyone moved her bones or
16     chew toys.
17 Q   Can you show us -- I think we've got an exhibit here.
18 A   What picture are you on?
19 Q   You've already shown us the dog bed in Exhibit C. Can you
20     draw an arrow showing us where the chew toys are on
21     Exhibit C.
22     MR. MEYER: You want her to draw the three chew toys in
23 there?
24 Q   Yeah, you can do that.
25 A   There you go. Three little X's. Again, what picture are

**Page 105**

1  you on?
2  Q   The current picture we're on looks like 11.
3  A   I think it might be 12. It appears to be number 12.
4  Q   Number 12?
5  A   Yeah.
6  Q   All right. Is this the candle you were able to salvage?
7  A   Yes.
8  Q   It's been marked as an exhibit. It's marked as Exhibit E.
9      Can you confirm that that's the same candle?
10 A   Yes.
11 Q   Those are three different photographs of the same candle?
12 A   Yes.
13 Q   I think you testified earlier that you didn't -- you never
14     used that candle.
15 A   No.
16 Q   How often did you burn candles?
17 A   Maybe once or twice a week maybe, once a week. I'd light
18     a candle in the evening if I knew I was going to be there
19     the whole time.
20 Q   From the heat of the fire?
21 A   When I was going to be home and in the same room for the
22     whole time.
23 Q   Did you ever have any friends over?
24 A   In general?
25 Q   Did anybody live with you at the time?