# Exhibit F

RBZ0003N
date: 08-28-06                                                    page:    43

**FIRE**
claim number
02-G022-990

## ACTIVITY LOG

```
date        time         entered by                          office    region      no
04-12-04    04:14 PM     Mitchell, Craig                     ANCHORAG  Pacif NW    10
a- met w/Ms PH at her home
   - SOURCE: per Ms, Anch Fire Dept took a mini wallfall (re-circulationg water
     unit) that was located in the NW corner of the liv rm; Ms explnd that the
     fire dept suspects the unit; it appears to run on DC current;
     - C&O: deemed impractical as fire dept took evidence; the site is fully
       compromised by the fire dept, insured, neighbors, running thru site
   - DAMAGES (pre-liminary)
     - gut liv rm, part of kitchen, repl all kit appliances, proably all the
       kit cab'ts,
     - clean,seal,paint hall & back 2 bedrooms & single bathroom
     - attic has small liv qtrs, used mainly for storage; clean, seal & paint
     - exterior: replace  2-3 windows, kicked in front door
       repair/repl soffit; possible rafter tails; minor roof repairs
     - garage - clean, ozone??
   - Explnd Cov's
     - auth'd Residence Inn lodging; just Ms, cat & dog (med.size "so friendly")
     - suggested she find apt for couple months for repairs
     - hold on to dining receipts
   - pls think about your "normal" dinnig & groc amt per month; let me know
     in near future
   - explnd PSP
     - no pref, whoever can get out here the fastest; called Henry's, they
       could make it right away
       - will secure temp heat & elect'l
       - will start on contents inventory & cleaning
     - gave PPIFs
   - set up another meetgingt tomorrow (due to prior commtmts) 9:am
   - issued Cov B advance, $1000
t- gen'l f/up

date        time         entered by                          office    region      no
04-12-04    11:40 AM     King, Lynette                       ANCHORAG  Pacif NW     9
File set up to CM.

date        time         entered by                          office    region      no
04-12-04    11:35 AM     Mitchell, Craig                     ANCHORAG  Pacif NW     8
CSA - pls set up FIELD file, route file & contact ltr to Craig - thnks

date        time         entered by                          office    region      no
04-12-04    11:34 AM     Mitchell, Craig                     ANCHORAG  Pacif NW     7
a- pc from Ms PH
   will make initial mtg this morning
```