# Exhibit G



Cord in this general area

2

3

5

6

7
Furniture
Fountain plug

8

Date 12/4/06 Exh# 11
Sawtelle
COMPUTER-MATRIX
243-0668



