Exhibit H















