# Exhibit H

Part 2









