# Exhibit H

Part 2 -a







