# Exhibit H

Part 2 -b



