# Exhibit H

Part 3







