# Exhibit H

Part 3-a









