# Exhibit H

Part 3-b









