# Exhibit H

## Part 4







