# Exhibit H

Part 5







