# Exhibit H

## Part 6







