# Exhibit H

Part 7







