# Exhibit H

Part 8











