# Exhibit H

Part 9









