# Exhibit H

## Part 10





