Exhibit J

# Incident Report
## 2004-0006230-000

Anchorage

| Basic | |
|---|---|
| Alarm Date and Time | 09:17:26   Monday, April 12, 2004 |
| Arrival Time | 09:17:27 |
| Controlled Time | 09:17:28 |
| Last Unit Cleared Time | 10:16:07 |
| Response Time | 0:00:01 |
| Priority Response | Yes |
| Completed | Yes |
| Fire Department Station | S06 |
| Shift | A |
| Incident Type | 111 - Building fire |
| Initial Dispatch Code | R |
| Aid Given or Received | N - None |
| Action Taken 1 | 81 - Incident command |
| Action Taken 2 | 11 - Extinguish |
| Action Taken 3 | 12 - Salvage & overhaul |
| Apparatus - Suppression | 10 |
| Personnel - Suppression Personnel | 23 |
| Property Loss | $0.00 |
| Contents Loss | $0.00 |
| Property Value | $0.00 |
| Contents Value | $0.00 |
| Detector Alerted occupants | 20 |
| Property Use | 419 - 1 or 2 family dwelling |
| Location Type | Address |
| Address | 1603 Atkinson DR |
| City, State Zip | Anchorage Bowl, AK 99504 |
| District | 006 |
| Directions | 1603 Atkinson Dr |
| Latitude | 61.204816 |
| Longitude | 149.767340 |

| Fire | |
|---|---|
| Structure Type | 1 - Enclosed building |
| Number of Residential | 1 |
| Area of Origin | 14 - Common room, den, family room, living room, lounge |
| Heat Source | 13 - Arcing |
| Item First Ignited | 81 - Electrical wire, cable insulation |
| Cause of Ignition | 2 - Unintentional |
| Human Factors | None |

| Structure | |
|---|---|
| Status | 2 - Occupied and operating |
| Floor of Origin | 1 |
| Building Length | 12 |
| Building Width | 12 |
| Total Square Feet | 144 |
| Fire Spread | 2 - Confined to room of origin |
| Stories with Significant Damage | 1 |

Anchorage
**Incident Report**
2004-0008230-000

| Structure | |
|---|---|
| Item Contributing To Spread | 21 - Upholstered sofa, chair, vehicle seats |
| Type of Material Contributing To | 71 - Fabric, fiber, cotton, blends, rayon, wool |
| Detector Presence | Yes |
| Detector Type | 1 - Smoke |
| Detector Power | 1 - Battery only |
| Detector Operation | 2 - Detector operated |
| Detector Effectiveness | 3 - There were no occupants |

| Narratives | |
|---|---|
| Narrative Name | CAD Narrative |
| Narrative Type | CAD Narrative |
| Author | |
| Narrative Text | CAD Master Incident Number: 20042310000008992   Jurisdiction Incident #: 23100020040008230   Primary Jurisdiction Inc.#: 23100020040008230 Disposition: Call Complete |
| Narrative Name | E3 |
| Narrative Type | Company |
| Narrative Date | 13:29:03   Monday, April 12, 2004 |
| Author | 1219 - Schwamm, Anthony C |
| Author Rank | CAPT |
| Author Assignment | 1 |
| Narrative Text | Assisted E6 with water supply, pulled back-up line and assumed I'C duties. Transferred back to E6 upon departure. |
| Narrative Name | T-3 |
| Narrative Type | Company |
| Narrative Date | 18:52:38   Monday, April 12, 2004 |
| Author | 1282 - Simineo, Delbert R |
| Author Rank | CAPT |
| Author Assignment | 2 |
| Narrative Text | T-3 assisted with salvage and overhaul as the fire had been contained upon our arrival. |
| Narrative Name | M06 |
| Narrative Type | Incident |
| Narrative Date | 23:04:45   Monday, April 12, 2004 |
| Author | 1531 - Jones, Jeffery D |
| Author Rank | PFF |
| Author Assignment | 2 |
| Narrative Text | M06 was assigned IRIC and assisted in ventilation, salvage, overhaul, and cleanup. |
| Narrative Name | E6 |
| Narrative Type | Incident |
| Narrative Date | 07:58:52   Tuesday, April 13, 2004 |
| Author | 1229 - Southwick, Robert E |
| Author Rank | CAPT |
| Author Assignment | 1 |
| Narrative Text | At 0917 hours on Monday April 12, 2004 we were dispatched to a structure fire. Ten units were assigned to this incident. Twenty-three personnel responded. We arrived on scene at 0922 hours and cleared at 1016 hours. The incident occurred at 1603 Atkinson Dr, Anchorage Bowl in District 006. The local station is Station 6. The property is a small single family residence. The primary task(s) performed at the scene by responding |

Incident Report
2004-0008230-000

Anchorage

| Narratives |
| --- |

personnel was extinguishment. No mutual/automatic aid was given or received.

E6 responds for structure fire. Found smoke showing. On arrival living room window had broken out, Neighbor had kicked in door.

Established command and made assignments.
Spoke to neighbor in the driveway, was not positive no one was home. Assigned M6 to pull RIC line, then initiate primary search with a bullard.

Transferred command to E3 as we were making entry. Found fire was primarily in the living room.

The single story residence was inhabited but no one was home at the time of the fire. The living room was the room where the fire originated. The fire was confined to the room of origin though considerable smoke and heat damage was apparent in joining rooms.

Investigation showed that fire began in the sw corner of the living room. It burned into the left rear corner of the couch then up the couch and wall across the ceiling.

Searching the area of origin found only one logical ignition source. Wireing from a decorative water fountain was found with all coating burned off and somewhat coiled in a bunch on the carpet at the seat of the area of origin. There no other electrical devices in that area. Occupants were not smokers and there were no signs of smoking in the home. There were candles nearby the fire scene but there were no signs of candles in the immediate area of the fire start.

"Arcing" or over heated wires best describes the heat source that caused the ignition. Failure of equipment or heat source caused the ignition. The material first ignited was carpeting. "Unspecified short-circuit arc" contributed to the ignition of the fire.

The material contributing most to flame spread was the upholstery of the couch which was ignited as the fire crept across the carpet.

The home was equipped with smoke detectors. The detection system was battery operated. The detector(s) operated.

Alarm number 0008230 has been assigned to this incident.

End of Report