# Exhibit K

LAW OFFICES

# Richmond & Quinn

A PROFESSIONAL CORPORATION

WILLIAM A. EARNHART
KENNETH M. GUTSCH
CRAIG S. HOWARD

360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
TELEPHONE (907) 276-5727
FACSIMILE (907) 276-2953

DANIEL T. QUINN
ROBERT L. RICHMOND
SCOTT A. SCHILLINGER
MARC G. WILHELM

e-mail: info@richmondquinn.com
www.richmondquinn.com

October 3, 2006

Ramona S. Longacre, Esq.
Claim Attorney
State Farm Insurance Company
4215 Credit Union Drive
Anchorage, AK 99503

Re:    *Jurish v. Homedics, et al.*
       Our File No.: 2222.001

Dear Ms. Longacre:

Heidi Jurisch is asserting State Farm's subrogation interest as part of her damages in her claim against HoMedics.

My understanding is that State Farm objects to plaintiff's inclusion of Ms. Jurisch's inclusion of State Farm's subrogation interest in Ms. Jurisch's suit against the HoMedics' defendants. If this is true, please sign below and fax back to me.

Sincerely,
RICHMOND & QUINN

Kenneth M. Gutsch

State Farm objects to Ms. Jurisch's inclusion of State Farm's subrogation interest in Ms. Jurisch's suit against the HoMedics' defendants.

Ramona Longacre
Claim Attorney
State Farm Insurance Company

KMG:daf
2222\001\Corr\Longacre 04