# Exhibit O

LAW OFFICES OF
# HOWARD J. MEYER, JR.
P.C.

LICENSED IN ALASKA
AND MINNESOTA

P.O. BOX 100119
ANCHORAGE, ALASKA 99510-0119
TELEPHONE (907) 276-5153

e-mail: hjmmaam@mtaonline.net

March 23, 2005

Fred Meyer
Attn: Michael Belwett
2000 West Dimond Blvd.
Anchorage, AK 99515

Re:   Client: Heidi Jurisch
      Type of Loss: Fire
      Date of Loss: April 12, 2004
      Our File No.: 2002.004

To whom it may concern:

As advised when we spoke earlier today, I represent Heidi Jurisch whose home located at 1603 Atkinson Drive, Anchorage, Alaska, was nearly destroyed by a fire on April 12, 2004. Moreover, most of the contents were destroyed either by direct contact with the fire, or from the extensive smoke damage.

The Anchorage Fire Department responded to the fire, and I am enclosing a copy of its investigative notes (2 pgs.), investigative report (4 pgs. including fax cover sheet) and a subsequent letter from Captain Southwick of the Anchorage Fire Department (1 pg.). I draw your attention to the following:

> Investigation showed that the fire began in the sw corner of the living room. It burned into the left rear corner of the couch then up the couch and wall across the ceiling.

> Searching the area of origin found only one logical ignition source. Wireing [sic] from a decorative water fountain was found with all coating burned off and somewhat coiled in a bunch on the carpet at the seat of

Fred Meyer
Attn: Michael Belwett
March 23, 2005
Page 2

---

> the area of origin. There no other electrical devices in that area. Occupants were not smokers and there were no signs of smoking in the home. There were candles nearby the fire scene but there were no signs of candles in the immediate area of the fire start.
>
> "Arcing" or over heated wires best describes the heat source that caused the ignition. Failure of equipment or heat source caused the ignition. The material first ignited was carpeting. "Unspecified short-circuit arc" contributed to the ignition of the fire.

The decorative water fountain was specifically identified as an "EnviraScape Fountain, Rock Garden (WFL-Rock)" manufactured by Homedics, and was purchased in November/December 2003 at the Fred Meyer located on Dimond Ave., Anchorage, Alaska.

Ms. Jurisch was fortunate to have fire insurance with State Farm; however, that insurance only covered a portion of her substantial loss. Repair of just the damage to the structure, and not including some betterment that Ms. Jurisch has paid, totaled $73,060.30, and of which State Farm paid $72,560.30, then there was the content damage that was at least $109,841.95, and of which State Farm covered only $62,640. Thus, Ms. Jurisch has suffered at least $47,501.95 uninsured loss from the fire, plus the considerable loss of time from work, inconvenience and emotional distress caused by the fire.

Before filing suit and engaging in costly and protracted litigation, Ms. Jurisch has asked that I first see if Fred Meyer as the retailer of the fountain is open to a settlement. Toward that end, I have been authorized to extend an offer to settle Ms. Jurisch's claim for $60,000, which will be reduced to a Rule 68 Offer of Judgment if/when suit is filed assuming a settlement cannot be reached. I simply add that if an offer of judgment is made, Ms. Jurisch will seek prejudgment interest and costs, as well as attorney fees are recoverable under Alaska law. See Alaska Rule of Civil Procedure 82.

Finally, I have in my possession copies of photographs taken by the Anchorage Fire Department; copies of photographs of Ms. Jurisch's home and damaged contents; a videotape of Ms. Jurisch's home taken shortly after the fire;

Fred Meyer
Attn: Michael Belwett
March 23, 2005
Page 3

---

and other documentation of the loss from Ms. Jurisch and State Farm including an inventory of the destroyed/damaged contents.

If you have any questions, please do not hesitate to contact me.

                Sincerely,

                Law Offices of Howard J. Meyer, Jr.

                Howard J. Meyer, Jr.

Enclosure