Exhibit Q

RECEIVED
MUNICIPAL ATTORNEY

07 NOV 13 PM 12:30

# Fire Prevention

# Operation Manual

(FPOM)

revised 11/1995 / 2005


Code Enforcement


Plan Review


Public Education


Fire Investigations

# Anchorage Fire Department
# Fire Prevention
# Operations Manual

## Fire Investigations
## 5400 - F01

1. **Policy:**
1.1 Fire Investigators shall effectively investigate the origin and cause of assigned fires within the boundaries of the Municipality of Anchorage.

2. **Instruction:**
2.1 The Anchorage Fire Department "Investigation Manual, 1993" (AFD IM) is recognized as the fire investigation policy and procedure document for Fire Investigators. See AFD PPI 5400-001.

2.2 Fire Investigators shall be thoroughly versed with and perform investigations according to the AFD IM document.

2.3 Fire Investigators will be responsible to notify the supervisor if the AFD IM needs revision or updated.

2.4 Since the AFD IM is not all inclusive the Investigator is expected to use investigative techniques learned from on-going training courses and self-learning.

| Prepared By: MCT | Approved By: |
|---|---|
| Effective Date: 12/1/95 | Revision Date: |

F01-1



| | Section 900 – Administration / Organization | Procedure & Instruction | |
|---|---|---|---|
| Municipality of Anchorage Fire Department | **Fire Investigation** | Number | 900-25 |
| | | Version | 1.0 |
| | | Dated | 11/01/06 |
| | | Page | 1 of 5 |
| Owner: | *Bridget Bushue, DC Prevention* | Steward: | *Robert Jaegge, Investigator* |
| Approval: | *Craig Goodrich, Fire Chief* | | / / |

## Purpose

This document establishes the responsibilities of line personnel for initial investigation and preservation of fire scenes, and provides criteria to Incident Commanders for requesting and assisting Fire Investigators.

## Policy

It is policy of the Anchorage Fire Department to determine the origin and cause of those fires that meet the investigation response criteria.

## Contents

1.0  Company Officer Investigations ..................................................................................2

2.0  Requesting a Fire Investigator ....................................................................................2

3.0  Preserving Evidence / Chain of Custody ....................................................................4

4.0  Public Information .......................................................................................................4

5.0  Joint Fire/Police Investigations ...................................................................................4

6.0  Accelerant Detection Canine ......................................................................................5

7.0  Investigation Protective Equipment ............................................................................5

8.0  Version History ...........................................................................................................5

| Page 2 of 5 | Fire Investigation | Page 2 of 5 |
|---|---|---|
| 900-25 v. 1.0 | | 900-25 v 1.0 |

## Procedure & Instruction

**1.0  Company Officer Investigations**

1.1  Company Officers are primarily responsible for performing Origin and Cause investigations for the following fire-related emergencies:

   a) structure fires
   b) explosions
   c) fire code-related situations
   d) every fire incident causing serious injury/death or property loss/damage
   e) wildland/brush fires
   f) vehicle fires
   g) all other types of fires

1.2  Origin and Cause investigations must be accomplished after fire control activities and prior to salvage and overhaul.

1.3  During investigations, Company Officers are responsible for scene preservation, scene photographs, evidence collection, witness statements, and completion of an accurate investigation report.

1.4  There is a legal responsibility to try to determine a specific fire cause. A fire has to be legally investigated even if the cause has been classified as "Undetermined After Investigation".
See www.dps.state.ak.us/fire/asp/regulations.asp (13 Alaska Administrative Code 52.010)

1.5  If the incident is determined to be minor in nature (e.g. accidental cause and/or minor fire damage, see 2.3 below) units on the scene shall gather the necessary information and accurately complete the report.

**2.0  Requesting a Fire Investigator**

2.1  Command is responsible for requesting a Fire Investigator, based upon investigator callout criteria, specific information gathered, and the circumstances of the event.

   2.1.1  The on-duty/standby Fire Investigator(s) can be contacted via Dispatch.

2.2  A Fire Investigator is **required** to respond to the scene based upon the following investigator callout criteria:

   a) Fire deaths or serious fire injuries (Firefighter or Civilian)
   b) All 2nd alarm or greater structure fires or hazardous material releases
   c) Fires in which the cause **cannot** be determined by Command, and the dollar loss exceeds $250,000
   d) Explosions and bombings
   e) When requested by a Law Enforcement Agency (AST, APD, FBI, and ATF)
   f) When an arson suspect is detained ON SCENE

   **Note:** Investigator callout is based only upon the above criteria; do not call for an investigator based upon suspicion of arson alone.

2.3  The following incidents do not meet investigator callout criteria. Company officers are responsible for investigating these incidents:

   a) Minor fires where cause is determined to be accidental
   b) Minor grass, fence, or trash fires with no witnesses or suspects
   c) Scalding burns, electrical accidents, and minor accidental burn injuries
   d) Vehicle fires originating in the engine compartment during vehicle operation, abandoned autos, or vehicle arsons with no witnesses or suspects on scene (Contact investigator via e-mail with RMS number)
   e) Traffic accident fatalities involving fire subsequent to collision (these are investigated by Anchorage Police Department or Alaska State Troopers)

2.4  For unusual or mitigating circumstances that don't meet the above criteria, contact the DC of Fire Prevention prior to requesting Fire Investigator.

2.5  Once the Fire Investigator is requested, the location becomes a **crime scene, and chain of custody must be maintained** (see Section 3).

