Kenneth M. Gutsch, ASBA 8811186
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH: (907) 276-5727
FAX: (907) 276-2953
E-mail: kgutsch@richmondquinn.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FKA DISTRIBUTING CO., d/b/a ) <br> HOMEDICS, INC.; KROGER CO., ) <br> d/b/a FRED MEYER and/or FRED ) <br> MEYER STORES, INC.; and WAL- ) <br> MART STORES, INC., d/b/a WAL- ) <br> MART, ) <br> ) <br> Defendants. ) | Case No. 3:06-cv-00127 (TMB) |

### KROEGER AND FRED MEYER'S SUPPLEMENTAL
### MOTION FOR SUMMARY JUDGMENT

COME NOW, Kroeger Co., d/b/a Fred Meyers and/or Fred Meyer Stores, Inc., by and through their counsel, Richmond & Quinn, and hereby move for summary judgment on the additional basis that there is no evidence in this case that the subject fountain was purchased from a Kroeger or Fred Meyers store.

Plaintiff acknowledges that she received the subject fountain as a gift from Christine King. <u>See</u> Depo. of Heidi Jurisch, Ex. A hereto at p. 7.

According to the attached affidavit of Christine King, she purchased a fountain from Wal-Mart, and gave it as a gift to plaintiff. Ex. B hereto.

Given Ms. King's affidavit, there is no evidentiary basis to support plaintiff's pending lawsuits against Kroeger and Fred Meyers.

Dated this 21st day of December, 2006, at Anchorage, Alaska.

                                          RICHMOND & QUINN
                                          Attorneys for Defendant
                                          FKA DISTRIBUTING CO. d/b/a
                                          HOMEDICS, INC.

                                          s/Kenneth M. Gutsch
                   By:  _____
                                          Kenneth M. Gutsch
                                          RICHMOND & QUINN
                                          360 K Street, Suite 200
                                          Anchorage, AK 99501
                                          Ph: (907) 276-5727
                                          Fax: (907) 276-2953
                                          kgutsch@richmondquinn.com
                                          Alaska Bar No. 8811186

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 21st day of December, 2006, to:

Howard J. Meyer, Jr.
Walther & Flanigan
1029 W. 3rd Ave, Suite 250
Anchorage, AK 99501


s/Kenneth M. Gutsch
_____
      RICHMOND & QUINN

2222\001\Pld\Kroeger and Fred Meyer's Supplemental MSJ