# Exhibit A

Case 3:06-cv-00127-TMB   Document 29-2   Filed 12/21/2006   Page 1 of 4

Case 3:06-cv-00127-TMB   Document 29-2   Filed 12/21/2006   Page 2 of 4

HEIDI JURISCH                    10/31/2006        JURISCH v. FKA DISTRIBUTING, et al.
Vol. 1                                                              3:06-CV-00127

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

```
HEIDI JURISCH,                        )
                                      )
            Plaintiff,                )
                                      )
v.                                    )
                                      )
FKA DISTRIBUTING CO., d/b/a           )
HOMEDICS, INC.; KROGER CO.,           )
d/b/a FRED MEYER and/or FRED          )
MEYER STORES, INC.; and WAL-          )
MART STORES, INC., d/b/a WAL-         )
MART,                                 )
                                      )
            Defendants.               )
_____)
Case No. 3AN-06-00127 civil
```

VIDEOTAPED DEPOSITION OF HEIDI M. JURISCH

October 31, 2006

APPEARANCES:

    FOR THE PLAINTIFF:        MR. HOWARD J. MEYER, JR.
                                    Walther & Flanigan
                                    Attorneys at Law
                                    1029 West 3rd Avenue, Suite 250
                                    Anchorage, Alaska 99501
                                    (907) 279-9999

    FOR THE DEFENDANT:        MR. KENNETH M. GUTSCH
                                    Richmond & Quinn
                                    Attorneys at Law
                                    360 K Street, Suite 200
                                    Anchorage, Alaska 99501
                                    (907) 276-5727

    ALSO PRESENT:             MR. JOHN GLENN

Stamp: COPY / RECEIVED NOV 17 2006 HD 12:00 PM RICHMOND & QUINN



HEIDI JURISCH                      10/31/2006        JURISCH v. FKA DISTRIBUTING, et al.
Vol. 1                                                              3:06-CV-00127

Page 7

```
 1         It might have been 2000.  I can't honestly give you an
 2         exact date.  It was quite a while ago.
 3    Q    The fountain at issue in the lawsuit, when did you acquire
 4         it?
 5    A    The fountain was given to me as a Christmas present the
 6         Christmas before, so December of 2003.
 7    Q    Who gave it to you?
 8    A    A friend, Christine King.
 9    Q    Where is Ms. King located?
10    A    I believe she still lives in Anchorage.
11    Q    When is the last time you saw her?
12    A    I think about two years ago or so, a year and a half, two
13         years ago.
14    Q    What was the occasion of her giving you the gift?
15    A    A Christmas present.
16    Q    She was a friend of yours at the time?
17    A    Yes.
18    Q    But you haven't seen her in two years?
19    A    No.
20    Q    Why haven't you seen her in two years?
21    A    Due to some personal issues and difference of opinions.
22    Q    Did the personal issues and difference of opinions have
23         anything to do with this fountain?
24    A    No.
25    Q    And you don't have any idea where she's currently located
```

Case 3:06-cv-00127-TMB   Document 29-2   Filed 12/21/2006   Page 4 of 4

HEIDI JURISCH                                    10/31/2006                    JURISCH v. FKA DISTRIBUTING, et al.
Vol. 1                                                                                                3:06-CV-00127

Page 226

1                              C E R T I F I C A T E

2

3    UNITED STATES OF AMERICA        )
                                     )ss
     STATE OF ALASKA                 )
4

5        I, Joseph P. Kolasinski, Notary Public in and for the

6    state of Alaska, residing in Anchorage in said state, do hereby

7    certify that the deponent in the foregoing matter was duly

8    sworn to testify to the truth, and nothing but the truth;

9        That said testimony was taken at the time and place

10   therein stated;

11       That the testimony of said witness was recorded

12   electronically and thereafter transcribed under my direction

13   and reduced to print;

14       That the foregoing is a full, complete, and true record of

15   said testimony.

16       I further certify that I am not a relative, nor employee,

17   nor attorney, nor of counsel of any of the parties to the

18   foregoing matter, nor in any way interested in the outcome of

19   the matter therein named.

20       IN WITNESS WHEREOF I have hereunto set my hand and affixed

21   my seal this 17th day of November, 2006.

22

23                                          _____
                                            Joseph P. Kolasinski, Notary Public
24                                          in and for the State of Alaska.
                                            My Commission Expires:  03/12/2008
25

[Notary Public seal: JOSEPH P KOLASINSKI, NOTARY PUBLIC, STATE OF ALASKA]