Kenneth M. Gutsch, ASBA 8811186
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
E-mail:  kgutsch@richmondquinn.com
Attorneys for Defendant


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | | |
|---|---|---|
| HEIDI JURISCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FKA DISTRIBUTING CO., d/b/a | ) | |
| HOMEDICS, INC.; KORGER CO., | ) | |
| d/b/a FRED MEYER and/or FRED | ) | Case No. 3:06-cv-00127 |
| MEYER STORES, INC.; and WAL- | ) | (TMB) |
| MART STORES, INC., d/b/a WAL- | ) | |
| MART, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |


**<u>ORDER</u>**

COMES NOW the court and hereby grants summary judgment to

Kroeger Co., d/b/a Fred Meyers and/or Fred Meyer Stores, Inc.


Dated: _____        _____
                              The Honorable Timothy M. Burgess
                              Judge of the United States District
                              Court

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 21st day of December, 2006, to:

Howard J. Meyer, Jr., P.C.
P.O. Box 100119
Anchorage, AK 99510-0119

s/Kenneth M. Gutsch

_____
      RICHMOND & QUINN

2222\001\Pld\Order

ORDER

Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 2