Howard J. Meyer, Jr.
Walther & Flainigan
1029 West 3rd Ave., Suite 250
Anchorage, AK 99501
Phone: (907) 279-9999
Fax: (907) 258-3804
E-Mail hmeyer@waltherflanigan.com

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

HEIDI JURISCH,

        Plaintiff,

vs.

FKA DISTRIBUTING CO., d/b/a
HOMEDICS, INC.; KROGER CO.,
d/b/a FRED MEYER and/or FRED
MEYER STORES, INC.; and WAL-
MART STORES, INC., d/b/a WAL-
MART;

        Defendants.        Case No. 306-CV-00127 (TMB)

**PLAINTIFF'S UNOPPOSED MOTION FOR ONE WEEK LEAVE TO
FILE EITHER: (1) OPPOSITION TO DEFENDANTS' [DECEMBER 7, 2006]
MOTION FOR SUMMARY JUDGMENT; OR (2) MOTION SEEKING RULE
56(f) EXTENSION TO FILE OPPOSITION TO SAME**

        COMES NOW plaintiff, Heidi Jurisch, by and through her counsel, Walther &

Flanigan, and hereby moves for one week leave until January 2, 2007, to file either: (1) an

PLAINTIFF'S UNOPPOSED MOTION FOR ONE WEEK LEAVE TO FILE EITHER: (1)
OPPOSITION TO DEFENDANTS' [DECEMBER 7, 2006] MOTION FOR SUMMARY
JUDGMENT; OR (2) MOTION SEEKING RULE 56(f) EXTENSION TO FILE
OPPOSITION TO SAME
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 1 OF 3

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

opposition to Defendant's [December 7, 2006] Motion for Summary Judgment and Alternative Motions for Ruling of Law; or (2) to request a further extension pursuant to FRCP 56(f) to respond to Defendant's [December 7, 2006] Motion for Summary Judgment and Alternative Motions for Ruling of Law.

Defendants' referenced motion is supported by an affidavit of John Glenn, a fire cause and origin expert. Plaintiff will likely need to depose Mr. Glenn in order to respond to the defendants' motion. In addition, defendants' motion was filed at the height of the holiday season, and undersigned also has an ongoing personal family matter that has been occupying much of his time since mid-December (and may continue to do so for the immediate future). Plaintiff's counsel has spoken with defense counsel, Ken Gutsch, and he does not oppose this motion.

Finally, defendants will not suffer any prejudice.

DATED this 22nd day of December, 2006, at Anchorage, Alaska.

WALTHER & FLANIGAN
Attorneys for Plaintiff Heidi Jurisch


s/Howard J. Meyer, Jr.

By:_____
Howard J. Meyer, Jr.
ABA # 8806136

PLAINTIFF'S UNOPPOSED MOTION FOR ONE WEEK LEAVE TO FILE EITHER: (1) OPPOSITION TO DEFENDANTS' [DECEMBER 7, 2006] MOTION FOR SUMMARY JUDGMENT; OR (2) MOTION SEEKING RULE 56(f) EXTENSION TO FILE OPPOSITION TO SAME
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 2 OF 3

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of PLAINTIFF'S UNOPPOSED MOTION FOR ONE WEEK LEAVE TO FILE EITHER: (1) OPPOSITION TO DEFENDANTS' [DECEMBER 7, 2006] MOTION FOR SUMMARY JUDGMENT; OR (2) MOTION SEEKING RULE 56(f) EXTENSION TO FILE OPPOSITION TO SAME was served by mail this 22nd day of December, 2006, on:

>   Ken Gutsch, Esq.
>   Richmond & Quinn
>   360 K Street, Suite 250
>   Anchorage, AK 99501

>   s/Jessica L. Rasor
> _____
>   WALTHER & FLANIGAN

4649/Pld/MSJOppExtMotion

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

PLAINTIFF'S UNOPPOSED MOTION FOR ONE WEEK LEAVE TO FILE EITHER: (1) OPPOSITION TO DEFENDANTS' [DECEMBER 7, 2006] MOTION FOR SUMMARY JUDGMENT; OR (2) MOTION SEEKING RULE 56(f) EXTENSION TO FILE OPPOSITION TO SAME
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 3 OF 3