Howard J. Meyer, Jr.
Walther & Flaingan
1029 West 3rd Ave., Suite 250
Anchorage, AK 99501
Phone: (907) 279-9999
Fax: (907) 258-3804
E-Mail hmeyer@waltherflanigan.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FKA DISTRIBUTING CO., d/b/a HOMEDICS, INC.; KROGER CO., d/b/a FRED MEYER and/or FRED MEYER STORES, INC.; and WAL-MART STORES, INC., d/b/a WAL-MART;<br><br>　　　　　　Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br>Case No. 306-CV-00127 (TMB) |

**ORDER RE:**
**PLAINTIFF'S UNOPPOSED MOTION FOR ONE WEEK LEAVE TO FILE EITHER: (1) OPPOSITION TO DEFENDANTS' [DECEMBER 7, 2006] MOTION FOR SUMMARY JUDGMENT; OR (2) MOTION SEEKING RULE 56(f) EXTENSION TO FILE OPPOSITION TO SAME**

COMES NOW the court, and hereby grants plaintiff's motion for one-week leave until January 2, 2007, to file either: (1) an opposition to Defendant's [December 7,

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

2006] Motion for Summary Judgment and Alternative Motions for Ruling of Law; or (2) to request a further extension pursuant to FRCP 56(f) to respond to Defendant's [December 7, 2006] Motion for Summary Judgment and Alternative Motions for Ruling of Law.

DATED this ___ day of December, 2006, at Anchorage, Alaska.

By:_____
Judge of the Untied States District Court

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of ORDER RE: PLAINTIFF'S UNOPPOSED MOTION FOR ONE WEEK LEAVE TO FILE EITHER: (1) OPPOSITION TO DEFENDANTS' [DECEMBER 7, 2006] MOTION FOR SUMMARY JUDGMENT; OR (2) MOTION SEEKING RULE 56(f) EXTENSION TO FILE OPPOSITION TO SAME was served by mail this 22nd day of December, 2006, on:

    Ken Gutsch, Esq.
    Richmond & Quinn
    360 K Street, Suite 250
    Anchorage, AK 99501

    s/Jessica L. Rasor
_____
WALTHER & FLANIGAN

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

4649/Pld/MSJOppExtOrd