Howard J. Meyer, Jr.
Walther & Flainigan
1029 West 3rd Ave., Suite 250
Anchorage, AK 99501
Phone: (907) 279-9999
Fax: (907) 258-3804
E-Mail hmeyer@waltherflanigan.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH,<br><br>    Plaintiff,<br><br>vs.<br><br>FKA DISTRIBUTING CO., d/b/a HOMEDICS, INC.; KROGER CO., d/b/a FRED MEYER and/or FRED MEYER STORES, INC.; and WAL-MART STORES, INC., d/b/a WAL-MART;<br><br>    Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br>Case No. 306-CV-00127 (TMB) |

**PLAINTIFF'S MOTION TO COMPEL RESPONSES TO**
**PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS**

    COMES NOW plaintiff, Heidi Jurisch, by and through her counsel, Walther & Flanigan, and pursuant to FRCP 37), hereby seeks an order compelling defendants' responses to Plaintiff's First Discovery Requests to Defendants dated October 20, 2006.

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

This motion is supported by the annexed Memorandum in Support of Plaintiff's Motion to Compel Responses to Plaintiff's First Discovery Requests to Defendants and Affidavit of Howard J. Meyer, Jr. in Support of Plaintiff's Motion to Compel Responses to Plaintiff's First Discovery Requests to Defendants.

DATED this 29th day of December, 2006, at Anchorage, Alaska.

WALTHER & FLANIGAN
Attorneys for Plaintiff Heidi Jurisch

s/ Howard J. Meyer, Jr.
By:_____
Howard J. Meyer, Jr.
ABA # 8806136

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS was served by hand this 29th day of December, 2006, on:

Ken Gutsch, Esq.
Richmond & Quinn
360 K Street, Suite 250
Anchorage, AK 99501

s/ Jessica Rasor
_____
WALTHER & FLANIGAN

4649/Pld/CompelMotion

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 2 OF 2