Howard J. Meyer, Jr.
Walther & Flaingan
1029 West 3rd Ave., Suite 250
Anchorage, AK 99501
Phone: (907) 279-9999
Fax: (907) 258-3804
E-Mail hmeyer@waltherflanigan.com

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

HEIDI JURISCH,

           Plaintiff,

vs.

FKA DISTRIBUTING CO., d/b/a
HOMEDICS, INC.; KROGER CO.,
d/b/a FRED MEYER and/or FRED
MEYER STORES, INC.; and WAL-
MART STORES, INC., d/b/a WAL-
MART;

           Defendants.        Case No. 306-CV-00127 (TMB)

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

### ORDER RE: PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS

The court, having considered Plaintiff's Motion to Compel Responses To Plaintiff's First Discovery Requests to Defendants dated October 20, 2006, and any opposition or response thereto, and being fully advised in the premises,

IT IS HEREBY ORDERED:

Defendants shall provide full and candid responses to Plaintiff's First Discovery Requests to Defendants, making production/inspection of all requested documents, including documents related to similar products as defined in the Plaintiff's First Discovery Requests to Defendants, available at defendants' counsel's office in Anchorage, Alaska and that defendants shall do so within ten (10) days of this order.

It IS FURTHER ORDERED that defendants shall reimburse plaintiff's counsel for his time spent having to file this motion, _____ hours at $200/hr.

DATED this ___ day of _____, 2007, at Anchorage, Alaska.

By:_____
 TIMOTHY M. BURGESS
 District Court Judge

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

ORDER RE PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S
FIRST DISCOVERY REQUESTS TO DEFENDANTS
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 2 OF 3

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of ORDER PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS was served by hand this 29th day of December, 2006, on:

      Ken Gutsch, Esq.
      Richmond & Quinn
      360 K Street, Suite 250
      Anchorage, AK 99501

      s/ Jessica Rasor

_____
WALTHER & FLANIGAN

4649/Pld/CompelOrd

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

ORDER RE PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 3 OF 3