Howard J. Meyer, Jr.
Walther & Flainigan
1029 West 3rd Ave., Suite 250
Anchorage, AK 99501
Phone: (907) 279-9999
Fax: (907) 258-3804
E-Mail hmeyer@waltherflanigan.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH,<br><br>        Plaintiff,<br><br>vs.<br><br>FKA DISTRIBUTING CO., d/b/a HOMEDICS, INC.; KROGER CO., d/b/a FRED MEYER and/or FRED MEYER STORES, INC.; and WAL-MART STORES, INC., d/b/a WAL-MART;<br><br>        Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br>Case No. 306-CV-00127 (TMB) |

**PLAINTIFF'S MOTION FOR FRCP 56(f) EXTENSION**

COMES NOW plaintiff, Heidi Jurisch, by and through her counsel, Walther & Flanigan, and pursuant to the FRCP 56(f), hereby seeks an order granting a three month extension in which to respond to defendants' first Motion for Summary Judgment. This extension is needed in order to: (1) obtain responses to outstanding discovery requests propounded in October to defendants; (2) depose John Glenn, a purported fire cause and

origin expert whose affidavit defendants have submitted in support of their first motion for Summary Judgment; and (3) have Mr. Glenn's deposition transcribed; and (4) plaintiff would then likely have need to have her own fire cause and origin expert review the documents produced by defendants' in response to plaintiff's discovery requests and respond to Mr. Glenn's affidavit and deposition testimony.

Plaintiff is requesting she be afforded at least 45 days following defendants' production of the material that is subject to the pending motion to compel in which to file her opposition to defendants' Motion for Summary Judgment.

This motion is supported by the annexed Memorandum in Support of Plaintiff's Motion for FRCP 56(f) Extension, and Affidavit of Howard J. Meyer, Jr. in Support of Plaintiff's Motion for FRCP 56(f) Extension.

DATED this 29th day of December, 2006, at Anchorage, Alaska.

WALTHER & FLANIGAN
Attorneys for Plaintiff Heidi Jurisch

s/ Howard J. Meyer, Jr
By:_____
Howard J. Meyer, Jr.
ABA # 8806136

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of PLAINTIFF'S MOTION FOR FRCP 56(f) EXTENSION was served by hand this 29th day of December, 2006, on:

    Ken Gutsch, Esq.
    Richmond & Quinn
    360 K Street, Suite 250
    Anchorage, AK 99501

    s/ Jessica Rasor

_____
WALTHER & FLANIGAN

4649/Pld/FRCP56(f)Motion

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

PLAINTIFF'S MOTION FOR FRCP 56(f) EXTENSION
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 3 OF 3