Howard J. Meyer, Jr.
Walther & Flainagan
1029 West 3rd Ave., Suite 250
Anchorage, AK 99501
Phone: (907) 279-9999
Fax: (907) 258-3804
E-Mail hmeyer@waltherflanigan.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH,<br><br>    Plaintiff,<br><br>vs.<br><br>FKA DISTRIBUTING CO., d/b/a HOMEDICS, INC.; KROGER CO., d/b/a FRED MEYER and/or FRED MEYER STORES, INC.; and WAL-MART STORES, INC., d/b/a WAL-MART;<br><br>    Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 306-CV-00127 (TMB) |

### ORDER RE: **PLAINTIFF'S MOTION FOR FRCP 56(f) EXTENSION**

The court, having considered Plaintiff's Motion for FRCP 56(f) Extension, and any opposition or response thereto, and being fully advised in the premises,

IT IS HEREBY ORDERED that plaintiff's Motion is GRANTED. Plaintiff shall have _____ days following defendants' full and complete production of the material that was the subject of Plaintiff's Motion to Compel responses to Plaintiff's First Discovery

ORDER RE: PLAINTIFF'S MOTION FOR FRCP 56(f) EXTENSION
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 1 OF 2

Requests to Defendants in which to depose Mr. Glenn and file plaintiff's opposition to defendants' Motion for Summary Judgment.

.        DATED this ___ day of _____, 2007, at Anchorage, Alaska.


By:_____
TIMOTHY M. BURGESS
U.S. District Court Judge


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of ORDER RE: PLAINTIFF'S MOTION FOR FRCP 56(f) EXTENSION was served by hand this 29th day of December, 2006, on:

    Ken Gutsch, Esq.
    Richmond & Quinn
    360 K Street, Suite 250
    Anchorage, AK 99501

    s/ Jessica Rasor
_____
WALTHER & FLANIGAN

4649/Pld/FRCP56(f)Ord

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

ORDER RE: PLAINTIFF'S MOTION FOR FRCP 56(f) EXTENSION
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 2 OF 2