Howard J. Meyer, Jr.
Walther & Flainigan
1029 West 3rd Ave., Suite 250
Anchorage, AK 99501
Phone: (907) 279-9999
Fax: (907) 258-3804
E-Mail hmeyer@waltherflanigan.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH,<br><br>            Plaintiff,<br><br>vs.<br><br>FKA DISTRIBUTING CO., d/b/a HOMEDICS, INC.; KROGER CO., d/b/a FRED MEYER and/or FRED MEYER STORES, INC.; and WAL-MART STORES, INC., d/b/a WAL-MART;<br><br>            Defendants. | Case No. 306-CV-00127 (TMB) |

### AFFIDAVIT OF HOWARD J. MEYER, JR. IN SUPPORT OF PLAINTIFF'S MOTION MOTION FOR FRCP 56(f) EXTENSION

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

I, Howard J. Meyer, Jr, hereby state as follows:

1. I am the attorney for plaintiff in the above captioned action, and am competent to testify to the matters stated herein..

2. Defendants have filed a Motion for Summary Judgment, supported in part by an affidavit of John Glenn, a purported fire cause and origin expert..

3. Plaintiff has outstanding discovery requests to defendants that are the subject of a pending Motion to Compel; and in order to meaningfully respond to defendants' motion, it is necessary that plaintiff be allowed to conduct discovery, to include review of defendants' responses to the outstanding discovery which is the subject of plaintiff's pending Motion to Compel.

4. After receipt of those responses, plaintiff would need to depose Mr. Glenn.

5. After then having the deposition of Mr. Glenn transcribed, if necessary, plaintiff would likely have her own fire cause and origin expert review the documents produced by defendants' in response to plaintiff's discovery requests and respond to Mr. Glenn's affidavit and deposition testimony.

6. Plaintiff's counsel believes he reasonably needs at least 45 days following defendants' production of the material that is subject to the pending motion to compel in which to depose Mr. Glenn, work with plaintiff's fire cause and origin expert, and file plaintiff's opposition to defendants' Motion for Summary Judgment.

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

7. Plaintiff's Motion for FRCP 56(f) Extension is made in good faith and is not interposed for any improper purpose, such as to harass or cause unnecessary delay or needless expense in the cost of litigation.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Howard J. Meyer, Jr.

SUBSCRIBED AND SWORN to before me this 29 day of December, 2006, at Anchorage, Alaska.

NOTARY IN AND FOR ALASKA
My Commission Expires 4/4/08

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of AFFIDAVIT OF HOWARD J. MEYER, JR. IN SUPPORT OF PLAINTIFF'S MOTION FOR FRCP 56(f) EXTENSION was served by hand this 29th day of December, 2006, on:

Ken Gutsch, Esq.
Richmond & Quinn
360 K Street, Suite 250
Anchorage, AK 99501

s/ Jessica Rasor

WALTHER & FLANIGAN

4649/Pld/FRCP56(f)Aff

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

AFFIDAVIT OF HOWARD J. MEYER, JR. IN SUPPORT OF PLAINTIFF'S MOTION FOR FRCP 56(f) EXTENSION
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 3 OF 3