Howard J. Meyer, Jr.
Walther & Flainigan
1029 West 3rd Ave., Suite 250
Anchorage, AK 99501
Phone: (907) 279-9999
Fax: (907) 258-3804
E-Mail hmeyer@waltherflanigan.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FKA DISTRIBUTING CO., d/b/a HOMEDICS, INC.; KROGER CO., d/b/a FRED MEYER and/or FRED MEYER STORES, INC.; and WAL-MART STORES, INC., d/b/a WAL-MART;<br><br>　　　　　　Defendants. | Case No. 306-CV-00127 (TMB) |

**AFFIDAVIT OF HOWARD J. MEYER, JR. IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS**

STATE OF ALASKA　　　　　　)
　　　　　　　　　　　　　　　) ss.
THIRD JUDICIAL DISTRICT　　)

　　　I, Howard J. Meyer, Jr, hereby state as follows:

AFFIDAVIT OF HOWARD J. MEYER, JR. IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 1 OF 3

1. I am the attorney for plaintiff in the above captioned action, and am competent to testify to the matters stated herein..

2. Near the time when defendants' responses were due, defense counsel requested and was granted a ten day extension. .

3. Following the granting of this extension, defense counsel sent over a 12 page proposed protective order. When I discussed this proposed protective order with defense counsel, I advised of my reluctance to enter into such a protective order, and asked defense counsel to provide some indication which of plaintiff's pending discovery requests, if any, called for the production of proprietary or otherwise sensitive information. After defense counsel was unable to point to even one request seeking production of proprietary or otherwise sensitive information, I advised he would not have his client enter into a needless protective order.

4. Shortly after, defense counsel again requested and was granted another extension to respond to plaintiff's discovery.

5. I have to date spent over 8.5 hours reviewing the file and drafting Plaintiff's Motion to Compel Responses to Plaintiff's First Discovery Requests to Defendants; and my customary hourly billing rate is $200/hr.

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

FURTHER YOUR AFFIANT SAYETH NAUGHT

_____
Howard J. Meyer, Jr.

SUBSCRIBED AND SWORN to before me this 29th day of December, 2006, at Anchorage, Alaska.



_____
NOTARY IN AND FOR ALASKA
My Commission Expires 4/4/08

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of AFFIDAVIT OF HOWARD J. MEYER, JR. IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS was served by hand this 29th day of December, 2006, on:

Ken Gutsch, Esq.
Richmond & Quinn
360 K Street, Suite 250
Anchorage, AK 99501

s/ Jessica Rasor
_____
WALTHER & FLANIGAN

4649/Pld/CompelAff

AFFIDAVIT OF HOWARD J. MEYER, JR. IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 3 OF 3

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804