# AFD Incident Detail Report

Incident #: **2004231000008992**          FireRMS #: **0008230**
Incident Date: **4/12/2004 9:17:12 AM**

## Incident Information

| | | | |
|---|---|---|---|
| Incident Type: | Fire, Full Response | Alarm Level: | 1 |
| Priority: | Code Red | Problem: | Structure Fire |
| Determinant: | | Agency: | Municipality of Anchorage |
| Base Response#: | 5-04-01891 | Jurisdiction: | Anchorage Fire Department |
| Confirmation#: | | Division: | Station 06 Response District |
| Taken By: | | Battalion: | Station 06 Response District |
| Response Area: | Sta06 | Response Plan: | Fire, Full Response Sta 06 |
| Disposition: | Call Complete | Command Ch: | |
| Cancel Reason: | | Primary TAC: | |
| Incident Status: | Closed | Secondary TAC: | |
| Certification: | | | |

## Incident Location

| | | | |
|---|---|---|---|
| Location Name: | | County: | Anchorage |
| Address: | 1603 Atkinson Dr | Location Type: | |
| Apartment: | | Cross Street: | LINK CT/LINK CT |
| City, State, Zip: | Anchorage AK | | |
| Map Page: | G-1438 | Grid Number: | |

## Call Receipt

| | | | |
|---|---|---|---|
| Method Received: | | Call Back Phone: | 907-332-3591 |
| Caller Type: | | Caller Location: | 1605 ATKINSON DR |

## Time Stamps

| Description | Date | Time | User |
|---|---|---|---|
| 1st Key Stroke | 4/12/2004 | 9:17:07 AM | |
| In Waiting Queue | 4/12/2004 | 9:17:26 AM | |
| Call Taking Complete | 4/12/2004 | 9:18:11 AM | |
| 1st Unit Assigned | 4/12/2004 | 9:17:34 AM | |
| 1st Unit Enroute | 4/12/2004 | 9:19:34 AM | |
| 1st Unit Arrived | 4/12/2004 | 9:22:11 AM | |
| Closed | 4/12/2004 | 10:16:07 AM | |

## Elapsed Times

| Description | Time |
|---|---|
| Received to In Queue | 00:00:14 |
| Call Taking | 00:00:59 |
| In Queue to 1st Assign | 00:00:08 |
| Call Received to 1st Assign | 00:00:27 |
| Assigned to 1st Enroute | 00:02:00 |
| Enroute to 1st Arrived | 00:02:37 |
| Incident Duration | 00:00:59 |

## Resources Assigned

| Vehicle | Response# | Assigned | Enroute | Staged | Arrived | At Patient | Delay Avail | Complete | Cancel Reason |
|---|---|---|---|---|---|---|---|---|---|
| E06 | 102805 | 9:17:34 AM | 9:19:34 AM | | 9:27:42 AM | | | 10:16:07 AM | |
| E03 | 102805 | 9:17:34 AM | 9:19:44 AM | | 9:27:39 AM | | | 9:41:50 AM | |
| E01 | 102805 | 9:17:34 AM | 9:20:12 AM | | 9:27:46 AM | | | 9:31:32 AM | |

Exhibit 1
Page 1 of 6

| | | | | | | |
|---|---|---|---|---|---|---|
| :03 | 102805 | 9:17:34 AM | :0:03 AM | 9:25:40 AM | | 9:47:45 AM |
| ʌ06 | 102805 | 9:17:34 AM | 9:20:27 AM | 9:22:11 AM | | 9:47:53 AM |
| 34 | 102805 | 9:17:34 AM | 9:20:25 AM | | 9:28:21 AM | Resource Not Need/Code Green |
| 3al | 102805 | 9:17:34 AM | 9:20:10 AM | | 9:28:14 AM | Resource Not Need/Code Green |
| 31 | 102805 | 9:17:34 AM | 9:20:22 AM | 9:28:01 AM | | 9:38:36 AM |
| e14 | 102805 | 9:17:34 AM | 9:20:06 AM | 9:24:33 AM | | 9:28:30 AM |
| ʌ03 | 102805 | 9:24:08 AM | 9:24:23 AM | 9:26:01 AM | | 9:28:41 AM |

