Case 3:06-cv-00127-TMB   Document 37-3   Filed 01/03/2007   Page 1 of 5
ROBERT SOUTHWICK            10/16/2006        JURISCH v. FKA DISTRIBUTING, et al.
                                                              3:06-CV-00127

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

HEIDI JURISCH,                         )
                                       )
              Plaintiff,               )
                                       )
     v.                                )
                                       )
FKA DISTRIBUTING CO., d/b/a            )
HOMEDICS, INC.; KROGER CO.,            )
d/b/a FRED MEYER and/or FRED           )
MEYER STORES, INC.; and WAL-           )
MART STORES, INC., d/b/a WAL-          )
MART,                                  )
                                       )
              Defendants.              )
_____)
Case No. 3:06-cv-00127

DEPOSITION OF ROBERT E. SOUTHWICK

October 16, 2006

APPEARANCES:

    FOR THE PLAINTIFF:          MR. HOWARD J. MEYER JR.
                                 Walther & Flanigan
                                 Attorneys at Law
                                 1029 West Third Avenue
                                 Suite 250
                                 Anchorage, Alaska  99501
                                 (907-279-9999

    FOR THE DEFENDANTS:         MR. KENNETH M. GUTSCH
                                 Richmond & Quinn
                                 Attorneys at Law
                                 360 K Street, Suite 200
                                 Anchorage, Alaska  99501
                                 (907) 276-5727

    FOR THE WITNESS:            MR. ROBERT P. OWENS
                                 Assistant Municipal Attorney
                                 Department of Law
                                 632 West Sixth Avenue
                                 Suite 730
                                 Anchorage, Alaska  99501
                                 (907) 343-4545

Computer Matrix Court Reporters    PH - 907-243-0668    jpk@gci.net
                                   FAX - 907-243-1473   sahile@gci.net


Exhibit 2
Page 1 of 5

Case 3:06-cv-00127-TMB   Document 37-3   Filed 01/03/2007   Page 2 of 5
ROBERT SOUTHWICK                10/16/2006        JURISCH v. FKA DISTRIBUTING, et al.
                                                  3:06-CV-00127

Page 94

```
 1   Q   And is it fair to say you determined based upon your
 2       training and experience that that was the southwest corner
 3       of this house?  I think you called it the southwest
 4       corner.
 5   A   Yes.
 6   Q   It's that corner that we see in this -- in all -- the
 7       photographs that depict a corner.....
 8   A   Picture 10.
 9   Q   .....say picture 10?  That's the corner there?
10   A   Yes.
11   Q   And once you determine the area where the fire started,
12       then you look for possible causes?
13   A   Yes.
14   Q   Okay.  And in the actual area where you determined
15       that the fire had started am I fair to say that the
16       only -- and I'll use the terms of your report, the --
17       the only logical ignition source was the wiring to
18       that fountain?
19   A   That was what I determined, yes.
20   Q   And you were asked questions about furniture and candles.
21       And you drew an area where you thought you sort of
22       remembered where that had been?
23   A   Yes, there was some piece of furniture there; a bookcase
24       type of piece of furniture, as I remember.
25   Q   And if you look at, for example -- well, the photographs
```

Computer Matrix Court Reporters        PH - 907-243-0668                       jpk@gci.net
                                       FAX - 907-243-1473     Exhibit  2      sahile@gci.net
                                                              Page  2  of  5

