

# MUNICIPALITY OF ANCHORAGE
# POSITION DESCRIPTION (PD)

**To the Employee/Supervisor:**

The Position Description (PD) provides a complete and accurate description of duties and responsibilities assigned to the position(s). The PD is used to classify the position, as a basis for establishing performance appraisal standards, and to determine selection criteria for refilling the position. Extra sheets of paper may be attached if more space is needed.

| 1. Position Number(s)(Last 4 Digits): Two (2) New Positions ||||
|---|---|---|---|
| 2. Name (last, first, middle): <br> Two (2) New Positions | 3. Current Class Title: <br> Fire Captain |||
| 4. Working Title: <br> Captain | 5. Dept. Name & Org Code: <br> Fire Department/3520 || 6. Division Name: <br> Fire & Rescue |
| 7. Section/Work Unit Name: <br> Anchorage Fire & Rescue | 8. Work Phone: <br> Variable, depending on station assigned |||
| 9. Physical Work Address: <br> Various Stations | 10. Name/Title of Supervisor: <br> Variable, depending on assigned Battalion Chief <br> PCN: NEW   Work Phone: BAT 1 267-5052/BAT 2 267-4981 |||

11. Position Status Code   ☒ Regular    ☐ Temporary    ☐ Seasonal (AJCC Only)
                           ☒ Full Time  ☐ Part Time - Hours per Week ___   FTE ___ %

**12. Department Requested Action:**

☐ Updated PD           ☒ New Position         ☐ Flexible Staffing        ☐ FTE Change
                                                                             (Explain Below)
☐ Add/Delete – Bargaining Unit Change            ☐ Add/Delete – FT to PT or PT to FT

☐ Reclass to: _____

☐ Other _____ Class Title _____ Class Code   Range

Justification for the Request: Establish new positions authorized and funded in approved 2003 Operating Budget to staff New Tudor/Baxter Fire Station 14.

**FINAL CLASSIFICATION ACTION**
**Employee Relations Classification Use Only**

| Class Title | Class Code | Range | FLSA | BU | Position Status Code | FTE % |
|---|---|---|---|---|---|---|
| Classifier Review Date/Initials | Approved By || Effective Date || Date Sent to Records & Benefits/Department ||

Exhibit 3
Page 1 of 8

Rev 7/00

## POSITION DESCRIPTION INSTRUCTIONS

**For Flex-Staff Positions**: A separate duties/functions/tasks list (Section 14) must be prepared for **each level** of a flexed-staffed position. Each separate task list must include: 1) the level of the position being described, (e.g., Engineering Technician I, II, or III), 2) the duties and responsibilities for **each** level; and (3) a statement that "the incumbent must meet the Minimum Qualifications (education and experience requirements) listed on the Class Specification of the higher level class **and be successfully performing all** of the higher level duties for consideration for advancement to the higher level of the flexed position." Responses to Section 22 must reflect the highest level of the flexed position.

**Part-time FTE % Changes**: Requests to increase or decrease FTE (under 100%) for a part time position without adding/deleting duties require: 1) an updated PD completed with signature page; and, 2) a completed OMB Funding Sheet.

**OMB Funding Sheet:** A funding sheet is required for the following actions: new positions, FTE increases/decreases, add/delete bargaining unit change, add/delete PT to FT, and reclassification actions to a higher salary range.

### Section 14
### Examples of Poor and Good Duty Statements

**Poor Statement**

- Handles incoming Utility payments.

- Assists the Section Supervisor with the daily administration and control of operations.

**Good Statement**

- Receives, opens, sorts, and prepares Utility payments for automated processing.

- Monitors Section workload, adjusts work assignments to maximize productivity, participates with Section supervisor in interviewing and selecting new employees, trains new employees, develops and presents recommendations for problem resolution to Section supervisor.

List the duties of the position in the "good statement" format above.

### Define Essential and Marginal Duties

Supervisors must determine and define essential and marginal functions/duties of the position. Essential functions are the fundamental duties of the position. Marginal functions are those duties that could reasonably be assigned to another position. A duty may be considered an essential function for several reasons, including but not limited to:

◊ the function may be essential because it is the reason the position exists;
◊ the function may be essential because of the limited number of employees available who could perform the function; and/or
◊ the function may be essential because it is highly specialized and requires specific expertise or ability.

For example, an essential function of a courier is mail delivery which typically requires lifting/carrying and transporting heavy items. The courier is also assigned to answer the office phones as a back-up to the regular staff person. The telephone reception task is a marginal function as it can be assigned to another position.

**The supervisor must mark each duty/function as essential (E) or marginal (M).**

### Calculate Percentage of Time for Each Duty

Determine the percentage of time spent on each duty by thinking of the job in a time block of a week. Estimate how much time spent is performing each duty. For example, if you spend one day each week processing Utility payments, divide the time spent on the duty by the time block: 1 day divided by 5 days equals 20 percent. Similarly, 6 hours/week divided by 40 = 15 percent. The total time spent on duties must equal 100 percent. If the work changes seasonally, prepare a Section #14 for each season; e.g., one for the summer season and one for winter.

Exhibit __3__
Page __2__ of __8__

Rev 7/00                                                    2

13. In one short paragraph, summarize the main purpose of the position to include duties and responsibilities and/or services provided. The Employment Office will use this text when posting this position for hire.

