| | NA | NE | O | F |
|---|---|---|---|---|
| Seeing objects peripherally | | | | X |
| Seeing close work (e.g., typed print) | | | | X |
| Distinguishing colors | | | | X |
| Reading | | | | X |
| Writing | | | | X |
| Calculating | | | X | |
| Editing | | x | | |
| Evaluating | | | | X |
| Interpreting | | | | X |
| Organizing | | | | X |
| Sitting | | | | X |
| Walking | | | | X |
| Running | | | | X |
| Bending, Twisting, Kneeling | | | | X |
| Pushing/Pulling | | | | X |
| Climbing (includes into/out of cramped spaces) | | | X | |
| Crawling (includes into/out of cramped spaces) | | | X | |
| Swimming (Indoors) | | X | | |
| Swimming (Outdoors) | | X | | |
| Repetitive motion of hands/fingers | | | | X |
| Grasping with hand, gripping | | | | X |
| Lifting/carrying 10-25 pounds | | | | X |
| Lifting/carrying 26-50 pounds | | | | X |
| Lifting/carrying more than 50 pounds | | | | X |
| Driving (regular class D license – list under # 20) | | | | X |
| Driving (CDL Class A, B, or C – list class and endorsement under # 20) | | X | | |
| Work in/exposure to inclement weather | | | | X |
| Work at heights (e.g., towers, poles) | | | X | |
| Exposure to dust, chemicals, or fumes, exhaust | | | X | |
| Exposure to loud noises | | | X | |
| Exposure to infection, germs, or contagious diseases | | | | X |
| Exposure to blood, body fluid, or materials potentially contaminated by blood or body fluids | | | | X |
| Exposure to needles or sharp implements | | | | X |
| Exposure to electrical current (not outlets) | | | X | |
| Exposure to smoke, excessive heat, and fire (generally protective services) | | | X | |
| Exposure to aggressive/angry people (protective services) | | | | X |

Rev 7/00                                   5

Exhibit 3
Page 5 of 8


|  | NA | NE | O | F |
|---|---|---|---|---|
| Use of hazardous/dangerous equipment and/or machinery (e.g. chainsaws, explosives) |  |  | X |  |
| Firing Weapons | X |  |  |  |
| Restraining/grappling with people (protective services) |  |  |  | X |
| Other: |  |  |  |  |
| Other: |  |  |  |  |

Are there any other physical or mental requirements and/or potential hazards of the position that have not been addressed above?

18.    Review Sections 1-17 for accuracy and completeness. Note any additions or exceptions below:

19.    List machinery, tools, equipment, instruments, vehicles, computer hardware/software, etc., **required** to perform the essential duties of the position (e.g. car, fire apparatus, bus, calculator, bulldozer, drill, Excel, etc.)

Office Computer / data system, radio and telephone systems, emergency responder and related systems, bulletlight special fire fighting tools ( portable fire pumps, fold-a-tank, various small power tools, Hurst tool, portable generating equipment, specialized rescue equipment and forcible entry tools.

20.    List any license (driver's, CDL class and endorsements, paramedic license, nursing license, etc.), registration, permit, certification, physical or other standards etc. **required** by municipal, state or federal law or regulation **or identified in the job class specification as necessary** to perform the duties and responsibilities of the position. Please be specific.

## SEE CALSS SPECIFICATIONS

Exhibit  3
Page  6  of  8

21.  List any laws, rules, regulations, standards, codes, or other regulatory guides regularly **used** in performing the work. Examples are municipal codes, statutes, federal regulations, professional standards, building codes, trade practices, and procedure manuals. Please be specific.

National Fire Protection Association standards, department Policy, Procedures, and Instruction's; AFD Medical Operations Manual; AFD Standard Operating Guideline's; MOA Personnel Rules, MOA Policy and Procedures, Labor Agreement between the IAFF Local 1264 and the MOA, State of Alaska EMT Guidelines, various AFD memos.

22.  List the types of decisions/actions the employee independently makes on a regular basis.  These are decisions/actions that do not require prior supervisory approval.

Staffing assignments; route and emergency resource allocations., multiple ongoing scene regulation task assignments emergency tactics and strategies; task / program prioritization; corrective action, health and equipment dispositions, daily / weekly / monthly scheduling; action plans.

23.  **SUPERVISORY RESPONSIBILITIES** (Must be reflected as an **Essential** function in Section 14)
☒  NO, the position does **not directly** supervise (go to Section 24)
☐  YES, the position **directly supervises** others on a regular basis.  If yes, then list all
   positions **supervised by** this position and rate the level of supervisory authority exercised
   **by this position for each supervisory action listed.**

Level   Definition of Authority
  1  =  Employee effectively recommends and/or takes action.
  2  =  No authority.

| Position Numbers of Positions Supervised | Supervisory Actions | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Hire | Assign | Reward | Promote | Transfer | Settle Grievances | Lay Off | Discipline | Discharge |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Exhibit  3
Page  7 of 8

Rev 7/00                                      7

**Attach a current dated organization chart** for the section/work unit that lists the position numbers, class titles, and ranges of the position.

## *THIS SECTION MUST BE HAND WRITTEN*

24. **Supervisor Certification** – <u>I certify that I have read the above statements, and that they are accurate and complete</u> to the best of my knowledge and **all required** attachments are provided.

Signed _____ Date _____

25. **Division Manager (or designee) Certification** – <u>I certify that I have read the above statements, and that they are accurate and complete</u> to the best of my knowledge.

Signed _____ Date _____

26. **Department Head Certification** – <u>I certify that I have read the above statements, and that they are accurate and complete</u> to the best of my knowledge.

Signed _____ Date _____

Exhibit ___3___
Page __8__ of __8__