Howard J. Meyer, Jr.
Walther & Flainagan
1029 West 3rd Ave., Suite 250
Anchorage, AK 99501
Phone: (907) 279-9999
Fax: (907) 258-3804
E-Mail hmeyer@waltherflanigan.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH,<br><br>        Plaintiff,<br><br>vs.<br><br>FKA DISTRIBUTING CO., d/b/a HOMEDICS, INC.; KROGER CO., d/b/a FRED MEYER and/or FRED MEYER STORES, INC.; and WAL-MART STORES, INC., d/b/a WAL-MART;<br><br>        Defendants. | Case No. 306-CV-00127 (TMB) |

### PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS

COMES NOW plaintiff, by and through her counsel, Walther & Flanigan, and pursuant to Federal and Alaska Rules of Civil Procedure 26, 33, 34 and 36, hereby propounds the following discovery requests to defendants FKA Distributing Co., d/b/a Homedics, Inc.; Kroger Co., d/b/a Fred Meyer and/or Fred Meyer Stores, Inc.; and Wal-

Exhibit 5
Page 1 of 24

Mart Stores, Inc., d/b/a Wal-Mart, to be responded to within thirty (30) days of the date of service hereof.

## PRELIMINARY STATEMENT

The following discovery requests are directed to defendant Ernest Barney. In answering these interrogatories, defendants are requested to set out, in writing, each responsive fact, circumstance, act, omission, or course of conduct, whether or not admissible in evidence at trial, known to defendant or defendants' agents, attorneys, employees, representatives, or other persons who have information or knowledge deemed to be in defendants' possession, custody or control, which is or will be the basis for defendants' allegations, contentions, and/or defenses. Answers responsive to the interrogatories are to be made in writing and verified by defendants, within thirty (30) days of the date of service hereof.

The requests for production call for production of documents or things, whether or not admissible in evidence at trial, which are within the possession and/or control of defendant or defendants' agents, attorneys, employees, representatives, or other persons who have documents or things deemed to be in defendants' possession, custody or control, which are or will be the basis for defendants' allegations and/or contentions. Material responsive to any of the requests for production is to be made available for inspection and copying at the Walther & Flanigan, 1029 West 3rd Ave., Suite 250, Anchorage, AK 99501, within thirty (30) days of the date of service hereof.

PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 2 OF 24

Exhibit 5
Page 2 of 24

The requests for admission call for information and/or knowledge, whether or not admissible in evidence at trial, which is within the possession and/or control of plaintiff/defendant or its agents, attorneys, employees, representatives, or other persons who have information and/or knowledge deemed to be in defendants' possession, custody or control. Responses to the requests for admission are to be made in writing within thirty (30) days of the date of service hereof.

These discovery requests are deemed to have continuing effect, so that if after defendants' answers and/or production responses or supplemental answers and/or production responses are served, further facts or information on the subject of any of the interrogatories and/or documents or things responsive to any of the requests for production should come to defendants' knowledge or possession, or the knowledge or possession of defendants' agents, attorneys, employees, representatives, or other persons who have knowledge, information, documents or things deemed to be in defendants' possession, custody or control, such knowledge, information, document or thing will be promptly supplied as required by Rule 26(e), Federal and Alaska Rules of Civil Procedure.

## OBJECTIONS TO DISCOVERY

It is not intended that these discovery requests require the disclosure of any information, documents or things that are protected against disclosure as work product of defendants' attorneys or information protected by privilege. Accordingly, whenever information, documents or things requested herein are claimed to be protected against

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 3 OF 24

Exhibit 5
Page 3 of 24

disclosure as "work product" or "privileged" and are withheld on that ground, please provide a written response with the following information as provided for under Federal and Alaska Rule of Civil Procedure 26:

    a. A description of the information, document or thing sufficiently particular to identify it and to enable defendant and/or defendants' attorney to identify, disclose and/or produce it in response to an order of the court;

    b. The nature of the protection claimed; and

    c. A list of any and all persons with knowledge and/or custody of the information, document or thing (or copies thereof), including the person's name, present address, telephone number, and relationship to defendant.

### INSTRUCTIONS AND DEFINITIONS

1. Please place your answers to interrogatories in the space provided following each interrogatory, or use additional pages if necessary.

2. Each interrogatory and request for production calls not only for the knowledge, information and/or documents or things of defendant or in defendants' possession and/or control, but also for any and all knowledge, information and/or documents or things that are available to defendant by reasonable inquiry of defendants' agents, attorneys, employees, representatives, or others acting on defendants' behalf.

PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 4 OF 24

Exhibit 5
Page 4 of 24

3. In each instance where defendants are asked to identify a person, defendants are requested to supply the person's full name, employer, residential and business address, and residential and business phone number.

4. In each instance where defendants are asked to identify a document, or where a document is relied upon or forms the basis for any answer, the interrogatory calls for the document's title, date, sender, recipient, present location and custodian.

5. In each instance where defendants are asked to identify an act, event, transaction or occurrence, the interrogatory calls for the date and location of the act, event, transaction or occurrence and the names of each person present at or involved in the act, event, transaction or occurrence.

6. In each instance where defendants are asked to identify a communication, the interrogatory calls for a description of the contents of the communication, the identity of each person who sent and each person who received such communication and the date of the communication.

7. As used in these discovery requests, the following terms are defined as follows:

a. "You" or "your" Or "Defendants" means FKA Distributing Co. d/b/a Homedics, Inc.; Kroger Co. d/b/a Fred Meyer and/or Fred Meyer Stores, Inc.; and Wal-Mart Stores, Inc., d/b/a Wal-Mart the named defendants in this action, and defendants' agents, attorneys, employees, representatives, or others acting on defendants' behalf.

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 5 OF 24

Exhibit 5
Page 5 of 24