b. "Document" means any tangible thing upon which has been placed handwriting, typewriting, printing, photostating, photographing, or any other form of recording, communication, or representation including letters, words, pictures, diagrams, sounds, symbols, computer storage devices, or combinations thereof.

c. The masculine includes the feminine and the singular the plural.

d. "Person" means any natural person, corporation, partnership, joint venture, association or other legal entity.

e. "Communication" means any transfer of information, ideas, opinions, or thoughts by any means at any time or place, under any circumstance, and is not limited to transfers between persons, but includes other transfers such as records and memoranda to files.

f. "Statement" means any oral, written, stenographic, or recorded declaration of any kind or description by any person.

g. "Accident" refers to the fire that is the subject of plaintiff's Complaint.

h. "Injury" or "damages" refers to the alleged injuries and damages allegedly sustained by plaintiff as a result of the accident referred to in plaintiff's Complaint.

i. "State in detail each and every fact" or "state with specificity" means set forth every aspect of every fact, circumstance, act, omission, or course of conduct known to defendant relating in any way to the matter inquired about, including, without limitation, the date and place thereof, the identity of each person present or having knowledge thereof, the

PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 6 OF 24

Exhibit 5
Page 6 of 24

identity of any and all documents or tangible things relative thereto, and if anything was said by any person, the identity of each speaker, and the substance of the statement.

      j.   "Product" refers to FKA Distributing Co. d/b/a Homedics, Inc.'s "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

      k.   "Similar Products" refers to any and all other fountains or similar products that are manufactured, assembled, sold and/or otherwise distributed by FKA Distributing Co. d/b/a Homedics, Inc., including but not limited to the "Envirascape™ Garden Leaves Relaxation Fountain (Model Number WFL-GDN)," "Envirascape™ Shimmering Towers Illuminated Relaxation Fountain (Model Number WFL-CAN32)," "Envirascape™ Eternal Rain (Model Number WFL-ETN)," "Envirascape™ Peaceful Rains (Model Number WFL-RAIN)," "Envirascape™ Rain Forest Soothing Color Fall (Model Number WRF-COL)," "Envirascape™ Relaxing Rains Rain ForestFountain (Model Number WRF-REL)," "Envirascape™ Rustic Illumination Lantern Relaxation Fountain (Model Number WFL-CANRUS)," "Envirascape™ Slate Falls Illuminated Relaxation Fountain (Model Number WFL-SLFA)," "Envirascape™ Slate Streams Illuminated Relaxation Fountain (Model Number WFL-SLST)," "Envirascape™ Soothing Rains Rain Forest Fountain (Model Number WRF-SOO)," "Envirascape™ Tranquil Rains Rain Forest Fountain (Model Number WRF-TRA)," "Envirascape™ Tuscany Illuminated Relaxation Fountain (Model Number

WALKER & FLANIGAN
1029 West 3rd Ave, Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 7 OF 24

Exhibit 5
Page 7 of 24

WFL-TUSC)," and/or "Envirascape™ Zen Springs Relaxation Fountain (Model Number WF-ZEN)."

\* \* \* \* \*

REQUEST FOR PRODUCTION NO. 1: The design documents and specifications for the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)," any of its component parts, and similar products.

RESPONSE:

REQUEST FOR PRODUCTION NO. 2: All documents referring to any changes or potential or proposed changes in the design of the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of its component parts.

RESPONSE:

REQUEST FOR PRODUCTION NO. 3: All product literature of any kind associated with the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of its component parts.

RESPONSE:

WALLHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 8 OF 24

Exhibit 5
Page 8 of 24

REQUEST FOR PRODUCTION NO. 4: All minutes of the board of directors of FKA Distributing Co. d/b/a Homedics, Inc.; Kroger Co. d/b/a Fred Meyer and/or Fred Meyer Stores, Inc.; and Wal-Mart Stores, Inc., d/b/a Wal-Mart, referencing any product liability related issues, including but not limited to lawsuits, that pertain to the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)," or similar products.

RESPONSE:

REQUEST FOR PRODUCTION NO. 5: All documents which refer to or reflect the decision to market the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or similar products.

RESPONSE:

REQUEST FOR PRODUCTION NO. 6: All product literature which is applicable to the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" and similar products.

RESPONSE:

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 9 OF 24

Exhibit 5
Page 9 of 24

REQUEST FOR PRODUCTION NO. 7: All communication between FKA Distributing Co. d/b/a Homedics, Inc. and/or FKA Distributing Co. and/or Homedics, Inc. and any distributor of the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" which regards or touches upon in any way the distribution of the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

RESPONSE:

REQUEST FOR PRODUCTION NO. 8: All newsletters or periodicals published by FKA Distributing Co. d/b/a Homedics, Inc. and/or FKA Distributing Co. and/or Homedics, Inc since 1987.

RESPONSE:

REQUEST FOR PRODUCTION NO. 9: All videos regarding the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or similar products.

RESPONSE:

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 10 OF 24

Exhibit 5
Page 10 of 24