REQUEST FOR PRODUCTION NO. 10:   All orders, documents of sale, shipping orders, invoices, or other similar documents between FKA Distributing Co. d/b/a Homedics, Inc. and/or FKA Distributing Co. and/or Homedics, Inc. and Kroger Co. d/b/a Fred Meyer and/or Fred Meyer Stores, Inc., and Wal-Mart Stores, Inc., d/b/a Wal-Mart relating to the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

RESPONSE:

REQUEST FOR PRODUCTION NO. 11:   All product literature which would have accompanied the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

RESPONSE:

REQUEST FOR PRODUCTION NO. 12:   All hazard warnings which would have accompanied the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

RESPONSE:

PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 11 OF 24

Exhibit 5
Page 11 of 24

REQUEST FOR PRODUCTION NO. 13:  All documents referring to any proposed or actual changes in the product literature for the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

RESPONSE:

REQUEST FOR PRODUCTION NO. 14:  All documents reflecting field experience with the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

RESPONSE:

REQUEST FOR PRODUCTION NO. 15:  All documents relevant to the decision to print any warnings that accompany the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

RESPONSE:

REQUEST FOR PRODUCTION NO. 16:  All documents reflecting field experience or knowledge of any fires allegedly caused by the "Envirascape™ Illuminated

Exhibit 5
Page 12 of 24

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

Rock Garden Relaxation Fountain (Model Number WFL-ROC)," any of its component parts, or similar products manufactured, assembled, sold or otherwise distributed by FKA Distributing Co. d/b/a Homedics, Inc. and/or FKA Distributing Co. and/or Homedics, Inc.

RESPONSE:

REQUEST FOR PRODUCTION NO. 17:  All product literature containing a hazard warning regarding the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC) )" or its component parts.

RESPONSE:

REQUEST FOR PRODUCTION NO. 18:  All documents regarding any modifications, retrofits or warnings relating to previously sold "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of it component parts.

RESPONSE:

WALLHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 13 OF 24

Exhibit 5
Page 13 of 24

REQUEST FOR PRODUCTION NO. 19: All documents propounded by FKA Distributing Co. d/b/a Homedics, Inc., FKA Distributing Co., Homedics, Inc; Kroger Co. d/b/a Fred Meyer and/or Fred Meyer Stores, Inc.; and Wal-Mart Stores, Inc., d/b/a Wal-Mart which refer to the virtues, qualities, or capacities of the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)," including advertisements and/or warranties.

RESPONSE:

REQUEST FOR PRODUCTION NO. 20: All documents referring to any defective condition of the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of it component parts.

RESPONSE:

REQUEST FOR PRODUCTION NO. 21: All documents referring to hazards or warnings regarding the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of it component parts.

RESPONSE:

PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 14 OF 24

Exhibit 5
Page 14 of 24

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

REQUEST FOR PRODUCTION NO. 22: All testing data relating to the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of it component parts.

RESPONSE:

REQUEST FOR PRODUCTION NO. 23: All documents related to the performance of the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of it component parts.

RESPONSE:

REQUEST FOR PRODUCTION NO. 24: All documents relating to the potential of the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of its component parts to start a fire.

RESPONSE:

WALLIHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 15 OF 24

Exhibit 5
Page 15 of 24

WALLHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

REQUEST FOR PRODUCTION NO. 25: All documents regarding the placing of warnings on the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

RESPONSE:

REQUEST FOR PRODUCTION NO. 26: All documents relating to the design, configuration or construction of the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of its component parts.

RESPONSE:

REQUEST FOR PRODUCTION NO. 27: All documents, photos or videos relating to the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

RESPONSE:

PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 16 OF 24

Exhibit 5
Page 16 of 24

REQUEST FOR PRODUCTION NO. 28:   All documents reflecting communications to or from customers, vendors, end users, engineers, fire or building code authorities, or others, regarding concerns associated with the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of its component parts.

RESPONSE:

REQUEST FOR PRODUCTION NO. 29:   All documents regarding fires caused by the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)," or any other similar product manufactured, assembled, sold and/or otherwise distributed by FKA Distributing Co. d/b/a Homedics, Inc. and/or FKA Distributing Co. and/or Homedics, Inc.

RESPONSE:

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 17 OF 24

Exhibit 5
Page 17 of 24