REQUEST FOR PRODUCTION NO. 30: For every claim or lawsuit involving FKA Distributing Co. d/b/a Homedics, Inc. and/or FKA Distributing Co. and/or Homedics, Inc. which in any way relates to a fire or fire hazard of the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)," or any other similar product manufactured, assembled, sold and/or otherwise distributed by FKA Distributing Co. d/b/a Homedics, Inc. and/or FKA Distributing Co. and/or Homedics, Inc., provide correspondence regarding the same, the complaint, answer, responses to interrogatories, requests for production, requests for admission, and depositions of persons employed in any capacity by FKA Distributing Co. d/b/a Homedics, Inc. and/or FKA Distributing Co. and/or Homedics, Inc., or experts.

RESPONSE:

REQUEST FOR PRODUCTION NO. 31: All patents obtained for the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of its component parts.

RESPONSE:

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 18 OF 24

Exhibit 5
Page 18 of 24

REQUEST FOR PRODUCTION NO. 32: All documents relating to testing and/or approval of the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of its component parts, by any testing or underwriting organization such as Underwriters Laboratories.

RESPONSE:


REQUEST FOR PRODUCTION NO. 33: All applicable policies of insurance providing coverage for this action, including primary and excess coverage, declaration sheet, policy text, amendments, endorsements, and reservation of rights notices.

RESPONSE:


REQUEST FOR PRODUCTION NO. 34: All applications for products liability coverage for any product manufactured, assembled, sold and/or distributed by FKA Distributing Co. d/b/a Homedics, Inc. and/or FKA Distributing Co. and/or Homedics, Inc., including but not limited to the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

RESPONSE:

PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 19 OF 24

Exhibit 5
Page 19 of 24

REQUEST FOR PRODUCTION NO. 35: Please produce all documents that in any way support any of the affirmative defenses listed by defendants in their answer to Plaintiff's First Amended Complaint.

RESPONSE:

REQUEST FOR ADMISSION NO. 1: Please admit that that the fountain found by the Anchorage Fire Department to be in the area of origin of the fire was an "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

RESPONSE:

DATED this 20th day of October, 2006, at Anchorage, Alaska.

WALTHER & FLANIGAN
Attorneys for Plaintiff Heidi Jurisch

By: _____
Howard J. Meyer, Jr.
ABA # 8806136

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 20 OF 24

Exhibit 5
Page 20 of 24

## INTERROGATORY VERIFICATION

STATE OF _____ )
                                ) ss.
COUNTY OF _____ )

I, _____, do hereby verify that I have read the Preliminary Statement and Instructions and Definitions to Plaintiff's First Discovery Requests to Defendants, and that the foregoing answer to the interrogatories are true and correct to the best of my knowledge, and that I am authorized to sign this verification on behalf of FKA Distributing Co., d/b/a Homedics, Inc.

_____
[NAME] _____
[TITLE] _____
FKA Distributing Co., d/b/a Homedics, Inc.

SUBSCRIBED and SWORN to before me this _____ day of November, 2006.

_____
NOTARY PUBLIC in and for _____
My commission expires: _____

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 21 OF 24

Exhibit 5
Page 4 of 24

## INTERROGATORY VERIFICATION

STATE OF _____ )
                                               ) ss.
COUNTY OF _____ )

       I, _____, do hereby verify that I have read the Preliminary Statement and Instructions and Definitions to Plaintiff's First Discovery Requests to Defendants, and that the foregoing answer to the interrogatories are true and correct to the best of my knowledge, and that I am authorized to sign this verification on behalf of Kroger Co., d/b/a Fred Meyer and/or Fred Meyer Stores, Inc.

_____
[NAME] _____
[TITLE] _____
Kroger Co., d/b/a Fred Meyer and/or Fred Meyer Stores, Inc.

SUBSCRIBED and SWORN to before me this \_\_\_\_\_ day of November, 2006.

_____
NOTARY PUBLIC in and for _____
My commission expires: _____

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 22 OF 24

Exhibit 5
Page 22 of 24

# INTERROGATORY VERIFICATION

STATE OF _____ )
                                ) ss.
COUNTY OF _____ )

I, _____, do hereby verify that I have read the Preliminary Statement and Instructions and Definitions to Plaintiff's First Discovery Requests to Defendants, and that the foregoing answer to the interrogatories are true and correct to the best of my knowledge, and that I am authorized to sign this verification on behalf of Wal-Mart Stores, Inc., d/b/a Wal-Mart.

> _____
> [NAME] _____
> [TITLE] _____
> Wal-Mart Stores, Inc., d/b/a Wal-Mart

SUBSCRIBED and SWORN to before me this _____ day of November, 2006.

> _____
> NOTARY PUBLIC in and for _____
> My commission expires: _____

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 23 OF 24

Exhibit 5
Page 23 of 24

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS was served by hand this 20th day of October, 2006, on:

    Ken Gutsch, Esq.
    Richmond & Quinn
    360 K Street, Suite 250
    Anchorage, AK 99501

WALTHER & FLANIGAN

4649/Disc/DiscReq01

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 24 OF 24

Exhibit 5
Page 24 of 24