

## Fountains

1 2 3 Next >

Envirascape™ Garden Leaves Relaxation Fountain

Calm your surroundings with water sounds and soft lighting.
Model Number: WFL-GDN

Price: $29.99

Buy Now

Add To Wish List
Email To A Friend

Envirascape™ Shimmering Towers Illuminated Relaxation Fountain

Combining the relaxation of a fountain with the incandescent of a candle.
Model Number: WFL-CAN32

Price: $19.99

Buy Now

Add To Wish List
Email To A Friend

Envirascape™ Eternal Rain

The soothing sound of rain in a unique water design.
Model Number: WFL-ETN



Add To Wish List
Email To A Friend

Envirascape™ Illuminated Rock Garden Relaxation Fountain

Soothe your sense with the calming effects of a relaxation fountain.
Model Number: WFL-ROC

Price: $19.99

Buy Now

Add To Wish List
Email To A Friend

Envirascape™ Peaceful Rains

The soothing sounds of rain in a clean, contemporary design.
Model Number: WFL-RAIN



Add To Wish List

Exhibit 6
Page 1 of 3



| ABOUT HOMEDICS | DIAGNOSTICS | MASSAGE | SENSORY | SPA/BEAUTY | THERAPEUTIC SLEEP | WEIGHT |

# Fountains

< Previous 1 2 3 Next >


Envirascape™ Rain Forest Soothing Color Fall

A fountain that responds to nearby sounds.
Model Number: WRF-COL

Add To Wish List
Email To A Friend




Envirascape™ Relaxing Rains Rain Forest Fountain

Fountain has adjustable flow, 6 nature sounds and continuously changing colors.
Model Number: WRF-REL

Add To Wish List
Email To A Friend




Envirascape™ Rustic Illumination Lantern Relaxation

Calm your surroundings with sound & soft lighting.
Model Number: WFL-CANRUS

Add To Wish List
Email To A Friend



Envirascape™ Slate Falls Illuminated Relaxation Fountain

Create a calming enviroment with the soothing sounds of water and the natural look of slate.
Model Number: WFL-SLFA

Add To Wish List
Email To A Friend




Envirascape™ Slate Streams Illuminated Relaxation Fountain

Natural look of slate helps you to relax, combined with soothing water sounds and soft lighting.
Model Number: WFL-SLST

Add To Wish List



Exhibit 4
Page 2 of 3

http://www.homedics.com/prod/SubCat.aspx?CategoryID=101          10/1/2006



> ABOUT HOMEDICS | > DIAGNOSTICS | > MASSAGE | > SENSORY | > SPA/BEAUTY | > THERAPEUTIC SLEEP | > WEIGHT

## Fountains

≤ Previous 1 2 3

### Envirascape™ Soothing Rains Rain Forest Fountain

Fountain has a rock wall and 6 nature sounds.
Model Number: WRF-SOO

Add To Wish List
Email To A Friend



### Envirascape™ Tranquil Rains Rain Forest Fountain

Fountain has light, mirrors and six natural sounds.
Model Number: WRF-TRA

Add To Wish List
Email To A Friend




### Envirascape™ Tuscany Illuminated Relaxation Fountain

Enjoy the look and sound of the Mediterranean in the unique design of light and water flow.
Model Number: WFL-TUSC

Add To Wish List
Email To A Friend



### Envirascape™ Zen Springs Relaxtion Fountain

Soothe your senses with this stunning tabletop fountain with genuine river rocks.
Model Number: WF-ZEN

Add To Wish List
Email To A Friend



≤ Previous 1 2 3

  

 © Copyright 20



Exhibit 6
Page 3 of 3

http://www.homedics.com/prod/SubCat.aspx?CategoryID=101

10/1/2006