

# Fountains

1 2 3 Next >

**\*Envirascape™ Garden Leaves Relaxation Fountain**

Calm your surroundings with water sounds and soft lighting.
Model Number: WFL-GDN

 Price: $29.99 

Add To Wish List
Email To A Friend

**\*Envirascape™ Illuminated Rock Garden Relaxation Fountain**

Soothe your sense with the calming effects of a relaxation fountain.
Model Number: WFL-ROC

 Price: $19.99 

Add To Wish List
Email To A Friend

**\*Envirascape™ Rustic Illumination Lantern Relaxation**

Calm your surroundings with sound & soft lighting.

**Comp Value:** $29.99
Model Number: WFL-CANRUS

 Price: $19.99 

Add To Wish List
Email To A Friend

**Envirascape™ Shimmering Towers Illuminated Relaxation Fountain**

Combining the relaxation of a fountain with the incandescent of a candle.
Model Number: WFL-CAN32

 Price: $19.99 

Add To Wish List
Email To A Friend

**Envirascape™ Eternal Rain**



The soothing sound of rain in a unique water design.
Model Number: WFL-ETN

Price: $19.99

Buy Now!

Add To Wish List
Email To A Friend

1 2 3 Next >






About HoMedics

© Copyright 2004, HoMedics®, Inc.
Terms & Conditions
Privacy Policy

Taylor USA
HoMedics Canada
HoMedics Australia
Salter Housewares UK
HoMedics United Kingdom

# Fountains

< Previous 1 2 3 Next >

**Envirascape™ Peaceful Rains**

The soothing sounds of rain in a clean, contemporary design.
Model Number: WFL-RAIN



Add To Wish List
Email To A Friend

**Envirascape™ Relaxing Rains Rain Forest Fountain**

Fountain has adjustable flow, 6 nature sounds and continuously changing colors.



Price: $19.99



**Comp Value:** ~~$34.99~~
Model Number: WRF-REL

Add To Wish List
Email To A Friend

**Envirascape™ Slate Falls Illuminated Relaxation Fountain**

Create a calming enviroment with the soothing sounds of water and the natural look of slate.
Model Number: WFL-SLFA



Price: $29.99



Add To Wish List
Email To A Friend

**Envirascape™ Slate Streams Illuminated Relaxation Fountain**

Natural look of slate helps you to relax, combined with soothing water sounds and soft lighting.
Model Number: WFL-SLST



Price: $29.99



Add To Wish List
Email To A Friend

**Envirascape™ Tuscany Illuminated Relaxation Fountain**



Enjoy the look and sound of the Mediterranean in the unique design of light and water flow.

Model Number: WFL-TUSC

Price: $39.99

Buy Now!

Add To Wish List

Email To A Friend

< Previous 1 2 3 Next >






About HoMedics

© Copyright 2004, HoMedics®, Inc.
Terms & Conditions
Privacy Policy

Taylor USA
HoMedics Canada
HoMedics Australia
Salter Housewares UK
HoMedics United Kingdom



## Fountains

**Envirascape™ Zen Springs Relaxtion Fountain**

Soothe your senses with this stunning tabletop fountain with genuine river rocks.

Model Number: WF-ZEN

Add To Wish List
Email To A Friend

< Previous **1** 2 3

Price: $19.99



< Previous **1** 2 3







About HoMedics

© Copyright 2004, HoMedics®, Inc.
Terms & Conditions
Privacy Policy

Taylor USA
HoMedics Canada
HoMedics Australia
Salter Housewares UK
HoMedics United Kingdom