WFL-ROC_SP.qxd  2/14/06  12:14 PM  Page 10



## ONE YEAR LIMITED WARRANTY
(Valid in USA only)

HoMedics, Inc., guarantees this product free from defects in material and workmanship for a period of one year from the date of purchase, except as noted below.

This HoMedics product warranty does not cover damage caused by misuse or abuse; accident; the attachment of any unauthorized accessory; alteration to the product; or any other conditions whatsoever that are beyond the control of HoMedics. This warranty is effective only if the product is purchased and operated in the USA. A product that requires modification or adaptation to enable it to operate in any country other than the country for which it was designed, manufactured, approved and/or authorized, or repair of products damaged by these modifications is not covered under warranty. HoMedics shall not be responsible for any type of incidental, consequential or special damages. All implied warranties, including but not limited to those implied warranties of fitness and merchantability, are limited in the total duration of one year from the original purchase date.

To obtain warranty service on your HoMedics product, either hand deliver or mail the unit and your dated sales receipt (as proof of purchase), postpaid, along with check or money order in the amount of $5.00 payable to HoMedics, Inc. to cover handling.

Upon receipt, HoMedics will repair or replace, as appropriate, your product and return it to you, postpaid. Warranty is solely through HoMedics Service Center. Service of this product by anyone other than HoMedics Service Center voids warranty.

This warranty provides you with specific legal rights. You may have additional rights which may vary from state to state. Because of individual state regulations, some of the above limitations and exclusions may not apply to you.

For more information regarding our product line in the USA, please visit www.homedics.com

**Mail To:**
HoMedics
Consumer Relations
Service Center Dept. 168
3000 Pontiac Trail
Commerce Township, MI
48390

e-mail:
cservice@homedics.com

phone:
800-466-3342

© 2006 HoMedics, Inc. and its affiliated companies, all rights reserved. HoMedics® is a registered trademark of HoMedics, Inc. and its affiliated companies. Envirascape™ is a trademark of HoMedics, Inc. and its affiliated companies. All rights reserved.

IB-WFLROC



FUENTE DE RELAJACIÓN ILUMINADA PARA MESA



envira**S**cape ROCK GARDEN



**Manual de Instrucciones
e Información de garantía**      WFL-ROC



WFL-ROC_SP.qxd  2/14/06  12:14 PM  Page 12



## Los sonidos de la naturaleza alivian la naturaleza humana

Gracias por comprar la fuente de relajación para mesa EnviraScape de HoMedics. Este, al igual que toda la línea de productos HoMedics, está fabricado con mano de obra de alta calidad para brindarle años de servicio confiable. Esperamos que lo encuentre como el mejor producto de su clase.

EnviraScape le permite crear un ambiente completo con sonido. El sonido del agua fluyendo realza su ambiente liberando iones negativos e incentivando la relajación. Sólo EnviraScape le ofrece el lujo de estos beneficios vitales con su creativo diseño que agrega belleza a cualquier ambiente interior.

### Características de EnviraScape

Diseño artístico e innovador
Realza el ambiente en su hogar o en el trabajo.
4 velocidades de flujo de agua
Seleccione el ritmo que se ajuste a su estado de ánimo.
Bomba de agua eléctrica de gran duración
Se puede hacer funcionar desde cualquier tomacorriente eléctrico de interiores.
Fácil de armar
Se arma en minutos con instrucciones simples e ilustradas.

### IMPORTANTES INSTRUCCIONES DE SEGURIDAD:

Cuando utiliza un artefacto eléctrico, siempre se deben seguir ciertas precauciones básicas, incluyendo lo siguiente:
LEA TODAS LAS INSTRUCCIONES ANTES DE USAR

**PELIGRO** - Para reducir el riesgo de choque eléctrico:
- Siempre desenchufe el artefacto del tomacorriente inmediatamente después de usarlo y antes de limpiarlo.
- No intente tomar un artefacto que haya caído al agua. Desenchúfelo de inmediato.
- No coloque ni guarde un artefacto donde pueda caerse o ser tirado hacia una tina o lavamanos. No lo coloque ni lo deje caer en agua ni en ningún otro líquido.
- No la conecte a ningún otro voltaje que no sea que el se muestra en la bomba.
- No bombee líquidos inflamables.
- No la use con agua a una temperatura superior a los 60°.

