


# RAIN FOREST FOUNTAIN
# ENVIRASCAPE™ RELAXING RAINS

**ONE YEAR LIMITED WARRANTY**
(Valid in USA only)

HoMedics, Inc., guarantees this product free from defects in material and workmanship for a period of one year from the date of original purchase, except as noted below.

This HoMedics product warranty does not cover damage caused by misuse or abuse; accident; the attachment of any unauthorized accessory; alteration to the product; or any other conditions whatsoever that are beyond the control of HoMedics. This warranty is effective only if the product is purchased and operated in the USA. A product that requires modification or adaptation to enable it to operate in any country other than the country for which it was designed, manufactured, approved and/or authorized, or repair of products damaged by these modifications is not covered under warranty. HoMedics shall not be responsible for any type of incidental, consequential or special damages. All implied warranties, including but not limited to those implied warranties of fitness and merchantability, are limited in the total duration of one year from the original purchase date.

Mail To:

HoMedics
Consumer Relations
Service Center Dept. 168
3000 Pontiac Trail
Commerce Township, MI 48390

e-mail:
cservice@homedics.com

To obtain warranty service on your HoMedics product, either hand deliver or mail the unit and your dated sales receipt (as proof of purchase), postpaid, along with check or money order in the amount of $5.00 payable to HoMedics, Inc. to cover handling.

Upon receipt, HoMedics will repair or replace, as appropriate, your product and return it to you, postpaid. If it is appropriate to replace your product, HoMedics will replace the product with the same product or a comparable product at HoMedics' option. Warranty is solely through HoMedics Service Center. Service of this product by anyone other than HoMedics Service Center voids warranty.

This warranty provides you with specific legal rights. You may have additional rights which may vary from state to state. Because of individual state regulations, some of the above limitations and exclusions may not apply to you.

**For more information regarding our product line in the USA, please visit: www.homedics.com**

© 2003 HoMedics, Inc. and its affiliated companies, all rights reserved. HoMedics® is a registered trademark of HoMedics, Inc. and its affiliated companies. Envirascape™ is a trademark of HoMedics, Inc. and its affiliated companies. All rights reserved.

IB-WRFREL



**Instruction Manual and Warranty Information**

WRF-REL



## The sounds of nature soothe human nature

Thank you for purchasing EnviraScape Relaxing Rains, the HoMedics Rainforest fountain. This, like the entire HoMedics product line, is built with high-quality craftsmanship to provide you years of dependable service. We hope that you will find it to be the finest product of its kind.

EnviraScape enables you to create an all-encompassing environment with sound. The sound of flowing water enhances your environment by releasing negative ions, and promoting relaxation. Only EnviraScape offers you the luxury of these vital benefits along with its creative design which adds beauty to any indoor environment.

## IMPORTANT SAFETY INSTRUCTIONS:

When using an electrical appliance, basic precautions should always be followed, including the following:

READ ALL INSTRUCTIONS BEFORE USING

### DANGER - To reduce the risk of electric shock:

- Always unplug the appliance from the electrical outlet immediately after using and before cleaning.
- Do not reach for an appliance that has fallen into water. Unplug it immediately.
- Do not place or store appliance where it can fall or be pulled into a tub or sink.
- Do not place in or drop into water or other liquid.
- Do not connect to any voltage other than that shown on the pump.
- Do not pump flammable liquids.
- Do not use water above 90°F.

### WARNING - To reduce the risk of burns, fire, electric shock or injury to persons:

- An appliance should never be left unattended when plugged in. Unplug from outlet when not in use and before putting on or taking off parts or attachments.
- Close supervision is necessary when this appliance is used by or near children, invalids or disabled persons.
- Use this appliance only for its intended use as described in this manual. Do not use attachments not recommended by HoMedics; specifically any attachments not provided with the unit.
- Never operate this appliance if it has a damaged cord, plug, pump, cable or housing. If it is not working properly, if it has been dropped or damaged, return it to Homedics Service Center for examination and repair.
- Keep cord away from heated surfaces.
- Never drop or insert any object into any opening.

**CAUTION: The pump must be completely submerged in water. If the pump is making noises, most likely it is not completely submerged in water.**

**CAUTION: Only set the fountain and fountain parts on waterproof surfaces**

- Do not operate where aerosol (spray) products are being used or where oxygen is being administered.
- Do not carry this appliance by supply cord or use cord as handle.
- To disconnect, remove plug from outlet.
- This appliance is designed for indoor use only. Do not use outdoors.

## SAVE THESE INSTRUCTIONS

**Caution – Please read all instructions carefully before operating.**

- Never leave the appliance unattended, especially if children are present.
- Never cover the appliance when it is in operation.
- This unit should not be used by children without adult supervision.
- Connect the pump with the proper voltage as indicated on the pump label.
- Always keep the cord away from high temperature and fire.
- Unplug the pump from power source before cleaning, maintenance or disassembling.
- To get the best flowing effect, product must be placed on a flat waterproof surface and should never be placed on an electrical appliance.
- Never let pump run dry, as this will shorten life of the pump.
- Do not lift, carry, hang, or pull the pump by the power cord.
- Operate with tap water or distilled water (recommended).
- Operate pump completely submerged for proper cooling.
- The electrical cord of this product cannot be replaced. If it sustains damage, you must stop using this product immediately and return it to the HoMedics Service Center for repair. (See the warranty section for HoMedics address.)
- Disconnect the appliance from the outlet before putting hands into water.

