Kenneth M. Gutsch, ASBA 8811186
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
E-mail:  kgutsch@richmondquinn.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH,<br><br>                 Plaintiff,<br><br>   v.<br><br>FKA DISTRIBUTING CO., d/b/a HOMEDICS, INC.; KROGER CO., d/b/a FRED MEYER and/or FRED MEYER STORES, INC.; and WAL-MART STORES, INC., d/b/a WAL-MART,<br><br>               Defendants. | RECEIVED<br>DEC 0 6 2006<br>WALTHER & FLANIGAN<br><br>Case No. 3:06-cv-00127 (TMB) |

**DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS**

**GENERAL OBJECTIONS**

1.   Defendants object to these document requests to the extent they seek production of documents which are the subject of attorney-client privilege and/or work product immunity. Documents subject to attorney-client privilege and/or work

Exhibit 9
Page 1 of 40

product immunity generated prior to suit will be identified in a privilege log for exchange with Plaintiff at a mutually agreeable date.

2. Defendants object to Plaintiff's requests to the extent they seek confidential or proprietary information. Intentional and inadvertent disclosure or use of Defendants' confidential or proprietary information may harm or disadvantage Defendants. For this reason, Defendants will not produce documents until a suitable confidentiality Protective Order is entered in this case.

3. Defendants preliminarily object to producing documents at the offices of Plaintiff's counsel. Documents will be produced during normal business hours at the offices of Defendants' counsel or at various facilities where the responsive documents are normally kept.

4. Defendants object to the document requests to the extent they impose upon Defendants a duty to make compilations or summaries which do not presently exist.

5. Defendants object to Plaintiff's requests as vague, ambiguous, over broad, unduly burdensome, irrelevant and not reasonably calculated to lead to the discovery of admissible evidence to the extent they seek all information and/or

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 2

Exhibit 9
Page 2 of 40

documents, in the broadest sense, concerning, relating to, referring to, describing, evidencing, constituting or comprising the subject matters thereof. Defendants' responses to Plaintiff's requests are subject to, and without waiver of, this objection. Defendants will make their best efforts to produce all relevant, non-privileged, reasonably responsive information to the extent it is reasonably available.

6. Defendants reserve their right to object to the admissibility at trial of any response made herein, and Defendants' responses are not and shall not be deemed an admission or concession of the relevance of any of the requests or subject matter thereof, or an admission or concession as to the admissibility of any response at the trial of this action.

7. Defendants object to Plaintiff's requests to the extent they seek information not in Defendants' possession, custody or control. Defendants' responses to Plaintiff's requests are subject to, and without waiver of, this objection.

8. Defendants object to Plaintiff's requests to the extent they seek information or documents concerning any activities outside the United States. Defendants' responses

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 3

Exhibit 9
Page 3 of 40

to Plaintiff's requests are subject to, and without waiver of, this objection.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**DOCUMENT REQUEST NO 1:** The design documents and specifications for the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)," any of its component parts, and similar products.

**RESPONSE:** At the outset, Defendants wish to correct Plaintiff's reference to Model No. WFL-ROC - Captain Southwick of the Anchorage Fire Department identified the model as RFL-ROCK. Defendants respond to this and all additional discovery requests as though Plaintiff identified the product at issue as Model No. WFL-ROCK.

Defendants, including, HoMedics, did not design the WFL-ROCK, therefore no documents responsive to this request are specifically known to exist. However, in the interest of cooperating, HoMedics will identify the manufacturer once a suitable protective order is in place. In addition, HoMedics' Quality File for the WFL-ROCK will be produced in response to Document Request No. 22 below, which may be considered relative to the subject request.

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 4

Exhibit 9
Page 4 of 40

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**DOCUMENT REQUEST NO 2:** All documents referring to any changes or potential or proposed changes in the design of the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of its component parts.

**RESPONSE:** Overbroad and unduly burdensome. Notwithstanding the objection, Defendants do not know of any documents responsive to this request. Also, see Defendants' response to Document Request No. 1. HoMedics, did not design the WFL-ROCK.

**DOCUMENT REQUEST NO 3:** All product literature of any kind associated with the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of its component parts.

**RESPONSE:** Overbroad and unduly burdensome. Notwithstanding the objection, HoMedics distributes an instruction booklet (IB) containing product details, instructions and warnings with most products. A copy of the WFL-ROCK and WFL-ROC IBs are enclosed with these responses. Additional product IBs are available for downloading at www.homedics.com.

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 5

Exhibit 9
Page 5 of 40

**DOCUMENT REQUEST NO 4:** All minutes of the board of directors of FKA Distributing Co. d/b/a Homedics, Inc.; Kroger Co. d/b/a Fred Meyer and/or Fred Meyer Stores, Inc.; and Wal-Mart Stores, Inc., d/b/al-Mart, referencing any product liability related issues, including but not limited to lawsuits, that pertain to the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)," or similar products.

**RESPONSE:** Overbroad and unduly burdensome. Notwithstanding the objection, no documents responsive to this request are specifically known to exist.

**DOCUMENT REQUEST NO 5:** All documents which refer to or reflect the decision to market the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or similar products.

**RESPONSE:** Overbroad and unduly burdensome. Not reasonably calculated to lead to the discovery of admissible evidence. Notwithstanding the objection, no documents responsive to this request are specifically known to exist.

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 6

Exhibit 9
Page 6 of 40

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**DOCUMENT REQUEST NO 6:** All product literature which is applicable to the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" and similar products.

**RESPONSE:** Overbroad and unduly burdensome, and duplicative. Notwithstanding the objection, plaintiff is directed to response to Document Request No. 3.

**DOCUMENT REQUEST NO 7:** All communication between FKA Distributing Co. d/b/a Homedics, Inc. and/or FKA Distributing Co. and/or Homedics, Inc. and any distributor of the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" which regards or touches upon in any way the distribution of the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)",

**RESPONSE:** Defendants object to this request as over broad and unduly burdensome, in that it is not limited in time or geographic location.

Notwithstanding the objections, no responsive documents exist as distributors were not used for sales in Alaska.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
<u>Jurisch v. Homedics, etc., et al.</u>, CASE NO. 3:06-cv-00127-TMB
PAGE 7

Exhibit 9
Page 7 of 40