**DOCUMENT REQUEST NO. 8:** All newsletters or periodicals published by FKA Distributing Co. d/b/a Homedics, Inc. and/or FKA Distributing Co. and/or Homedics, Inc. since 1987.

**RESPONSE:** Defendants object to this request as over broad and unduly burdensome.

Subject to objections, HoMedics directs Plaintiff to visit www.homedics.com/MediaCenter/MediaCenterListing.aspx.

**DOCUMENT REQUEST NO 9:** All videos regarding the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or similar products.

**RESPONSE:** Overbroad and unduly burdensome. Notwithstanding the objection, no materials responsive to this request are specifically known to exist.

**DOCUMENT REQUEST NO 10:** All orders, documents of sale, shipping orders, invoices, or other similar documents between FKA Distributing Co. d/b/a Homedics, Inc. and/or FKA Distributing Co. and/or Homedics, Inc. and Kroger Co. d/b/a Fred Meyer and/or Fred Meyer Stores, Inc., and Wal-Mart Stores, Inc., d/b/a Wal-Mart relating to the "Envirascape™

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 8

Exhibit 9
Page 8 of 40

Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

**RESPONSE**: Defendants object to this request as over broad and unduly burdensome, in that it is not limited in time or geographic location.

Notwithstanding the objection, once a suitable protective order is in place, HoMedics will provide a report regarding orders to Fred Meyers and Wal-Mart.

**DOCUMENT REQUEST NO 11**: All product literature which would have accompanied the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

**RESPONSE**: Defendants object to this request as overbroad, unduly burdensome, and duplicative, and direct Plaintiff to HoMedics' response to Document Request Nos. 3 and 6.

**DOCUMENT REQUEST NO 12**: All hazard warnings which would have accompanied the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 9

Exhibit 9
Page 9 of 40

**RESPONSE:**   Defendants object to this request as duplicative, and direct Plaintiff to HoMedics' response to Document Request Nos. 3, 6 and 11.

**DOCUMENT REQUEST NO 13:** All documents referring to any proposed or actual changes in the product literature for the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

**RESPONSE:** Overbroad, and unduly burdensome. Subject to its specific and general objections, Homedics states that no materials responsive to this request are specifically known to exist because Homedics did not design or manufacture the fountain.

**DOCUMENT REQUEST NO 14:** All documents reflecting field experience, with the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

**RESPONSE:** HoMedics objects to this request as overbroad, unduly burdensome, vague and ambiguous – it is unclear what information Plaintiff seeks in its reference to "field experience." Notwithstanding that objection, HoMedics' Quality File for the WFL-ROCK will be produced in response to

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 10

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

Exhibit  9
Page 10 of 40

Document Request No. 22 below, which may be considered relative to the subject request.

**DOCUMENT REQUEST NO 15:** All documents relevant to the decision to print any warnings that accompany the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

**RESPONSE:** Overbroad, unduly burdensome, vague, and ambiguous. Subject to Defendants' general and specific objections, no materials responsive to this request are specifically known to exist because defendants, including Homedics, did not design or manufacture the fountain.

**DOCUMENT REQUEST NO 16:** All documents reflecting field experience or knowledge of any fires allegedly caused by the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)," any of its component parts, or similar products manufactured, assembled, sold or otherwise distributed by FKA Distributing Co. d/b/a Homedics, Inc. and/or FKA Distributing Co. and/or Homedics, Inc.

**RESPONSE:** Defendants object to this request as overbroad, unduly burdensome, vague and ambiguous – it is

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 11

Exhibit 9
Page 11 of 40

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

unclear what information Plaintiff seeks in its reference to "field experience." Nothwithstanding defendants' general and specific objections, HoMedics' Quality File for the WFL-ROCK will be produced in response to Document Request No. 22 below, subject to a protective order, which may be considered relative to the subject request.

**DOCUMENT REQUEST NO 17:** All product literature containing a hazard warning regarding the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or its component parts.

**RESPONSE:** Defendants object to this request as duplicative, overbroad, unduly burdensome, and direct Plaintiff to HoMedics' response to Document Request Nos. 3, 6, 11 and 12.

**DOCUMENT REQUEST NO 18:** All documents regarding any modifications, retrofits or warnings relating to previously sold "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of it component parts.

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 12

Exhibit 9
Page 12 of 40

**RESPONSE:** Overbroad and unduly burdensome. Subject to defendants' specific and general objections, no materials responsive to this request are specifically known to exist.

**DOCUMENT REQUEST NO 19:** All documents propounded by FKA Distributing Co. d/b/a Homedics, Inc., FKA Distributing Co., Homedics, Inc.; Kroger Co. d/b/a Fred Meyer and/or Fred Meyer Stores, Inc.; and Wal-Mart Stores, Inc.; d/b/a Wal-Mart which refer to the virtues, qualities, or capacities of the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)," including advertisements and/or warranties.

**RESPONSE:** HoMedics did not "propound" any documents. Overly broad and unduly burdensome. In addition, Defendants object to this request as duplicative and direct Plaintiff to HoMedics' responses to Document Request Nos. 3, 6, 11, 12 and 17.

Representative advertisements for the WFL-ROCK are enclosed with these responses.

**DOCUMENT REQUEST NO 20:** All documents referring to any defective condition of the "Envirascape™ Illuminated Rock

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 13

Exhibit 7
Page 13 of 40

Garden Relaxation Fountain (Model Number WFL-ROC)" or any of it components parts.

**RESPONSE**: Overbroad, and unduly burdensome. Notwithstanding the objection, once a suitable protective order is in place, and subject to defendants' specific and general objections, HoMedics will produce non-privileged representative customer complaints relating to the WFL-ROCK, to the extent such documents exist.

**DOCUMENT REQUEST NO 21**: All documents referring to hazards or warnings regarding the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of it component parts.

**RESPONSE**: Defendants object to this request as overbroad, unduly burdensome, and duplicative. Notwithstanding defendants' specific and general objections, Plaintiff is directed to responses to Document Request Nos. 3, 6, 11, 12, 17 and 19.

**DOCUMENT REQUEST NO 22**: All testing data relating to the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of it component parts.

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 14

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

Exhibit 9
Page 14 of 40