**RESPONSE**: Overbroad and unduly burdensome. Notwithstanding the objection, once a suitable protective order is in place, and subject to objections, HoMedics will produce non-privileged representative customer complaints relating to the WFL-ROCK, to the extent such documents exist.

**DOCUMENT REQUEST NO 23**: All documents related to the performance of the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of it component parts.

**RESPONSE**: Overbroad, unduly burdensome, and duplicative. Notwithstanding the objection, Plaintiff is directed to defendants' response to Document Request Nos. 1, and 22. HoMedics' Quality File for the WFL-ROCK will be produced in response to Document Request No. 22 below, which may be considered relative to the subject request.

**DOCUMENT REQUEST NO 24**: All documents relating to the potential of the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of its component parts to start a fire.

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 15

Exhibit 9
Page 15 of 40

**RESPONSE:** Overbroad, unduly burdensome; vague and ambiguouse as to "potential," and duplicative. Notwithstanding the objection, Plaintiff is directed to HoMedics' responses to Document Request Nos. 1, 22 and 23. HoMedics' Quality File for the WFL-ROCK will be produced in response to Document Request No. 22 above, which may be considered relative to the subject request. Moreover, once a suitable protective order is in place, and subject to defendants' specific and general objections, HoMedics will produce non-privileged representative customer complaints relating to the WFL-ROCK, to the extent such documents exist.

**DOCUMENT REQUEST NO 25:** All documents regarding the placing of warnings on the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

**RESPONSE:** Overbroad and unduly burdensome, vague, ambiguous, and duplicative. Notwithstanding those objections, Plaintiff is directed to responses to Document Request Nos. 13 (changes in product line) and 15 (decision to print warnings).

**DOCUMENT REQUEST NO 26:** All documents relating to the design, configuration or construction of the "Envirascape™

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 16

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

Exhibit 9
Page 16 of 40

Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of its component parts.

**RESPONSE**: Overbroad, unduly burdensome, and duplicative. Notwithstanding the objection, Plaintiff is directed to responses to Document Request Nos. 1 (design documents), 2 (changes in design) and 18 (modifications).

**DOCUMENT REQUEST NO 27:** All documents, photos or videos relating to the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

**RESPONSE**: Overbroad, unduly burdensome and duplicative. Notwithstanding the objection, Plaintiff is directed to HoMedics' responses to Document Request Nos. 3, 6, 11, 12, 17, 19 and 21 (all regarding product literature), and 9 (videos).

**DOCUMENT REQUEST NO 28:** All documents reflecting communications to or from customers, vendors, end users, engineers, fire or building code authorities, or others, regarding concerns associated with the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of its component parts.

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 17

Exhibit 9
Page 17 of 40

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**RESPONSE:** Overbroad, and unduly burdensome. Notwithstanding the objection, once a suitable protective order is in place, HoMedics will produce non-privileged representative documents, to the extent they exist, in response to Document Request No. 20, which may be considered responsive to the subject request.

**DOCUMENT REQUEST NO 29:** All documents regarding fires caused by the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)," or any other similar product manufactured, assembled, sold and/or otherwise distributed by FKA Distributing Co. d/b/a Homedics, Inc. and/or FKA Distributing Co. and/or Homedics, Inc.

**RESPONSE:** Defendants object to this request as duplicative and direct Plaintiff to response to Document Request No. 16. Nothwithstanding defendants' general and specific objections, HoMedics' Quality File for the WFL-ROCK will be produced in response to Document Request No. 22 above, subject to a protective order, which may be considered relative to the subject request.

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 18

Exhibit 9
Page 18 of 40

**DOCUMENT REQUEST NO 30:** For every claim or lawsuit involving FKA Distributing Co. d/b/a Homedics, Inc. and/or FKA Distributing Co. and/or Homedics, Inc. which in any way relates to a fire or fire hazard of the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)," or any other similar product manufactured, assembled, sold and/or otherwise distributed by FKA Distributing Co. d/b/a Homedics, Inc. and/or FKA Distributing Co. and/or Homedics, Inc., provide correspondence regarding the same, the complaint, answer, responses to interrogatories, requests for production, requests for admission, and depositions of persons employed in any capacity by FKA Distributing Co. d/b/a Homedics, Inc. and/or FKA Distributing Co. and/or Homedics, Inc., or experts.

**RESPONSE:** Overbroad, unduly burdensome, and duplicative. Notwithstanding defendants' specific and general objections, Plaintiff is directed to Document Request Nos. 16 and 29. Subject to a protective order, HoMedics' Quality File for the WFL-ROCK will be produced in response to Document Request No. 22 above, which may be considered relative to the subject request.

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 19

Exhibit 9
Page 19 of 40

**DOCUMENT REQUEST NO 31:** All patents obtained for the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (model Number WFL-ROC)" or any of its component parts.

**RESPONSE:** Defendants have no patents concerning the subject fountain.

**DOCUMENT REQUEST NO 32:** All documents relating to testing and/or approval of the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of its component parts, by any testing or underwriting organization such as Underwriters Laboratories.

**RESPONSE:** Objection, overbroad and unduly burdensome. Notwithstanding the objection, and subject to a protective order, HoMedics' Quality File for the WFL-ROCK will be produced in response to Document Request No. 22 above, which may be considered relative to the subject request.

**DOCUMENT REQUEST NO 33:** All applicable policies of insurance providing coverage for this action, including primary and excess coverage, declaration sheet, policy test, amendments, endorsements, and reservation of rights notices.

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 20

Exhibit 9
Page 20 of 40

**RESPONSE:** HoMedics has agreed to defend and indemnify Fred Meyers, Kroger, and Wal-Mart. Once a suitable protective order is in place, and subject to objections, HoMedics will produce non-privileged documents regarding its applicable insurance policies to the extent such documents exist.

**DOCUMENT REQUEST NO 34:** All applications for products liability coverage for any product manufactured, assembled, sold and/or distributed by FKA Distributing Co. d/b/a Homedics, Inc. and/or FKA Distributing Co. and/or Homedics, Inc., including but not limited to the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

**RESPONSE:** HoMedics objects to this request as over broad, as it is not limited in time or by product, unduly burdensome, duplicative, and not reasonably calculated to lead to the discovery of relevant evidence. Notwithstanding the objection, please see defendants' responses to Document Request No. 33. Plaintiff is directed to responses to Document Request Nos. 16, 20, 28, 29, and 30.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 21

Exhibit 9
Page 21 of 40