**DOCUMENT REQUEST NO 35:**    Please produce all documents that in any way support any of the affirmative defenses listed by defendants in their answer to Plaintiff's First Amended Complaint.

**RESPONSE:**    No responsive documents exist at this time. As discovery is ongoing, Defendants reserve their right to supplement their response to this and all other discovery requests.

## ADMISSION REQUESTS

**REQUEST FOR ADMISSION NO 1:**    Please admit that that the fountain found by the Anchorage Fire Department to be in the area of origin of the fire was an "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

**RESPONSE:**    Denied.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2036
(907) 276-5727
FAX (907) 276-2853

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 22

Exhibit   9
Page 22 of 46

Dated this 5ᵗ̲ʰ̲ day of December, 2006, at Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Defendant
FKA DISTRIBUTING CO. d/b/a
HOMEDICS, INC.

s/Kenneth M. Gutsch

By: _____

Kenneth M. Gutsch
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK 99501
Ph: (907) 276-5727
Fax: (907) 276-2953
kgutsch@richmondquinn.com
Alaska Bar No. 8811186

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 5ᵗ̲ʰ̲ day of December, 2006, to:

Howard J. Meyer, Jr.
Walther & Flanigan
1029 W. 3rd Ave, Suite 250
Anchorage, AK 99501

s/Kenneth M. Gutsch
_____
RICHMOND & QUINN

2222\001\Disc\ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 23

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

Exhibit 9
Page 23 of 40



Market Track
Tel:(847)733-3740
Fax:(847)733-9159
support@markettrack.com



# View by Product

Market Track
Tel:(847)733-3740
Fax:(847)733-9159
support@markettrack.com

**Kmart - Representative Market 11/25/2005 Page 28 10.50x11.75**

## Thoughtful Gifts for Every Wish

### Essentials

**BUY ONE GET ONE 50% OFF***
All bath & body and fragrance gift sets
*Of equal or lesser value. Assortment may vary by store.

$4.99
Markettre
Dazzling Lips, Radiant Lips,
Color Classics or Nail Classics sets.
Quantities limited. Sorry, no rain checks.

BODY FANTASIES

$3.99
SALE 24-pack Pepsi.
Assorted varieties. 12-oz. cans.
Limit 2.

**50% off**
Revlon lip and nail

$7
SALE Conair
personal trimmer

$39.99
SALE HoMedics
•Foldable massaging
back rest, BRF-1
•5-point massaging
Squish cushion, SKSQ-100.
Quantities limited. Sorry, no rain checks.

$17.99
SALE HoMedics
Memory foam massaging slippers,
relaxation fountain or triple candle
fountain. Quantities limited. Sorry, no rain checks.

$3.99
Hershey's Pot of Gold
7.2-19.6-oz. boxed chocolates.
Assortment may vary by store.

$25
SALE Shavers
•Braun Interface rechargeable, 3612
•Norelco Reflex corded, 6423LC
•Remington Microflex, R-842

$129.99
SALE Shavers
Braun Activator with Smart Logic,
8585. Remington rechargeable
titanium, MS-5500, sale $99.99.

$9.99
SALE Aurora shredder
6-sheet strip cut with
basket. Quantities limited.
Sorry, no rain checks.

$2 for $5
SALE Scotch tape
3-pack Magic™ or Satin.™

Select Christmas prices are effective starting at 5 a.m. Friday, November 25 thru midnight Saturday, November 26, 2005.
Prices effective Friday, November 25 thru Saturday, November 26, 2005.

1548915    CH 11/25



# View by Product

Market Track
Tel:(847)733-3740
Fax:(847)733-9159
support@markettrack.com

Kmart - Representative Market 12/11/2005 Page 31 9.00x9.50

$15     40          89⁹⁹      139⁹⁹

GIVE THE GIFT OF relaXation

Envirascape
Relaxation
Fountain
rock garden

$30     $20

HOMEDICS ON SALE

14

59⁹⁹      99⁹⁹      129⁹⁹



Exhibit 9
Page 27 of 40





Kmart

Nov. 22, 2001



Exhibit ___9___

Page _28_ of _40_