

Kmart
Dec. 15, 2002

Exhibit 9
Page 29 of 40



Kmart
May 2, 2002

Exhibit 9
Page 30 of 40



Exhibit 9
Page 31 of 40
http://www.adlert.com/interface/RepDisplayAlt.asp?uid=37004&sid=0F954EC5-9E6B-4...  11/14/2006

WFL-ROC_SP.qxd  2/14/06  12:14 PM  Page 10

# HOMEDICS

## ONE YEAR LIMITED WARRANTY
(Valid in USA only)

HoMedics, Inc., guarantees this product free from defects in material and workmanship for a period of one year from the date of purchase, except as noted below.

This HoMedics product warranty does not cover damage caused by misuse or abuse; accident; the attachment of any unauthorized accessory; alteration to the product; or any other conditions whatsoever that are beyond the control of HoMedics. This warranty is effective only if the product is purchased and operated in the USA. A product that requires modification or adaptation to enable it to operate in any country other than the country for which it was designed, manufactured, approved and/or authorized, or repair of products damaged by these modifications is not covered under warranty. HoMedics shall not be responsible for any type of incidental, consequential or special damages. All implied warranties, including but not limited to those implied warranties of fitness and merchantability, are limited in the total duration of one year from the original purchase date.

To obtain warranty service on your HoMedics product, either hand deliver or mail the unit and your dated sales receipt (as proof of purchase), postpaid, along with check or money order in the amount of $5.00 payable to HoMedics, Inc. to cover handling.

Upon receipt, HoMedics will repair or replace, as appropriate, your product and return it to you, postpaid. Warranty is solely through HoMedics Service Center. Service of this product by anyone other than HoMedics Service Center voids warranty.

This warranty provides you with specific legal rights. You may have additional rights which may vary from state to state. Because of individual state regulations, some of the above limitations and exclusions may not apply to you.

For more information regarding our product line in the USA, please visit: www.homedics.com

Mail to:
HoMedics
Consumer Relations
Service Center Dept. M8
3000 Pontiac Trail
Commerce Township, MI
48390
e-mail:
cservice@homedics.com
phone:
800-466-3342

© 2006 HoMedics, Inc. and its affiliated companies, all rights reserved. HoMedics® is a registered trademark of HoMedics, Inc. and its affiliated companies. EnviraScape™ is a trademark of HoMedics, Inc. and its affiliated companies. All rights reserved.
IB-WFLROC

---

# HOMEDICS

## enviraScape
### FUENTE DE RELAJACIÓN ILUMINADA PARA MESA
### ROCK GARDEN





Manual de instrucciones
e información de garantía

WFL-ROC

Exhibit 9
Page 32 of 40



HoMEDICS

## The sounds of nature soothe human nature

Thank you for purchasing EnviraScape, HoMedics' tabletop relaxation fountain. This, like the entire HoMedics product line, is built with high-quality craftsmanship to provide you with years of dependable service. We hope that you will find it to be the finest product of its kind.

EnviraScape enables you to create an all-encompassing environment with sound. The sound of flowing water enhances your environment by releasing negative ions, and promoting relaxation. Only EnviraScape offers you the luxury of these vital benefits with its creative design which adds beauty to any indoor environment.

## EnviraScape Features

**Innovative, Artistic Design**
Enhances the environment at home or at work.

**4 Water-flow Speeds**
Select the pace that meets your mood.

**Durable Electrical Water Pump**
Can be operated from any indoor electrical outlet.

**Easy to Assemble**
Assembles in minutes with simple, illustrated instructions.

## IMPORTANT SAFETY INSTRUCTIONS:

When using an electrical appliance, basic precautions should always be followed, including the following:

READ ALL INSTRUCTIONS BEFORE USING

**DANGER** - To reduce the risk of electric shock:

- Always unplug the appliance from the electrical outlet immediately after using and before cleaning.
- Do not reach for an appliance that has fallen into water. Unplug it immediately.
- Do not place or store appliance where it can fall or be pulled into a tub or sink. Do not place in or drop into water or other liquid.
- Do not connect to any voltage other then that shown on the pump.
- Do not pump flammable liquids.
- Do not use water above 90°.

**CAUTION:**
**The pump must be completely submerged in water. If the pump is making noises, most likely it is not completely submerged in water.**

**CAUTION:**
**Only set the fountain and fountain parts on waterproof surfaces**

**WARNING** - To reduce the risk of burns, fire, electric shock or injury to persons:

- An appliance should never be left unattended when plugged in. Unplug from outlet when not in use and before putting on or taking off parts or attachments.
- Close supervision is necessary when this appliance is used by or near children invalids or disabled persons.
- Use this appliance only for its intended use as described in this manual. Do not use attachments not recommended by HoMedics; specifically any attachments not provided with the unit.
- Never operate this appliance if it has a damaged cord, plug, pump, cable or housing. If it is not working properly, if it has been dropped or damaged, return it to Homedics Service Center for examination and repair.
- Keep cord away from heated surfaces.
- Never drop or insert any object into any opening.
- Do not operate where aerosol (spray) products are being used or where oxygen is being administered.
- Do not carry this appliance by supply cord or use cord as handle.
- To disconnect, remove plug from outlet.
- This appliance is designed for indoor use only. Do not use outdoors.

## SAVE THESE INSTRUCTIONS

**Caution – Please read all instructions carefully before operating.**

- Never leave the appliance unattended, especially if children are present.
- Never cover the appliance when it is in operation.
- This unit should not be used by children without adult supervision.
- Connect the pump with the proper voltage as indicated on the pump label.
- Always keep the cord away from high temperature and fire.
- Unplug the pump from power source before cleaning, maintenance or disassembling.

CAUTION CONTINUED

- To get the best flowing effect, product must be placed on a flat surface and should never be placed on an electrical appliance.
- Never let pump run dry, as this will shorten life of the pump.
- Do not lift, carry, hang, or pull the pump by the power cord.
- Operate with freshwater only.
- Operate pump completely submerged for proper cooling.

Exhibit 9
Page 33 of 40

Exhibit 9
Page 34 of 40