

## About HoMedics Inc.

**About HoMedics**
Articles
Consumer Relations
Employment
FAQs
Guestbook
HoMedics History
Pressroom
Product Registration
Store Locator

### Innovations for Better Health
Since HoMedics was founded in 1987, we've developed an extensive line of personal wellness products that allow you to relax your body, renew your spirit and simplify your life. As the innovative leader in self-care, wellness and personal health products, we continue to strive to provide you with products that promote your well-being.

### Changing the Face of Wellness
At HoMedics, we believe that nothing is more important than your health. Our revolutionary ideas in home healthcare technology have transformed the world of personal wellness. And we continue to invest in the latest technological advances to provide you with the most innovative personal well-being products available.

### The Quality You Demand
We stand by our products. Each one is created with the highest quality components and is quality crafted for years of dependable use. And every product is backed by a warranty.

### Create Your Own Paradise With HoMedics
HoMedics offers an extensive assortment of personal wellness products that are created to help you restore the balance between your mind, body and soul. With our products, it's easy to be proactive in the maintenance of your health and well-being.

So discover the new era of personal wellness with HoMedics. We look forward to bringing you better health for years to come.

For corporate sales and promotional items only, please contact Dan Paul at 1-800-333-8282, Ext. 1189. If you are not a corporation but are in need of product assistance, see our consumer relations page.










About HoMedics

© Copyright 2004, HoMedics®, Inc.
Terms & Conditions
Privacy Policy

Taylor USA
HoMedics Canada
HoMedics Australia
Salter Housewares UK
HoMedics United Kingdom

Exhibit 10
Page 1 of 1