**HoMEDICS**
BODY BASICS

**ILLUMINATED TABLETOP RELAXATION FOUNTAIN**
# ENVIRASCAPE ROCK GARDEN
with Light

## Relax your Mind, Body and Spirit

**HELPS YOU RELAX**
Soothing sounds of cascading water create stress-free ambiance

**IMPROVES CONCENTRATION**
Masks distractions so you can stay focused

**SPECIAL EFFECTS LIGHTING**
Illuminates fountain for a more dramatic effect

**GENUINE POLISHED RIVER ROCKS INCLUDED**

Model WFL-ROCK

Exhibit 12
Page 1 of 6