<*>

