Kenneth M. Gutsch, ASBA 8811186
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
E-mail:  kgutsch@richmondquinn.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH,<br><br>               Plaintiff,<br><br>  v.<br><br>FKA DISTRIBUTING CO., d/b/a HOMEDICS, INC.; KROGER CO., d/b/a FRED MEYER and/or FRED MEYER STORES, INC.; and WAL-MART STORES, INC., d/b/a WAL-MART,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:06-cv-00127 (TMB)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' SUPPLEMENT TO PRELIMINARY WITNESS LIST**

COME NOW defendants, FKA DISTRIBUTING CO., d/b/a HOMEDICS, INC.; KROGER CO., d/b/a FRED MEYER and/or FRED MEYER STORES, INC.; and WAL-MART STORES, INC., d/b/a WAL-MART, by and through counsel, Richmond & Quinn, and hereby supplements their Preliminary Witness List.

**Witnesses**

    1.    Gary Randall
          Randall, Hayes and Henderson
          2605 Denali Street, Suite 204
          Anchorage, AK 99508
          (907) 561-5534

   Mr. Randall will be asked to appraise plaintiff's house to assess to what extent the value of her house has increased due to upgrades made during reconstruction.

   Dated this 9th day of January, 2007, at Anchorage, Alaska.

                              RICHMOND & QUINN
                              Attorneys for Defendant
                              FKA DISTRIBUTING CO. d/b/a
                              HOMEDICS, INC.


                              s/Kenneth M. Gutsch
                         By:  _____
                              Kenneth M. Gutsch
                              RICHMOND & QUINN
                              360 K Street, Suite 200
                              Anchorage, AK 99501
                              Ph: (907) 276-5727
                              Fax: (907) 276-2953
                              kgutsch@richmondquinn.com
                              Alaska Bar No. 8811186


   **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 9th day of January, 2007, to:

Howard J. Meyer, Jr., P.C.
Walther & Flanigan
1029 W. 3rd Ave, Suite 250
Anchorage, AK 99501

        s/Kenneth M. Gutsch
_____
        RICHMOND & QUINN

2222\001\Disc\Supp to PWL

Defendants' Supplement to Preliminary Witness List
<u>Jurisch v. FKA Distributing, Co. et. al.</u>
Case No. 3:06-cv-00127 (TMB)