Kenneth M. Gutsch, ASBA 8811186
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
E-mail:  kgutsch@richmondquinn.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH,<br><br>                    Plaintiff,<br><br>     v.<br><br>FKA DISTRIBUTING CO., d/b/a HOMEDICS, INC.; KROGER CO., d/b/a FRED MEYER and/or FRED MEYER STORES, INC.; and WAL-MART STORES, INC., d/b/a WAL-MART,<br><br>                    Defendants. | Case No. 3:06-cv-00127 (TMB) |

**DEFENDANTS' SECOND SUPPLEMENT TO PRELIMINARY WITNESS LIST**

COME NOW defendants, FKA DISTRIBUTING CO., d/b/a HOMEDICS, INC.; KROGER CO., d/b/a FRED MEYER and/or FRED MEYER STORES, INC.; and WAL-MART STORES, INC., d/b/a WAL-MART, by and through counsel, Richmond & Quinn, and hereby supplements their Preliminary Witness List.

**Witnesses**

1. Scott Sargent
   Consumer Testing Laboratories, Inc.
   611 Dream Valley Road
   Rogers, AR 72756
   (479) 636-8782

     Mr. Sargent is the President of Consumer Testing Laboratories ("CTL"). Prior to the fire at issue, CTL tested the WFL-ROCK fountain for flammability issues on behalf of Wal-Mart Stores, Inc. and HoMedics, and CTL found that fountain satifies industry specifications. Mr. Sargent is expected to testify about CTL's testing protocol and results.

     Dated this 11th day of January, 2007, at Anchorage, Alaska.

                                RICHMOND & QUINN
                                Attorneys for Defendant
                                FKA DISTRIBUTING CO. d/b/a
                                HOMEDICS, INC.

                                s/Kenneth M. Gutsch
           By: _____
                                Kenneth M. Gutsch
                                RICHMOND & QUINN
                                360 K Street, Suite 200
                                Anchorage, AK 99501
                                Ph: (907) 276-5727
                                Fax: (907) 276-2953
                                kgutsch@richmondquinn.com
                                Alaska Bar No. 8811186

       **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 11th day of January, 2007, to:

Howard J. Meyer, Jr., P.C.
Walther & Flanigan
1029 W. 3rd Ave, Suite 250
Anchorage, AK 99501

     s/Kenneth M. Gutsch
_____
     RICHMOND & QUINN

2222\001\Disc\Supp to PWL 02

Defendants' Second Supplement to Preliminary Witness List
<u>Jurisch v. FKA Distributing, Co. et. al.</u>
Case No. 3:06-cv-00127 (TMB)