# Exhibit B

Case 3:06-cv-00127-TMB   Document 43-3   Filed 01/16/2007   Page 2 of 5

HEIDI JURISCH                                                    JURISCH v. FKA DISTRIBUTING, et al.
Vol. 1                          10/31/2006                       3:06-CV-00127

```
 1              IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
 2                 THIRD JUDICIAL DISTRICT AT ANCHORAGE
 3   HEIDI JURISCH,                      )
                                         )
 4              Plaintiff,                )
                                         )
 5   v.                                  )
                                         )
 6   FKA DISTRIBUTING CO., d/b/a         )
     HOMEDICS, INC.; KROGER CO.,         )
 7   d/b/a FRED MEYER and/or FRED        )
     MEYER STORES, INC.; and WAL-        )
 8   MART STORES, INC., d/b/a WAL-       )
     MART,                               )
 9                                       )
                Defendants.              )
10   _____)
     Case No. 3AN-06-00127 civil
11
                VIDEOTAPED DEPOSITION OF HEIDI M. JURISCH
12
                           October 31, 2006
13
     APPEARANCES:
14
        FOR THE PLAINTIFF:              MR. HOWARD J. MEYER, JR.
15                                      Walther & Flanigan
                                        Attorneys at Law
16                                      1029 West 3rd Avenue, Suite 250
                                        Anchorage, Alaska 99501
17                                      (907) 279-9999

18      FOR THE DEFENDANT:              MR. KENNETH M. GUTSCH
                                        Richmond & Quinn
19                                      Attorneys at Law
                                        360 K Street, Suite 200
20                                      Anchorage, Alaska 99501
                                        (907) 276-5727
21
        ALSO PRESENT:                   MR. JOHN GLENN
22
23
24
25
```

Case 3:06-cv-00127-TMB   Document 43-3   Filed 01/16/2007   Page 3 of 5

HEIDI JURISCH                         10/31/2006                    JURISCH v. FKA DISTRIBUTING, et al.
Vol. 1                                                              3:06-CV-00127

Page 26

```
 1  A   Uh-huh. The PartyLite.....
 2  Q   What does that mean?
 3  A   .....tealight candle.
 4  Q   A PartyLite tealight candle?
 5  A   Uh-huh. (Affirmative)
 6      MR. MEYER: Let me interrupt. You've got to use yes and
 7  no.
 8  A   Oh, sorry. Yes.
 9  Q   Is that a particular brand or is it a style of candle?
10  A   Yes.
11  Q   I'm not an aficionado of candles.
12  A   I'm not an aficionado either. However, PartyLite is the
13      name brand for the candle holders and the candles. Kind
14      of you might suggest it as a Tupperware. A Tupperware
15      party, Tupperware, like the old-fashioned thing. The
16      PartyLite candle, the type of candle, is a tealight candle
17      and it's a small, maybe an inch thick candle that comes in
18      metal cup at that time.
19  Q   Was a tealight candle made specifically for that type of
20      candle holder?
21  A   Yes, I believe the candle holder is made specifically for
22      that type of candle.
23  Q   For the tealight candle?
24  A   Uh-huh. (Affirmative)
25  Q   So if I were to go to PartyLite and ask for a tealight
```

Page 27

```
 1      candle, they would know what I was asking for.....
 2  A   Exactly.
 3  Q   .....and I would have no problem getting the type of
 4      candle that you used in that candle holder?
 5  A   Correct.
 6  Q   Do you recall seeing the candle holder and crystal after
 7      the fire?
 8  A   Yes and no. The crystal was shattered, so there was glass
 9      all over the floor. I can't say specifically which glass
10      was from the crystal versus the window or whatever else.
11      The metal holder, I believe, was just lying on the table.
12  Q   Do you have in your possession either one? That is, do
13      you have the holder?
14  A   I'm sorry. I did not save any shattered glass. They
15      threw all of that out when the company that came in to
16      clean cleaned out the burnt stuff.
17  Q   When did that cleanup occur?
18  A   I believe the initial day of the fire after the firemen
19      cleared it. They cleaned out.
20  Q   The same day as the fire?
21  A   Yes.
22  Q   Who came in and cleaned it up?
23  A   I believe it was Henry's Services.
24  Q   Henry's?
25  A   That did the initial cleaning.
```

