# Exhibit D

# HoMEDiCS®

HoMedics, Inc.
3000 Pontiac Trail
Commerce Township, MI 48390
Customer service e-mail: cservice@homedics.com
For more information regarding our product line in the USA please visit: www.homedics.com

Made in China
**CP-WFLROC**

THIS PACKAGE IS MADE FROM
RECYCLED PAPERBOARD

©2006 HoMedics, Inc. and its affiliated companies, all rights reserved. HoMedics® is a registered trademark of HoMedics, Inc. and its affiliated companies. EnviraScape™ is a trademark of HoMedics, Inc. and its affiliated companies. All rights reserved.
Due to continuous product improvements, the picture on the carton may differ slightly from the actual product.
This product employs a UL listed adaptor.



Model # WFL-ROC

0 31262 02170 0

1506