# Exhibit E

# HoMedics®

HoMedics, Inc.
3000 Pontiac Trail
Commerce Township, MI 48390
Customer service e-mail: cservice@homedics.com
For more information regarding our product line in the USA please visit: www.homedics.com

Made in China   This water fountain employs
CP-WFLROCK    UL Listed Adapter

©2002 HoMedics, Inc. and its affiliated companies, all rights reserved. HoMedics® is a registered trademark of HoMedics, Inc. and its affiliated companies. Body Basics™, EnviraScape™, and The Beauty of Living Well™ are trademarks of HoMedics, Inc. and its affiliated companies. All rights reserved.
Due to continuous product improvements, the picture on the carton may differ slightly from the actual product.

**WARNING:** The power cord on this product contains lead, a chemical known to the state of California to cause cancer, birth defects or other reproductive harm.
**Wash hands after handling.**

THIS PACKAGE IS MADE FROM
RECYCLED PAPERBOARD 

## ILLUMINATED TABLETOP RELAXATION FOUNTAIN
# EnviraScape ROCK GARDEN

MODEL# WFL-ROCK

0  31262 00933  3