# Exhibit F





F-2