Exhibit G

Case 3:06-cv-00127-TMB   Document 43-8   Filed 01/16/2007   Page 1 of 2

December 13, 2006

Ken Gutsch
c/o Law Offices of Richmond & Quinn
360 K Street, Suite 200
Anchorage, Alaska 99501-2038

To Whom It May Concern:

Per your request I am writing this sworn statement to outline the limited information I have regarding the house fire of Ms. Heidi Jurisch which occurred in April of 2004. I hereby attest that this statement is the best reflection of my involvement as this incident occurred many years ago.

- I purchased the Homedics tranquility fountains as a Christmas gift in October/November 2003.
- I either purchased the fountain at Midtown Wal-Mart or the Dimond Wal-Mart, however I do not remember specifically which store I purchased Ms. Jurisch's fountain.
- I did not keep my receipts for the purchases as I traditionally throw my receipts away.
- I gave a fountain to Ms. Jurisch in December 2003 for Christmas.
- I did not open up the box while it was in my possession since that is not my practice when giving gifts to others.
- I have no personal and/or non-expertise opinion as to how the house fire started.

Other than being the person who purchased the fountain as a gift, I have no other involvement or further information regarding this case.

Most respectfully,

Christine King

Notary - Anchorage, Alaska
December 18, 2006