Exhibit H

Kenneth M. Gutsch, ASBA 8811186
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
E-mail:  kgutsch@richmondquinn.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| HEIDI JURISCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FKA DISTRIBUTING CO., d/b/a | ) | |
| HOMEDICS, INC.; KROGER CO., | ) | |
| d/b/a FRED MEYER and/or FRED | ) | Case No. 3:06-cv-00127 |
| MEYER STORES, INC.; and WAL- | ) | (TMB) |
| MART STORES, INC., d/b/a WAL- | ) | |
| MART, | ) | |
| | ) | |
| Defendants. | ) | |

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

## DEFENDANT WAL-MART'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS

COMES NOW defendant Wal-Mart Stores, Inc. and hereby supplements defendants' discovery responses as follows:

## GENERAL OBJECTIONS

1.    Defendants object to these document requests to the extent they seek production of documents which are the subject

reasonably calculated to lead to the discovery of admissible evidence to the extent they seek all information and/or documents, in the broadest sense, concerning, relating to, referring to, describing, evidencing, constituting or comprising the subject matters thereof. Defendants' responses to Plaintiff's requests are subject to, and without waiver of, this objection. Defendants will make their best efforts to produce all relevant, non-privileged, reasonably responsive information to the extent it is reasonably available.

6. Defendants reserve their right to object to the admissibility at trial of any response made herein, and Defendants' responses are not and shall not be deemed an admission or concession of the relevance of any of the requests or subject matter thereof, or an admission or concession as to the admissibility of any response at the trial of this action.

7. Defendants object to Plaintiff's requests to the extent they seek information not in Defendants' possession, custody or control. Defendants' responses to Plaintiff's requests are subject to, and without waiver of, this objection.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 3

8.    Defendants object to Plaintiff's requests to the extent they seek information or documents concerning any activities outside the United States.    Defendants' responses to Plaintiff's requests are subject to, and without waiver of, this objection.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**DOCUMENT REQUEST NO 1:**    The design documents and specifications for the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)," any of its component parts, and similar products.

**SUPPLEMENTAL RESPONSE:**    At the outset, Defendants wish to correct Plaintiff's reference to Model No. WFL-ROC – Captain Southwick of the Anchorage Fire Department identified the model as RFL-ROCK.    Defendants respond to this and all additional discovery requests as though Plaintiff identified the product at issue as Model No. WFL-ROCK.

Object as vague as to "similar" products and overbroad as to time and scope.    Subject to and without waiving objections, as a retailer, Wal-Mart did not design HoMedics subject model WFL-ROCK fountain and has no responsive documents.

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
<u>Jurisch v. Homedics, etc., et al.</u>, CASE NO. 3:06-cv-00127-TMB
PAGE 4

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**DOCUMENT REQUEST NO 2:** All documents referring to any changes or potential or proposed changes in the design of the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of its component parts.

**SUPPLEMENTAL RESPONSE:** Object as overbroad as to time and scope. Subject to and without waiving objections, as a retailer, Wal-Mart did not design HoMedics subject model WFL-ROCK fountain and has no responsive documents.


**DOCUMENT REQUEST NO 3:** All product literature of any kind associated with the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of its component parts.

**SUPPLEMENTAL RESPONSE:** Object as overbroad and unlimited as to time and scope. Subject to and without waiving objections, as a retailer, Wal-Mart relies upon the warranties of its vendors to be aware of and to comply with all applicable industry and government codes and standards relative to the safety of their product. Any such product literature would have been supplied by the vendor and would be in the possession of the purchaser.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 5

**DOCUMENT REQUEST NO 4:**   All minutes of the Board of Directors of FKA Distributing Co. d/b/a HoMedics, Inc.; Kroger Co. d/b/a Fred Meyer and/or Fred Meyer Stores, Inc.; and Wal-Mart Stores, Inc., d/b/al-Mart, referencing any product liability related issues, including but not limited to lawsuits, that pertain to the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)," or similar products.

