CLIENT ·_____        LABORATORY REPORT No.    HWM53426

## II. PERFORMANCE TESTING

| | PASS | FAIL | COMMENTS |
|---|:---:|:---:|---|
| **LEAKAGE CURRENT** | | | |
| The leakage current does not exceed 0.5 milliampere when tested in both unenergized and energized condition | | | |
| Unenergized | X | | |
| Energized | X | | |
| **OUTPUT VOLTAGE TEST** | | | |
| Output voltage is within 90% and 110% of rating when the unit is operated for 1 hour using a resistive load and connected to rated primary voltage. The load is adjusted to draw rated output current. (Exception: May not conform to this requirement if it performs well with the intended product) | | | |
| Labeled _12_ volt | | | |
| Under Load _12_ volt | X | | |
| **TEMPERATURE TEST** | | | |
| Does not exhibit higher temperature rise than specified when operated at the rated voltage under full-load condition until temperatures stabilize | | | |
| Enclosure (nonmetallic, 90ºF maximum temperature rise) _18_ ºF | X | | |
| **DIELECTRIC WITHSTAND TEST** | | | |
| Withstands a potential of 1000 V AC applied for 1 minute between primary wiring and secondary wiring and between primary wiring and dead metal parts | X | | |
| **STRAIN RELIEF TEST** | | | |
| The strain relief device withstands a 35 lb (20 lb for output cord) pull force applied for 1 minute in any direction without transmitting the pull to terminals, splices or internal wiring | X | | _20 lb._ |
| **SECURITY OF BLADE TEST** | | | |
| Each blade or pin withstands a pull force of 20 lb applied gradually for 2 minutes with residual displacement not greater than 3/32 inch, measured 2 minutes after removal of the force. No loosening for units of rigid construction | X | | |

Form 11-72

**CONSUMER TESTING LABORATORIES, INC**

CLIENT _____                    LABORATORY REPORT No.    HWM53426

| | PASS | FAIL | COMMENTS |
|---|---|---|---|
| **DROP TEST** (direct plug-in unit only) | | | |
| No dielectric breakdown after 3 drops from a height of 3 feet onto a hardwood surface | X | | |
| **IMPACT TEST** (cord connected units only) | | | |
| No dielectric breakdown after the enclosure is subjected to an impact of 5 ft-lb produced by dropping a steel sphere 2 inches in diameter and weighting 1.18 lb | --- | --- | *N/A; Direct plug-in sample.* |
| **CRUSHING TEST** | | | |
| Withstands a crushing force of 75 lb applied for one (1) minute in any direction perpendicular to the unit's major axis. The transformer is tested between two 1/2 inch parallel flat maple blocks with the force applied gradually. | X | | |
| **SECURITY OF OUTPUT CONNECTORS** | | | |
| *Note: Perform this test only for units provided with an appliance / accessory* | | | |
| No loosening of connector when connected and disconnected from the accessory 100 times | X | | |
| No electrical or mechanical failure after 2 hours of operation with the secondary connectors partially inserted into the accessory (Perform this test only for units with angled or tapered connector pin) | --- | --- | *Connector pin is not angular or tapered.* |
| No evidence of shorting of secondary terminals when the connector is partially inserted into an accessory. Secondary wiring must be isolated from the transformer | X | | |
| **ABNORMAL OPERATION TEST** | | | |
| All units | | | |
| Demonstrates adequate operation with no mechanical or electrical malfunction when subjected to 125% of the rated load for 1 hour | X | | *1.25a* |

Form 11-72

**CONSUMER TESTING LABORATORIES, INC**

CLIENT _____    LABORATORY REPORT No. ___HWM53426___

| | PASS | FAIL | COMMENTS |
|---|---|---|---|
| Unit with protective device<br>Protective device (if provided) opens the circuit as intended when the unit is operated under most severe output loading condition (e.g. twice the rated load) | X | | |

### III. CONCLUSIONS

| OVERALL RATING | GOOD |
|---|---|

Reference Material: UL 1310,  Class 2 Power Units

*This technical worksheet represents testing methods and procedures generally used by Consumer Testing Laboratories, Inc. for testing and evaluating the above specified item. Depending upon the nature of the product, certain tests specified herein may not be applied and / or additional testing procedures may be utilized. This technical worksheet is not intended to be used as a manufacturing or design specification and is subject to revision as further experience and investigation may show necessary.*

Form 11-72



# CONSUMER TESTING LABORATORIES, INC.

HARDLINES TESTING LABORATORY • 611 DREAM VALLEY ROAD • ROGERS, AR  72756
TEL:(479)636-8782 • FAX:(479)636-8961

## EVALUATION OF TEST RESULTS

| | | | |
|---|---|---|---|
| **LABORATORY REPORT NO:** | HWM80330 | **DATE:** | November 26, 2002 |
| | Wal-Mart | **TO:** | |
| **QUARTER:** | | **BUYER:** | SCOTT MUNNECKE |
| | | | Dept:  17 |

**ITEM DESCRIPTION:**   *ENVIRASCAPE ROCK GARDEN W/ LIGHT*

| | | | |
|---|---|---|---|
| **ITEM NUMBER:** | 1770505 | | |
| **STOCK NO:** | WFL-ROCK | | |
| **UPC NO:** | 03126200933 | **RETEST:** | |
| **COUNTRY OF ORIGIN:** | CHINA | **FROM VENDOR:** | |
| **SUPPLIER:** | HOMEDICS INDUSTRIES | **FROM BUYER:** | |
| **SUPPLIER NO.:** | 458171 | **ITEM COST:** | |
| **PRE-PRODUCTION:** | | **TESTING CHARGE:** | $275.00 |
| **PRODUCTION:** | | **EXPRESS CHARGE:** | |
| **NEW ITEM:** | | **STORE COST:** | |
| **IN-STORE:** | | **OUTSIDE COST:** | |
| **REBUY:** | X | **ADMIN CHARGE:** | |

**REASON FOR ANALYSIS:**   Overall Quality Evaluation

**REFERENCE:**   *UL 1310 STANDARD*

| | |
|---|---|
| X | THE SAMPLE IS RATED AS **GOOD** AND PASSED THE BASIC PERFORMANCE AND SERVICEABILITY TESTS. |
| | THE SAMPLE IS RATED AS **UNSATISFACTORY** BECAUSE OF THE FOLLOWING DEFICIENCIES: |

CONSUMER TESTING LABORATORIES, INC.                    CONSUMER TESTING LABORATORIES, INC.

RON CAVINESS                                            SCOTT SARGENT
HARDLINES LABORATORY MANAGER                            HARDLINES LABORATORY VICE PRESIDENT
RC/ tt                                                  SS/ tt

## Specialists in the Evaluation of Consumer Products Since 1952

 Use of Consumer Testing Laboratories name and/or seal is not permitted without our written authorization. Our reports apply  only to the individual sample tested.
Consumer Testing Laboratories liability is strictly limited to invoice amount.

