# Exhibit A

Case 3:06-cv-00127-TMB   Document 45-2   Filed 01/17/2007   Page 2 of 4

HEIDI JURISCH                           10/31/2006              JURISCH v. FKA DISTRIBUTING, et al.
Vol. 1                                                                                   3:06-CV-00127

```
 1              IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
 2                  THIRD JUDICIAL DISTRICT AT ANCHORAGE
 3    HEIDI JURISCH,                    )
                                        )
 4              Plaintiff,              )
                                        )
 5    v.                                )
                                        )
 6    FKA DISTRIBUTING CO., d/b/a       )
      HOMEDICS, INC.; KROGER CO.,       )
 7    d/b/a FRED MEYER and/or FRED      )
      MEYER STORES, INC.; and WAL-      )
 8    MART STORES, INC., d/b/a WAL-     )
      MART,                             )
 9                                      )
                Defendants.             )
10    _____)
      Case No. 3AN-06-00127 civil
11
                    VIDEOTAPED DEPOSITION OF HEIDI M. JURISCH
12
                              October 31, 2006
13
      APPEARANCES:
14
          FOR THE PLAINTIFF:           MR. HOWARD J. MEYER, JR.
15                                     Walther & Flanigan
                                       Attorneys at Law
16                                     1029 West 3rd Avenue, Suite 250
                                       Anchorage, Alaska 99501
17                                     (907) 279-9999
18        FOR THE DEFENDANT:           MR. KENNETH M. GUTSCH
                                       Richmond & Quinn
19                                     Attorneys at Law
                                       360 K Street, Suite 200
20                                     Anchorage, Alaska 99501
                                       (907) 276-5727
21
          ALSO PRESENT:                MR. JOHN GLENN
22
23
24
25
```

Case 3:06-cv-00127-TMB   Document 45-2   Filed 01/17/2007   Page 3 of 4

HEIDI JURISCH                    10/31/2006              JURISCH v. FKA DISTRIBUTING, et al.
Vol. 1                                                                    3:06-CV-00127

Page 26

1  A  Uh-huh. The PartyLite.....
2  Q  What does that mean?
3  A  .....tealight candle.
4  Q  A PartyLite tealight candle?
5  A  Uh-huh. (Affirmative)
6     MR. MEYER: Let me interrupt. You've got to use yes and
7  no.
8  A  Oh, sorry. Yes.
9  Q  Is that a particular brand or is it a style of candle?
10 A  Yes.
11 Q  I'm not an aficionado of candles.
12 A  I'm not an aficionado either. However, PartyLite is the
13    name brand for the candle holders and the candles. Kind
14    of you might suggest it as a Tupperware. A Tupperware
15    party, Tupperware, like the old-fashioned thing. The
16    PartyLite candle, the type of candle, is a tealight candle
17    and it's a small, maybe an inch thick candle that comes in
18    metal cup at that time.
19 Q  Was a tealight candle made specifically for that type of
20    candle holder?
21 A  Yes, I believe the candle holder is made specifically for
22    that type of candle.
23 Q  For the tealight candle?
24 A  Uh-huh. (Affirmative)
25 Q  So if I were to go to PartyLite and ask for a tealight

Page 27

1     candle, they would know what I was asking for.....
2  A  Exactly.
3  Q  .....and I would have no problem getting the type of
4     candle that you used in that candle holder?
5  A  Correct.
6  Q  Do you recall seeing the candle holder and crystal after
7     the fire?
8  A  Yes and no. The crystal was shattered, so there was glass
9     all over the floor. I can't say specifically which glass
10    was from the crystal versus the window or whatever else.
11    The metal holder, I believe, was just lying on the table.
12 Q  Do you have in your possession either one? That is, do
13    you have the holder?
14 A  I'm sorry. I did not save any shattered glass. They
15    threw all of that out when the company that came in to
16    clean cleaned out the burnt stuff.
17 Q  When did that cleanup occur?
18 A  I believe the initial day of the fire after the firemen
19    cleared it. They cleaned out.
20 Q  The same day as the fire?
21 A  Yes.
22 Q  Who came in and cleaned it up?
23 A  I believe it was Henry's Services.
24 Q  Henry's?
25 A  That did the initial cleaning.

