# Exhibit B



B-1





B-3