Kenneth M. Gutsch, ASBA 8811186
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
E-mail:  kgutsch@richmondquinn.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FKA DISTRIBUTING CO., d/b/a ) <br> HOMEDICS, INC.; KROGER CO., ) <br> d/b/a FRED MEYER and/or FRED ) <br> MEYER STORES, INC.; and WAL- ) <br> MART STORES, INC., d/b/a WAL- ) <br> MART, ) <br> ) <br> Defendants. ) <br> _____) | Case No. 3:06-cv-00127 <br> (TMB) |

**ORDER**

COMES NOW the Court, and hereby denies plaintiff's Rule 56(f) motion for extension of time.

Dated:_____

_____
Honorable Timothy M. Burgess
U.S. District Judge

2222\001\Pld\Order