Exhibit A

Kenneth M. Gutsch, ASBA 8811186
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH: (907) 276-5727
FAX: (907) 276-2953
E-mail: kgutsch@richmondquinn.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH,<br><br>               Plaintiff,<br><br>   v.<br><br>FKA DISTRIBUTING CO., d/b/a<br>HOMEDICS, INC.; KROGER CO.,<br>d/b/a FRED MEYER and/or FRED<br>MEYER STORES, INC.; and WAL-<br>MART STORES, INC., d/b/a WAL-<br>MART,<br><br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:06-cv-00127<br>)  (TMB)<br>)<br>)<br>) |

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY
REQUESTS TO DEFENDANTS

GENERAL OBJECTIONS

1.    Defendants object to these document requests to the

extent they seek production of documents which are the subject

of attorney-client privilege and/or work product immunity.

Documents subject to attorney-client privilege and/or work

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

product immunity generated prior to suit will be identified in a privilege log for exchange with Plaintiff at a mutually agreeable date.

2.    Defendants object to Plaintiff's requests to the extent they seek confidential or proprietary information. Intentional and inadvertent disclosure or use of Defendants' confidential or proprietary information may harm or disadvantage Defendants.   For this reason, Defendants will not produce documents until a suitable confidentiality Protective Order is entered in this case.

3.    Defendants preliminarily object to producing documents at the offices of Plaintiff's counsel.   Documents will be produced during normal business hours at the offices of Defendants' counsel or at various facilities where the responsive documents are normally kept.

4.    Defendants object to the document requests to the extent they impose upon Defendants a duty to make compilations or summaries which do not presently exist.

5.    Defendants object to Plaintiff's requests as vague, ambiguous, over broad, unduly burdensome, irrelevant and not reasonably calculated to lead to the discovery of admissible evidence to the extent they seek all information and/or

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 2

documents, in the broadest sense, concerning, relating to, referring to, describing, evidencing, constituting or comprising the subject matters thereof. Defendants' responses to Plaintiff's requests are subject to, and without waiver of, this objection. Defendants will make their best efforts to produce all relevant, non-privileged, reasonably responsive information to the extent it is reasonably available.

6.    Defendants reserve their right to object to the admissibility at trial of any response made herein, and Defendants' responses are not and shall not be deemed an admission or concession of the relevance of any of the requests or subject matter thereof, or an admission or concession as to the admissibility of any response at the trial of this action.

7.    Defendants object to Plaintiff's requests to the extent they seek information not in Defendants' possession, custody or control. Defendants' responses to Plaintiff's requests are subject to, and without waiver of, this objection.

8.    Defendants object to Plaintiff's requests to the extent they seek information or documents concerning any activities outside the United States. Defendants' responses

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
<u>Jurisch v. Homedics, etc., et al.</u>, CASE NO. 3:06-cv-00127-TMB
PAGE 3

to Plaintiff's requests are subject to, and without waiver of, this objection.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**DOCUMENT REQUEST NO 1:** The design documents and specifications for the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)," any of its component parts, and similar products.

**RESPONSE:** At the outset, Defendants wish to correct Plaintiff's reference to Model No. WFL-ROC – Captain Southwick of the Anchorage Fire Department identified the model as RFL-ROCK. Defendants respond to this and all additional discovery requests as though Plaintiff identified the product at issue as Model No. WFL-ROCK.

Defendants, including, HoMedics, did not design the WFL-ROCK, therefore no documents responsive to this request are specifically known to exist. However, in the interest of cooperating, HoMedics will identify the manufacturer once a suitable protective order is in place. In addition, HoMedics' Quality File for the WFL-ROCK will be produced in response to Document Request No. 22 below, which may be considered relative to the subject request.

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 4

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**DOCUMENT REQUEST NO 2:**   All documents referring to any changes or potential or proposed changes in the design of the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of its component parts.

**RESPONSE:**          Overbroad  and  unduly  burdensome. Notwithstanding the objection, Defendants do not know of any documents responsive to this request.  Also, see Defendants' response to Document Request No. 1. HoMedics, did not design the WFL-ROCK.

**DOCUMENT REQUEST NO 3:**   All product literature of any kind associated with the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of its component parts.

**RESPONSE:**          Overbroad  and  unduly  burdensome. Notwithstanding  the  objection,  HoMedics  distributes  an instruction  booklet  (IB)  containing  product  details, instructions and warnings with most products.  A copy of the WFL-ROCK and WFL-ROC IBs are enclosed with these responses. Additional  product  IBs  are  available  for  downloading  at www.homedics.com.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 5

**DOCUMENT REQUEST NO 4:**    All minutes of the board of directors of FKA Distributing Co. d/b/a Homedics, Inc.; Kroger Co. d/b/a Fred Meyer and/or Fred Meyer Stores, Inc.; and Wal-Mart Stores, Inc., d/b/al-Mart, referencing any product liability related issues, including but not limited to lawsuits, that pertain to the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)," or similar products.

**RESPONSE:**    Overbroad and unduly burdensome. Notwithstanding the objection, no documents responsive to this request are specifically known to exist.

**DOCUMENT REQUEST NO 5:**    All documents which refer to or reflect the decision to market the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or similar products.

**RESPONSE:**    Overbroad and unduly burdensome. Not reasonably calculated to lead to the discovery of admissible evidence.    Notwithstanding the objection, no documents responsive to this request are specifically known to exist.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
<u>Jurisch v. Homedics, etc., et al.</u>, CASE NO. 3:06-cv-00127-TMB
PAGE 6

**DOCUMENT REQUEST NO 6:**     All product literature which is applicable to the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" and similar products.

**RESPONSE:**     Overbroad and unduly burdensome, and duplicative.     Notwithstanding the objection, plaintiff is directed to response to Document Request No. 3.


**DOCUMENT REQUEST NO 7:**     All communication between FKA Distributing Co. d/b/a Homedics, Inc. and/or FKA Distributing Co. and/or Homedics, Inc. and any distributor of the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" which regards or touches upon in any way the distribution of the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)",

**RESPONSE:**     Defendants object to this request as over broad and unduly burdensome, in that it is not limited in time or geographic location.

