Howard J. Meyer, Jr.
Walther & Flaingan
1029 West 3rd Ave., Suite 250
Anchorage, AK 99501
Phone: (907) 279-9999
Fax: (907) 258-3804
E-Mail hmeyer@waltherflanigan.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH,<br><br>    Plaintiff,<br><br>vs.<br><br>FKA DISTRIBUTING CO., d/b/a HOMEDICS, INC.; KROGER CO., d/b/a FRED MEYER and/or FRED MEYER STORES, INC.; and WAL-MART STORES, INC., d/b/a WAL-MART;<br><br>    Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 306-CV-00127 (TMB) |

**CERTIFICATE OF COUNSEL HOWARD J. MEYER, JR. IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL**

I, Howard J. Meyer, Jr, hereby state as follows:

1. I am the attorney for plaintiff in the above captioned action, and am competent to testify to the matters stated herein..

2. I certify by my signature below that before filing Plaintiff's Motion To Compel Responses To Plaintiff's First Discovery Requests To Defendants, I conferred with defense counsel regarding the defendants' proposed protective order and discovery responses, and plaintiff's filing a motion to compel.

3. If defense counsel had any reasonable notion that defendants' other objections (e.g., relevancy, overbroad, undue burden) should be "well-taken" as they now contend, it was equally if not more incumbent for defendants counsel to bring up these objections when counsel conferred about plaintiff's filing a motion to compel.

DATED this 22th day of January, 2007, at Anchorage, Alaska.

        s/ Howard J. Meyer, Jr.
        _____
        Howard J. Meyer, Jr.

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of CERTIFICATE OF COUNSEL HOWARD J. MEYER, JR. IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS was served by mail this 22nd day of January, 2007, on:

>Ken Gutsch, Esq.
>Richmond & Quinn
>360 K Street, Suite 250
>Anchorage, AK 99501

>s/ Jessica Rasor

_____
WALTHER & FLANIGAN

4649/Pld/FRCP37Cert

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804