Case 3:06-cv-00127-TMB   Document 50-3   Filed 01/22/2007   Page 1 of 3

HEIDI JURISCH
Vol. 1
10/31/2006
JURISCH v. FKA DISTRIBUTING, et al.
3:06-CV-00127

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

HEIDI JURISCH, )
        Plaintiff, )
)
v. )
)
FKA DISTRIBUTING CO., d/b/a )
HOMEDICS, INC.; KROGER CO., )
d/b/a FRED MEYER and/or FRED )
MEYER STORES, INC.; and WAL- )
MART STORES, INC., d/b/a WAL- )
MART, )
)
        Defendants. )
_____)

Case No. 3AN-06-00127 civil

VIDEOTAPED DEPOSITION OF HEIDI M. JURISCH

October 31, 2006

APPEARANCES:

   FOR THE PLAINTIFF:      MR. HOWARD J. MEYER, JR.
                                Walther & Flanigan
                                Attorneys at Law
                                1029 West 3rd Avenue, Suite 250
                                Anchorage, Alaska 99501
                                (907) 279-9999

   FOR THE DEFENDANT:      MR. KENNETH M. GUTSCH
                                Richmond & Quinn
                                Attorneys at Law
                                360 K Street, Suite 200
                                Anchorage, Alaska 99501
                                (907) 276-5727

   ALSO PRESENT:           MR. JOHN GLENN

Case 3:06-cv-00127-TMB   Document 50-3   Filed 01/22/2007   Page 2 of 3

HEIDI JURISCH
Vol. 1
10/31/2006
JURISCH v. FKA DISTRIBUTING, et al.
3:06-CV-00127

12 (Pages 42 to 45)

Page 42

1  Q  .....at that point in time.
2  A  No. At that time they said that they wanted to take the
3     model number off of that fountain because they're supposed
4     to report -- have it for the report if there's a known --
5     from what I understood is there's some kind of database or
6     something out there that they check and let's say if
7     there's, you know, a recall on these pens because the pens
8     are known to explode, then they would put in their data so
9     it would become a national database. That was my
10    understanding. Whether or not there actually is one, I
11    can't tell you. I never researched it. I don't know.
12    But they said they needed the model number at the time.
13 Q  They said they needed the model number of the fountain.
14 A  Of the fountain and the motor.
15 Q  Is there any reason why they couldn't have gotten the
16    model number there at your house?
17 A  The fountain was melted. I mean it was still sort of
18    fountain shaped, but it was melted and the guy said he had
19    to clean it up.
20 Q  Can you recall what the fountain looked like? You said it
21    was melted.
22 A  Prior to the fire?
23 Q  Can you be more specific as to what it looked like. I'm
24    pretty sure I know what it looked like prior to the fire,
25    but can you tell me what it looked like after the fire.

Page 43

1  A  It still was -- there was still a round stand on the
2     bottom. It was just kind of very melted, so I little bit
3     lopsided. Then the fountain part that sat on top of the
4     base and the rocks and stuff, it was just sort of a little
5     condensed, fairly the same shape but sort of a little
6     melted. The rocks were still there, the slate was still
7     there, just the whole innards, I guess, melted a little.
8  Q  Was there any particular part that had melted? Was there
9     any particular part of the fountain that had melted?
10 A  Well, the plastic parts.
11 Q  The plastic part, which was the base?
12 A  The base and the little bowl, you might say. I'm not sure
13    what they call it that holds the water, that part.
14 Q  Is that the same thing as the base?
15 A  There was -- I don't know. There's a round part and then
16    there's a bowl that sits on top.
17 Q  Isn't that all one piece though?
18 A  I don't know.
19 Q  What part of the -- was the base melted at all?
20 A  I believe it was melted a little because they had to like
21    pry it off the table, so I'm sure it melted somewhat.
22 Q  So it was sort of stuck onto the table.
23 A  Uh-huh. (Affirmative)
24    REPORTER: That was a yes?
25 A  Yes.

Page 44

1  Q  How about the bowl part of it, how would you describe
2     that? Was that melted as well?
3  A  Yes.
4  Q  How would you describe the melting of the bowl part of it?
5  A  Like I just said, I believe you could consider it
6     condensed a little. I'm not an expert on describing
7     melted things. So, I mean it was melted. The size, the
8     diameter of the bowl was less and somewhat changed in
9     shape.
10 Q  Because of the melting effect.
11 A  Yeah.
12 Q  How was the slate affected, if at all?
13 A  I don't believe there was any change to the rocks in
14    there, including the slate.
15 Q  Was there any change in the color of the rocks?
16 A  I believe everything had a char over it. Everything in
17    that entire area of the room.
18 Q  But as far as it was not misshaped.
19    MR. MEYER: You mean the rocks?
20 Q  The rocks and the slate were not misshaped.
21 A  No, I don't believe the rocks melted.
22 Q  Just a char on the rocks.....
23 A  I believe everything had soot.....
24 Q  .....and the slate.
25 A  You know, like ash, soot, char.

