

Side 1

Exhibit 3
Page 1 of 6

## Relax your Mind, Body and Spirit.

The sounds of nature soothe human nature. Escape from the stress of the moment as streams of water cascade downward across natural, polished river rocks. Clear your mind as nature's original lullaby slowly melts away your tension.

The soothing sound of naturally flowing water has always provided the perfect backdrop for sleep, relaxation and concentration. EnviraScape Tabletop Relaxation Fountains bring you these vital benefits while their creative designs add beauty and tranquility to any indoor environment. Transport yourself to an oasis of serenity — where your own nature is rested, renewed and refreshed.

**INNOVATIVE, ARTISTIC DESIGN**
Enhances the environment at home or at work

**SPECIAL EFFECTS LIGHTING**
Illuminates fountain for a more dramatic effect

**VARIABLE WATER-FLOW SPEEDS**
Select the pace that meets your mood

**DURABLE ELECTRICAL WATER PUMP**
Can be operated from any indoor electrical outlet

**EASY TO ASSEMBLE**
Assembles in minutes with simple, illustrated instructions

**CONVENIENT TABLE-TOP SIZE**
Fountain measures 11" wide x 7 1/2" high x 11" deep

1 year limited warranty

ILLUMINATED TABLETOP RELAXATION FOUNTAIN
ENVIRASCAPE ROCK GARDEN

Side 2

Exhibit 3
Page 2 of 6



Side 3

Exhibit 3
Page 3 of 6

## Relax your Mind, Body and Spirit.

The sounds of nature soothe human nature. Escape from the stress of the moment as streams of water cascade downward across natural, polished river rocks. Clear your mind as nature's original lullaby slowly melts away your tension.

The soothing sound of naturally flowing water has always provided the perfect backdrop for sleep, relaxation and concentration. EnviraScape Tabletop Relaxation Fountains bring you these vital benefits while their creative designs add beauty and tranquility to any indoor environment.

Transport yourself to an oasis of serenity — where your own nature is rested, renewed and refreshed.

**INNOVATIVE, ARTISTIC DESIGN**
Enhances the environment at home or at work

**SPECIAL EFFECTS LIGHTING**
Illuminates fountain for a more dramatic effect

**VARIABLE WATER-FLOW SPEEDS**
Select the pace that meets your mood

**DURABLE ELECTRICAL WATER PUMP**
Can be operated from any indoor electrical outlet

**EASY TO ASSEMBLE**
Assembles in minutes with simple, illustrated instructions

**CONVENIENT TABLE-TOP SIZE**
Fountain measures 11" wide x 7 1/2" high x 11" deep

1 year limited warranty

ENVIRASCAPE ROCK GARDEN
ILLUMINATED TABLETOP RELAXATION FOUNTAIN

Side 4

Exhibit 3
Page 4 of 6



Exhibit 3
Page 5 of 6

