## Walther & Flanigan

RESOLUTION PLAZA
1029 WEST THIRD AVENUE, SUITE 250
ANCHORAGE, ALASKA 99501

DALE J. WALTHER
MICHAEL W. FLANIGAN
HOWARD J. MEYER, JR.
CHRISTIAN N. BATAILLE

PHONE: (907) 279-9999
FAX: (907) 258-3804

October 20, 2006

**VIA HAND DELIVERY**

Ken Gutsch
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501

Re:   Heidi Jurisch v. Homedics, et al.
      Our File No. 4649
      Your File No. 2222.001
      DOL 4/12/04

Ken:

Enclosed please find: (1) Plaintiff's Rule 68 Offer of Judgment; (2) Plaintiff's Response to Second Set of Discovery Requests to Plaintiff; and (3) Plaintiff's First Discovery Requests To Defendants.

With regard to the offer of judgment, and with no pun intended, it represents a fire sale valuation of this claim, and is being offered before this matter gets more involved and costly for all parties. If not accepted, your clients' cost of settlement will only increase as this generously low offer will not be repeated.

As earlier advised, I think we can stipulate to a dismissal of the Kroger/Fred Meyer and Wal-Mart defendants if:

1. FKA Distributing Co., d/b/a Homedics, Inc. acknowledges in writing that the fountain in question was designed, manufactured, assembled and/or distributed by it and that it accepts responsibility for Ms. Jurisch's damages caused by the subject fire if the subject fire is found to have been caused by the fountain.
2. Proof of FKA Distributing Co., d/b/a Homedics, Inc. having sufficient insurance coverage, not subject to any reservations by the insurer(s), to cover up to a $150,000 judgment (exclusive of costs, prejudgment interest and Rule 82 attorney fees).

Exhibit 4
Page 1 of 2

Ken Gutsch
October 20, 2006
Page 2

---

3   FKA Distributing Co., d/b/a Homedics, Inc. will not later allege that any of the dismissed defendants were negligent or made any changes or modifications to the subject fountain, or otherwise seek to apportion fault to any nature to the dismissed defendants.

4   The dismissed defendants will each bear their respective costs and fees incurred to date.

If you have any questions, please do not hesitate to contact me.

Sincerely,

WALTHER & FLANIGAN

Howard J. Meyer, Jr.

4649/Corr/Gutsch03

Exhibit 4
Page 2 of 2