Howard J. Meyer, Jr.
Walther & FlainGan
1029 West 3rd Ave., Suite 250
Anchorage, AK 99501
Phone: (907) 279-9999
Fax: (907) 258-3804
E-Mail hmeyer@waltherflanigan.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH,<br><br>               Plaintiff,<br><br>vs.<br><br>FKA DISTRIBUTING CO., d/b/a HOMEDICS, INC.; KROGER CO., d/b/a FRED MEYER and/or FRED MEYER STORES, INC.; and WAL-MART STORES, INC., d/b/a WAL-MART;<br><br>               Defendants. | Case No. 306-CV-00127 (TMB) |

**<u>SECOND AFFIDAVIT OF HOWARD J. MEYER, JR. IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS</u>**

STATE OF ALASKA          )
                                         ) ss.
THIRD JUDICIAL DISTRICT  )

I, Howard J. Meyer, Jr, hereby state as follows:

1. I am the attorney for plaintiff in the above captioned action, and am competent to testify to the matters stated herein.

2. In addition to the 8.5 hours reviewing the file and drafting Plaintiff's Motion to Compel Responses to Plaintiff's First Discovery Requests to Defendants; I have now spent in excess of 8 hours drafting the reply brief. My customary hourly billing rate is $200/hr.

FURTHER YOUR AFFIANT SAYETH NAUGHT

_____
Howard J. Meyer, Jr.

SUBSCRIBED AND SWORN to before me this  27  day of January, 2007, at Anchorage, Alaska.



NOTARY IN AND FOR ALASKA
My Commission Expires  4/4/08

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska  99501
Phone 907-279-9999
Fax 907-258-3804

SECOND AFFIDAVIT OF HOWARD J. MEYER, JR. IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 2 OF 3

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of SECOND AFFIDAVIT OF HOWARD J. MEYER, JR. IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS was served by mail this 22nd day of January, 2007, on:

    Ken Gutsch, Esq.
    Richmond & Quinn
    360 K Street, Suite 250
    Anchorage, AK 99501

_____
WALTHER & FLANIGAN

4649/Pld/CompelAff02

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

SECOND AFFIDAVIT OF HOWARD J. MEYER, JR. IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 3 OF 3