Howard J. Meyer, Jr.
Walther & Flaingan
1029 West 3rd Ave., Suite 250
Anchorage, AK 99501
Phone: (907) 279-9999
Fax: (907) 258-3804
E-Mail hmeyer@waltherflanigan.com

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

HEIDI JURISCH,

               Plaintiff,

vs.

FKA DISTRIBUTING CO., d/b/a
HOMEDICS, INC.; KROGER CO.,
d/b/a FRED MEYER and/or FRED
MEYER STORES, INC.; and WAL-
MART STORES, INC., d/b/a WAL-
MART;

               Defendants.

Case No. 306-CV-00127 (TMB)

### AFFIDAVIT OF HEIDI JURISCH IN
### SUPPORT OF MOTION TO COMPEL

STATE OF ALASKA      )
                      ) ss.
THIRD JUDICIAL DISTRICT  )

      I, Heidi Jurisch, hereby state as follows:

      1.    I am the plaintiff in the above captioned action, and based upon personal

knowledge am competent to testify to the matters stated herein.

AFFIDAVIT OF HEIDI JURISH IN SUPPORT OF MOTION TO COMPEL
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 1 OF 3

WALTHER & FLANIGAN
1029 West 3rd Ave, Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

2.    I was given the Homedics fountain as a Christmas gift in 2003 by Christine King.

3.    In April 2004 there was a fire in my home which was discovered in the morning after I had left my home for work, and the Anchorage Fire Department after putting it out conducted an investigation and found that this fountain was the only logical source of the fire which was confined to a small area of my home, the southwest corner of my living room.

4.    I agree with the Anchorage Fire Department's finding that the fountain was the cause of the fire as I am also not ware of any other logical source other than the fountain since: (1) it was the <u>only</u> electrical device in the area of the fire, (2) neither before or after has my dog or cat ever bitten into or chewed any electrical cord located in my home; (3) the fountain had not ever been misused having only recently been taken out of the box, assembled and plugged in to power it; and (4) on the day of the fire when I left my home for work approximately an hour to an hour and a half before the discovery of the fire, there were no exposed flames (<u>e.g.</u>, candles, incense, etc.) anywhere in my home, including none anywhere in my living room.

5.    After the fire, when I asked Ms. King where she had purchased the Homedics fountain, she first advised me that it was from Fred Meyer; and then sometime later when I asked her to confirm that it was purchased at Fred Meyer she said that maybe it was purchased at Wal-Mart.

AFFIDAVIT OF HEIDI JURISH IN SUPPORT OF MOTION TO COMPEL
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 2 OF 3

WALTHER & FLANIGAN
1029 West 3rd Ave, Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Heidi Jurisch

SUBSCRIBED AND SWORN to before me this _22_ day of January, 2007,

at Anchorage, Alaska.

_____
NOTARY IN AND FOR ALASKA
My Commission Expires _4/4/08_

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy
of AFFIDAVIT OF HEIDI JURISH IN SUPPORT
OF MOTION TO COMPEL was served by mail
this 22nd day of January, 2007, on:

    Ken Gutsch, Esq.
    Richmond & Quinn
    360 K Street, Suite 250
    Anchorage, AK 99501

_____
WALTHER & FLANIGAN

4649/Pld/JurishAffCompel

WALTHER & FLANIGAN
1029 West 3rd Ave, Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

AFFIDAVIT OF HEIDI JURISH IN SUPPORT OF MOTION TO COMPEL
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 3 OF 3