Howard J. Meyer, Jr.
Walther & Flainflan
1029 West 3rd Ave., Suite 250
Anchorage, AK 99501
Phone: (907) 279-9999
Fax: (907) 258-3804
E-Mail hmeyer@waltherflanigan.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH,<br><br>              Plaintiff,<br><br>vs.<br><br>FKA DISTRIBUTING CO., d/b/a HOMEDICS, INC.; KROGER CO., d/b/a FRED MEYER and/or FRED MEYER STORES, INC.; and WAL-MART STORES, INC., d/b/a WAL-MART;<br><br>              Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 306-CV-00127 (TMB) |

### PLAINTIFF'S UNOPPOSED MOTION FOR THREE DAY LEAVE TO FILE REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR RULE 56(f) EXTENSION

       COMES NOW plaintiff, Heidi Jurisch, by and through her counsel, Walther & Flanigan, and hereby moves for three days leave until January 25, 2007, to file her Reply to Defendants' Opposition to Plaintiff's Motion for Rule 56(f) extension.

PLAINTIFF'S UNOPPOSED MOTION FOR THREE DAY LEAVE TO FILE REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR RULE 56(f) EXTENSION
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 1 OF 2

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

Plaintiff's counsel has today spoken with defense counsel, Ken Gutsch, and he does not oppose this motion.

DATED this 22nd day of January, 2007, at Anchorage, Alaska.

WALTHER & FLANIGAN
Attorneys for Plaintiff Heidi Jurisch

s/Howard J. Meyer, Jr.
By:_____
Howard J. Meyer, Jr.
ABA # 8806136

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of PLAINTIFF'S UNOPPOSED MOTION FOR THREE DAY LEAVE TO FILE REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR RULE 56(f) EXTENSION was served by mail this 22nd day of January, 2007, on:

Ken Gutsch, Esq.
Richmond & Quinn
360 K Street, Suite 250
Anchorage, AK 99501

s/Jessica L. Rasor
_____
WALTHER & FLANIGAN

4649/Pld/FRCP56(f)ReplyExt

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

PLAINTIFF'S UNOPPOSED MOTION FOR THREE DAY LEAVE TO FILE REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR RULE 56(f) EXTENSION
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 2 OF 2