Howard J. Meyer, Jr.
Walther & Flainigan
1029 West 3rd Ave., Suite 250
Anchorage, AK 99501
Phone: (907) 279-9999
Fax: (907) 258-3804
E-Mail hmeyer@waltherflanigan.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH,<br><br>    Plaintiff,<br><br>vs.<br><br>FKA DISTRIBUTING CO., d/b/a HOMEDICS, INC.; KROGER CO., d/b/a FRED MEYER and/or FRED MEYER STORES, INC.; and WAL-MART STORES, INC., d/b/a WAL-MART;<br><br>    Defendants. | Case No. 306-CV-00127 (TMB) |

**ORDER RE:**
**PLAINTIFF'S UNOPPOSED MOTION FOR THREE DAY LEAVE TO FILE REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR RULE 56(f) EXTENSION**

COMES NOW the court, and hereby grants plaintiff's motion for three day leave until January 25, 2007, to file her Reply to Defendants' Opposition to Plaintiff's Motion for Rule 56(f) Extension of Time.

DATED this ___ day of January, 2007, at Anchorage, Alaska.

By:_____
    Judge of the United States District Court

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of ORDER RE: PLAINTIFF'S UNOPPOSED MOTION FOR THREE DAY LEAVE TO FILE REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR RULE 56(f) EXTENSION was served by mail this 22nd day of January, 2007, on:

    Ken Gutsch, Esq.
    Richmond & Quinn
    360 K Street, Suite 250
    Anchorage, AK 99501

    s/Jessica L. Rasor
_____
WALTHER & FLANIGAN

4649/Pld/FRCP56(f)ExtOrd

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

ORDER RE: PLAINTIFF'S UNOPPOSED MOTION FOR THREE DAY LEAVE TO FILE REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR RULE 56(f) EXTENSION
JURISCH V. FKA DISTRIBUTING CO., D/B/A HOMEDICS, INC ET AL
CASE NO. 306-CV-00127 (TMB) - PAGE 2 OF 2