   2.5.1  Command shall assign personnel to protect and maintain custody of the scene until the arrival of the Fire Investigator. While the Fire Investigator is responding, companies shall delay non-essential overhaul, and secure the fire scene until the Fire Investigator arrives.

   2.5.2  Salvage shall be limited, and unnecessary interim activities must be discontinued to preserve evidence. Any activity that may alter or contaminate the fire scene, or interfere with the subsequent origin and cause investigation, must discontinue until such activity has been authorized by the Fire Investigator.

2.6  **Gathering Information**
An attempt to identify the victim and any witnesses who are at the fire scene must be made as soon as possible, and shall not be delayed until the Fire Investigator is actually on the scene. Obtaining the identification of witnesses is critical to the conduct of the subsequent investigative process.

   2.6.1  If Law Enforcement Officers are on scene, Command may request them to obtain such information and identification for Fire Investigators.

2.7  **Scene Jurisdiction**
Command shall turn over jurisdiction of the fire scene to the Fire Investigator as soon as possible after the fire is stabilized. All personnel shall cooperate with the Fire Investigator.

   2.7.1  The Fire Investigator retains jurisdiction until the scene is released back to Command, a fire restoration company, or the property owner. The Fire Investigator may inform Command that they intend to maintain custody of the scene for further investigation.

2.8  After achieving fire control, Command shall release those companies that are not needed to complete investigation and overhaul. During extended investigation operations, companies may return to quarters and later return to the scene to assist with overhaul activities when requested by the Investigator.

2.9  The Fire Investigator shall request from Command any personnel or equipment necessary for the investigation. Command shall make every attempt to meet such requests to the extent possible under the prevailing circumstances.

| Page 4 of 5 | Fire Investigation | Page 4 of 5 |
|---|---|---|
| 900-25 v. 1.0 | | 900-25 v 1.0 |

## 3.0 Preserving Evidence / Chain of Custody

3.1 Despite common belief, evidence is not destroyed in fires except in very rare cases. The form, shape, color, size, and weight may be altered, but evidence can still be identified upon trained examination. Therefore, protection of the fire scene and preservation of physical evidence must be a primary concern once life safety is secured and fire control is achieved.

    3.1.1 The fire department must protect the fire scene from unnecessary damage during firefighting operations. Special care must be exercised during extinguishment to avoid washing out evidence through misuse of fire streams.

    3.1.2 Overhaul presents the greatest potential for damage to evidence which may be used by the Fire Investigator and Law Enforcement in subsequent court cases and prosecution. It is critically important to preserve evidence by not moving fire debris unnecessarily.

3.2 Evidence cannot be used in court unless the Fire Investigator can establish a **chain of custody** by proving who found the evidence, where it was found, and that the evidence was not tampered with while in official custody.

3.3 To ensure that the chain of custody remains unbroken, the scene must remain demonstrably in the custody of the fire department. Thus, at a fire scene where it has been determined that custody must be maintained, <u>a guard must be posted</u>, and custody maintained until the scene is released.

3.4 **No unauthorized persons may enter the scene.** The fire department has the legal authority to close the scene entirely, even to the property owner or to other interested person(s).

3.5 It is vital that the fire department prevent personnel from unnecessarily entering a fire scene, walking in on or obscuring evidence, or picking up and moving evidence. This includes both fire department personnel and the media.

3.6 When it is essential that evidence be moved, or if necessary firefighting operations might damage evidence, cover the evidence or mark its location before moving it carefully to a secure location. Evidence that has been moved from its original location must be documented by photographs, diagrams, and report narratives.

## 4.0 Public Information

4.1 If a victim requests information regarding their fire loss for insurance purposes, the company officer can provide the fire department incident number and contact number for fire run reports. **Never** give out the Fire Investigators or other Law Enforcement Officers cell phone number.

## 5.0 Joint Fire/Police Investigations

5.1 Anchorage Fire Department Fire Investigator(s) are trained and certified as Alaskan Peace Officers with authority to investigate all crimes. This training and certification meets requirements outlined by the Alaska Police Standards Counsel (APSC). Fire Investigators will conduct joint investigations of fire deaths or life-threatening injuries at fire scenes.

| Page 5 of 5 | Fire Investigation | Page 5 of 5 |
|---|---|---|
| 900-25 v. 1.0 | | 900-25 v 1.0 |

## 6.0 Accelerant Detection Canine

6.1 The Department has available a specially-trained accelerant detection canine, (K-9 Jodi) assigned to Fire Prevention. K-9 Jodi is deployed by the handler to identify accelerant-contaminated evidence and the probability of area for laboratory confirmation within the fire scene debris. Personnel should avoid contact with the canine unless given permission by the canine handler.

6.2 The Fire Investigator or Duty Chief is responsible for requesting the Accelerant Detection K-9.

## 7.0 Investigation Protective Equipment

7.1 Fire Investigators will utilize protective equipment/gear while engaged in on-scene fire investigations. This includes but it not limited to; boots, helmets, gloves, eye protection; masks/respirators and turnout gear as warranted by circumstances.

## 8.0 Version History

| Supersedes: | | |
|---|---|---|
| P&I | 900-25 dated 10/24/97 | |
| Memo | | |
| Revisions: | | |
| Date: | Version # | Changes |
| 11/01/06 | 1.0 | Complete Revision |



National Fire Incident

Reporting System 5.0

Complete Reference Guide

*January 2004*