**lestinations**

**No Destination Information**

**Comments**

| Date | Time | User | Type | Comments |
|---|---|---|---|---|
| 1/12/2004 | 9:17:48 AM | WFI | Response | Alert Sent to S01 |
| 1/12/2004 | 9:17:48 AM | WFI | Response | Alert Sent to S03 |
| 1/12/2004 | 9:17:48 AM | WFI | Response | Alert Sent to S06 |
| 1/12/2004 | 9:17:48 AM | WFI | Response | Alert Sent to S12 |
| 1/12/2004 | 9:17:49 AM | WFI | Response | Alert Sent to S14 |
| 1/12/2004 | 9:18:16 AM | AG | Response | tac3 |
| 1/12/2004 | 9:19:35 AM | RMSInterface | Response | [Station 06 Response District] Record #: 2310020040008230 |
| 1/12/2004 | 9:19:53 AM | DLE | Response | working fire |
| 1/12/2004 | 9:20:38 AM | EOH | Response | [Page]Paging Group Notified: Working Fire, Sent From: AFDCAD01DSP02, Comment: Working Fire-1603 Atkinson Dr- Grid 1438 |
| 1/12/2004 | 9:20:54 AM | DLE | Response | [Page]Paging Group Notified: Working Fire, Sent From: AFDCAD01DSP04, Comment: Working Fire 1603 Atkinson Dr Grid 1438 |
| 1/12/2004 | 9:22:04 AM | DLE | Response | E06 loc working fire atkinson command m06 rit vent by next in unit |
| 1/12/2004 | 9:23:08 AM | DLE | Response | E06 command not an all clear on structure fast attack |
| 1/12/2004 | 9:23:23 AM | DLE | Response | E03 hand jack providing ventilation |
| 1/12/2004 | 9:23:59 AM | DLE | Response | E03 has command |
| 1/12/2004 | 9:24:29 AM | EOH | Response | Per B3 send additional MICU |
| 1/12/2004 | 9:24:55 AM | DLE | Response | E03 command all clear on structure |
| 1/12/2004 | 9:25:49 AM | DLE | Response | E06 utilities secure |
| 1/12/2004 | 9:25:59 AM | DLE | Response | E06 FUC |
| 1/12/2004 | 9:27:07 AM | DLE | Response | E03 e03 t03 e06 m06 h aouis |
| 1/12/2004 | 9:41:46 AM | DLE | Response | e03 in svc passing command to e06 capt |
| 1/12/2004 | 9:42:38 AM | DLE | Response | MARC per command negative on the MARC |
| 1/12/2004 | 10:16:32 AM | AG | Response | 1438-05 was used |

Exhibit ___1___

Page _2_ of _6_

| 1/12/2004 | 10:18:31 AM DLE | | Response | AWWU notified u( hydrant |
| 1/12/2004 | 11:35:56 AM EOH | | Response | Per unit request Enstar/Chug advsd res to residense |

## Address Changes

| Date | Time | Location/Address | | User |
|------|------|------------------|---|------|
| 1/12/2004 | 9:18:33 AM | / 1603 Atkinson Dr | | Hayes, Esther O. |

## Priority Changes

No Priority Changes

## Alarm Level Changes

| Date | Time | Change to Alarm | |
|------|------|-----------------|---|
| 1/12/2004 | 9:17:34 AM | Good, Andrew | 1 |
| 1/12/2004 | 9:24:08 AM | Good, Andrew | 1 |