Case 3:06-cv-00127-TMB   Document 37-3   Filed 01/03/2007   Page 3 of 5

ROBERT SOUTHWICK
10/16/2006
JURISCH v. FKA DISTRIBUTING, et al.
3:06-CV-00127

Page 98

```
 1         their initial disclosures.  But you haven't been asked any
 2         questions about these here today specifically.  Is that
 3         the -- your notes that you were referring to?
 4    A    That -- yes, that -- that would have been.....
 5    Q    12 and 13 are your notes?
 6    A    This would be describing.....
 7    Q    And this is 12?
 8    A    Yes, number 12 describes the -- the photographs that I was
 9         taking on that -- on the day of the 12th.
10    Q    And you wrote that on -- contemporaneous with the taking
11         of the photographs?
12    A    Yes.
13    Q    Okay.  And then Exhibit 13 is.....
14    A    This -- this -- okay, so this was the sticky note that I
15         wrote down the information that I got off of the fountain
16         when we were back at the station.
17    Q    And can you read what it says for us?
18    A    It says Homedics.  It says fount sub, fountain pump,
19         meaning submersible fountain pump.  And the other
20         numbers are not too well -- I mean it looks like
21         PT80:L55-180 and WFL-rock.  That would have been what
22         I was able to decipher from the labeling inside.
23         MR. GUTSCH:  Excuse me, is that your handwriting?
24    A    Yeah.
25         MR. GUTSCH:  Okay, can you read that again slowly?
```

Case 3:06-cv-00127-TMB   Document 37-3   Filed 01/03/2007   Page 4 of 5
ROBERT SOUTHWICK                10/16/2006        JURISCH v. FKA DISTRIBUTING, et al.
                                                                3:06-CV-00127

```
                                                        Page 100
 1   being deposed here.  I produced the document.  It was -- it
 2   accompanied the equipment, the fountain.
 3       MR. GUTSCH:  Okay.  And who gave -- who gave the
 4   fountain.....
 5       MR. MEYER:  I'm not -- you know, Ken, send a discovery
 6   request.  I'm not here to be deposed.  I've got very little
 7   time thanks to your long questioning.
 8       MR. GUTSCH:  It only takes two seconds to give me a name.
 9   Q   Based upon your training in -- well, here, let me talk to
10       you about your training and experience.  My understanding
11       is is you -- before you worked for the Anchorage Fire
12       Department you worked for.....
13   A   Alaska Division of Forestry.
14   Q   And what did you do for them?
15   A   In the 12 years I worked there I -- I had a variety of
16       jobs.  I was a firefighter.  I issued burn permits, did
17       public fire prevention education.....
18   Q   Would it be fair to say you were involved in working with
19       fire oriented issues for 12 years?
20   A   Yes.
21   Q   And then you went to the Anchorage Fire Department?
22   A   Yes.
23   Q   And you've been with them for 15 years as of back in
24       April?
25   A   Yes.
```

Computer Matrix Court Reporters      PH - 907-243-0668                    jpk@gci.net
                                     FAX - 907-243-1473   Exhibit   2     sahile@gci.net
                                                          Page   4   of   5

Case 3:06-cv-00127-TMB   Document 37-3   Filed 01/03/2007   Page 5 of 5
ROBERT SOUTHWICK                10/16/2006        JURISCH v. FKA DISTRIBUTING, et al.
                                                  3:06-CV-00127

Page 101

| | | |
|---|---|---|
| 1 | Q | So about 27 years you've been engaged in -- in working |
| 2 | | with fires? |
| 3 | A | Yes. |
| 4 | Q | And relative to your work with the Anchorage Fire |
| 5 | | Department where -- where did you start at; what would be |
| 6 | | your first job there? |
| 7 | A | Trainee firefighter. |
| 8 | Q | How long does that last approximately? |
| 9 | A | A year. You're on probation for one year. |
| 10 | Q | And then what do you become? |
| 11 | A | Then you're a firefighter I. |
| 12 | Q | How long are you that? |
| 13 | A | Two years. |
| 14 | Q | Then what were you? |
| 15 | A | Firefighter II. |
| 16 | Q | How long were you that, approximately? |
| 17 | A | One or two years. Two years I guess. |
| 18 | Q | Then what was your next..... |
| 19 | A | Firefighter III. |
| 20 | Q | Approximately how long? |
| 21 | A | Another year or maybe it was two. I forget. Well, no, |
| 22 | | actually I was a firefighter III for 11 -- subtract those |
| 23 | | first two from 11 and a half and that's -- that's how many |
| 24 | | years I was a firefighter III, so like a senior |
| 25 | | firefighter. |