While operating with in the scope of your training, respond to emergency incidents, providing emergency medical care and fire suppression on these emergency scenes. In charge of station routines, conducting company training (including but not limited to, FF/EMT, FF/PM, Engineer, and probationary employees), completing the annual FF company residential inspections, and providing community relationships and fire public education. Properly investigate, appraise, fire and education services to protect life, property and the environment. Establish command according to the ICS system on emergency scenes and assigns assignments to incoming apparatus. To ensure your success, the Fire Captain is expected to be capable of performing the tasks as defined in NFPA 1021 Chapter 2 and 3.

14. List the duties and responsibilities of the position. Begin with the **most important duty** and list in **decreasing order** of importance. Describe each duty in detail and include the **% of time of each. Use additional sheets as necessary.**
   *The supervisor must define each duty/function as essential (E) or marginal (M).

Essential = E          Marginal = M          Percent of Time = %T

| *E/M | %T | DUTIES/FUNCTIONS/TASKS |
|---|---|---|
| E | 25% | Supervises emergencies apparatus crews, both in station (i.e. 4-day crew, overtime, trainees, on-call (and limited to an engine company, a truck company, an aerial or rescue apparatus assignments. (A company officer will be assigned according to the labor agreement between the IAFF and the CFD, and an apparatus is brush apparatus is put in service.) hazardous materials, quick response, and rescue units. Supervises personnel assigned to his/her apparatus. |
| E | 12% | Initiate fire attack and provide emergency medical treatment (basic life support), provide initial incident command for fire responses, including making arrival reports, allocating resources, formulating and implementing an initial action plans, hazmat incidents, water rescues, entrapment (i.e. vehicle accidents, cave-ins, building collapse, etc.) and medical calls (MVI, Mass, etc) (NFPA 1021 2-6.2 and 2-7.1) |
| E | 15% | Coach, counsel, and instruct assigned members to maximize performance, correct unacceptable performance, recommend action for member related problems, solve problems, and increase teamwork. Complete personnel evaluations and inform personnel of career enhancement opportunities. (NFPA 2-2.4) |
| E | 15% | Provide instruction or coordinate area familiarization, technical skills, fire ground operations and procedures, apparatus, equipment and small tools, inspection practices and training in the ICS system. Provide company training to all assigned employees. Set up company and multi-company drills according to NFPA Standards (NFPA 1410.) (NFPA 1021 2-2.1 and 2-2.3) |
| E | 15% | Enter manning, check schedules, check e-mail, reports, fire reports, entry training reports, enter the daily journal of station activities, complete work orders, keep aware of changes in policies and up to date on new procedures and memos, provide assistance and guidance in all department related daily duties. Plan, prioritize, and coordinate the completion of assigned tasks. Assign tasks and responsibilities to assigned members for non-emergency activities associated with fire and life safety, public education, etc. (NFPA 2-2.1, 2-2.2, 2-2.3, 2-2.4, 2-2.6, 2-4.1 and 2-4.2) |
| M | 12% | Plan and conduct building inspections and develop pre-incident plans, perform building familiarization, conduct building and business inspections. (NFPA 1021 2-6.1) |
| M | 1% | Determine preliminary fire causes, identify points of origin, conduct on-scene interviews, and secure incident scenes. (NFPA 1021 2-5.1, 2.5.2) |
| M | 5% | Speak to community groups about the goals of the fire department, issue public requests for information, meet the public and initiate action, deliver public talks and appear in dealings with the media. Assist fire prevention in programs to increase public awareness of fire safety, attend community council meetings. (NFPA 1021 2-3.1 and 2-3.2) |

Exhibit 3
Page 3 of 8

Rev 7/00                                3

15. Employee's comments – Note any other aspects of the position not covered:

16. **Employee Certification** – I certify that the above statements are accurate and complete to the best of my knowledge.

Signed_____   Date_____

Note: Employee signature is not required if position description is: (1) for a vacant position, (2) an add/delete action, (3) for multiple positions, (4) is being changed at the direction of management, or (5) the employee does not want to sign.

---

The Supervisor and/or the Division Manager or designee must complete the following sections. Supervisory responses must be consistent with the information provided in Sections 13, 14, and 17, and the organization chart.

### PHYSICAL AND MENTAL REQUIREMENTS AND POTENTIAL HAZARDS

17. The following identifies the physical demands and mental requirements and potential hazards typically encountered by this position. The information is necessary in part to ensure compliance with the Americans with Disabilities Act and the OSHA Bloodborne Pathogens Standards. Responses should reflect physical demands or exposure to hazards that can be reasonably anticipated *and an expectation of the job*.

**Mark the box** with the rating that best matches the requirement of this position according to the following scale:

**NA:** Not applicable, not required of this position.

**NE:** Requirement is present, but is **not** essential to the position. (For example, a receptionist encounters aggressive/angry people, but this is not an essential assignment.)

**O:** Occasional up to 33 percent of the time **and** essential to the position. (For example, a lifeguard swims only occasionally, but it is essential that a lifeguard be able to swim; or a police officer must deal with aggressive/angry people.)

**F:** Frequent over 33 percent of the time.

---

Physical and mental requirements and potential hazards checked below must be consistent with duties/functions/tasks listed in Section 14.

| | NA | NE | O | F |
|---|---|---|---|---|
| Speaking | | | | X |
| Hearing | | | | X |
| Interacting with others | | | | X |
| Seeing in limited light | | | | X |
| Seeing objects at a distance | | | | X |

Exhibit 3
Page 4 of 8

Rev 7/00                                             4