**PRECAUCIÓN:** La bomba debe estar totalmente sumergida en agua. Si la bomba hace ruido, lo más probable es que no esté totalmente sumergida en el agua.

**PRECAUCIÓN:** Coloque la fuente y las piezas de la fuente únicamente sobre superficies impermeables.

**ADVERTENCIA** - Para reducir el riesgo de quemaduras, incendio, choque eléctrico o lesiones a las personas:
- Un artefacto nunca debe ser dejado sin atención cuando está enchufado. Desenchúfelo del tomacorriente cuando no lo esté usando y antes de colocar o quitar piezas o accesorios.
- Es necesaria una supervisión estricta cuando lo usan niños o personas inválidas o incapacitadas o cuando está próximo a ellos.
- Utilice este artefacto sólo para el uso para el cual está diseñado y como se describe en este manual. No use accesorios no recomendados por HoMedics, especialmente ningún accesorio no proporcionado con la unidad.
- Nunca haga funcionar este aparato si tiene el cordón, el enchufe, la bomba el cable o el armazón dañado. Si no está funcionando adecuadamente, si se ha caído o dañado, envíelo al Centro de servicio de HoMedics para que sea examinado y reparado.
- Mantenga el cable alejado de superficies calientes.
- Nunca lo deje caer ni inserte objetos en ninguna abertura.
- No lo haga funcionar donde se utilizan productos de rociado por aerosol o donde se está administrando oxígeno.
- No lleve este artefacto tomado del cable, ni use el cable como manija.
- Para desconectarlo, quite el enchufe del tomacorriente.
- Este artefacto está diseñado únicamente para usarlo en interiores. No lo use en exteriores.

### GUARDE ESTAS INSTRUCCIONES

**Precaución:** Sírvase leer todas las instrucciones con atención antes de poner en funcionamiento.
- Nunca deje el artefacto sin vigilancia, especialmente si hay niños presentes.
- Nunca cubra el artefacto mientras está en funcionamiento.
- Esta unidad no debe ser usada por niños sin la supervisión de un adulto.
- Conecte la bomba con el voltaje adecuado según se indica en la etiqueta de la bomba.
- Siempre mantenga el cordón alejado de las temperaturas altas.
- Desenchufe la bomba de la fuente de energía antes de limpiar, realizar el mantenimiento o desarmar.

PRECAUCIÓN CONTINUACIÓN
- Para obtener el mejor efecto de flujo, se debe colocar el producto sobre una superficie plana y nunca se lo debe colocar sobre un artefacto eléctrico.
- Nunca deje que la bomba funcione sin agua, ya que esto acortará la vida de la bomba.
- No levante, lleve, cuelgue ni tire de la bomba tomándola del cable de corriente.
- Haga funcionar con agua dulce solamente.
- Haga funcionar la bomba completamente sumergida para lograr un enfriamiento adecuado.

10                                                                                                    11

WFL-ROC_SP.qxd  2/14/06  12:14 PM  Page 14

- El cable de corriente de este producto no puede ser reemplazado. Si presenta daños, debe dejar de usar este producto de inmediato y enviarlo al Centro de servicio de HoMedics para su reparación. (Consulte la sección de garantía para obtener la dirección de HoMedics.)
- Desconecte el artefacto de la fuente eléctrica antes de poner las manos en el agua.