## Envirascape Features

- Adjustable rainfall – Choose from a gentle shower to a dramatic downpour
- Six natural sounds - Rain Forest, Loons, Summer Night, Thunder, Sunrise and Wind Chimes
- Continuously changing colors – Illuminates fountain in red, blue and yellow
- Durable electrical water pump
- Convenient tabletop size – Fountain measure 7"L x 5.75"W x 13.25"H

Figure 1



## Assembly and Instructions for Use

1. Unpack the product and place on a horizontal surface on top of the waterproof black mat provided. Wipe off dust with a damp cloth.
2. Familiarize yourself with the pump. The pump speed is controlled by the dial located at the front of the pump. The speed is indicated by a "min" and "max" (Fig 1). At its highest speed level, the dial will cease to move any further. To decrease the pump speed, move the dial counter-clockwise toward the "min"sign. Similarly, at its lowest speed, the dial will cease to move any further.
3. Insert the plastic tubing into the pump. Place pump into fountain lower basin (Fig 2).
4. Fill the lower basin with clean water. The water level should be approximately ½ an inch below the steel net (Fig 3). NOTE: Distilled water is recommended for easier maintenance.
5. Attach the A/C adaptor jack to the base power cord. DO NOT plug into outlet at this time. (Fig 2)
6. Insert light & sound cord through hole in top basin and insert into plug on bottom of lid. Then screw housing clockwise until tight. (Fig 4)

Figure 2



Figure 3



FRONT VIEW

Figure 4



7. Tilt lid forward and line up the hooks of the lid with the square locks of the top basin. Then place flat onto fountain top and slide lock switch (Fig. 2) to hold securely in place.
8. Plug the power cord into a 120V household outlet. The fountain & sound machine are controlled by the switch on the power cord. To operate Rain Forest Fountain, turn on by rotating switch on cord (Fig. 2). If fountain doesn't operate, rotate switch once to turn on and once more to turn off to reset. NOTE: Unit power must be "ON" in order for both the fountain and sound machine to operate.
9. To use light, flip switch on the back of the fountain lid (Fig 2). Light will continuously change colors.
10. To adjust rainfall speed, turn the water flow dial (Fig 2) clockwise to increase the rainfall and counter-clockwise to decrease. When dial stops in counter-clockwise motion, rainfall will come to a stop.
11. To use sounds, turn volume dial (Fig 3) counter-clockwise to turn on. Then select your nature sound by pressing the sound button of your choice. Volume can be adjusted by turning the volume dial – counter-clockwise to increase volume and clockwise to decrease volume.
12. To Turn sounds off either:
    a. Press the off button on the lid to retain your volume setting for the next use, or
    b. Turn the volume dial clockwise until it clicks off.
13. Turn fountain & sound machine off by turning the switch on the power cord.

NOTE: Main power switch must be used to turn unit completely on or off.
- Fountain can be used independent of sound machine
- Sound Machine can be used without fountain water flowing, although pump will remain on unless main "on/off" switch is turned off.

4

5

**Caution:**
All servicing of this fountain must be performed by authorized HoMedics service personnel only.

**Attention:**
In order to get best results, please operate pump completely submerged. Keep the water level above the minimum water level ALL THE TIME.

## Maintenance

- **To clean the pump:**
  Unplug from electrical outlet. Remove it from the base of the fountain. Use a small brush or stream of water to remove any debris (Fig 6).

- **To keep water clean:**
  Periodically change water and clean the product according to the water condition. Keeping the water clean prevents the water from becoming sticky and forming micro-organisms.

- **Keeping the water at an optimum level:**
  Add water periodically to keep water level at an optimum level to avoid shortening the life of the pump.
  NOTE: Never let the pump run dry, as this will shorten the life of the pump.

- **Fountain Storage**
  Unplug the fountain from the electrical outlet, empty the water, and store in a dry, cool place.

Figure 5



## Troubleshooting

- **If water of rainfall holes fails to flow:**
  Open the lock, take off the lid, and remove the black cover. Take cleaning pin out and stick through holes several times (Fig 5). Then replace cover and lid in place.

- **If the pump fails to operate, check the following:**
  Check the circuit breaker, or try a different outlet to make sure the pump is getting electrical power. NOTE: Always disconnect from electrical outlet before handling the pump.
  Check the pump discharge and tubing for kinks and obstructions. Algae build up can be flushed out under a heavy faucet.
  Remove the pump inlet to access the impeller area. Turn the rotor to ensure it is not broken or jammed (Fig 6).
  Monthly maintenance will add to your pump's life.
  NOTE: Ensure that the electrical cord loops below the electrical outlet to form a 'Drip Loop'. This will prevent water from running down the cord into the electrical outlet.

- **If the pump gurgles, spews or "burps":**
  Check the water level to make sure the pump has enough water to function.

- **Obtaining a desired water level:**
  Check the water level daily the first week to measure the rate of evaporation; refill with water as needed.

Figure 6