Page 28

```
 1  Q   Was that after the adjuster had gotten there?
 2  A   The State Farm guy?
 3  Q   The State Farm adjuster.
 4  A   Yes.
 5  Q   Did he make those arrangements to have Henry's come in?
 6  A   Yes.
 7  Q   When the State Farm adjuster first came, did he take
 8      photographs?
 9  A   Yes.
10  Q   So he took photographs the day of the fire?
11  A   I believe so, yes.
12  Q   Approximately how -- when did he come?
13  A   I can't honestly say what time it was.
14  Q   You don't have.....
15  A   It was still light out.
16  Q   .....a recollection what time of day? Okay. And then the
17      Henry's people came after that.....
18  A   Yes.
19  Q   .....after the adjuster?
20  A   Yes. Well, yes. I believe the adjuster was still there
21      while they showed up.
22  Q   So would it be fair to say you got these tealight candles
23      from PartyLite, the type of candle that you used in the --
24      you think you may have used in that holder that's in
25      Exhibit D?
```

Page 29

```
 1  A   Yes, the candles I used in my house specifically for that
 2      holder were PartyLite tealight candles.
 3  Q   Do you have any similar types of tealight candles in your
 4      possession right now?
 5  A   Do I have any other PartyLite tealight candles?
 6  Q   Yes.
 7  A   Yes.
 8  Q   That you could show us as an exemplar of what you had in
 9      the holder at some point in time.
10  A   Sure.
11  Q   Do you have any more of these candle holders?
12  A   That specific candle holder?
13  Q   Yes.
14  A   No.
15  Q   All right. Was there anything else sitting on the end
16      table?
17  A   Yes.
18  Q   What else was sitting on the end table besides what you've
19      drawn already, which is the fountain and the candle
20      holder?
21  A   I believe there was a plant.
22  Q   What kind of plant was there?
23  A   A potted plant.
24  Q   Do you remember what kind of plant it was?
25  A   I'm sorry, I can't remember.
```

HEIDI JURISCH                    10/31/2006                JURISCH v. FKA DISTRIBUTING, et al.
Vol. 1                                                     3:06-CV-00127

Page 82

| | | |
|---|---|---|
| 1 | Q | The metal portion. |
| 2 | A | Yes. |
| 3 | Q | Do you see any of the crystal shards in the photo? |
| 4 | A | The clear glass shards? I can't tell from the picture. |
| 5 | Q | Can you circle the candle holder. |
| 6 | A | On here? |
| 7 | Q | Yeah, please. On what's been marked Exhibit A-1. |
| 8 | A | Okay. |
| 9 | Q | Do you see a cord in this photo? |
| 10 | A | It looks like it, yeah. |
| 11 | Q | A cord to the fountain. |
| 12 | A | It looks like there's a cord there. |
| 13 | Q | Can you show me where the..... |
| 14 | A | On the bottom, right by the sofa, yeah, you're almost |
| 15 | | there. |
| 16 | Q | Is that what you're..... |
| 17 | A | It looks like the cord, yeah. |
| 18 | Q | The cord to the fountain? |
| 19 | A | Yeah. |
| 20 | Q | Can you circle that on Exhibit A-1. |
| 21 | A | Sure, I can draw it. |
| 22 | Q | Do you want me to turn this light on? |
| 23 | A | No, you're okay. It's just really dark. Okay. |
| 24 | Q | Do you see what I'm pointing to..... |
| 25 | A | The wall? |

Page 83

| | | |
|---|---|---|
| 1 | Q | .....on the wall there? Is there some sort of outlet |
| 2 | | there on the wall? |
| 3 | A | No, there wasn't an outlet there. |
| 4 | Q | Is this how it looked when you got there? |
| 5 | A | The sofa was out in the driveway when I got there. |
| 6 | Q | Okay. How about the end table, is that how it looked when |
| 7 | | you got there? |
| 8 | A | That was there. They left that there because they wanted |
| 9 | | me to go over there and see it. |
| 10 | Q | And this is the fountain you were talking about? |
| 11 | A | Yeah, the black thing. |
| 12 | Q | Can you circle the fountain, please. |
| 13 | A | Sure. |
| 14 | | MR. MEYER: So that will be a circle around the other |
| 15 | | circle that circles the..... |
| 16 | Q | Why don't you just draw..... |
| 17 | A | I'll just draw an X. |
| 18 | Q | Or an arrow just pointing to the fountain. |
| 19 | A | Okay. |
| 20 | Q | Do you see this right here? |
| 21 | A | Yeah. |
| 22 | Q | Do you know what that is? |
| 23 | A | I don't know. |
| 24 | Q | I'll see if I can zero in on it. Do you have any idea |
| 25 | | what that is? |