**SUPPLEMENTAL RESPONSE:**   Object as vague as to "similar" products, overbroad and unlimited as to time and scope, irrelevant, and not reasonably calculated to lead to the discovery of admissible evidence.   Subject to and without waiving objections, Wal-Mart is not aware of any responsive documents regarding HoMedics subject model WFL-ROCK fountain.

**DOCUMENT REQUEST NO 5:**   All documents which refer to or reflect the decision to market the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or similar products.

**SUPPLEMENTAL RESPONSE:**   Object as vague as to "similar" products, overbroad and unlimited as to time and scope, irrelevant, and not reasonably calculated to lead to the

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 6

discovery of admissible evidence. Subject to and without waiving objections, Wal-Mart is not aware of any responsive documents regarding HoMedics subject model WFL-ROCK fountain.

**DOCUMENT REQUEST NO 6:** All product literature which is applicable to the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" and similar products.

**SUPPLEMENTAL RESPONSE:** Object as vague as to "similar" products and overbroad and unlimited as to time and scope. Subject to and without waiving objections, as a retailer, Wal-Mart relies upon the warranties of its vendors to be aware of and to comply with all applicable industry and government codes and standards relative to the safety of their product. Any such product literature would have been supplied by the vendor and would be in the possession of the purchaser.

**DOCUMENT REQUEST NO 7:** All communication between FKA Distributing Co. d/b/a HoMedics, Inc. and/or FKA Distributing Co. and/or HoMedics, Inc. and any distributor of the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" which regards or touches upon in any

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

way the distribution of the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)",

**SUPPLEMENTAL RESPONSE**:  None in Wal-Mart's possession.


**DOCUMENT REQUEST NO 8:**  All newsletters or periodicals published by FKA Distributing Co. d/b/a HoMedics, Inc. and/or FKA Distributing Co. and/or HoMedics, Inc. since 1987.

**SUPPLEMENTAL RESPONSE**:  None in Wal-Mart's possession.


**DOCUMENT REQUEST NO 9:**  All videos regarding the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or similar products.

**SUPPLEMENTAL RESPONSE**:  Object as vague and ambiguous as to "similar" products.  Subject to and without waiving objections, none in Wal-Mart's possession.


**DOCUMENT REQUEST NO 10:**  All orders, documents of sale, shipping orders, invoices, or other similar documents between FKA Distributing Co. d/b/a HoMedics, Inc. and/or FKA Distributing Co. and/or HoMedics, Inc. and Kroger Co. d/b/a Fred Meyer and/or Fred Meyer Stores, Inc., and Wal-Mart Stores, Inc., d/b/a Wal-Mart relating to the "Envirascape™

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 8

Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

**SUPPLEMENTAL RESPONSE:**  Object as overbroad and unlimited as to time and scope, irrelevant, and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving objections, Wal-Mart will produce the account history with vendor HoMedics covering the three (3) years prior to alleged incident subject to the entry of a suitable protective order.


**DOCUMENT REQUEST NO 11:**  All product literature which would have accompanied the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

**SUPPLEMENTAL RESPONSE:**  Object as overbroad and unlimited as to time and scope.  Subject to and without waiving objections, as a retailer, Wal-Mart relies upon the warranties of its vendors to be aware of and to comply with all applicable industry and government codes and standards relative to the safety of their product.  Any such product literature would have been supplied by the vendor and would be in the possession of the purchaser.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
<u>Jurisch v. Homedics, etc., et al.</u>, CASE NO. 3:06-cv-00127-TMB
PAGE 9

**DOCUMENT REQUEST NO 12:** All hazard warnings which would have accompanied the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

**SUPPLEMENTAL RESPONSE:** Object as overbroad and unlimited as to time and scope. Subject to and without waiving objections, as a retailer, Wal-Mart relies upon the warranties of its vendors to be aware of and to comply with all applicable industry and government codes and standards relative to the safety of their product. Any such hazard warnings would have been supplied by the vendor and would be in the possession of the purchaser.