Florida   •   Arkansas   •   Hong Kong   •   Singapore   •   Canada   •   China

**CONSUMER TESTING LABORATORIES, INC**

CLIENT_____          LABORATORY REPORT No.   HWM80330

# TABLE TOP DECORATIVE FOUNTAIN

## TECHNICAL WORKSHEET

SAMPLE    Envirascape Illuminated Tabletop Fountain          STOCK No.   WFL-ROCK

## I.  IDENTIFICATION and INSPECTION

| | PASS | FAIL | COMMENTS |
|---|---|---|---|
| **PACKAGING** | | | |
| Good package quality and labeling | x | | |
| Complete instructions manual is provided covering the following topics: | | | |
| Warning and Hazards | x | | |
| Installation | x | | |
| Operation | x | | |
| Maintenance | x | | |
| Includes bilingual instructions and labeling (For products marketed for Canada) | --- | --- | n/a; not marketed in Canada. |
| **FINISH / WORKMANSHIP** | | | |
| Free of burrs, sharp edges, mold flash, splinters or any other defects which may affect serviceability or appearance of the finished product | x | | |
| Painted and plated surfaces demonstrate uniform and consistent coverage | x | | |
| Coating is uniform without any visual discontinuity | x | | |
| **MARKINGS** | | | |
| Permanent markings, complete and legible | | | |
| Manufacturer's identification | x | | |
| Electrical ratings  12vac 60hz 5w motor, 1.8w bulb | x | | |
| Listing Organization / Listing No. | | | |
| no UL logo | | | |
| --- | --- | --- | |

**DIMENSIONS**
Fountain

| | | | |
|---|---|---|---|
| Overall: | Length/Diameter | 11 | in |
| | Width | --- | in |
| | Height | 8 | in |
| Weight | | 80 | oz |

Form 14-37

**CONSUMER TESTING LABORATORIES, INC**

CLIENT _____          LABORATORY REPORT No. ___HWM80330___

| | PASS | FAIL | COMMENTS |
|---|---|---|---|
| <u>Pump</u> | | | |
| Overall: Length ___2.1___ in | | | |
| Width ___1.5___ in | | | |
| Height ___2.0___ in | | | |
| Weight ___4.5___ oz | | | |
| **MATERIAL** | | | |
| <u>Fountain</u> | | | |
| Bowl ___plastic___ | | | |
| Water Fall ___slate___ | | | |
| <u>Pump</u> | | | |
| Housing ___plastic___ | | | |
| Intake screen ___plastic___ | | | |
| Impeller ___plastic___ | | | |
| **CONSTRUCTION** | | | |
| All wiring and other current-carrying parts are enclosed or shielded and are not accessible during normal use (tested utilizing articulated and accessiblity probe) | x | | |
| All metal surfaces and hardware are painted, enameled, galvanized, plated or equivalent to inhibit corrosion | x | | |
| All wire ways are free from burrs, fins, sharp edges and the like | x | | |
| Pump outlet size ___0.5___ | | | |
| Intake screen ___yes___ Y/N | | | |
| Method of power (transformer / power supply, battery) ___transformer___ | | | |
| Number of batteries ___none___ | | | |
| Size of batteries ___n/a___ | | | |
| Battery compartment exhibits polarity markings | — | --- | n/a; no batteries |
| Switch type ___in-line thumbwheel___ | | | |
| Cord size ___18___ AWG | | | |
| Cord type ___spt-1___ | | | |
| Cord Length ___54___ in | | | |
| Means of strain relief ___bushing___ | | | |

Form 14-37

**CONSUMER TESTING LABORATORIES, INC**

CLIENT_____        LABORATORY REPORT No.    HWM80330

| | PASS | FAIL | COMMENTS |
|---|---|---|---|
| Includes thermal or overload protection of the following type: | | | |
| _current (fuse)_ | x | | |
| Pump is provided with means for mounting unless it passes the Stability Test | x | | |
| Special Features | | | |
| _lighted_ | | | |

## II. PERFORMANCE TESTING

| | PASS | FAIL | COMMENTS |
|---|---|---|---|
| **PRACTICAL USE TEST** | | | |
| Demonstrates good performance and generates water flow as intended providing good consumer serviceability | x | | |
| Minimum activation depth        _3/4_ in | | | |
| Demonstrates reasonably good battery life during practical use | --- | --- | _n/a; no batteries_ |
| **ELECTRICAL INPUT** | | | |
| Measured input current is not more than 110% of the rated value (115% for Canadian Products) when the appliance is connected to rated voltage and operated under normal load conditions | | | |
| Normal Load        _0.566_ Amp | x | | |
| _6.8_ Watt | x | | |
| **DIELECTRIC WITHSTAND TEST** | | | |
| Withstand 500 V AC plus twice the rated voltage applied for 1 minute between live parts and dead metal parts, without electrical breakdown | x | | |
| **STABILITY TEST** | | | |
| No tip over of pump or fountain body when placed on a surface inclined at 15º to the horizontal in the direction most likely to cause the unit to overturn | x | | |
| **STRAIN RELIEF TEST** | | | |
| Withstands a 20 lb pull force applied to the cord at any angle for 1 minute without evidence of the following: | | | |
| Displacement of strain relief | x | | |
| Transference of load to internal connection | x | | |
| Cuts and tears to cord insulation | x | | |
| Electrical breakdown | x | | |

Form 14-37

**CONSUMER TESTING LABORATORIES, INC**

CLIENT _____                    LABORATORY REPORT No. ___HWM80330___

| | PASS | FAIL | COMMENTS |
|---|---|---|---|
| **SWITCH OPERABILITY** (unit energized)<br>Withstands 200 ON and OFF cycles with no evidence of electrical or mechanical malfunction | x | | |
| **TRANSFORMER ELECTRICAL TESTING**<br>Meets requirements of Transformer / Power Unit technical worksheet | x | | |

## III. CONCLUSIONS

**OVERALL RATING**                                              _____ **good** _____

*Reference Material: UL 778 Motor-Operated Water Pump*
*CSA C22.2 No. 108 Liquid Pumps*

This technical worksheet represents testing methods and procedures generally used by Consumer Testing Laboratories, Inc. for testing and evaluating the above specified item. Depending upon the nature of the product, certain tests specified herein may not be applied and / or additional testing procedures may be utilized. This technical worksheet is not intended to be used as a manufacturing or design specification and is subject to revision as further experience and investigation may show necessary.

Form 14-37

**CONSUMER TESTING LABORATORIES, INC**

CLIENT _____    LABORATORY REPORT No.    HWM80330

# TRANSFORMER / BATTERY CHARGER / POWER UNIT
## Class 2, Plug-in / Cord Connected
### TECHNICAL WORKSHEET

**SAMPLE**   Transformer for WFL-ROCK Fountain          **STOCK No.**   A9-1A-01

## I. IDENTIFICATION and INSPECTION

| | PASS | FAIL | COMMENTS |
|---|:---:|:---:|---|
| **PACKAGING** | | | |
| Good package quality and labeling | x | | |
| Safety instructions for multi-voltage unit | --- | --- | *n/a; single voltage unit.* |
| Exhibits following caution statement (for transformer / charger intended to be used with children's product): | | | |
| "CAUTION - ELECTRIC TOY - Not recommended for children under ____ years of age.  As with all electrical products, precautions should be observed during handling and use to reduce the risk of electric shock" | --- | --- | *n/a; no age rating.* |
| Age listed in above statement       *n/a* | | | |
| *Note: The words "ELECTRICALLY OPERATED PRODUCT" may be substituted for "ELECTRIC TOY"* | | | |
| **FINISH / WORKMANSHIP** | | | |
| Free of burrs, pits, cracks, sharp edges and any other defects which may effect serviceability or appearance of the finished product | x | | |
| **MARKINGS** | | | |
| Permanent markings, complete and legible: | | | |
| Manufacturer's identification | x | | |
| Indoor use marking | x | | |
| UL Listing No.   69NO, E97199 | x | | *Confirmed by UL officials.* |
| Electrical Ratings: | | | |
| Input       120vac 60hz 18w | x | | |
| Output       12vac 600ma | x | | |
| *Note: Output rating does not exceed 30V AC and 60V DC* | | | |
| Unit is marked with one of the following, as applicable: | x | | |
| ____ Class 2 Battery Charger | | | |
| _x_ Class 2 Transformer | | | |
| ____ Class 2 Power Supply | | | |
| ____ Class 2 Power Unit | | | |
| **DIMENSIONS** | | | |
| Overall:        Length       2.6    in | | | |
| Width       1.9    in | | | |
| Depth       1.6    in | | | |