Page 28

1  Q  Was that after the adjuster had gotten there?
2  A  The State Farm guy?
3  Q  The State Farm adjuster.
4  A  Yes.
5  Q  Did he make those arrangements to have Henry's come in?
6  A  Yes.
7  Q  When the State Farm adjuster first came, did he take
8     photographs?
9  A  Yes.
10 Q  So he took photographs the day of the fire?
11 A  I believe so, yes.
12 Q  Approximately how -- when did he come?
13 A  I can't honestly say what time it was.
14 Q  You don't have.....
15 A  It was still light out.
16 Q  .....a recollection what time of day? Okay. And then the
17    Henry's people came after that.....
18 A  Yes.
19 Q  .....after the adjuster?
20 A  Yes. Well, yes. I believe the adjuster was still there
21    while they showed up.
22 Q  So would it be fair to say you got these tealight candles
23    from PartyLite, the type of candle that you used in the --
24    you think you may have used in that holder that's in
25    Exhibit D?

Page 29

1  A  Yes, the candles I used in my house specifically for that
2     holder were PartyLite tealight candles.
3  Q  Do you have any similar types of tealight candles in your
4     possession right now?
5  A  Do I have any other PartyLite tealight candles?
6  Q  Yes.
7  A  Yes.
8  Q  That you could show us as an exemplar of what you had in
9     the holder at some point in time.
10 A  Sure.
11 Q  Do you have any more of these candle holders?
12 A  That specific candle holder?
13 Q  Yes.
14 A  No.
15 Q  All right. Was there anything else sitting on the end
16    table?
17 A  Yes.
18 Q  What else was sitting on the end table besides what you've
19    drawn already, which is the fountain and the candle
20    holder?
21 A  I believe there was a plant.
22 Q  What kind of plant was there?
23 A  A potted plant.
24 Q  Do you remember what kind of plant it was?
25 A  I'm sorry, I can't remember.

Case 3:06-cv-00127-TMB   Document 45-2   Filed 01/17/2007   Page 4 of 4

HEIDI JURISCH                        10/31/2006          JURISCH v. FKA DISTRIBUTING, et al.
Vol. 1                                                                         3:06-CV-00127

Page 226

```
 1              C E R T I F I C A T E
 2
     UNITED STATES OF AMERICA    )
 3                               )ss
     STATE OF ALASKA             )
 4
         I, Joseph P. Kolasinski, Notary Public in and for the
 5
     state of Alaska, residing in Anchorage in said state, do hereby
 6
     certify that the deponent in the foregoing matter was duly
 7
     sworn to testify to the truth, and nothing but the truth;
 8
         That said testimony was taken at the time and place
 9
     therein stated;
10
         That the testimony of said witness was recorded
11
     electronically and thereafter transcribed under my direction
12
     and reduced to print;
13
         That the foregoing is a full, complete, and true record of
14
     said testimony.
15
         I further certify that I am not a relative, nor employee,
16
     nor attorney, nor of counsel of any of the parties to the
17
     foregoing matter, nor in any way interested in the outcome of
18
     the matter therein named.
19
         IN WITNESS WHEREOF I have hereunto set my hand and affixed
20
     my seal this 17th day of November, 2006.
21
22
            _____
23          Joseph P. Kolasinski, Notary Public
            in and for the State of Alaska.
24          My Commission Expires:  03/12/2008
25
```

Page 227

```
 1              WITNESS CERTIFICATE
 2
     RE:  JURISCH VS FKA DISTRIBUTING
 3   CASE NUMBER:  3AN-06-00127 CIVIL
     DEPOSITION OF:  HEIDI M. JURISCH
 4   DATE TAKEN:  10/31/06
 5       I hereby certify that I have read the foregoing deposition
     and accept it as true and correct, with the following
 6   exceptions:
 7   Page   Line          Description
 8
 9   _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   If additional paper is needed, please sign and date each sheet.
24
25       _____
         HEIDI M. JURISCH      DATE
```