Notwithstanding the objections, no responsive documents exist as distributors were not used for sales in Alaska.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**DOCUMENT REQUEST NO 8:** All newsletters or periodicals published by FKA Distributing Co. d/b/a Homedics, Inc. and/or FKA Distributing Co. and/or Homedics, Inc. since 1987.

**RESPONSE:** Defendants object to this request as over broad and unduly burdensome.

Subject to objections, HoMedics directs Plaintiff to visit www.homedics.com/MediaCenter/MediaCenterListing.aspx.

**DOCUMENT REQUEST NO 9:** All videos regarding the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or similar products.

**RESPONSE:** Overbroad and unduly burdensome. Notwithstanding the objection, no materials responsive to this request are specifically known to exist.

**DOCUMENT REQUEST NO 10:** All orders, documents of sale, shipping orders, invoices, or other similar documents between FKA Distributing Co. d/b/a Homedics, Inc. and/or FKA Distributing Co. and/or Homedics, Inc. and Kroger Co. d/b/a Fred Meyer and/or Fred Meyer Stores, Inc., and Wal-Mart Stores, Inc., d/b/a Wal-Mart relating to the "Envirascape™

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 8

Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

**RESPONSE**:    Defendants object to this request as over broad and unduly burdensome, in that it is not limited in time or geographic location.

Notwithstanding the objection, once a suitable protective order is in place, HoMedics will provide a report regarding orders to Fred Meyers and Wal-Mart.

**DOCUMENT REQUEST NO 11**:    All product literature which would have accompanied the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

**RESPONSE**:    Defendants object to this request as overbroad, unduly burdensome, and duplicative, and direct Plaintiff to HoMedics' response to Document Request Nos. 3 and 6.

**DOCUMENT REQUEST NO 12**:    All hazard warnings which would have accompanied the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**RESPONSE:**    Defendants  object  to  this  request  as duplicative,  and  direct  Plaintiff  to  HoMedics'  response  to Document Request Nos. 3, 6 and 11.


**DOCUMENT REQUEST NO 13:**  All  documents  referring  to  any proposed  or  actual  changes  in  the  product  literature  for  the "Envirascape™  Illuminated  Rock  Garden  Relaxation  Fountain (Model Number WFL-ROC)."

**RESPONSE:**  Overbroad,  and  unduly  burdensome.   Subject  to its  specific  and  general  objections,  Homedics  states  that  no materials  responsive  to  this  request  are  specifically  known  to exist  because  Homedics  did  not  design  or  manufacture  the fountain.


**DOCUMENT REQUEST NO 14:**  All  documents  reflecting  field experience,  with  the  "Envirascape™  Illuminated  Rock  Garden Relaxation  Fountain  (Model  Number  WFL-ROC)."

**RESPONSE:**  HoMedics  objects  to  this  request  as  overbroad, unduly  burdensome,  vague  and  ambiguous  –  it  is  unclear  what information  Plaintiff  seeks  in  its  reference  to  "field experience."     Notwithstanding  that  objection,  HoMedics' Quality  File  for  the  WFL-ROCK  will  be  produced  in  response  to

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

Document Request No. 22 below, which may be considered relative to the subject request.

**DOCUMENT REQUEST NO 15:** All documents relevant to the decision to print any warnings that accompany the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

**RESPONSE:** Overbroad, unduly burdensome, vague, and ambiguous. Subject to Defendants' general and specific objections, no materials responsive to this request are specifically known to exist because defendants, including Homedics, did not design or manufacture the fountain.

**DOCUMENT REQUEST NO 16:** All documents reflecting field experience or knowledge of any fires allegedly caused by the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)," any of its component parts, or similar products manufactured, assembled, sold or otherwise distributed by FKA Distributing Co. d/b/a Homedics, Inc. and/or FKA Distributing Co. and/or Homedics, Inc.

**RESPONSE:** Defendants object to this request as overbroad, unduly burdensome, vague and ambiguous – it is

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

unclear what information Plaintiff seeks in its reference to "field experience." Nothwithstanding defendants' general and specific objections, HoMedics' Quality File for the WFL-ROCK will be produced in response to Document Request No. 22 below, subject to a protective order, which may be considered relative to the subject request.

**DOCUMENT REQUEST NO 17:** All product literature containing a hazard warning regarding the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or its component parts.

**RESPONSE:** Defendants object to this request as duplicative, overbroad, unduly burdensome, and direct Plaintiff to HoMedics' response to Document Request Nos. 3, 6, 11 and 12.

**DOCUMENT REQUEST NO 18:** All documents regarding any modifications, retrofits or warnings relating to previously sold "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of it component parts.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 12

**RESPONSE:**  Overbroad and unduly burdensome.  Subject to defendants' specific and general objections, no materials responsive to this request are specifically known to exist.

**DOCUMENT REQUEST NO 19:**  All documents propounded by FKA Distributing Co. d/b/a Homedics, Inc., FKA Distributing Co., Homedics, Inc.; Kroger Co. d/b/a Fred Meyer and/or Fred Meyer Stores, Inc.; and Wal-Mart Stores, Inc.; d/b/a Wal-Mart which refer to the virtues, qualities, or capacities of the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)," including advertisements and/or warranties.

**RESPONSE:**  HoMedics did not "propound" any documents. Overly broad and unduly burdensome.  In addition, Defendants object to this request as duplicative and direct Plaintiff to HoMedics' responses to Document Request Nos. 3, 6, 11, 12 and 17.

Representative advertisements for the WFL-ROCK are enclosed with these responses.

**DOCUMENT REQUEST NO 20:**  All documents referring to any defective condition of the "Envirascape™ Illuminated Rock

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

Garden Relaxation Fountain (Model Number WFL-ROC)" or any of it components parts.