Page 45

1  Q  Was there any water in the bowl?
2  A  There was water in the bowl. There was water on pretty
3     much everything in the area because the firemen sprayed
4     water.
5  Q  In what part of the house was the water sprayed?
6  A  In the southwest corner.
7  Q  Was that pretty much the focus of where they had sprayed
8     their hoses?
9     MR. MEYER: I'm going to object. Speculation.
10 Q  I mean I understand you weren't there, but I'm asking
11    based on your observations of the house after the fire-
12    fighters got done based on where you saw water or
13    whatever, is that where they sprayed?
14 A  Could you try that question again?
15 Q  Yeah. Basically the question is where did the
16    fire-fighters spray their hoses?
17 A  Based on when I arrived after the fire was out, there was
18    moisture and dampness throughout the entire house.
19 Q  From that you inferred that they had sprayed the entire
20    house?
21 A  Yes.
22 Q  Can you draw me a diagram of the house, sort of a
23    birds-eye view without the roof so I can see the layout.
24 A  Okay.
25    (Pause - drawing)

Computer Matrix, LLC
310 K Street, Suite 200
Phone - 907-243-0668
Fax      907-243-1473
Exhibit 2          jpk@gci.net
Page 2 of 3        sahile@gci.net

Case 3:06-cv-00127-TMB   Document 50-3   Filed 01/22/2007   Page 3 of 3

HEIDI JURISCH                                            JURISCH v. FKA DISTRIBUTING, et al.
Vol. 1                              10/31/2006                              3:06-CV-00127

13 (Pages 46 to 49)

### Page 46

1  A  Okay. So this is the southwest corner and this is the end
2     table just to note where the southwest corner is. So this
3     area was the living area and there's the kitchen island
4     and a little kitchen area and the stove and the
5     countertops and here was a washer and dryer stacked on top
6     of each other. Here's my kitchen sink and the
7     refrigerator was there and behind that was another closet
8     accessible on this side for the hot water and furnace.
9     And the bathroom, bedroom and a bedroom, a closet
10    accessible from the living room.
11 Q  Could you write BR for bedroom, please. Oh, you've
12    already got it marked. Okay. Never mind.
13 A  That's pretty much it.
14 Q  And the door for the living room, where was that located?
15 A  The front door is right there and the back door is right
16    there.
17 Q  Could you also draw the windows, please.
18 A  There's a three-piece picture window here, there's two
19    long, tall windows here, there's a window right there.
20    Let's see. A window back here.
21    MR. MEYER: Do you need back bedroom windows?
22    MR. GUTSCH: No.
23 A  And a window right there.
24 Q  All right. You mentioned that you had -- when the firemen
25    came and asked you about -- I guess they asked you about

### Page 47

1     the coffee machine being turned off or not even plugged
2     in.
3  A  Yeah.
4  Q  Why was the coffee machine not plugged in?
5  A  I always unplug my appliances.
6  Q  Why do you always unplug your appliances?
7  A  I suppose routine.
8  Q  Did you ever unplug the fountain?
9  A  No.
10 Q  Why not?
11 A  Because it had a switch on it.
12 Q  Doesn't your coffee maker have a switch that you can turn
13    off?
14 A  Yeah.
15 Q  So your routine was just to turn off the fountain.
16 A  Uh-huh. (Affirmative)
17 Q  But you would never unplug it.
18 A  Actually, excuse me, it wasn't a routine to turn off the
19    fountain. I didn't use it that often, so it was left off
20    most of the time.
21 Q  Did you ever unplug the fountain.....
22 A  No.
23 Q  .....when you weren't using it? But you unplugged all
24    your other appliances when you were not using them?
25 A  No. I suppose I should qualify that. I didn't unplug the

### Page 48

1     TV every time I used it. I would unplug the curling iron
2     every time I used that. I would unplug a hair dryer. I'd
3     unplug my coffee pot. But I wouldn't unplug the VCR every
4     time I used it. I didn't unplug the fountain.
5  Q  At some point the Anchorage Fire Department took
6     possession of the fountain, is that right?
7  A  Are you asking me?
8  Q  Did at some point the Anchorage Fire Department take
9     possession of the fountain?
10 A  Yes.
11 Q  Why did they tell you they were taking possession of the
12    fountain?
13    MR. MEYER: Asked and answered, but go ahead.
14 A  As I stated before, they wanted to clean it off to get the
15    model number off the fountain and the motor.
16 Q  Did they ask your permission to take the fountain?
17 A  No.
18 Q  What did they say?
19 A  That they were taking it to clean it.
20 Q  Did they take anything else besides the fountain?
21 A  No.
22 Q  Did they take any photos while they were there?
23 A  The fire people?
24 Q  Yeah.
25 A  Yes.

### Page 49

1  Q  How many?
2  A  I don't know specifically. I believe I was given -- I had
3     to pick up copies -- actually, I don't know specifically
4     how many photos they took.
5  Q  Did you observe them taking the photos?
6  A  No.
7  Q  They had already taken them before you got there?
8  A  I believe so. They had a throw-away camera in their hands
9     when I was there.
10 Q  But you didn't see them take any photos with that
11    throw-away camera.
12 A  No, I don't believe so.
13 Q  Who was the -- did you talk with more than one
14    fire-fighter?
15 A  The day of the fire?
16 Q  The day of the fire.
17 A  There were several fire-fighters and policemen and I spoke
18    to several people.
19 Q  Do you recall them saying anything else other than what
20    you've already told me about the cause of the fire?
21 A  No.
22 Q  The guy who was holding the disposable camera that you
23    mentioned, what did he look like?
24 A  I can't tell you. They were all in fire gear.
25 Q  Did he have any facial hair?

Computer Matrix, LLC                Phone - 907-243-0668            Exhibit  Z       jpk@gci.net
310 K Street, Suite 200             Fax     907-243-1473                             sahile@gci.net
                                                                    Page  3  of  3