## Call Activities

| Date | Time | Radio | Activity | Location | Comments | User |
|------|------|-------|----------|----------|----------|------|
| 1/12/2004 | 9:17:27 AM | | Incident Late | | Waiting incident marked as late | |
| 1/12/2004 | 9:17:34 AM | E06 | 01 - Dispatched | 1603 Atkinson Dr | Response Number (5-04-01891) | AG |
| 1/12/2004 | 9:17:34 AM | E03 | 01 - Dispatched | 1603 Atkinson Dr | Response Number (5-04-01892) | AG |
| 1/12/2004 | 9:17:34 AM | S01 | 01 - Dispatched | 1603 Atkinson Dr | Response Number (5-04-01893) | AG |
| 1/12/2004 | 9:17:34 AM | T03 | 01 - Dispatched | 1603 Atkinson Dr | Response Number (5-04-01894) | AG |
| 1/12/2004 | 9:17:34 AM | M06 | 01 - Dispatched | 1603 Atkinson Dr | Response Number (5-04-01895) | AG |
| 1/12/2004 | 9:17:34 AM | B4 | 01 - Dispatched | 1603 Atkinson Dr | Response Number (5-04-01896) | AG |
| 1/12/2004 | 9:17:34 AM | Sa1 | 01 - Dispatched | 1603 Atkinson Dr | Response Number (5-04-01897) | AG |
| 1/12/2004 | 9:17:34 AM | B1 | 01 - Dispatched | 1603 Atkinson Dr | Response Number (5-04-01898) | AG |
| 1/12/2004 | 9:17:34 AM | Te14 | 01 - Dispatched | 1603 Atkinson Dr | Response Number (5-04-01899) | AG |
| 1/12/2004 | 9:19:34 AM | E06 | 02 - Responding | 1603 ATKINSON DR | Responding From = Station 06 | DLE |
| 1/12/2004 | 9:19:44 AM | E03 | 02 - Responding | 1603 ATKINSON DR | Responding From = Station 03 | DLE |
| 1/12/2004 | 9:20:03 AM | T03 | 02 - Responding | 1603 ATKINSON DR | Responding From = Station 03 | DLE |
| 1/12/2004 | 9:20:06 AM | Te14 | 02 - Responding | 1603 ATKINSON DR | Responding From = Station 14 | DLE |
| 1/12/2004 | 9:20:10 AM | Sa1 | 02 - Responding | 1603 ATKINSON DR | Responding From = Station 12 | DLE |

| Date | Time | Unit | Status | Location | Notes | |
|---|---|---|---|---|---|---|
| 1/12/2004 | 9:20:12 AM | S01 | 02 - Responding | 1603 ATKINSON DR | Responding From = Station 01 | DLE |
| 1/12/2004 | 9:20:22 AM | B1 | 02 - Responding | 1603 ATKINSON DR | Responding From = Station 01 | DLE |
| 1/12/2004 | 9:20:25 AM | B4 | 02 - Responding | 1603 ATKINSON DR | Responding From = Station 01 | DLE |
| 1/12/2004 | 9:20:27 AM | M06 | 02 - Responding | 1603 ATKINSON DR | Responding From = Station 06 | DLE |
| 1/12/2004 | 9:22:11 AM | M06 | 04 - On Location | 1603 Atkinson Dr | | DLE |
| 1/12/2004 | 9:24:08 AM | M03 | 01 - Dispatched | 1603 Atkinson Dr | Response Number (5-04-01900) | AG |
| 1/12/2004 | 9:24:23 AM | M03 | 02 - Responding | 1603 Atkinson Dr | Responding From = Station 03 | AG |
| 1/12/2004 | 9:24:33 AM | Te14 | 04 - On Location | 1603 Atkinson Dr | | DLE |
| 1/12/2004 | 9:25:40 AM | T03 | 04 - On Location | 1603 Atkinson Dr | | DLE |
| 1/12/2004 | 9:26:01 AM | M03 | 04 - On Location | 1603 Atkinson Dr | | DLE |
| 1/12/2004 | 9:27:39 AM | E03 | 04 - On Location | 1603 Atkinson Dr | | DLE |
| 1/12/2004 | 9:27:42 AM | E06 | 04 - On Location | 1603 Atkinson Dr | | DLE |
| 1/12/2004 | 9:27:46 AM | S01 | 04 - On Location | 1603 Atkinson Dr | | DLE |
| 1/12/2004 | 9:28:01 AM | B1 | 04 - On Location | 1603 Atkinson Dr | | DLE |
| 1/12/2004 | 9:28:13 AM | Sa1 | 11 - In Service | 1603 ATKINSON DR | Unit Cleared From Incident 2004231000008992 | DLE |
| 1/12/2004 | 9:28:14 AM | Sa1 | Cancel Vehicle Assig | | | DLE |
| 1/12/2004 | 9:28:20 AM | B4 | 11 - In Service | 1603 ATKINSON DR | Unit Cleared From Incident 2004231000008992 | DLE |
| 1/12/2004 | 9:28:21 AM | B4 | Cancel Vehicle Assig | | | DLE |
| 1/12/2004 | 9:28:30 AM | Te14 | 11 - In Service | | | DLE |
| 1/12/2004 | 9:28:41 AM | M03 | 11 - In Service | | | DLE |
| 1/12/2004 | 9:31:32 AM | S01 | 11 - In Service | | | DLE |
| 1/12/2004 | 9:38:36 AM | B1 | 11 - In Service | | | AG |
| 1/12/2004 | 9:41:50 AM | E03 | 11 - In Service | | | DLE |
| 1/12/2004 | 9:47:45 AM | T03 | 11 - In Service | | | AG |
| 1/12/2004 | 9:47:53 AM | M06 | 11 - In Service | | | AG |