## Armado e instrucciones de uso

1. Desempaque el producto. Quite el polvo con un paño húmedo.
2. Familiarícese con la bomba. La velocidad de la bomba es controlada por el interruptor ubicado en la parte delantera de la bomba. La velocidad está indicada por un signo de más (+) y uno de menos (-). Para aumentar la velocidad, mueva el interruptor lentamente hacia abajo en la dirección del signo de más (+). Escuchará un clic cuando el interruptor pase al siguiente nivel de velocidad. A su nivel máximo de velocidad, el interruptor se detendrá. Para disminuir la velocidad de la bomba, mueva el interruptor hacia arriba en la dirección del signo de menos (-). De la misma forma, en su velocidad menor, el interruptor se detendrá (Fig. 9). ATENCIÓN: Se recomienda que la bomba se fije a su máxima velocidad durante el armado y luego se ajuste a una velocidad menor si así se desea. Asegúrese de desenchufar la bomba antes de ajustar el valor de la velocidad.
3. Pase el cordón a través de la ranura para el cordón que se encuentra en el fondo de la Base (A). Esto asegurará que la unidad quede en equilibrio cuando se la coloque sobre una superficie plana. Adjunte el receptáculo del adaptador de C/A al cable de corriente de la base. NO enchufe al tomacorriente en este momento. Vea la Figura 1.
4. Deslice la luz a prueba de agua dentro de la grapa de portalámparas adjuntada al lado interior del soporte de las pizarras (C).
5. Conecte el extremo grande del tubo al conector ubicado bajo la Pizarra Superior (B). Vea la Figura 1.
6. Tome el tubo del lado inferior de la Pizarra superior (B) y colóquelo a través del Soporte de las pizarras (C). Páselo totalmente de modo que pueda ver el tubo a través de la abertura en la parte trasera del soporte de las pizarras (C).

Figura 1


Figura 2 
Figura 3 
Figura 4 
Figura 5 
Figura 6 Figura 7 
Bucle de goteo

Vea la Figura 2. ATENCIÓN: Cuando coloque la pizarra superior (B) sobre el soporte de las pizarras (C) asegúrese de alinear las ranuras de la pizarra superior con las muescas del soporte de las pizarras.

7. Coloque el Soporte de las pizarras (C) con la Pizarra superior (B) anexada, de modo que quede parejo sobre la Base (A). Conecte el extremo pequeño del tubo a la bomba. Vea las Figuras 3 y 4. ATENCIÓN: Cuando coloque el soporte de las pizarras (C) sobre la Base (A), asegúrese de alinear el soporte de las pizarras (C) con las muescas en la Base (A).
8. Introduzca la Pizarra en forma de "U" (D) en la ranura (más inferior) en la parte trasera del Soporte de las pizarras (C), para cubrir la bomba. Coloque las Pizarras (E, F, G) en el Soporte de las pizarras como se ilustra en el diagrama. Vea la Figura 5. ATENCIÓN: Esta es la posición que recomendamos para las pizarras. Las pizarras son intercambiables y calzarán en cualquiera de las ranuras del Soporte de las pizarras. Las pizarras se pueden colocar en diferentes disposiciones, al poner o sacar las pizarras la fuente producirá patrones de agua y sonidos diferentes.
9. Arregle las piedras que se proporcionan sobre la base y las pizarras. Vea la Figura 6.
10. Mire a través de la abertura en la parte trasera del soporte de las pizarras y llene con agua limpia toda la base hasta alcanzar la parte inferior del Soporte de las pizarras. El agua debe estar visible a través de la abertura trasera del soporte de las pizarras pero no debe estar por encima de la parte inferior de dicho soporte.
11. Enchufe el cable a un tomacorriente domiciliario de 120V. La fuente se controla mediante el interruptor ubicado en el cable de corriente. Si la bomba no funciona, gire el interruptor en línea una vez para "encender" y una vez más para "apagar". NOTA: Asegúrese de que el cable de corriente cuelgue por debajo del tomacorriente eléctrico para formar un 'bucle de goteo' (Fig. 7). Esto evitará que el agua pueda correr por el cable hacia el tomacorriente.