Page 84

| | | |
|---|---|---|
| 1 | A | I don't remember what it is. Is this the same picture? |
| 2 | Q | No, this is the second picture. |
| 3 | A | Okay. Let me change over here. |
| 4 | Q | So we're on A-2. |
| 5 | A | Okay. |
| 6 | Q | Do you see where I'm pointing on? |
| 7 | A | Yeah. |
| 8 | Q | Do you know what that is? |
| 9 | A | I don't know. Can you zoom in? |
| 10 | Q | Yeah. |
| 11 | A | I honestly don't know what it is. |
| 12 | Q | Can you draw on arrow on A-2 with a question mark so we |
| 13 | | know what we're talking about. |
| 14 | A | Okay. |
| 15 | Q | Is there anything in this picture that refreshes your |
| 16 | | recollection as to any additional items that may have been |
| 17 | | on the end table? |
| 18 | A | Can you zoom in on that little -- go to the right. |
| 19 | Q | Right here? |
| 20 | A | Yeah. Is that something? I don't know. Honestly, I |
| 21 | | don't know. |
| 22 | Q | Do you see this right here? |
| 23 | A | Yeah. |
| 24 | Q | Do you know what that was? |
| 25 | A | That's what I was thinking might be something, but I don't |

Page 85

| | | |
|---|---|---|
| 1 | | know. |
| 2 | Q | Okay. I'll tell you what, can you draw another arrow to |
| 3 | | that with another question mark. |
| 4 | A | It could be part of the wall. Okay. Oh, it's probably |
| 5 | | part of the picture frame. |
| 6 | Q | And this was taken before you got there, A-3? |
| 7 | A | Yeah, I believe so because the sofa is still there and the |
| 8 | | sofa was out in the driveway when I got there. |
| 9 | Q | Was the chest out there in the driveway? |
| 10 | A | The chest was out in the front of the yard, like right |
| 11 | | over there. It was right in the snow pile in front of the |
| 12 | | yard. |
| 13 | Q | And this is the light you were talking about, the overhead |
| 14 | | light with the fan? |
| 15 | A | Uh-huh. Yes. |
| 16 | Q | I don't see any fans. |
| 17 | A | They were all burned. |
| 18 | Q | They were all burned, but were they burned off? |
| 19 | A | It appears to be so. Can you zoom in on that? |
| 20 | Q | Sure. |
| 21 | A | A little more. If you look on the left side, it looks |
| 22 | | like the bracket to the fan, you know, one of the fan |
| 23 | | blades, right there. |
| 24 | Q | Right here? |
| 25 | A | Yeah. It looks like a bracket maybe. But they were |

22 (Pages 82 to 85)

Computer Matrix, LLC                Phone - 907-243-0668              jpk@gci.net
310 K Street, Suite 200             Fax     907-243-1473              sahile@gci.net

Case 3:06-cv-00127-TMB   Document 43-3   Filed 01/16/2007   Page 5 of 5

HEIDI JURISCH                   10/31/2006              JURISCH v. FKA DISTRIBUTING, et al.
Vol. 1                                                                    3:06-CV-00127

Page 226

```
 1            C E R T I F I C A T E
 2
    UNITED STATES OF AMERICA    )
 3                              )ss
    STATE OF ALASKA             )
 4
        I, Joseph P. Kolasinski, Notary Public in and for the
 5
    state of Alaska, residing in Anchorage in said state, do hereby
 6
    certify that the deponent in the foregoing matter was duly
 7
    sworn to testify to the truth, and nothing but the truth;
 8
        That said testimony was taken at the time and place
 9
    therein stated;
10
        That the testimony of said witness was recorded
11
    electronically and thereafter transcribed under my direction
12
    and reduced to print;
13
        That the foregoing is a full, complete, and true record of
14
    said testimony.
15
        I further certify that I am not a relative, nor employee,
16
    nor attorney, nor of counsel of any of the parties to the
17
    foregoing matter, nor in any way interested in the outcome of
18
    the matter therein named.
19
        IN WITNESS WHEREOF I have hereunto set my hand and affixed
20
    my seal this 17th day of November, 2006.
21
22
23  _____
    Joseph P. Kolasinski, Notary Public
    in and for the State of Alaska.
24  My Commission Expires:  03/12/2008
25
```

Page 227

```
 1           WITNESS CERTIFICATE
 2
    RE:  JURISCH VS FKA DISTRIBUTING
 3  CASE NUMBER:  3AN-06-00127 CIVIL
    DEPOSITION OF:  HEIDI M. JURISCH
 4  DATE TAKEN:  10/31/06
 5      I hereby certify that I have read the foregoing deposition
    and accept it as true and correct, with the following
 6  exceptions:
 7  Page   Line         Description
 8  _____
 9  _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23  If additional paper is needed, please sign and date each sheet.
24
25       _____
         HEIDI M. JURISCH       DATE
```