**DOCUMENT REQUEST NO 13:** All documents referring to any proposed or actual changes in the product literature for the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

**SUPPLEMENTAL RESPONSE:** Object as overbroad and unlimited as to time and scope, irrelevant, and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving objections, none in Wal-Mart's possession. Wal-Mart is a retailer and did not design HoMedics subject model WFL-ROCK fountain.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**DOCUMENT REQUEST NO 14:** All documents reflecting field experience, with the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

**SUPPLEMENTAL RESPONSE:** Object as vague as to "field experience," overbroad and unlimited as to time and scope. Subject to and without waiving objections, none in Wal-Mart's possession. As a retailer, Wal-Mart did not design HoMedics subject model WFL-ROCK fountain.

**DOCUMENT REQUEST NO 15:** All documents relevant to the decision to print any warnings that accompany the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

**SUPPLEMENTAL RESPONSE:** Object as overbroad and unlimited as to time and scope. Subject to and without waiving objections, as a retailer, Wal-Mart relies upon the warranties of its vendors to be aware of and to comply with all applicable industry and government codes and standards relative to the safety of their product. Wal-Mart has no responsive documents in its possession.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 11

**DOCUMENT REQUEST NO 16:** All documents reflecting field experience or knowledge of any fires allegedly caused by the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)," any of its component parts, or similar products manufactured, assembled, sold or otherwise distributed by FKA Distributing Co. d/b/a HoMedics, Inc. and/or FKA Distributing Co. and/or HoMedics, Inc.

**SUPPLEMENTAL RESPONSE:** Object as vague as to "field experience" and "similar" products, overbroad and unlimited as to time and scope, irrelevant, and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving objections, Wal-Mart has searched claims from the five (5) years prior to subject incident involving HoMedics subject model WFL-ROCK fountain alleging flammability issues and found none.

**DOCUMENT REQUEST NO 17:** All product literature containing a hazard warning regarding the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or its component parts.

**SUPPLEMENTAL RESPONSE:** Object as overbroad and unlimited as to time and scope. Subject to and without waiving

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 12

objections, as a retailer, Wal-Mart relies upon the warranties of its vendors to be aware of and to comply with all applicable industry and government codes and standards relative to the safety of their product. Any such product literature would have been supplied by the vendor and would be in the possession of the purchaser.


**DOCUMENT REQUEST NO 18:** All documents regarding any modifications, retrofits or warnings relating to previously sold "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of it component parts.

**SUPPLEMENTAL RESPONSE:** Object as overbroad and unlimited as to time and scope. Subject to and without waiving objections, as a retailer, Wal-Mart relies upon the warranties of its vendors to be aware of and to comply with all applicable industry and government codes and standards relative to the safety of their product. Any such warnings would have been supplied by the vendor and would be in the possession of the purchaser. As a retailer, Wal-Mart did not design, modify, or retrofit HoMedics subject model WFL-ROCK fountain.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 13

**DOCUMENT REQUEST NO 19:**  All documents propounded by FKA Distributing Co. d/b/a HoMedics, Inc., FKA Distributing Co., HoMedics, Inc.; Kroger Co. d/b/a Fred Meyer and/or Fred Meyer Stores, Inc.; and Wal-Mart Stores, Inc.; d/b/a Wal-Mart which refer to the virtues, qualities, or capacities of the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)," including advertisements and/or warranties.

**SUPPLEMENTAL RESPONSE:**  Object as overbroad and unlimited as to time and scope.  Subject to and without waiving objections, as a retailer, Wal-Mart relies upon the warranties of its vendors to be aware of and to comply with all applicable industry and government codes and standards relative to the safety of their product.  Any such warranties would have been supplied by the vendor and would be in the possession of the purchaser.  Wal-Mart searched for responsive Wal-Mart ads in the five (5) years prior to subject incident of HoMedics subject model WFL-ROCK fountain and found none.