**CONSUMER TESTING LABORATORIES, INC**                         Page 2 of 5

CLIENT_____    LABORATORY REPORT No.  ___HWM80330___

|  |  |  | PASS | FAIL | COMMENTS |
|---|---|---|---|---|---|
| Blade width, polarized (if provided, 0.307 - 0.322 inches) | n/a | in | --- | --- | |
| Blade width, non-polarized ( 0.240 - 0.280 inches) | 0.245 | in | x | | |
| Blade length (0.625 inches min. for polarized and non-polarized) | 0.690 | in | x | | |
| Ground pin length (if provided, 0.843 inches max.) | n/a | in | --- | --- | no gnd. Pin |
| Ground pin diameter (0.184 - 0.190 inches) | n/a | in | --- | --- | |
| **WEIGHT** (max. 28 oz for direct plug-in unit excluding the output cord) | 8.5 | oz | x | | |

**CONSTRUCTION**

All wiring and other current-carrying parts are enclosed or shielded and are not accessible during normal use — x

All metal surfaces and hardware are painted, enameled, galvanized, plated or equivalent to prevent corrosion — x

Attachment plug of the following type is provided: _direct plug-in_ — x

Note: Polarized attachment plug required for cord connected unit

| Cord Length: | Input (min. 6 ft) | n/a | ft | --- | --- | direct plug-in |
|---|---|---|---|---|---|---|
| | Output | 1.5 | ft | | | |
| Cord size: | Input | n/a | AWG | | | |
| | Output | 20 | AWG | | | |
| Cord type: | Input (Table 12.1, UL 1310) | n/a | | --- | --- | |
| | Output | spt-1 | | | | |

Type of overcurrent protective device (if provided) _thermal fuse_

Output rating is equal to or greater than the power / current demand of the intended product (if intended product is included in the package) Initial current draw may exceed the output rating provided no hazardous conditions occur, such as overheating, charring, emission of flame or molten metal/plastic

| Output rating | 600ma | | | | |
| Product demand | 0.56 | | x | | |

Form 11-72

**CONSUMER TESTING LABORATORIES, INC**

Page 3 of 5

CLIENT_____    LABORATORY REPORT No.    HWM80330

## II.  PERFORMANCE TESTING

| | PASS | FAIL | COMMENTS |
|---|---|---|---|
| **LEAKAGE CURRENT** | | | |
| The leakage current does not exceed 0.5 milliampere when tested in both unenergized and energized condition | | | |
| Unenergized | x | | |
| Energized | x | | |
| **OUTPUT VOLTAGE TEST** | | | |
| Output voltage is within 90% and 110% of rating when the unit is operated for 1 hour using a resistive load and connected to rated primary voltage. The load is adjusted to draw rated output current. (Exception: May not conform to this requirement if it performs well with the intended product) | | | |
| Labeled       _12_   volt | | | |
| Under Load    _12_   volt | x | | |
| **TEMPERATURE TEST** | | | |
| Does not exhibit higher temperature rise than specified when operated at the rated voltage under full-load condition until temperatures stabilize | | | |
| Enclosure (nonmetallic, 90ºF maximum temperature rise)    _17_   ºF | x | | |
| **DIELECTRIC WITHSTAND TEST** | | | |
| Withstands a potential of 1000 V AC applied for 1 minute between primary wiring and secondary wiring and between primary wiring and dead metal parts | x | | |
| **STRAIN RELIEF TEST** | | | |
| The strain relief device withstands a 35 lb (20 lb for output cord) pull force applied for 1 minute in any direction without transmitting the pull to terminals, splices or internal wiring | x | | |
| **SECURITY OF BLADE TEST** | | | |
| Each blade or pin withstands a pull force of 20 lb applied gradually for 2 minutes with residual displacement not greater than 3/32 inch, measured 2 minutes after removal of the force. No loosening for units of rigid construction | x | | |

**CONSUMER TESTING LABORATORIES, INC**

CLIENT_____     LABORATORY REPORT No.     HWM80330

| | PASS | FAIL | COMMENTS |
|---|:---:|:---:|---|
| **DROP TEST** (direct plug-in unit only) | | | |
| No dielectric breakdown after 3 drops from a height of 3 feet onto a hardwood surface | x | | |
| **IMPACT TEST** (cord connected units only) | | | |
| No dielectric breakdown after the enclosure is subjected to an impact of 5 ft-lb produced by dropping a steel sphere 2 inches in diameter and weighting 1.18 lb | --- | --- | *direct plug-in* |
| **CRUSHING TEST** | | | |
| Withstands a crushing force of 75 lb applied for one (1) minute in any direction perpendicular to the unit's major axis. The transformer is tested between two 1/2 inch parallel flat maple blocks with the force applied gradually. | x | | |
| **SECURITY OF OUTPUT CONNECTORS** | | | |
| *Note: Perform this test only for units provided with an appliance / accessory* | | | |
| No loosening of connector when connected and disconnected from the accessory 100 times | x | | |
| No electrical or mechanical failure after 2 hours of operation with the secondary connectors partially inserted into the accessory (Perform this test only for units with angled or tapered connector pin) | x | | |
| No evidence of shorting of secondary terminals when the connector is partially inserted into an accessory. Secondary wiring must be isolated from the transformer | x | | |
| **ABNORMAL OPERATION TEST** | | | |
|   All units | | | |
| Demonstrates adequate operation with no mechanical or electrical malfunction when subjected to 125% of the rated load for 1 hour | x | | |

**CONSUMER TESTING LABORATORIES, INC**

Page 5 of 5

CLIENT_____

LABORATORY REPORT No.   HWM80330

| | PASS | FAIL | COMMENTS |
|---|---|---|---|
| <u>Unit with protective device</u><br>Protective device (If provided) opens the circuit as intended when the unit is operated under most severe output loading condition (e.g. twice the rated load) | --- | --- | *Maintains twice rated load indefinitely.* |

## III. CONCLUSIONS

**OVERALL RATING**                                                          __**good**__

*Reference Material: UL 1310,  Class 2 Power Units*

*This technical worksheet represents testing methods and procedures generally used by Consumer Testing Laboratories, Inc. for testing and evaluating the above specified item. Depending upon the nature of the product, certain tests specified herein may not be applied and / or additional testing procedures may be utilized. This technical worksheet is not intended to be used as a manufacturing or design specification and is subject to revision as further experience and investigation may show necessary.*