**RESPONSE:**        Overbroad, and unduly burdensome. Notwithstanding the objection, once a suitable protective order is in place, and subject to defendants' specific and general objections, HoMedics will produce non-privileged representative customer complaints relating to the WFL-ROCK, to the extent such documents exist.

**DOCUMENT REQUEST NO 21:** All documents referring to hazards or warnings regarding the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of it component parts.

**RESPONSE:** Defendants object to this request as overbroad, unduly burdensome, and duplicative. Notwithstanding defendants' specific and general objections, Plaintiff is directed to responses to Document Request Nos. 3, 6, 11, 12, 17 and 19.

**DOCUMENT REQUEST NO 22:** All testing data relating to the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of it component parts.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**RESPONSE**:    Overbroad    and    unduly    burdensome. Notwithstanding the objection, once a suitable protective order is in place, and subject to objections, HoMedics will produce non-privileged representative customer complaints relating to the WFL-ROCK, to the extent such documents exist.

**DOCUMENT REQUEST NO 23:**    All documents related to the performance of the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of it component parts.

**RESPONSE:**  Overbroad, unduly burdensome, and duplicative. Notwithstanding the objection, Plaintiff is directed to defendants' response to Document Request Nos. 1, and 22. HoMedics' Quality File for the WFL-ROCK will be produced in response to Document Request No. 22 below, which may be considered relative to the subject request.

**DOCUMENT REQUEST NO 24:**    All documents relating to the potential of the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of its component parts to start a fire.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**RESPONSE:**    Overbroad,   unduly  burdensome;  vague  and ambiguouse    as      to      "potential,"    and    duplicative. Notwithstanding  the  objection,  Plaintiff  is  directed  to HoMedics'  responses  to  Document  Request  Nos.  1,  22  and  23. HoMedics'  Quality  File  for  the  WFL-ROCK  will  be  produced  in response  to  Document  Request  No.  22  above,  which  may  be considered  relative  to  the  subject  request.   Moreover,  once  a suitable  protective  order  is  in  place,  and  subject  to defendants'  specific  and  general  objections,  HoMedics  will produce  non-privileged  representative  customer  complaints relating  to  the  WFL-ROCK,  to  the  extent  such  documents  exist.

**DOCUMENT  REQUEST  NO  25:**    All  documents  regarding  the placing  of  warnings  on  the  "Envirascape™  Illuminated  Rock Garden  Relaxation  Fountain  (Model  Number  WFL-ROC)."

**RESPONSE:**    Overbroad  and  unduly  burdensome,  vague, ambiguous,  and  duplicative.   Notwithstanding  those  objections, Plaintiff  is  directed  to  responses  to  Document  Request  Nos.  13 (changes  in  product  line)  and  15  (decision  to  print  warnings).

**DOCUMENT  REQUEST  NO  26:**    All  documents  relating  to  the design,  configuration  or  construction  of  the  "Envirascape™

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 16

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of its component parts.

**RESPONSE:** Overbroad, unduly burdensome, and duplicative. Notwithstanding the objection, Plaintiff is directed to responses to Document Request Nos. 1 (design documents), 2 (changes in design) and 18 (modifications).

**DOCUMENT REQUEST NO 27:** All documents, photos or videos relating to the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

**RESPONSE:** Overbroad, unduly burdensome and duplicative. Notwithstanding the objection, Plaintiff is directed to HoMedics' responses to Document Request Nos. 3, 6, 11, 12, 17, 19 and 21 (all regarding product literature), and 9 (videos).

**DOCUMENT REQUEST NO 28:** All documents reflecting communications to or from customers, vendors, end users, engineers, fire or building code authorities, or others, regarding concerns associated with the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of its component parts.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**RESPONSE:**        Overbroad,    and    unduly    burdensome. Notwithstanding    the    objection,    once    a    suitable    protective order    is    in    place,    HoMedics    will    produce    non-privileged representative    documents,    to    the    extent    they    exist,    in response    to    Document    Request    No. 20,    which    may    be    considered responsive    to    the    subject    request.

**DOCUMENT REQUEST NO 29:**    All    documents    regarding    fires caused    by    the    "Envirascape™    Illuminated    Rock    Garden    Relaxation Fountain    (Model    Number    WFL-ROC),"    or    any    other    similar    product manufactured,    assembled,    sold    and/or    otherwise    distributed    by FKA    Distributing    Co.    d/b/a    Homedics,    Inc.    and/or    FKA Distributing    Co.    and/or    Homedics,    Inc.

**RESPONSE:**    Defendants    object    to    this    request    as duplicative    and    direct    Plaintiff    to    response    to    Document Request    No.    16.    Nothwithstanding    defendants'    general    and specific    objections,    HoMedics'    Quality    File    for    the    WFL-ROCK will    be    produced    in    response    to    Document    Request    No.    22    above, subject    to    a    protective    order,    which    may    be    considered relative    to    the    subject    request.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**DOCUMENT REQUEST NO 30:** For every claim or lawsuit involving FKA Distributing Co. d/b/a Homedics, Inc. and/or FKA Distributing Co. and/or Homedics, Inc. which in any way relates to a fire or fire hazard of the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)," or any other similar product manufactured, assembled, sold and/or otherwise distributed by FKA Distributing Co. d/b/a Homedics, Inc. and/or FKA Distributing Co. and/or Homedics, Inc., provide correspondence regarding the same, the complaint, answer, responses to interrogatories, requests for production, requests for admission, and depositions of persons employed in any capacity by FKA Distributing Co. d/b/a Homedics, Inc. and/or FKA Distributing Co. and/or Homedics, Inc., or experts.

**RESPONSE:** Overbroad, unduly burdensome, and duplicative. Notwithstanding defendants' specific and general objections, Plaintiff is directed to Document Request Nos. 16 and 29. Subject to a protective order, HoMedics' Quality File for the WFL-ROCK will be produced in response to Document Request No. 22 above, which may be considered relative to the subject request.