Exhibit ___1___
Page ___4___ of ___6___

| 1/12/2004 | 10:16:07 AM | E06 | 11 - In Service | | | | | AG |
| 1/12/2004 | 10:16:07 AM | | Response Closed | | | | | AG |

## Edit Log

| Date | Time | Field | Changed From | Changed To | Reason | Table | Workstation | User |
|------|------|-------|--------------|-----------|--------|-------|-------------|------|
| 1/12/2004 | 9:17:07 AM | Address | (Blank) | 1605 ATKINSON DR | New Entry | Response_Master_Incident | AFDCAD01DS | EOF |
| 1/12/2004 | 9:17:12 AM | Address | 1605 ATKINSON DR | 1605 ATKINSON DR | Entry Verified | Response_Master_Incident | AFDCAD01DS | EOF |
| 1/12/2004 | 9:17:15 AM | Address | (Blank) | 1603 ATKINSON DR | New Entry | Response_Master_Incident | AFDCAD01DS | EOF |
| 1/12/2004 | 9:17:17 AM | Address | 1603 ATKINSON DR | 1603 ATKINSON DR | Entry Verified | Response_Master_Incident | AFDCAD01DS | EOF |
| 1/12/2004 | 9:17:27 AM | Map_Info | | G-1438 | Polygon Lookup | Response_Master_Incident | AFDCAD01DS | EOF |
| 1/12/2004 | 9:17:27 AM | Grid Numbe | | ANSW1438 | Polygon Lookup | response_user_data_fields | AFDCAD01DS | EOF |
| 1/12/2004 | 9:17:27 AM | Response_P | | Fire, Full Response Sta 06 | (Response Viewe | Response_Master_Incident | AFDCAD01DS | EOF |
| 1/12/2004 | 9:18:11 AM | Caller_Nam | | HOBBS GEORGE R | (Response Viewe | Response_Master_Incident | AFDCAD01DS | EOF |
| 1/12/2004 | 9:18:30 AM | Address | 1603 Atkinson Dr | 1603 Atkinson Dr | Address Change | Response_Master_Incident | AFDCAD01DS | EOF |
| 1/12/2004 | 9:18:33 AM | Address | 1603 Atkinson Dr | 1603 ATKINSON DR | Change Verified | Response_Master_Incident | AFDCAD01DS | EOF |
| 1/12/2004 | 9:18:33 AM | Postal_Cod | 99504 | | (Response Viewe | Response_Master_Incident | AFDCAD01DS | EOF |
| 1/12/2004 | 9:18:33 AM | Latitude | 0 | 61204816 | (Response Viewe | Response_Master_Incident | AFDCAD01DS | EOF |
| 1/12/2004 | 9:18:33 AM | Longitude | 0 | 149767340 | (Response Viewe | Response_Master_Incident | AFDCAD01DS | EOF |
| 1/12/2004 | 9:18:33 AM | Street_Id | NULL | 2479 | (Response Viewe | Response_Master_Incident | AFDCAD01DS | EOF |
| 1/12/2004 | 9:18:33 AM | Map_Info | G-1438 | | (Response Viewe | Response_Master_Incident | AFDCAD01DS | EOF |
| 1/12/2004 | 9:18:34 AM | Map_Info | | G-1438 | Polygon Lookup | Response_Master_Incident | AFDCAD01DS | EOF |
| 1/12/2004 | 9:18:34 AM | Grid Numbe | ANSW1438 | ANSW1438 | Polygon Lookup | response_user_data_fields | AFDCAD01DS | EOF |

## Custom Time Stamps

Exhibit 1
Page 5 of 6

No Custom Time Stamps
Custom Data Fields
No Custom Data Fields

End of AFD Incident # 2004231000008992 Detail Report

Exhibit ___1___
Page __6__ of __6__