12

WFL-ROC_SP.qxd  2/14/06  12:14 PM  Page 16

## Mantenimiento

- **Para limpiar la bomba:**
  Desenchufe del tomacorriente eléctrico. Quite la bomba de la base de la fuente. Utilice un cepillo pequeño o chorro de agua para quitar cualquier desecho (Fig. 8).
- **Para mantener el agua limpia:**
  Cambie el agua periódicamente y limpie el producto de acuerdo a la condición del agua. Mantener el agua limpia evita que la misma se vuelva pegajosa y la formación de microorganismos.
- **Para limpiar los depósitos de agua dura de la base o de las piedras:**
  Remoje el recipiente y las piedras en una mezcla de vinagre y agua para limpiar y quitar cualquier acumulación mineral.
- **Mantenimiento del agua a un nivel óptimo:**
  Agregue agua en forma periódica para mantener la bomba en un nivel óptimo y evitar que la vida de la bomba se vea reducida.
  ATENCIÓN: Nunca deje que la bomba funcione sin agua, ya que esto acortará la vida de la bomba.
- **Guardado de la fuente**
  Desenchufe la fuente del tomacorriente eléctrico, quite el agua y guarde las piedras y la fuente en un lugar seco y fresco.
- **Cambio de las bombillas**
  Primero desenchufe la fuente y deje enfriar la bombilla. Quite la cubierta de la bombilla sosteniendo la cubierta de cristal con la mano seca y el cuello de goma con la otra mano. Separe lentamente. Un pequeño giro puede ayudar a aflojarla. Manipule la cubierta con cuidado ya que es de cristal. Nunca tire del cable. Luego tire de la bombilla para quitarla y reemplácela con una bombilla nueva, insertando las dos clavijas en los orificios. Vuelva a colocar la cubierta de la bombilla y asegúrela.



Figura 8

El tubo de PVC se conecta acá
Placa trasera
Entrada de la bomba
Propulsor
Armazón
Placa delantera
Patas de succión
Palanca de control de flujo

**Precaución:**
Todo el servicio de esta fuente debe ser realizado únicamente por personal de servicio autorizado de HoMedics.

**Atención:**
Para obtener mejores resultados haga funcionar la bomba totalmente sumergida. Mantenga el agua por encima del nivel mínimo EN TODO MOMENTO.

## Diagnóstico y resolución de problemas

- **Si la bomba no funciona, verifique lo siguiente:**
  Revise el disyuntor o enchufe la unidad en otro tomacorriente para asegurarse de que la bomba esté recibiendo corriente. ATENCIÓN: Siempre desconecte la bomba del tomacorriente eléctrico antes de manipularla.
  Revise la descarga de la bomba y las mangueras para detectar pliegues u obstrucciones. La acumulación de algas se puede enjuagar con una manguera de jardín.
  Quite la entrada de la bomba para obtener acceso al área del propulsor. Gire el rotor para asegurarse de que no esté roto o trabado.
  El mantenimiento mensual alargará la vida de su bomba.
  ATENCIÓN: Asegúrese de que el cable de corriente cuelgue por debajo del tomacorriente eléctrico para formar un "bucle de goteo". Esto evitará que el agua pueda correr por el cable hacia el tomacorriente.
- **Si la bomba gorgotea, "vomita" o "eructa":**
  Revise el nivel del agua para asegurar que la bomba tenga suficiente agua para funcionar.
- **Cómo lograr el nivel de agua deseado:**
  Revise diariamente el nivel de agua en la primera semana para medir la velocidad de evaporación; agregue agua según sea necesario.
- **Si el agua salpica fuera de la fuente:**
  Las piedras que golpea el agua y además tocan el borde de la base harán que el agua salpique fuera de la base y contribuya al factor de salpicado. Es de esperarse que salpique un poco mientras organiza las piedras.
  Si continúa salpicando, ajuste la válvula de control de flujo en un valor menor, y/o reubique las piedras de río alejándolas del borde de la base.



Figura 9
Nivel mínimo de agua
Válvula de control de flujo
(+) salida de agua más rápida
(-) salida de agua más lenta

---

FUENTE DE RELAJACIÓN ILUMINADA PARA MESA

# enviraScape ROCK GARDEN

**Formulario de pedido de piezas de repuesto**

| PIEZA | DESCRIPCIÓN | CANTIDAD | COSTO |
|---|---|---|---|
| PP-ROCKBLB | Bombillas de repuesto y cubiertas por WFL-ROC – paquete de 5 | | $5.00 |

SUBTOTAL _____
Impuesto–Residentes de Michigan agregar 6% _____
Total _____

## HoMEDICS

Dirección postal:

HoMedics
Consumer Relations
Service Center Dept. 168
3000 Pontiac Trail
Commerce Township, MI
48390

correo electrónico:
cservice@homedics.com

Corte y envíe el formulario de pedido acompañado de un cheque u orden de pago a nombre de HoMedics Inc. Sírvase esperar entre 2 y 4 semanas para la entrega.

Nombre _____
Dirección _____
Ciudad _____  Estado _____  Código Postal _____  Número telefónico (___) _____