**DOCUMENT REQUEST NO 20:**  All documents referring to any defective condition of the "Envirascape™ Illuminated Rock

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

Garden Relaxation Fountain (Model Number WFL-ROC)" or any of it components parts.

**SUPPLEMENTAL RESPONSE:**  Object as vague and ambiguous as to "defective condition," overbroad and unlimited as to time and scope, irrelevant, and not reasonably calculated to lead to the discovery of admissible evidence.  Subject to and without waiving objections, Wal-Mart has searched claims from the five (5) years prior to subject incident involving HoMedics subject model WFL-ROCK fountain alleging flammability issues and found none.

**DOCUMENT REQUEST NO 21:**  All documents referring to hazards or warnings regarding the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of it component parts.

**SUPPLEMENTAL RESPONSE:**  Object as overbroad and unlimited as to time and scope.  Subject to and without waiving objections, none in Wal-Mart's possession.  Wal-Mart is a retailer and did not design subject HoMedics subject model WFL-ROCK fountain.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**DOCUMENT REQUEST NO 22:** All testing data relating to the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of it component parts.

**SUPPLEMENTAL RESPONSE:** Object as vague and ambiguous as to "testing" and overbroad and unlimited as to time and scope. Subject to and without waiving objections, as a retailer, Wal-Mart did not test HoMedics subject model WFL-ROCK fountain. Wal-Mart does submit the attached test reports completed by Consumer Testing Laboratories.

**DOCUMENT REQUEST NO 23:** All documents related to the performance of the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of it component parts.

**SUPPLEMENTAL RESPONSE:** Object as vague and ambiguous as to "performance," overbroad and unlimited as to time and scope, irrelevant, and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving objections, Wal-Mart has searched claims and lawsuits from the five (5) years prior to subject incident involving HoMedics subject model WFL-ROCK fountain alleging flammability issues and found none. As a retailer, Wal-Mart did not test

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

HoMedics subject model WFL-ROCK fountain. Wal-Mart does submit the attached test reports completed by Consumer Testing Laboratories.

**DOCUMENT REQUEST NO 24:** All documents relating to the potential of the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of its component parts to start a fire.

**SUPPLEMENTAL RESPONSE:** Object as vague and ambiguous as to "potential," overbroad and unlimited as to time and scope, irrelevant, and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving objections, Wal-Mart has searched claims and lawsuits from the five (5) years prior to subject incident involving HoMedics subject model WFL-ROCK fountain alleging flammability issues and found none.

**DOCUMENT REQUEST NO 25:** All documents regarding the placing of warnings on the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

**SUPPLEMENTAL RESPONSE:** Object as overbroad and unlimited as to time and scope. Subject to and without waiving

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 17

objections, as a retailer, Wal-Mart relies upon the warranties of its vendors to be aware of and to comply with all applicable industry and government codes and standards relative to the safety of their product. Any such warnings would have been supplied by the vendor and would be in the possession of the purchaser.

**DOCUMENT REQUEST NO 26:** All documents relating to the design, configuration or construction of the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of its component parts.

**SUPPLEMENTAL RESPONSE:** None in Wal-Mart's possession. As a retailer, Wal-Mart did not design HoMedics subject model WFL-ROCK fountain.

**DOCUMENT REQUEST NO 27:** All documents, photos or videos relating to the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

**SUPPLEMENTAL RESPONSE:** Object as overbroad and unlimited as to time and scope. Subject to and without waiving objections, none in Wal-Mart's possession.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 18

**DOCUMENT REQUEST NO 28:** All documents reflecting communications to or from customers, vendors, end users, engineers, fire or building code authorities, or others, regarding concerns associated with the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of its component parts.

**SUPPLEMENTAL RESPONSE:** Object as overbroad as to time and scope, irrelevant, and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving objections, Wal-Mart has searched claims from the five (5) years prior to subject incident involving HoMedics subject model WFL-ROCK fountain alleging flammability issues and found none.