Form 11-72



# CONSUMER TESTING LABORATORIES, INC.

HARDLINES TESTING LABORATORY • 611 DREAM VALLEY ROAD • ROGERS, AR 72756
TEL:(479)636-8782 • FAX:(479)636-8961

## EVALUATION OF TEST RESULTS

| | |
|---|---|
| **LABORATORY REPORT NO:** HWM122243 | **DATE:** October 9, 2003 |
| WAL-MART USA | **BUYER:** SCOTT MUNNECKE |
| QUARTER | Dept: 17 |

**ITEM DESCRIPTION:** *ENVIRASCAPE ROCK GARDEN WITH LIGHT*

| | | | |
|---|---|---|---|
| ITEM NUMBER: | 1770505 | | |
| STOCK NO: | WFL-ROCK | | |
| UPC NO: | 03126200933 | RETEST: | |
| COUNTRY OF ORIGIN: | CHINA | FROM VENDOR: | |
| SUPPLIER: | HOMEDICS INDUSTRIES | FROM BUYER: | |
| SUPPLIER NO.: | 458171 | ITEM COST: | $14.00 |
| FACTORY: | | TESTING CHARGE: | $275.00 |
| FACTORY NO: | | EXPRESS CHARGE: | |
| PRE-PRODUCTION: | | ADDITIONAL COST: | |
| PRODUCTION: | | OUTSIDE COST: | |
| NEW ITEM: | | ADMIN CHARGE: | $30.00 |
| REBUY: | | LEAD CHARGE: | |
| IN-STORE: | X | MULTI-ITEM CHARGE: | |

**REASON FOR ANALYSIS:** Overall Quality Evaluation

**REFERENCE:** *UL 778, 1310 STANDARDS*

| | |
|---|---|
| X | THE SAMPLE IS RATED AS GOOD AND PASSED THE BASIC PERFORMANCE AND SERVICEABILITY TESTS. |
| | THE SAMPLE IS RATED AS UNSATISFACTORY BECAUSE OF THE FOLLOWING DEFICIENCIES: |

CONSUMER TESTING LABORATORIES, INC.                    CONSUMER TESTING LABORATORIES, INC.

AAMER KHAN                                             KEVIN MADRYGA
HARDLINES LABORATORY MANAGER                           HARDLINES DIRECTOR
AK/ he



## Specialists in the Evaluation of Consumer Products Since 1952

Use of Consumer Testing Laboratories name and/or seal is not permitted without our written authorization. Our reports apply only to the individual sample tested. Consumer Testing Laboratories liability is strictly limited to invoice amount.

Florida • Arkansas • Hong Kong • Singapore • Canada • China

# TABLE TOP DECORATIVE FOUNTAIN

## TECHNICAL WORKSHEET

**SAMPLE**   Envirascape Rock Garden with Light          **STOCK No.**   WFL-ROCK

| | PASS | FAIL | COMMENTS |
|---|---|---|---|
| **PACKAGING** | | | |
| Good package quality and labeling | x | | |
| Complete instructions manual is provided covering the following topics: | | | |
| Warning and Hazards | x | | |
| Installation | x | | |
| Operation | x | | |
| Maintenance | x | | |
| Includes bilingual instructions and labeling (For products marketed for Canada) | — | — | n/a  not marketed in Canada |
| **FINISH / WORKMANSHIP** | | | |
| Free of burrs, sharp edges, mold flash, splinters or any other defects which may affect serviceability or appearance of the finished product | x | | |
| Painted and plated surfaces demonstrate uniform and consistent coverage | x | | |
| Coating is uniform without any visual discontinuity | x | | |
| **MARKINGS** | | | |
| Permanent markings, complete and legible | | | |
| Manufacturer's identification | x | | HoMedics |
| Electrical ratings  see 11-72 | — | — | pump motor = 5W, bulb = 1.8W |
| Listing Organization / Listing No. | | | |
| see 11-72 | — | — | n/a  see 11-72 |
| --- | | | |

**DIMENSIONS**

**Fountain**

| | | |
|---|---|---|
| Overall: | Length/Diameter | 11.13 in |
| | Width | — in |
| | Height | 8.00 in |
| Weight | | 81.1 oz |

Form 14-37

CONSUMER TESTING LABORATORIES, INC.
CLIENT   Wal-Mart

LABORATORY REPORT No.   HWM122243

| | | | PASS | FAIL | COMMENTS |
|---|---|---|---|---|---|
| **Pump** | | | | | |
| Overall: | Length | 2.25 in | | | |
| | Width | 1.50 in | | | |
| | Height | 2.00 in | | | |
| Weight | | 4.5 oz | | | |
| **MATERIAL** | | | | | |
| Fountain | | | | | |
| Bowl | | plastic | | | |
| Water Fall | | resin | | | |
| Pump | | | | | |
| Housing | | plastic | | | |
| Intake screen | | plastic | | | |
| Impeller | | plastic | | | |
| **CONSTRUCTION** | | | | | |
| All wiring and other current-carrying parts are enclosed or shielded and are not accessible during normal use (tested utilizing articulated and accessibility probe) | | | x | | |
| All metal surfaces and hardware are painted, enameled, galvanized, plated or equivalent to inhibit corrosion | | | x | | |
| All wire ways are free from burrs, fins, sharp edges and the like | | | x | | |
| Soldered connections do not exhibit incomplete or cold joints, excessive solder or flux residue on | | | x | | |
| Wire insulation is not pinched, cut or otherwise damaged | | | x | | |
| Pump outlet size | | 0.50 | | | |
| Intake screen | | Y | Y/N | | |
| Method of power (transformer / power supply, battery) | | class 2 transformer | | | see 11-72 |
| Number of batteries | | n/a | | | n/a batteries not required |
| Size of batteries | | n/a | | | n/a batteries not required |
| Battery compartment exhibits polarity markings | | | — | — | n/a no battery compartment |
| Switch type | | inline rotary thumbwheel | | | |
| Cord size | | 18 AWG | | | |
| Cord type | | SPT-1 | | | |
| Cord Length | | 53.88 in | | | |
| Means of strain relief | | rubber bushing | | | |

Form 14-37

**CONSUMER TESTING LABORATORIES, INC.**

CLIENT   Wal-Mart

LABORATORY REPORT No.   HWM122243

| | PASS | FAIL | COMMENTS |
|---|---|---|---|
| Includes thermal or overload protection of the following type: | | | |
| --- | -- | -- | n/a  see 11-72 |
| Pump is provided with means for mounting unless it passes the Stability Test | x | | |
| Special Features | | | |
| illumination with bulb | | | |

| PRACTICAL USE TEST | PASS | FAIL | COMMENTS |
|---|---|---|---|
| Demonstrates good performance and generates water flow as intended providing good consumer serviceability | x | | |
| Minimum activation depth     0.75 in | | | |
| Demonstrates reasonably good battery life during practical use | -- | -- | n/a  batteries not used |
| **ELECTRICAL INPUT** | | | |
| Measured input current is not more than 110% of the rated value (115% for Canadian Products) when the appliance is connected to rated voltage and operated under normal load conditions | | | |
| Normal Load     0.540 Amp | x | | |
| 6.5 Watt | x | | |
| **DIELECTRIC WITHSTAND TEST** | | | |
| Withstand 500 V AC plus twice the rated voltage applied for 1 minute between live parts and dead metal parts, without electrical breakdown | x | | |
| **STABILITY TEST** | | | |
| No tip over of pump or fountain body when placed on a surface inclined at 15º to the horizontal in the direction most likely to cause the unit to overturn | x | | |
| **STRAIN RELIEF TEST** | | | |
| Withstands a 20 lb pull force applied to the cord at any angle for 1 minute without evidence of the following: | | | |
| Displacement of strain relief | x | | |
| Transference of load to internal connection | x | | |
| Cuts and tears to cord insulation | x | | |
| Electrical breakdown | x | | |