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
<u>Jurisch v. Homedics, etc., et al.</u>, CASE NO. 3:06-cv-00127-TMB
PAGE 19

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**DOCUMENT REQUEST NO 31:**    All patents obtained for the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (model Number WFL-ROC)" or any of its component parts.

**RESPONSE:**    Defendants have no patents concerning the subject fountain.

**DOCUMENT REQUEST NO 32:**    All documents relating to testing and/or approval of the "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)" or any of its component parts, by any testing or underwriting organization such as Underwriters Laboratories.

**RESPONSE:**    Objection, overbroad and unduly burdensome. Notwithstanding the objection, and subject to a protective order, HoMedics' Quality File for the WFL-ROCK will be produced in response to Document Request No. 22 above, which may be considered relative to the subject request.

**DOCUMENT REQUEST NO 33:**    All applicable policies of insurance providing coverage for this action, including primary and excess coverage, declaration sheet, policy test, amendments, endorsements, and reservation of rights notices.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**RESPONSE**:    HoMedics  has  agreed  to  defend  and  indemnify
Fred  Meyers,  Kroger,  and  Wal-Mart.    Once  a  suitable  protective
order  is  in  place,  and  subject  to  objections,  HoMedics  will
produce  non-privileged  documents  regarding  its  applicable
insurance  policies  to  the  extent  such  documents  exist.

**DOCUMENT REQUEST NO 34**:    All  applications  for  products
liability  coverage  for  any  product  manufactured,  assembled,
sold  and/or  distributed  by  FKA  Distributing  Co.  d/b/a
Homedics,  Inc.  and/or  FKA  Distributing  Co.  and/or  Homedics,
Inc.,  including  but  not  limited  to  the  "Envirascape™
Illuminated  Rock  Garden  Relaxation  Fountain  (Model  Number  WFL-
ROC)."

**RESPONSE**:    HoMedics  objects  to  this  request  as  over
broad,  as  it  is  not  limited  in  time  or  by  product,  unduly
burdensome,  duplicative,  and  not  reasonably  calculated  to  lead
to  the  discovery  of  relevant  evidence.    Notwithstanding  the
objection,  please  see  defendants'  responses  to  Document
Request  No.  33.    Plaintiff  is  directed  to  responses  to
Document  Request  Nos.  16,  20,  28,  29,  and  30.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**DOCUMENT REQUEST NO 35:**    Please produce all documents that in any way support any of the affirmative defenses listed by defendants in their answer to Plaintiff's First Amended Complaint.

**RESPONSE:**    No responsive documents exist at this time. As discovery is ongoing, Defendants reserve their right to supplement their response to this and all other discovery requests.

### ADMISSION REQUESTS

**REQUEST FOR ADMISSION NO 1:**    Please admit that that the fountain found by the Anchorage Fire Department to be in the area of origin of the fire was an "Envirascape™ Illuminated Rock Garden Relaxation Fountain (Model Number WFL-ROC)."

**RESPONSE:**    Denied.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA, 99501-2038
(907) 276-5727
FAX (907) 276-2953

Dated this 5th day of December, 2006, at Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Defendant
FKA DISTRIBUTING CO. d/b/a
HOMEDICS, INC.

s/Kenneth M. Gutsch

By: _____
Kenneth M. Gutsch
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK 99501
Ph: (907) 276-5727
Fax: (907) 276-2953
kgutsch@richmondquinn.com
Alaska Bar No. 8811186

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 5th day of December, 2006, to:

Howard J. Meyer, Jr.
Walther & Flanigan
1029 W. 3rd Ave, Suite 250
Anchorage, AK 99501

s/Kenneth M. Gutsch
_____
RICHMOND & QUINN

2222\001\Disc\ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS

DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 23

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953





Market Track
Tel:(847)733-3740
Fax:(847)733-9159
support@markettrack.com

# View by Product

Kmart - Representative Market  11/25/2005  Page 28  10.50x11.75





# View by Product

Market Track
Tel:(847)733-3740
Fax:(847)733-9159
support@markettrack.com

Kmart - Representative Market  12/11/2005  Page 31  9.00x9.50









Kmart
Nov. 22, 2001











Kmart
Dec. 15, 2002



**Aveeno**

Skin-Evening
DAILY MOISTURIZER

SPF 15





## 20% off
AVEENO AND PURPOSE
FACIAL PRODUCTS

## 20% off
ROC SKIN PRODUCTS

## 2⁹⁹ SALE
SHOWER TO SHOWER
Lotion, 8 fl. oz.; powder,
13-oz. net wt; or body wash,
9.8 fl. oz.







## 24⁹⁹ SALE
Was 29.99
HOMEDICS JET SPA

## 19⁹⁹ SALE
HOMEDICS. Relaxation Fountain Rock
Garden with light. Paraffin hand spa with
2-lb. wax. or Bubble Bliss foot bath.
Homedics Paraffin Wax, 2-lb. refill, 9.99

## 2⁷⁹ SALE
VILLAGE NATURALS
Spa bubble bath,
28 fl. oz.; or bath salt

**Prices effective Thursday, May 2 thru Saturday, May 4, 2002**

736323

Kmart
May 2, 2002

View by Product                                                        Page 1 of 1



WFL-ROC_IB.qxd  2/14/06  12:14 PM  Page 10

**HoMedics**

## ONE YEAR LIMITED WARRANTY
(USA & USA only)

HoMedics, Inc. guarantees this product free from defects in material and workmanship for a period of one year from the date of purchase, except as noted below.

This HoMedics product warranty does not cover damage caused by misuse or abuse; accident; the attachment of any unauthorized accessory; alteration to the product; or any other conditions whatsoever that are beyond the control of HoMedics. This warranty is effective only if the product is purchased and operated in the USA. A product that requires modification or adaptation to enable it to operate in any country other than the country for which it was designed, manufactured, approved and/or authorized, or repair of products damaged by these modifications is not covered under warranty. HoMedics shall not be responsible for any type of incidental, consequential or special damages. All implied warranties, including but not limited to those implied warranties of fitness and merchantability, are limited in the total duration of one year from the original purchase date.