**DOCUMENT REQUEST NO 29:** All documents regarding fires caused by the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)," or any other similar product manufactured, assembled, sold and/or otherwise distributed by FKA Distributing Co. d/b/a Homedics, Inc. and/or FKA Distributing Co. and/or Homedics, Inc.

**SUPPLEMENTAL RESPONSE:** Object as vague and ambiguous as to "similar" products, overbroad as to time and scope,

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
<u>Jurisch v. Homedics, etc., et al.</u>, CASE NO. 3:06-cv-00127-TMB
PAGE 19

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

irrelevant, and not reasonably calculated to lead to the discovery of admissible evidence.   Subject to and without waiving objections, Wal-Mart has searched claims and lawsuits from the five (5) years prior to subject incident involving HoMedics subject model WFL-ROCK fountain alleging flammability issues and found none.

**DOCUMENT REQUEST NO 30:**   For every claim or lawsuit involving FKA Distributing Co. d/b/a HoMedics, Inc. and/or FKA Distributing Co. and/or HoMedics, Inc. which in any way relates to a fire or fire hazard of the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)," or any other similar product manufactured, assembled, sold and/or otherwise distributed by FKA Distributing Co. d/b/a HoMedics, Inc. and/or FKA Distributing Co. and/or HoMedics, Inc., provide correspondence regarding the same, the complaint, answer, responses to interrogatories, requests for production, requests for admission, and depositions of persons employed in any capacity by FKA Distributing Co. d/b/a HoMedics, Inc. and/or FKA Distributing Co. and/or HoMedics, Inc., or experts.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 20

**SUPPLEMENTAL RESPONSE:** Object as vague and ambiguous as to "similar" products, overbroad as to time and scope, irrelevant, and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving objections, Wal-Mart has searched claims and lawsuits from the five (5) years prior to subject incident involving HoMedics subject model WFL-ROCK fountain alleging flammability issues and found none.

**DOCUMENT REQUEST NO 31:** All patents obtained for the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (model Number WFL-ROC)" or any of its component parts.

**SUPPLEMENTAL RESPONSE:** As a retailer, Wal-Mart did not design subject HoMedics model WFL-ROCK fountain and has no responsive documents in its possession.

**DOCUMENT REQUEST NO 32:** All documents relating to testing and/or approval of the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of its component parts, by any testing or underwriting organization such as Underwriters Laboratories.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 21

**SUPPLEMENTAL RESPONSE:**   Object as vague and ambiguous as to "testing" or "approval" and overbroad and unlimited as to time and scope. Subject to and without waiving objections, as a retailer, Wal-Mart did not test HoMedics subject model WFL-ROCK fountain.  Wal-Mart does submit the attached test reports completed by Consumer Testing Laboratories.

**DOCUMENT REQUEST NO 33:**   All applicable policies of insurance providing coverage for this action, including primary and excess coverage, declaration sheet, policy test, amendments, endorsements, and reservation of rights notices.

**SUPPLEMENTAL RESPONSE:**   Wal-Mart is being indemnified by HoMedics.   Wal-Mart will produce the Vendor Agreement and Certificate of Insurance between Wal-Mart and HoMedics relevant to the time of incident subject to the entry of a suitable protective order.

**DOCUMENT REQUEST NO 34:**   All applications for products liability coverage for any product manufactured, assembled, sold and/or distributed by FKA Distributing Co. d/b/a HoMedics, Inc. and/or FKA Distributing Co. and/or HoMedics, Inc., including but not limited to the "Envirascape™

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

**SUPPLEMENTAL RESPONSE:** Wal-Mart is being indemnified by HoMedics. Wal-Mart will produce the Vendor Agreement and Certificate of Insurance between Wal-Mart and HoMedics relevant to the time of incident subject to the entry of a suitable protective order.

**DOCUMENT REQUEST NO 35:** Please produce all documents that in any way support any of the affirmative defenses listed by defendants in their answer to Plaintiff's First Amended Complaint.