Form 14-37

CLIENT   Wal-Mart                                                        LABORATORY REPORT No.   HWM122243

| | PASS | FAIL | COMMENTS |
|---|---|---|---|
| **SWITCH OPERABILITY** (unit energized)<br>Withstands 200 ON and OFF cycles with no evidence of electrical or mechanical malfunction | x | | |
| **TRANSFORMER ELECTRICAL TESTING**<br>Meets requirements of Transformer / Power Unit technical worksheet | x | | *see 11-72* |

## OVERALL RATING

**GOOD**

Date Code:  not provided

*Submitted sample's claims soothing sounds of cascading water create a stress free ambiance helps you relax, improves concentration by masking distractions so you can stay focused are not covered in the scope of this report.*

*The pump features a variable water flow speed switch to select the volume of water pumped.  Decorative rocks are not covered in the scope of this report.*

*Reference Material: UL 778 Motor-Operated Water Pump*
*CSA C22.2 No. 108 Liquid Pumps*

Form 14-37

**CONSUMER TESTING LABORATORIES, INC.**

CLIENT  Wal-Mart

LABORATORY REPORT No.  HWM122243

# TRANSFORMER / BATTERY CHARGER / POWER UNIT
## Class 2, Plug-In / Cord Connected
### TECHNICAL WORKSHEET

SAMPLE  Envirascape Rock Garden with Light

STOCK No.  WFL-ROCK

VERIFICATION OF CONSTRUCTION

| | PASS | FAIL | COMMENTS |
|---|---|---|---|
| **PACKAGING** | | | |
| Good package quality and labeling | x | | |
| Safety instructions for multi-voltage unit | --- | --- | n/a  not multi-voltage transformer |
| Exhibits following caution statement (for transformer / charger intended to be used with children's product): | | | |
| "CAUTION - ELECTRIC TOY - Not recommended for children under ___ years of age.  As with all electrical products, precautions should be observed during handling and use to reduce the risk of electric shock" | --- | --- | n/a  not intended for use with children's toys |
| Age listed in above statement ___n/a___ | | | n/a  no age listed |
| Note:  The words "ELECTRICALLY OPERATED PRODUCT" may be substituted for "ELECTRIC TOY" | | | |
| **FINISH / WORKMANSHIP** | | | |
| Free of burrs, pits, cracks, sharp edges and any other defects which may affect serviceability or appearance of the finished product | x | | |
| **MARKINGS** | | | |
| Permanent markings, complete and legible: | | | |
| Manufacturer's identification | x | | HoMedics |
| Indoor use marking | x | | |
| UL Listing No.  cULus 87UN  E216698 | x | | |
| Electrical Ratings: | | | |
| Input  ___120VAC 60Hz  12W___ | x | | |
| Output  ___12VAC  600mA___ | x | | |
| Note: Output rating does not exceed 30V AC and 60V DC | | | |
| Unit is marked with one of the following, as applicable: | x | | |
| ___  Class 2 Battery Charger | | | |
| _x_  Class 2 Transformer | | | |
| ___  Class 2 Power Supply | | | |
| ___  Class 2 Power Unit | | | |
| **DIMENSIONS** | | | |

DIMENSIONS
Overall:

| | | | |
|---|---|---|---|
| Length | 2.33 | in | |
| Width | 1.76 | in | |
| Depth | 1.54 | in | |

Form 11-72

CLIENT  Wal-Mart

LABORATORY REPORT No.  HWM122243

| | | | PASS | FAIL | COMMENTS |
|---|---|---|---|---|---|
| Blade width, polarized | | | | | |
| (If provided, 0.307 - 0.322 inches) | --- | in | — | — | n/a  not polarized - direct plug-in |
| Blade width, non-polarized | | | | | |
| ( 0.240 - 0.280 inches) | 0.248 | in | x | | |
| Blade length | | | | | |
| (0.625 inches min. for polarized and non-polarized) | 0.640 | in | x | | |
| Ground pin length | | | | | |
| (If provided, 0.843 inches max.) | --- | in | — | — | n/a  not provided - direct plug-in |
| Ground pin diameter | | | | | |
| (0.184 - 0.190 inches) | --- | in | — | — | n/a  not provided - direct plug-in |
| **WEIGHT** | 7.8 | oz | x | | |
| (max. 28 oz for direct plug-in unit excluding the output cord) | | | | | |

**CONSTRUCTION**

| | PASS | FAIL | COMMENTS |
|---|---|---|---|
| All wiring and other current-carrying parts are enclosed or shielded and are not accessible during normal use | x | | |
| All metal surfaces and hardware are painted, enameled, galvanized, plated or equivalent to prevent corrosion | x | | |
| Attachment plug of the following type is provided: | x | | |
| direct plug-in | | | |

Note: Polarized attachment plug required for cord connected unit

| | | | PASS | FAIL | COMMENTS |
|---|---|---|---|---|---|
| Cord Length: | Input (min. 6 ft) | --- | ft | x | direct plug-in |
| | Output | 1.08 | ft | | |
| Cord size: | Input | --- | AWG | | direct plug-in |
| | Output | 22 | AWG | | |
| Cord type: | Input (Table 12.1, UL 1310) | --- | | x | direct plug-in |
| | Output | SPT-1 | | | |

Type of overcurrent protective device (if provided)

thermal fuse

Output rating is equal to or greater than the power / current demand of the intended product (if intended product is included in the package) Initial current draw may exceed the output rating provided no hazardous conditions occur, such as overheating, charring, emission of flame or molten metal/plastic

| | | PASS | FAIL | COMMENTS |
|---|---|---|---|---|
| Output rating | 600mA @ 12VAC | | | |
| Product demand | 540mA @ 12.26 | x | | |

Form 11-72

CLIENT   Wal-Mart

LABORATORY REPORT No.   HWM122243

| | PASS | FAIL | COMMENTS |
|---|---|---|---|
| **LEAKAGE CURRENT** | | | |
| The leakage current does not exceed 0.5 milliampere when tested in both unenergized and energized condition | | | |
| Unenergized | x | | |
| Energized | x | | |
| **OUTPUT VOLTAGE TEST** | | | |
| Output voltage is within 90% and 110% of rating when the unit is operated for 1 hour using a resistive load and connected to rated primary voltage. The load is adjusted to draw rated output current. (Exception: May not conform to this requirement if it performs well with the intended product) | | | |
| Labeled _____12_____ volt | | | |
| Under Load _____12.26_____ volt | x | | |
| **TEMPERATURE TEST** | | | |
| Does not exhibit higher temperature rise than specified when operated at the rated voltage under full-load condition until temperatures stabilize Enclosure (nonmetallic, 90ºF maximum temperature rise) _____101.2_____ ºF | x | | |
| **DIELECTRIC WITHSTAND TEST** | | | |
| Withstands a potential of 1000 V AC applied for 1 minute between primary wiring and secondary wiring and between primary wiring and dead metal parts | x | | |
| **STRAIN RELIEF TEST** | | | |
| The strain relief device withstands a 35 lb (20 lb for output cord) pull force applied for 1 minute in any direction without transmitting the pull to terminals, splices or internal wiring | x | | |
| **SECURITY OF BLADE TEST** | | | |
| Each blade or pin withstands a pull force of 20 lb applied gradually for 2 minutes with residual displacement not greater than 3/32 inch, measured 2 minutes after removal of the force. No loosening for units of rigid construction | x | | |