To obtain warranty service on your HoMedics product, either hand deliver or mail the unit and your dated sales receipt (as proof of purchase), postpaid along with check or money order in the amount of $5.00 payable to HoMedics, Inc. to cover handling.

Upon receipt, HoMedics will repair or replace, as appropriate, your product and return it to you, postpaid. Warranty is solely through HoMedics Service Center. Service of this product by anyone other than HoMedics Service Center voids warranty.

This warranty provides you with specific legal rights. You may have additional rights which may vary from state to state. Because of individual state regulations, some of the above limitations and exclusions may not apply to you.

For more information regarding our product line in the USA, please visit: www.homedics.com

Mail to:
HoMedics
Consumer Relations
Service Center Dept. 168
3000 Pontiac Trail
Commerce Township, MI
48390

phone:
800-466-2342

e-mail:
service@homedics.com

© 2006 HoMedics, Inc. and its affiliated companies, all rights reserved. HoMedics® is a registered trademark of HoMedics, Inc. and its affiliated companies. EnviraScape™ is a trademark of HoMedics, Inc. and its affiliated companies. All rights reserved.
IB-WFLROC

**HoMedics**

# enviraScape ROCK GARDEN

## FUENTE DE RELAJACIÓN ILUMINADA PARA MESA




Manual de instrucciones
e información de garantía

WFL-ROC



WT-ROC_IB.qxd  2/14/06  12:14 PM  Page 3

# The sounds of nature soothe human nature

Thank you for purchasing EnviraScape, HoMedics' tabletop relaxation fountain. This, like the entire HoMedics product line, is built with high-quality craftsmanship to provide you with years of dependable service. We hope that you will find it to be the finest product of its kind.

EnviraScape enables you to create an all-encompassing environment with sound. The sound of flowing water enhances your environment by relieving everyday stress, and promoting relaxation. Only EnviraScape offers you the luxury of these vital tools, with its customers design which adds beauty to any indoor environment.

## EnviraScape Features

- Innovative, artistic design
- Enhances the environment at home or at work.
- Natural Sound Speaks
- Select the pace that meets your mood.
- Durable Electrical Water Pump
- Can be operated from any indoor electrical outlet.
- Easy to Assemble
- Assembles in minutes with simple, illustrated instructions.

## IMPORTANT SAFETY INSTRUCTIONS:

When using an electrical appliance, basic precautions should always be followed, including the following:

**READ ALL INSTRUCTIONS BEFORE USING**

**DANGER:** To reduce the risk of electric shock:

- Always unplug the appliance from the electrical outlet immediately after using and before cleaning.
- Do not reach for an appliance that has fallen into water. Unplug it immediately.
- Do not place or store appliance where it can fall or be pulled into a tub or sink. Do not place in or drop into water or other liquid.
- Do not connect to any voltage other than that shown on the pump.
- Do not pump flammable liquids.
- Do not use water above 90°.

## CAUTION: The pump must be completely submerged in water. If the pump is making noise, most likely it is not completely submerged in water.

## CAUTION: Only set the fountain and fountain parts on waterproof surfaces

**WARNING:** To reduce the risk of burns, fire, electric shock or injury to persons:

- An appliance should never be left unattended when plugged in. Unplug from outlet when not in use and before putting on or taking off parts or attachments.
- Close supervision is necessary when this appliance is used by or near children (invalids or disabled persons).
- Use this appliance only for its intended use as described in this manual. Do not use attachments not recommended by HoMedics, specifically any attachments not provided with the unit.
- Never operate this appliance if it has a damaged cord, plug, pump, cable or housing. If it is not working properly, if it has been dropped or damaged, or dropped into water, return it to Homedics Service Center for examination and repair.
- Keep cord away from heated surfaces.
- Never drop or insert any object into any opening.
- Do not operate where aerosol (spray) products are being used or where oxygen is being administered.
- To disconnect, remove plug from outlet.
- This appliance is designed for indoor use only.
- Do not use outdoors.

**SAVE THESE INSTRUCTIONS
Caution - Please read all instructions carefully before operating**

- Never reach for the appliance when it is in operation.
- Never leave the appliance unattended, especially if children are present.
- This unit should not be used by children without adult supervision.
- Close supervision.
- Connect this appliance only to proper voltage as indicated on the pump label.
- Always keep the cord away from high temperature and fire.
- Unplug this appliance before changing water, and before maintenance or disassembling.

**CAUTION CONTINUED**

- To get the best running effect, product must be placed on a flat surface and should never be placed on an electrical appliance.
- Never let the pump run dry, as this will shorten life of the pump.
- Do not lift, carry, hang, or pull the pump by the power cord.
- Operate with freshwater only.
- Operate pump completely submerged for proper cooling.

MT5-ROC_SP-qxd   2/14/06  12:14 PM  Page 5

- The electrical cord of this product cannot be replaced. If it sustains damage, you must stop using the product immediately and return it to the HoleAdco Service Center for repair. (See the warranty section for HoleAdco address.)

- Disconnect the appliance from supply mains before pulling hands into water.

## Assembly and Instructions for Use

1. Unpack the product. Wipe off dust with a damp cloth.

· Familiarize yourself with the pump. The pump speed is controlled by the switch located at the front of the pump. The speed is indicated by a plus (+) and minus (-) sign. To increase the speed, move the switch slowly downward in the direction of the plus sign. You will hear a click as the switch moves to each speed level. At the highest speed level, the switch will cease to move any further. To decrease the pump speed, move the switch upward toward the minus sign. Similarly, at the lowest speed, the switch will cease to move any further. NOTE: It is recommended that the pump be set at its highest speed when initially adjusted to a lower setting if desired. Be sure to unplug the pump before adjusting the speed setting.

3. Lead the cord through the hole at the bottom of the Base (A). This will ensure that the unit is balanced when placed on a flat surface. Attach the A/C adaptor jack to the base power cord. DO NOT plug into outlet at this time. See Figure 1.