**SUPPLEMENTAL RESPONSE:** No responsive documents exist at this time. As discovery is ongoing, Defendants reserve their right to supplement their response to this and all other discovery requests.

## ADMISSION REQUESTS

**REQUEST FOR ADMISSION NO 1:** Please admit that that the fountain found by the Anchorage Fire Department to be in the area of origin of the fire was an "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

**SUPPLEMENTAL RESPONSE:** Denied.

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 23

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

Dated this _10th_ day of January, 2007, at Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Defendant
FKA DISTRIBUTING CO. d/b/a
HOMEDICS, INC.

By:    s/Kenneth M. Gutsch
_____
Kenneth M. Gutsch
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK 99501
Ph: (907) 276-5727
Fax: (907) 276-2953
kgutsch@richmondquinn.com
Alaska Bar No. 8811186

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was HAND DELIVERED this _10·12_ day of January, 2007, to:

Howard J. Meyer, Jr.
Walther & Flanigan
1029 W. 3rd Ave, Suite 250
Anchorage, AK 99501

s/Kenneth M. Gutsch
_____
RICHMOND & QUINN

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953



# CONSUMER TESTING LABORATORIES, INC.

**611 DREAM VALLEY ROAD**    **ROGERS, AR 72756**

HARDLINES TESTING    TEL: (479) 636-8782    FAX: (479) 636-8961

## EVALUATION OF TEST RESULTS

**LABORATORY REPORT NO:**    HWM53426    **DATE:**    May 1, 2002
Wal-Mart

**TO:**    Scott Munnecke
Dept. 17

**ITEM DESCRIPTION:**    *Envirascape Illuminated Rock Garden Relaxation Fountain*

| | | |
|---|---|---|
| COUNTRY OF ORIGIN: | China | NEW ITEM: |
| STOCK NO.: | WFL-ROCK | IN STORE: |
| UPC NO.: | 03126200933 | RETEST: |
| VENDOR: | Homedics Industries | FROM BUYER: |
| VENDOR NO.: | 458171 | PRE-PRODUCTION: |
| ITEM COST: | $N/A | PRODUCTION:    X |
| TESTING CHARGE: | $275.00 | |

**REASON FOR ANALYSIS:**    Overall Quality Evaluation

**EXECUTIVE SUMMARY:**    Based on the overall material qualities, construction, performance characteristics and consumer serviceability, the sample is rated as follows:

| X | THE SAMPLE IS RATED AS **GOOD** AND PASSED THE BASIC PERFORMANCE AND SERVICEABILITY TESTS. |
|---|---|
| | THE SAMPLE IS RATED AS **UNSATISFACTORY** BECAUSE OF THE FOLLOWING DEFICIENCIES. |

CONSUMER TESTING LABORATORIES    CONSUMER TESTING LABORATORIES

*Ron Caviness*    *[signature]*

RON CAVINESS    SCOTT SARGENT
HARDLINES LABORATORY MANAGER    VICE PRESIDENT HARDLINES LABORATORY
RC/lc    SS/lc

*Specialists in the Evaluation of Consumer Products Since 1952*

**Terms and Conditions:** Use of Consumer Testing Laboratories name and/or seal is not permitted without our written authorization. Our reports apply only to the individual sample tested. Consumer Testing Laboratories liability is strictly limited to invoice amount.