Form 11-72

| | PASS | FAIL | COMMENTS |
|---|---|---|---|
| **DROP TEST** (direct plug-in unit only) | | | |
| No dielectric breakdown after 3 drops from a height of 3 feet onto a hardwood surface | x | | |
| **IMPACT TEST** (cord connected units only) | | | |
| No dielectric breakdown after the enclosure is subjected to an impact of 5 ft-lb produced by dropping a steel sphere 2 inches in diameter and weighting 1.18 lb | — | — | n/a  not cord connected unit - direct plug-in |
| **CRUSHING TEST** | | | |
| Withstands a crushing force of 75 lb applied for one (1) minute in any direction perpendicular to the unit's major axis. The transformer is tested between two 1/2 inch parallel flat maple blocks with the force applied gradually. | x | | |
| **SECURITY OF OUTPUT CONNECTORS** | | | |
| *Note: Perform this test only for units provided with an appliance / accessory* | | | |
| No loosening of connector when connected and disconnected from the accessory 100 times | x | | |
| No electrical or mechanical failure after 2 hours of operation with the secondary connectors partially inserted into the accessory (Perform this test only for units with angled or tapered connector pin) | — | — | n/a  not tapered or angled pin |
| No evidence of shorting of secondary terminals when the connector is partially inserted into an accessory. Secondary wiring must be isolated from the transformer | x | | |
| **ABNORMAL OPERATION TEST** | | | |
| All units | | | |
| Demonstrates adequate operation with no mechanical or electrical malfunction when subjected to 125% of the rated load for 1 hour | x | | |

Form 11-72

CLIENT   Wal-Mart

LABORATORY REPORT No.   HWM122243

| | PASS | FAIL | COMMENTS |
|---|---|---|---|
| **Unit with protective device**<br>Protective device (if provided) opens the circuit as intended when the unit is operated under most severe output loading condition (e.g. twice the rated load) | x | | |

**OVERALL RATING**                **GOOD**

Date Code: 0703

Reference Material: UL 1310, Class 2 Power Units

Form 11-72



# CONSUMER TESTING LABORATORIES, INC.

HARDLINES TESTING LABORATORY • 611 DREAM VALLEY ROAD • ROGERS, AR 72756
TEL:(479)636-8782 • FAX:(479)636-8961

## EVALUATION OF TEST RESULTS

**LABORATORY REPORT NO:** HWM131418

**DATE:** December 2, 2003

WAL-MART USA

**BUYER:** SCOTT MUNNECKE

**QUARTER**

**Dept: 17**

**ITEM DESCRIPTION:** *ENVIRASCAPE ROCK GARDEN WITH LIGHT*

| | | | |
|---|---|---|---|
| **ITEM NUMBER:** | 1770505 | | |
| **STOCK NO:** | WFL-ROCK | | |
| **UPC NO:** | 03126200933 | **RETEST:** | |
| **COUNTRY OF ORIGIN:** | CHINA | **FROM VENDOR:** | |
| **SUPPLIER:** | HOMEDICS INDUSTRIES | **FROM BUYER:** | |
| **SUPPLIER NO.:** | 458171 | **ITEM COST:** | |
| **FACTORY:** | | **TESTING CHARGE:** | $375.00 |
| **FACTORY NO:** | | **EXPRESS CHARGE:** | |
| **PRE-PRODUCTION:** | | **ADDITIONAL COST:** | |
| **PRODUCTION:** | HWM80330 | **OUTSIDE COST:** | |
| **NEW ITEM:** | | **ADMIN CHARGE:** | |
| **REBUY:** | X | **LEAD CHARGE:** | |
| **IN-STORE:** | | **MULTI-ITEM CHARGE:** | |

**REASON FOR ANALYSIS:** Overall Quality Evaluation

**REFERENCE:** UL 778 & 1310 STANDARDS

| | |
|---|---|
| X | THE SAMPLE IS RATED AS GOOD AND PASSED THE BASIC PERFORMANCE AND SERVICEABILITY TESTS |
| | THE SAMPLE IS RATED AS UNSATISFACTORY BASED ON THE FOLLOWING |

---

CONSUMER TESTING LABORATORIES, INC.

*Aamer Khan*

**AAMER KHAN**
**HARDLINES LABORATORY MANAGER**
AK/ dlj

CONSUMER TESTING LABORATORIES, INC.

*Kevin Madryga*

**KEVIN MADRYGA**
**HARDLINES DIRECTOR**

## Specialists in the Evaluation of Consumer Products Since 1952

Use of Consumer Testing Laboratories name and/or seal is not permitted without our written authorization. Our reports apply only to the individual sample tested. Consumer Testing Laboratories liability is strictly limited to invoice amount.

Florida • Arkansas • Hong Kong • Singapore • Canada • China

**CONSUMER TESTING LABORATORIES, INC**

CLIENT  WAL-MART _____        LABORATORY REPORT No.  HWM131418

# TABLE TOP DECORATIVE FOUNTAIN

### TECHNICAL WORKSHEET

SAMPLE  Envirascape Rock Garden w/ Light _____        STOCK No.  WFL-Rock

| | PASS | FAIL | COMMENTS |
|---|---|---|---|
| **PACKAGING** | | | |
| Good package quality and labeling | x | | *cardboard box w/ retail labeling* |
| Complete instructions manual is provided covering the following topics: | | | |
| Warning and Hazards | x | | |
| Installation | x | | |
| Operation | x | | |
| Maintenance | x | | |
| Includes bilingual instructions and labeling (For products marketed for Canada) | --- | — | *n/a not a Canadian marketed product* |
| **FINISH / WORKMANSHIP** | | | |
| Free of burrs, sharp edges, mold flash, splinters or any other defects which may affect serviceability or appearance of the finished product | x | | |
| Painted and plated surfaces demonstrate uniform and consistent coverage | x | | |
| Coating is uniform without any visual discontinuity | x | | |
| **MARKINGS** | | | |
| Permanent markings, complete and legible | | | |
| Manufacturer's identification | x | | *HoMedics* |
| Electrical ratings  12V 60Hz 5W | x | | *bulb 1.8W* |
| Listing Organization / Listing No. | --- | — | *n/a reference form 11-72* |
|      --- | | | *n/a reference form 11-72* |
|      --- | | | |

**DIMENSIONS**

Fountain

| | | | | | |
|---|---|---|---|---|---|
| Overall: | Length/Diameter | 11.13 in | | | |
| | Width | 11.13 in | | | |
| | Height | 8.0 in | | | |
| Weight | | 94.4 oz | | | *w/ rocks added* |