4. Slide the waterproof light into the socket clip attached at the inner side of the slide holder (C). See Figure 1.

5. Attach the large end of the tube to the connector located under the Top Slate (B). See Figure 1.

 

Figure 1



Figure 5



Figure 6



Figure 2    Figure 3

Figure 4

Figure 7

Drip Loop

6. Take the tube on the bottom side of the Top Slate (B) and thread it through the Slate Holder (C). Place the Top Slate (B) over the slate so that the way so that you can see the top side through the opening on the back of the Slate Holder (C). See Figure 2. NOTE: When placing the Top Slate, be sure to line up the top slate notches with the slits.

7. Place the Slate Holder (C) with the Top Slate attached (B) evenly through the Slate Holder (C). Place the small end of the tube to the pump. See Figures 3 and 4. NOTE: When placing the Top Slate, be sure to line up the top slate notches with the slits.

8. Insert the Slate (B) into the "U" shaped slot (lower) on the back of the Slate Holder (E, F, G) so the Slate Holder through the pump. Insert Slate (E, F, G) into opening. See Figure 4. NOTE: When placing the Top Slate be sure to line up the opening of slate holder (C) with the notches of slate holder (A). Be sure to line up the opening on the back of the Slate Holder (A), be sure the opening positioning that will remain in the slate positioning that will remain.

9. Arrange the stones (provided) onto the base and slate. See Figure 5. NOTE: The stones are inter-changeable and the slots on the Slate Holder. The slats can be arranged differently — patterns and scenery.

10. Lock through the opening on the back of the slate holder and fill the bottom Slate Holder with clean water. Water should be below the bottom of the slate holder but should not be rising above the bottom of the Slate Holder, NOTE: This unit should not be run at the top. See Figure 6.

11. Plug in the 120V household cord. The fountain is controlled by the switch located on the power cord. (See point 2) above. To rotate in-line switch once to turn "on" and once more to turn "off". NOTE: Ensure that the electrical cord loops below the electrical outlet to form a "Drip Loop" (Fig. 7). This will prevent water from running down the cord into the electrical outlet.

WFL-ROC_BP.qxd  2/14/06  12:14 PM  Page 7

## Maintenance

- **To clean the pump:** Unplug the fountain. Remove it from the base of the fountain. Use a small brush or cloth to remove any debris (Fig 8).

- **To keep water clean:** Periodically change water and clean the product according to the water condition. Keeping the water clean prevents the water from becoming sticky and forming micro-organisms.

- **To clean off hard water deposits on the base or rocks:** Soak the container and rocks in a mixture of vinegar and water to clean and remove any mineral build-up.

- **Keeping the water at an optimum level:** Add water periodically to keep water level at an optimum level to avoid shortening the life of the pump. NOTE: Never let the pump run dry, as this will shorten the life of the pump.

- **Fountain Storage** Unplug the fountain from the electrical outlet, empty the water, and store rocks and fountain in a dry, cool place.

- **Changing Light bulb** First unplug fountain and let bulb cool down. Remove the bulb cover by holding glass bulb cover in dry hand and rubber neck with other hand. Slowly pull apart. Slight twisting may help to loosen. Be gentle with bulb cover since it is glass. Never pull on cord. Next pull bulb straight out and replace with new bulb, inserting prongs into the holes. Replace bulb cover securely.



Figure 8

Front Face · Pump Well · Flow Control Lever · Impeller · PVC Tubing (insert here) · Suction Feet · Rear Plate · Housing

## Troubleshooting

Caution: All servicing of this fountain must be performed by authorized HoMedics service personnel only.

- **If the pump fails to operate, check the following:** Check the circuit breaker, or try a different outlet to make sure the pump is getting electrical power. NOTE: Always disconnect from electrical outlet before handling the pump. Check the pump discharge and tubing for kinks and obstructions. Algae build up can be flushed out with a garden hose.
  Remove the pump well to access the impeller area. Turn the rotor to ensure it is not broken or jammed. Monthly maintenance will add to your pump's life. NOTE: Ensure that the electrical cord loops below the electrical outlet to form a "Drip Loop". This will prevent water from running down the cord into the electrical outlet.

- **If the pump gurgles, spews, or "burps",** Check the water level to make sure the pump has enough water to function.

- **Obtaining a desired water level:** Check the water level daily the first week to measure the rate of evaporation, refill with water as needed.

- **If water is splashing outside the fountain:** Rocks that are in the way of the water and also touch the edge of the base will cause water to splash outside of the base and contribute to the splash factor. Expect some splash to occur as you get the rocks organized. If splash continues, adjust the flow control valve to a lower setting, and/or rearrange the river rocks by moving them away from the edge of the base.

Figure 9

Minimum Water Level

Flow Control Valve
(+) faster water output
(-) slower water output

Attention: In order to get best results, please operate pump completely submerged. Keep the water level above the minimum water level ALL THE TIME.

## enviraScape
ILLUMINATED TABLETOP RELAXATION FOUNTAIN
ROCK GARDEN

## HoMEDICS

### Replacement Parts Order Form

| PART | DESCRIPTION | QUANTITY | COST |
|------|-------------|----------|------|
| WFL-ROC | Replacement bulbs and covers for WFL-ROC - pack of 5 | | $5.00 |

SUBTOTAL
Tax (Michigan Residents add 6%)
Total

Mail To:
HoMedics
Consumer Relations
Service Center: 168
3000 Pontiac Trail
Commerce Township, MI 48390

e-mail:
cservice@homedics.com

Detach and return order form with check or money order payable to HoMedics, Inc. Please allow 2 to 4 weeks for delivery.

Name
Address
City          State          Zip Code          Phone Number



# HoMEDICS
B O D Y S E R I E S

## ONE YEAR LIMITED WARRANTY
(Valid in USA only)

HoMedics, Inc. guarantees this product free from defects in material and workmanship for a period of one year from the date of purchase, except as noted below.