**CONSUMER TESTING LABORATORIES, INC**

CLIENT _____    LABORATORY REPORT No.   HWM53426

# DECORATIVE ITEM (non-powered)
## TECHNICAL WORKSHEET

**SAMPLE**   Envirascape Illuminated Rock Garden Fountain          **STOCK No.**   WFL-ROCK

## I. IDENTIFICATION and INSPECTION

| | PASS | FAIL | COMMENTS |
|---|---|---|---|
| **PACKAGING** | | | |
| Good package quality | X | | |
| Clear and concise assembly, use and care instructions are provided (if applicable) | X | | |
| Country of origin      _China_ | | | |
| Quantity      Labeled      _One_ | | | |
| Actual      _One_ | X | | |
| **LABELING** | | | |
| Includes the following labeling, or equivalent (if applicable): "for decoration purposes only" | --- | --- | _N/A; Relaxation sounds._ |
| Stuffed product, if marketed in Canada, includes labeling in accordance with the requirements of Stuffing and Upholstered and Stuffed Articles Act | --- | --- | _N/A; Not a stuffed product._ |
| <u>Toxicology Labeling</u> Liquid filled product includes warning labeling referencing the hazard that the liquid may present if swallowed or inhaled. Labeling contains a signal word "warning" or "danger" and at least one of the following (or similar) statements: | | | |
| Harmful if swallowed      _No_      Y/N | | | _N/A; Filled with tap water only._ |
| Harmful or fatal if swallowed      _No_      Y/N | | | |
| Vapor harmful      _No_      Y/N | | | |
| Certification is submitted by the manufacturer that the liquid does not contain any hazardous substances listed in 16CFR 1500.14 (_required only if none of the above specified labeling is provided_) | --- | --- | _N/A; Filled with tap water only._ |
| **FINISH / WORKMANSHIP** | | | |
| Free of burrs, sharp edges, mold flash, splinters or any other defects which may affect serviceability or appearance of the finished product | X | | |
| Painted and plated surfaces demonstrate uniform and consistent coverage | X | | |
| Fabric articles exhibit uniform and consistent stitching, with no loose threads | --- | --- | _N/A; No fabric._ |

Form 18-6

**CONSUMER TESTING LABORATORIES, INC**

CLIENT _____

LABORATORY REPORT No.  ___HWM53426___

| DIMENSIONS | | | PASS | FAIL | COMMENTS |
|---|---|---|---|---|---|
| Length/diameter: | labeled | 10.5 in | | | |
| | actual | 11.25 in | X | | |
| Width: | labeled | 10.5 in | | | |
| | actual | 11.25 in | X | | |
| Height: | labeled | 8 in | | | |
| | actual | 7.75 in | X | | |
| Weight | | 80 oz | | | |

**MATERIAL**

Main body   *Plastic*

Attachments   *Rocks and Slate*

**CONSTRUCTION**

Mounting means (hanging, tabletop, stand, etc)

*Tabletop only.*

| | PASS | FAIL | COMMENTS |
|---|---|---|---|
| All metallic hardware is plated, coated, or equivalent to protect against corrosion | X | | |

## II. PERFORMANCE TESTING

| | PASS | FAIL | COMMENTS |
|---|---|---|---|
| **PRACTICAL USE TEST** | | | |
| All components are securely attached and do not separate during normal handling | X | | *Components are friction fit.* |
| Unit rests on flat surface with no excessive rocking or wobbling | X | | |
| **HANGING MEANS SECURITY** | | | |
| Mounting means demonstrate good durability and mounting security and withstands the weight of the product maintained for 24 hours | — | — | *N/A; Tabletop placement only.* |

## III. CONCLUSIONS

**OVERALL RATING**                                    **GOOD**

This technical worksheet represents testing methods and procedures generally used by Consumer Testing Laboratories, Inc. for testing and evaluating the above specified item. Depending upon the nature of the product, certain tests specified herein may not be applied and / or additional testing procedures may be utilized. This technical worksheet is not intended to be used as a manufacturing or design specification and is subject to revision as further experience and investigation may show necessary.