Form 14-37

**CONSUMER TESTING LABORATORIES, INC**

CLIENT __WAL-MART__                       LABORATORY REPORT No. __HWM131418__

| | | PASS | FAIL | COMMENTS |
|---|---|---|---|---|
| **Pump** | | | | |
| Overall: | Length | 2.25 in | | |
| | Width | 1.50 in | | |
| | Height | 2.00 in | | |
| Weight | | 4.2 oz | | |
| **MATERIAL** | | | | |
| Fountain | | | | |
| Bowl | plastic | | | |
| Water Fall | resin | | | |
| Pump | | | | |
| Housing | plastic | | | |
| Intake screen | plastic | | | |
| Impeller | plastic | | | |
| **CONSTRUCTION** | | | | |
| All wiring and other current-carrying parts are enclosed or shielded and are not accessible during normal use (tested utilizing articulated and accessibility probe) | | x | | |
| All metal surfaces and hardware are painted, enameled, galvanized, plated or equivalent to inhibit corrosion | | x | | |
| All wire ways are free from burrs, fins, sharp edges and the like | | x | | |
| Soldered connections do not exhibit incomplete or cold joints, excessive solder or flux residue on | | x | | |
| Wire insulation is not pinched, cut or otherwise damaged | | x | | |
| Pump outlet size | 0.50 | | | |
| Intake screen | Y        Y/N | | | |
| Method of power (transformer / power supply, battery) | | | | |
| | transformer | | | class 2 |
| Number of batteries | --- | | | n/a not battery operated |
| Size of batteries | --- | | | n/a not battery operated |
| Battery compartment exhibits polarity markings | | --- | --- | n/a not battery operated |
| Switch type | rotary thumbwheel | | | |
| Cord size | 18 AWG | | | |
| Cord type | SPT-1 | | | |
| Cord Length | 54 in | | | measured from disconnect to entrance |
| Means of strain relief | molded bushing | | | |

**CONSUMER TESTING LABORATORIES, INC**

CLIENT __WAL-MART__                                    LABORATORY REPORT No. __HWM131418__

| | PASS | FAIL | COMMENTS |
|---|---|---|---|
| Includes thermal or overload protection of the following type: | | | |
| --- | — | — | n/a reference 11-72 |
| Pump is provided with means for mounting unless it passes the Stability Test | x | | |
| Special Features | | | |
| *illumination light* | | | |

| | PASS | FAIL | COMMENTS |
|---|---|---|---|
| **PRACTICAL USE TEST** | | | |
| Demonstrates good performance and generates water flow as intended providing good consumer serviceability | x | | |
| Minimum activation depth _0.75_ in | | | |
| Demonstrates reasonably good battery life during practical use | — | — | n/a not battery operated |
| **ELECTRICAL INPUT** | | | |
| Measured input current is not more than 110% of the rated value (115% for Canadian Products) when the appliance is connected to rated voltage and operated under normal load conditions | | | |
| Normal Load _0.45_ Amp | — | — | n/a no labeled amperage |
| _5.4_ Watt | x | | specified without light / 7.2 with light |
| **DIELECTRIC WITHSTAND TEST** | | | |
| Withstand 500 V AC plus twice the rated voltage applied for 1 minute between live parts and dead metal parts, without electrical breakdown | x | | |
| **STABILITY TEST** | | | |
| No tip over of pump or fountain body when placed on a surface inclined at 15° to the horizontal in the direction most likely to cause the unit to overturn | x | | |
| **STRAIN RELIEF TEST** | | | |
| Withstands a 20 lb pull force applied to the cord at any angle for 1 minute without evidence of the following: | | | |
| Displacement of strain relief | x | | |
| Transference of load to internal connection | x | | |
| Cuts and tears to cord insulation | x | | |
| Electrical breakdown | x | | |

Form 14-37

**CONSUMER TESTING LABORATORIES, INC**

CLIENT   WAL-MART                                    LABORATORY REPORT No.   HWM131418

| | PASS | FAIL | COMMENTS |
|---|---|---|---|
| **SWITCH OPERABILITY (unit energized)**<br>Withstands 200 ON and OFF cycles with no evidence of electrical or mechanical malfunction | x | | |
| **TRANSFORMER ELECTRICAL TESTING**<br>Meets requirements of Transformer / Power Unit technical worksheet | x | | *reference form 11-72* |

**OVERALL RATING**                                                                    **GOOD**

*Date Code: 1003*

*(a.) The pump is provided with water flow switch to select the volume of water pumped.*

*Reference Material: UL 778 Motor-Operated Water Pump*
*CSA C22.2 No. 108 Liquid Pumps*

**Form 14-37**

**CONSUMER TESTING LABORATORIES, INC**

Page 1 of 5

CLIENT  WAL-MART

LABORATORY REPORT No.   HWM131418

# TRANSFORMER / BATTERY CHARGER / POWER UNIT
## Class 2, Plug-in / Cord Connected
### TECHNICAL WORKSHEET

SAMPLE  Envirascape Rock Garden w/ Light

STOCK No.   WFL-Rock

| | PASS | FAIL | COMMENTS |
|---|---|---|---|
| **PACKAGING** | | | |
| Good package quality and labeling | x | | cardboard box w/ retail labeling |
| Safety instructions for multi-voltage unit | — | — | n/a not a multi-voltage unit |
| Exhibits following caution statement (for transformer / charger intended to be used with children's product): | | | |
| "CAUTION - ELECTRIC TOY - Not recommended for children under ___ years of age.  As with all electrical products, precautions should be observed during handling and use to reduce the risk of electric shock" | — | — | n/a not a toy |
| Age listed in above statement ___ | | | n/a not a toy |
| *Note:  The words "ELECTRICALLY OPERATED PRODUCT" may be substituted for "ELECTRIC TOY"* | | | |
| **FINISH / WORKMANSHIP** | | | |
| Free of burrs, pits, cracks, sharp edges and any other defects which may affect serviceability or appearance of the finished product | x | | |
| **MARKINGS** | | | |
| Permanent markings, complete and legible: | | | |
| Manufacturer's identification | x | | Homedics |
| Indoor use marking | x | | |
| UL Listing No.  87UN  E216698 | x | | reference lab no. HWM122243 |
| Electrical Ratings: | | | |
| Input  120V  60Hz  18W | x | | |
| Output  12vac  600mA | x | | |
| *Note: Output rating does not exceed 30V AC and 60V DC* | | | |
| Unit is marked with one of the following, as applicable: | x | | |
| ___ Class 2 Battery Charger | | | |
| _x_ Class 2 Transformer | | | |
| ___ Class 2 Power Supply | | | |
| ___ Class 2 Power Unit | | | |
| **DIMENSIONS** | | | |
| Overall:      Length      2.7      in | | | |
| Width      1.9      in | | | |
| Depth      1.7      in | | | |