This HoMedics product warranty does not cover damage caused by misuse or abuse; accident; the attachment of any unauthorized accessory; alteration to the product; or any other conditions whatsoever that are beyond the control of HoMedics. This warranty is effective only if the product is purchased and operated in the USA. A product that requires modification or adaptation to enable it to operate in any country other than the country for which it was designed, manufactured, approved and/or authorized, or repair of products damaged by these modifications is not covered under warranty. HoMedics shall not be responsible for any type of incidental, consequential or special damages. All implied warranties, including but not limited to those implied warranties of fitness and merchantability, are limited in the total duration of one year from the original purchase date.

To obtain warranty service on your HoMedics product, either hand deliver or mail the unit and your dated sales receipt (as proof of purchase), postpaid, along with check or money order in the amount of $5.00 payable to HoMedics, Inc. to cover handling.

Upon receipt, HoMedics will repair or replace, as appropriate, your product and return it to you, postpaid. Warranty is solely through HoMedics Service Center. Service of this product by anyone other than HoMedics Service Center voids warranty.

This warranty provides you with specific legal rights. You may have additional rights which may vary from state to state. Because of individual state regulations, some of the above limitations and exclusions may not apply to you.

For more information regarding our product line in the USA, please, visit www.homedics.com

Mail To:
HoMedics
Consumer Relations
Service Center Dept. I68
3000 Pontiac Trail
Commerce Township, MI
48390

e-mail:
cservice@homedics.com

© 2000 HoMedics, Inc. and its affiliated companies, all rights reserved. HoMedics® is a registered trademark of HoMedics, Inc. HoMedics, Inc. and its affiliated companies. Envirascape® and Body Basics are trademarks of HoMedics, Inc. and its affiliated companies. All rights reserved.

IB-WFLROCK



# HoMEDICS
B O D Y S E R I E S

ILLUMINATED TABLETOP RELAXATION FOUNTAIN

# ENVIRASCAPE ROCK GARDEN





## Instruction Manual and Warranty Information

WFL-ROCK



# The sounds of nature soothe human nature

Thank you for purchasing EnviraScape, HoMedics' tabletop relaxation fountain. This, like the entire HoMedics product line, is built with high-quality craftsmanship to provide you years of dependable service. We hope that you will find it to be the finest product of its kind.

EnviraScape enables you to create an all-encompassing environment with sound. The sound of flowing water enhances your environment by releasing negative ions, and promoting relaxation. Only EnviraScape offers you the luxury of these vital benefits with its creative design which adds beauty to any indoor environment.

## EnviraScape Features

Innovative, Artistic Design
Enhances the environment at home or at work.

4 Water-flow Speeds
Select the pace that meets your mood.

Durable Electrical Water Pump
Can be operated from any indoor electrical outlet.

Easy to Assemble
Assembles in minutes with simple, illustrated instructions.

## IMPORTANT SAFETY INSTRUCTIONS.

When using an electrical appliance, basic precautions should always be followed, including the following:

READ ALL INSTRUCTIONS BEFORE USING

**DANGER** - To reduce the risk of electric shock:
- Always unplug the appliance from the electrical outlet immediately after using and before cleaning.
- Do not reach for an appliance that has fallen into water. Unplug it immediately.
- Do not place or store appliance where it can fall or be pulled into a tub or sink. Do not place in or drop into water or other liquid.
- Do not connect to any voltage other than that shown on the pump.
- Do not pump flammable liquids.
- Do not use water above 90°.

**CAUTION:
The pump must be completely submerged in water. If the pump is not completely submerged in water.**

**CAUTION:
Only set the fountain and fountain parts on waterproof surfaces**

- Never operate this appliance if it has a damaged cord, plug, pump, cable or housing. If it is not working properly, if it has been dropped or damaged, return it to HoMedics Service Center for examination and repair.
- Keep cord away from heated surfaces.
- Never drop or insert any object into any opening.
- Do not operate where aerosol (spray) products are being used or where oxygen is being administered.
- Do not carry this appliance by supply cord or use cord as handle.
- To disconnect, remove plug from outlet.
- This appliance is designed for indoor use only. Do not use outdoors.

**WARNING** - To reduce the risk of burns, fire, electric shock or injury to persons:
- An appliance should never be left unattended when plugged in. Unplug from outlet when not in use and before putting on or taking off parts or attachments.
- Close supervision is necessary when this appliance is used by or near children, invalids or disabled persons.
- Use this appliance only for its intended use as described in this manual. Do not use attachments not recommended by HoMedics; specifically any attachments not provided with the unit.

## SAVE THESE INSTRUCTIONS
**Caution – Please read all instructions carefully before operating.**
- Never leave the appliance unattended, especially if children are present.
- Never cover the appliance when it is in operation.
- This unit should not be used by children without adult supervision.
- Connect the pump with the proper voltage as indicated on the pump label.
- Always keep the cord away from high temperature and fire.
- Unplug the pump from power source before cleaning, maintenance or disassembling.

CAUTION CONTINUED
- To get the best flowing effect, product must be placed on a flat surface and should never be placed on an electrical appliance.
- Never let pump run dry, as this will shorten life of the pump.
- Do not lift, carry, hang, or pull the pump by the power cord.
- Operate with freshwater only.
- Operate pump completely submerged for proper cooling

- The electrical cord of this product cannot be replaced. If it sustains damage, you must stop using this product immediately and return it to the HoMedics Service Center for repair. (See the warranty section for HoMedics address.)

- Disconnect the appliance from supply mains before putting hands into water.

## Assembly and Instructions for Use

1. Unpack the product. Wipe off dust with a damp cloth.

2. Familiarize yourself with the pump. The pump speed is controlled by the switch located at the front of the pump. The speed is indicated by a plus (+) and minus (-) sign. To increase the speed, move the switch slowly to the left in the direction of the plus sign. You will hear a click as the switch moves to each speed level. At its highest speed level, the switch will cease to move any further. To decrease the pump speed, move the switch to the right toward the minus sign. Similarly, at its lowest speed, the switch will cease to move any further (Fig 8). NOTE: It is recommended the pump be set at its highest speed during assembly and later adjusted to a lower setting if desired. Be sure to unplug the pump before adjusting the speed setting.