Form 18-6

CONSUMER TESTING LABORATORIES, INC

CLIENT_____          LABORATORY REPORT No.   HWM53426

## TRANSFORMER / BATTERY CHARGER / POWER UNIT
### Class 2, Plug-in / Cord Connected
### TECHNICAL WORKSHEET

SAMPLE   Transformer, Rock Garden Fountain_____          STOCK No.   A12-1A

| I.  IDENTIFICATION and INSPECTION | | | |
|---|---|---|---|
| | **PASS** | **FAIL** | **COMMENTS** |
| **PACKAGING** | | | |
| Good package quality and labeling | X | | |
| Safety instructions for multi-voltage unit | --- | --- | *N/A; Single voltage unit.* |
| Exhibits following caution statement (for transformer / charger intended to be used with children's product): "CAUTION - ELECTRIC TOY - Not recommended for children under ____ years of age.  As with all electrical products, precautions should be observed during handling and use to reduce the risk of electric shock" | --- | --- | *N/A; Not for use w/children's product.* |
| Age listed in above statement _____N/A_____ | | | |
| Note:  The words "ELECTRICALLY OPERATED PRODUCT" may be substituted for "ELECTRIC TOY" | | | |
| **FINISH / WORKMANSHIP** | | | |
| Free of burrs, pits, cracks, sharp edges and any other defects which may effect serviceability or appearance of the finished product | X | | |
| **MARKINGS** | | | |
| Permanent markings, complete and legible: | | | |
| Manufacturer's identification | X | | *Homedics* |
| Indoor use marking | X | | |
| UL Listing No.   69NO, E97199 | X | | *Confirmed by UL officials.* |
| Electrical Ratings: | | | |
| Input      120v 60hz 18w | X | | |
| Output   12vac 1000ma | X | | |
| Note: Output rating does not exceed 30V AC and 60V DC | | | |
| Unit is marked with one of the following, as applicable: | X | | |
| _____ Class 2 Battery Charger  __X__ Class 2 Transformer  _____ Class 2 Power Supply  _____ Class 2 Power Unit | | | |
| **DIMENSIONS** | | | |
| Overall:     Length        2.6      in | | | |
| Width        1.9      in | | | |
| Depth        1.6      in | | | |

Form 11-72

**CONSUMER TESTING LABORATORIES, INC**

CLIENT _____

LABORATORY REPORT No.  HWM53426

| | | PASS | FAIL | COMMENTS |
|---|---|---|---|---|
| Blade width, polarized | | | | |
| (if provided, 0.307 - 0.322 inches) *N/A* in | | --- | --- | |
| Blade width, non-polarized | | | | |
| ( 0.240 - 0.280 inches) *0.246* in | | X | | |
| Blade length | | | | |
| (0.625 inches min. for polarized and non-polarized) *0.687* in | | X | | |
| Ground pin length | | | | |
| (if provided, 0.843 inches max.) *N/A* in | | --- | --- | *Not provided.* |
| Ground pin diameter | | | | |
| (0.184 - 0.190 inches) *N/A* in | | --- | --- | *Not provided.* |
| **WEIGHT** *0.9* oz | | X | | |
| (max. 28 oz for direct plug-in unit excluding the output cord) | | | | |
| **CONSTRUCTION** | | | | |
| All wiring and other current-carrying parts are enclosed or shielded and are not accessible during normal use | | X | | |
| All metal surfaces and hardware are painted, enameled, galvanized, plated or equivalent to prevent corrosion | | X | | |
| Attachment plug of the following type is provided: | | X | | *Direct plug-in transformer.* |
| *2-wire parallel not polarized.* | | | | |
| *Note: Polarized attachment plug required for cord connected unit* | | | | |
| Cord Length: Input (min. 6 ft) *None* ft | | --- | --- | |
| Output *15 inches* ft | | | | |
| Cord size: Input *N/A* AWG | | | | |
| Output *20* AWG | | | | |
| Cord type: Input (Table 12.1, UL 1310) *N/A* | | X | | |
| Output *FT1* | | | | |
| Type of overcurrent protective device (if provided) | | | | |
| *Thermal fuse* | | | | *Labeled 115 degrees C* |
| Output rating is equal to or greater than the power / current demand of the intended product (if intended product is included in the package) Initial current draw may exceed the output rating provided no hazardous conditions occur, such as overheating, charring, emission of flame or molten metal/plastic | | | | |
| Output rating *1000ma* | | | | |
| Product demand *0.8* | | X | | |

Form 11-72