**CONSUMER TESTING LABORATORIES, INC**

CLIENT  WAL-MART                                   LABORATORY REPORT No.  HWM131418

| | | PASS | FAIL | COMMENTS |
|---|---|---|---|---|
| Blade width, polarized | | | | |
| (if provided, 0.307 - 0.322 inches) | --- in | --- | --- | n/a not provided |
| Blade width, non-polarized | | | | |
| ( 0.240 - 0.280 inches) | 0.248 in | x | | |
| Blade length | | | | |
| (0.625 inches min. for polarized and non-polarized) | 0.640 in | x | | |
| Ground pin length | | | | |
| (if provided, 0.843 inches max.) | --- in | --- | --- | n/a not provided |
| Ground pin diameter | | | | |
| (0.184 - 0.190 inches) | --- in | --- | --- | n/a not provided |
| **WEIGHT** | 8.5 oz | x | | |
| (max. 28 oz for direct plug-in unit excluding the output cord) | | | | |
| **CONSTRUCTION** | | | | |
| All wiring and other current-carrying parts are enclosed or shielded and are not accessible during normal use | | x | | |
| All metal surfaces and hardware are painted, enameled, galvanized, plated or equivalent to prevent corrosion | | x | | |
| Attachment plug of the following type is provided: | | x | | |
| 2-wire parallel | | | | |
| Note: Polarized attachment plug required for cord connected unit | | | | |
| Cord Length:  Input (min. 6 ft) | --- ft | --- | --- | n/a direct plug-in |
| Output | 1.6 ft | | | specified to disconnect |
| Cord size:  Input | --- AWG | | | n/a direct plug-in |
| Output | 22 AWG | | | |
| Cord type:  Input (Table 12.1, UL 1310) | --- | --- | --- | n/a direct plug-in |
| Output | SPT-1 | | | |
| Type of overcurrent protective device (if provided) | | | | |
| --- | | | | n/a not provided |
| Output rating is equal to or greater than the power / current demand of the intended product (if intended product is included in the package) Initial current draw may exceed the output rating provided no hazardous conditions occur, such as overheating, charring, emission of flame or molten metal/plastic | | | | |
| Output rating | 600mA | | | |
| Product demand | 548mA | x | | |

**CONSUMER TESTING LABORATORIES, INC**

CLIENT  WAL-MART _____        LABORATORY REPORT No.  HWM131418

| | PASS | FAIL | COMMENTS |
|---|---|---|---|
| **LEAKAGE CURRENT**<br>The leakage current does not exceed<br>0.5 milliampere when tested in both<br>unenergized and energized condition | | | |
|         Unenergized | x | | |
|         Energized | x | | |
| **OUTPUT VOLTAGE TEST**<br>Output voltage is within 90% and 110% of rating<br>when the unit is operated for 1 hour using a resistive<br>load and connected to rated primary voltage. The<br>load is adjusted to draw rated output current.<br>(Exception: May not conform to this requirement if it performs<br>well with the intended product) | | | |
|   Labeled    _12.0_  volt | | | |
|   Under Load  _12.2_  volt | x | | |
| **TEMPERATURE TEST**<br>Does not exhibit higher temperature rise than<br>specified when operated at the rated voltage under<br>full-load condition until temperatures stabilize<br>Enclosure (nonmetallic, 90°F<br>maximum temperature rise)  _34_  °F | x | | _ambient temperature 72°F_ |
| **DIELECTRIC WITHSTAND TEST**<br>Withstands a potential of 1000 V AC applied<br>for 1 minute between primary wiring and<br>secondary wiring and between primary wiring<br>and dead metal parts | x | | |
| **STRAIN RELIEF TEST**<br>The strain relief device withstands a 35 lb (20 lb for<br>output cord) pull force applied for 1 minute in  any<br>direction without transmitting the pull to terminals,<br>splices or internal wiring | x | | |
| **SECURITY OF BLADE TEST**<br>Each blade or pin withstands a pull force of 20 lb<br>applied gradually for 2 minutes with residual<br>displacement not greater than 3/32 inch, measured<br>2 minutes after removal of the force. No loosening<br>for units of rigid construction | x | | |

Form 11-72

**CONSUMER TESTING LABORATORIES, INC**

CLIENT ___WAL-MART___                          LABORATORY REPORT No. ___HWM131418___

| | PASS | FAIL | COMMENTS |
|---|:---:|:---:|---|
| **DROP TEST** (direct plug-in unit only)<br>    No dielectric breakdown after 3 drops from a height of 3 feet onto a hardwood surface | x | | |
| **IMPACT TEST** (cord connected units only)<br>    No dielectric breakdown after the enclosure is subjected to an impact of 5 ft-lb produced by dropping a steel sphere 2 inches in diameter and weighting 1.18 lb | — | — | *n/a not cord connected* |
| **CRUSHING TEST**<br>    Withstands a crushing force of 75 lb applied for one (1) minute in any direction perpendicular to the unit's major axis. The transformer is tested between two 1/2 inch parallel flat maple blocks with the force applied gradually. | x | | |
| **SECURITY OF OUTPUT CONNECTORS**<br>*Note: Perform this test only for units provided with an appliance / accessory*<br>    No loosening of connector when connected and disconnected from the accessory 100 times | x | | |
| No electrical or mechanical failure after 2 hours of operation with the secondary connectors partially inserted into the accessory (Perform this test only for units with angled or tapered connector pin) | — | — | *n/a pin not tapered or angled* |
| No evidence of shorting of secondary terminals when the connector is partially inserted into an accessory. Secondary wiring must be isolated from the transformer | x | | |
| **ABNORMAL OPERATION TEST**<br>    <u>All units</u><br>    Demonstrates adequate operation with no mechanical or electrical malfunction when subjected to 125% of the rated load for 1 hour | x | | |

**CONSUMER TESTING LABORATORIES, INC**

CLIENT __WAL-MART__                    LABORATORY REPORT No. __HWM131418__

| | PASS | FAIL | COMMENTS |
|---|---|---|---|
| <u>Unit with protective device</u><br>Protective device (if provided) opens the circuit as intended when the unit is operated under most severe output loading condition (e.g. twice the rated load) | x | | |

**OVERALL RATING**                                        **GOOD**

*Date Code: 0303S*

*Reference Material: UL 1310,  Class 2 Power Units*

Form 11-72

## Debbie A. Favorite

**From:**      Ken Gutsch [kgutsch@richmondquinn.com]
**Sent:**      Monday, January 08, 2007 4:13 PM
**To:**        DAF (Deborah A. Favorite)
**Subject:**   FW: Answers to 1st discovery requests for Jurisch WM#2006-01073

Here are the walmart discovery responses. Please put on server for final and service tomorrow. Thanks, ken

**From:** Sandy Osmon -Legal [mailto:Sandra.Osmon@walmartlegal.com]
**Sent:** Thursday, December 28, 2006 10:44 AM
**To:** kgutsch@richmondquinn.com
**Cc:** Melanie Mayner - LEGAL; Veronica Gromada - Legal
**Subject:** RE: Answers to 1st discovery requests for Jurisch WM#2006-01073

Ken-

Attached are the Wal-Mart answers to the initial discovery requests.  I was unsure how to incorporate our answers into what was already filed but as we have no documents responsive to these requests, Melanie believes the changes and objections should be okay.

Please note that the correct entity for this lawsuit should only be Wal-Mart Stores, Inc.

Once an updated copy is sent back to me, I can request the buyer's verification signature so the discovery can be filed.

For any future discovery, send a copy of the requests as soon as you receive them and a WORD draft with appropriate objections within a week.

Thank you-

<<LEGAL-#2366756-v1-Suppl_DRAFT_to_OC_-_Jurisch.DOC>>

Sandy Osmon
Litigation Support Group
Wal-Mart Legal Department - Product Liability
skosmon@walmartlegal.com
PH 479-277-5276
FAX 479-277-5991
Mail Stop 0215
This e-mail is privileged and confidential.  If you have received this e-mail in error, please destroy it immediately.

-----Original Message-----

1/8/2007

From: Ken Gutsch [mailto:kgutsch@richmondquinn.com]
Sent: Wednesday, December 13, 2006 12:25 PM
To: Sandy Osmon -Legal
Cc: Melanie Mayner - LEGAL
Subject: Answers to 1st discovery requests


Sandra, here is the word document which Walmart can use for its individual
responses. Ken  << File: Answers to 1st discovery requests.doc >>