3. Lead the cord through the cord slot on the bottom of the Base (A). This will ensure that the unit is balanced when placed on a flat surface. Attach the A/C adaptor jack to the base power cord. DO NOT plug into outlet at this time. See Figure 1.



Figure 1

Slate E.
Slate F.
Slate G.
Slate Holder
Light Socket Clip
Stones
(B) Top Slate
Cord Slot
Switch
Waterproof light
(D) U-Shaped Slate
Adaptor
(A) Base

4. Slide the waterproof light into the socket clip attached at the inner side of the Slate Holder (C).



Figure 2

Aperture
Cutouts
Opening

5. Take the tube on the bottom side of the Top Slate (B) and place it through the Slate Holder (C). Place this all the way so that you can see the tube through the opening on the back of the Slate Holder (C). See Figure 2. NOTE: When placing the top slate (B) onto the slate holder (C) be sure to line up the top slate notches with the slate holder cut-outs.

Figure 3

B
C
A

6. Place the Slate Holder (C) with the Top Slate attached (B) evenly across the Base (A). Connect the tube to the pump. See Figures 3 and 4. NOTE: When placing slate holder (C) onto Base (A), be sure to line up the opening of Slate holder (C) with the notches on Base (A).

Figure 4

Opening

7. Insert the Slate (D) into the "U"-shaped slot (lowest) on the back of the Slate Holder (C), to cover the pump. Insert Slates (E, F, G) into the Slate Holder as illustrated in the diagram. See Figure 5. NOTE: This is the slate positioning that we recommend. The slates are interchangeable and will fit into any of the slots on the Slate Holder. The slates can be arranged differently - by pulling the slates in or out - that fountain will produce different water patterns and sounds.




Figure 5

G
F
E
Notching
Opening
Notching
C
B
D

8. Arrange the slate holder onto the base and slates. See Figure 6.



Figure 6

9. Look through the opening on the back of the slate holder and fill the entire bottom of the base, up to the bottom Slate Holder, with clean water. Water should be visible through the back opening in in the slate holder but should not be rising above the bottom of the Slate Holder.

10. Plug the cord into 120V household outlet. The fountain is controlled by the switch located on the power cord. If pump doesn't operate, rotate in-line switch once to turn "on" and once more to turn "off".

## Maintenance



Figure 7

Front Plate

Flow Control Lever

Pump Inlet

Impeller

Tubing

Housing

Back Plate

Suction Feet

- **To clean the pump:**
Unplug from electrical outlet. Remove it from the base of the fountain. Use a small brush or stream of water to remove any debris (Fig 7).

- **To keep water clean:**
Periodically change water and clean the product according to the water condition. Keeping the water clean prevents the water from becoming sticky and forming micro-organisms.

- **To clean off hard water deposits on the base or rocks:**
Soak the container and rocks in a mixture of vinegar and water to clean and remove any mineral build-up.

- **Keeping the water at an optimum level:**
Add water periodically to keep water level at an optimum level to avoid shortening the life of the pump.
NOTE: Never let the pump run dry, as this will shorten the life of the pump.

- **Fountain Storage**
Unplug the fountain from the electrical outlet, empty the water, and store rocks and fountain in a dry, cool place.

- **Changing Light bulb**
First unplug fountain and let bulb cool down. Remove the bulb cover by holding glass bulb cover in dry hard and rubber neck with other hand. Slowly pull apart. Slight twisting may help to loosen. Be gentle with bulb cover since it is glass. Never pull on cord. Next pull bulb straight out and replace with new bulb, inserting prongs into the holes. Replace bulb cover securely.

**Caution:**
All servicing of this fountain must be performed by authorized HoMedics service personnel only.

6

## Troubleshooting

- **If the pump fails to operate, check the following:**
Check the circuit breaker, or try a different outlet to make sure the pump is getting electrical power. NOTE: Always disconnect from electrical outlet before handling the pump.
Check the pump discharge and tubing for kinks and obstructions. Algae build up can be flushed out with a garden hose.
Remove the pump inlet to access the impeller area. Turn the rotor to ensure it is not broken or jammed.
Monthly maintenance will add to your pump's life.
NOTE: Ensure that the electrical cord loops below the electrical outlet to form a 'Drip Loop'. This will prevent water from running down the cord into the electrical outlet.

- **If the pump gurgles, spews, or "burps":**
Check the water level to make sure the pump has enough water to function.

- **Obtaining a desired water level:**
Check the water level daily the first week to measure the rate of evaporation, refill with water as needed.

- **If water is splashing outside the fountain:**
Rocks that are hit by water and also touch the edge of the base will cause water to splash outside of the base and contribute to the splash factor. Expect some splash! To occur as you get the rocks organized.
If splash continues, adjust the flow control valve to a lower setting, and/or rearrange the river rocks by moving them away from the edge of the base.

**Attention:**
In order to get best results, please operate pump completely submerged. Keep the water level above the minimum water level ALL THE TIME.



Figure 8

Minimum Water Level

Flow Control Valve
(+) faster water output
(-) slower water output

7

ILLUMINATED TABLETOP RELAXATION FOUNTAIN

# ENVIRASPA™

## Replacement Parts Order Form

| PART | DESCRIPTION | QUANTITY | COST |
|------|-------------|----------|------|
| PPAROCKBLB | Replacement bulbs and covers for WFL-ROCK - pack of 5 | | $5.00 |

SUBTOTAL _____

TAX-Michigan Residents add 6% _____

Total _____

# HoMEDiCS
### BODY BASICS

Mail To:

HoMedics
Consumer Relations
Service Center Dept. 168
3000 Pontiac Trail
Commerce Township, MI
48390

e-mail:
cservice@homedics.com

Detach and return order form with check or money order payable to HoMedics, Inc.
Please allow 2 to 4 weeks for delivery.

Name _____

Address _____

City _____ State _____ Zip Code _____ Phone Number ( ) _____