UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

HEIDI JURISCH,              )
                            )
            Plaintiff,      )
                            )
     v.                     )
                            )
FKA DISTRIBUTING CO., d/b/a )
HOMEDICS, INC.; KROGER CO., )
d/b/a FRED MEYER and/or FRED)
MEYER STORES, INC.; and WAL-)
MART STORES, INC., d/b/a WAL-)
MART,                       )
                            )
            Defendants.     )
_____)
Case No. 3:06-cv-00127

DEPOSITION OF ROBERT E. SOUTHWICK

October 16, 2006

APPEARANCES:

   FOR THE PLAINTIFF:     MR. HOWARD J. MEYER JR.
                        Walther & Flanigan
                        Attorneys at Law
                        1029 West Third Avenue
                        Suite 250
                        Anchorage, Alaska  99501
                        (907-279-9999

   FOR THE DEFENDANTS:     MR. KENNETH M. GUTSCH
                        Richmond & Quinn
                        Attorneys at Law
                        360 K Street, Suite 200
                        Anchorage, Alaska  99501
                        (907) 276-5727

   FOR THE WITNESS:     MR. ROBERT P. OWENS
                        Assistant Municipal Attorney
                        Department of Law
                        632 West Sixth Avenue
                        Suite 730
                        Anchorage, Alaska  99501
                        (907) 343-4545

Computer Matrix Court Reporters      PH - 907-243-0668                    jpk@gci.net
                                     FAX - 907-243-1473   Exhibit 1      sahile@gci.net
                                                          Page 1 of 3

Page 38

1    sure it did.
2  Q  Was it attached?
3  A  Yeah.
4  Q  In that room were there any other electrical
5     appliances?
6  A  Not that I remember in that particular spot.
7  Q  Were there other appliances in other spots in that room?
8  A  Well, I -- I believe there probably were. I don't
9     remember them specifically.
10 Q  And do you know where they were? Do you have a
11    recollection of where these other electrical appliances
12    were?
13 A  No, not specifically.
14 Q  And why do you believe there were other.....
15 A  Well, it's a living room.
16 Q  .....electrical appliances?
17 A  I'm sure there were probably other electrical devices in
18    there.
19 Q  All right. Did you take any other notes besides noting
20    where the photos -- what the photos depicted?
21 A  Not at the scene.
22 Q  All right. Did you take notes away from the scene?
23 A  Yeah. I wrote down what we found in the -- the fountain.
24 Q  And what did you find in the fountain? I take it you took
25    it back to the lab at the fire department?

Page 39

1  A  We took it to the fire station.
2  Q  Fire station.
3  A  And on the workbench we got it opened up and we found
4     a brand name and model or serial number, something.
5  Q  And what did you do with that information?
6  A  I entered it into the -- into the narrative.
7  Q  When you say entered it into the narrative, is it -- is
8     the narrative what is reflected in Exhibits 1 and 3?
9  A  Well, this is -- this wasn't -- this isn't the
10    original narrative.
11 Q  Okay. How do we get a copy of the original narrative?
12 A  Well, you've already been through that before. But
13    just to explain again, I have no idea how it happened
14    but in some -- some way the run was changed from a
15    fire, structure fire, to a cancelled en route.
16    Cancelled en route will eliminate much of this. So I
17    had to go back, I don't know how long, a couple days
18    I think. It wasn't too long. But I had to go back
19    and reenter this information.
20 Q  When you took the fountain did you tell Ms. Jurisch that
21    you were taking it?
22 A  I don't remember actually if I told her at that time. I
23    know I told her later because then they asked about it and
24    I explained what happened.
25 Q  Okay. When did you next talk with her after the fire,

Page 40

1     after you went back to the station?
2  A  It was a couple days, a few days. During my days off I
3     believe I had a note to call her. And I remember -- I
4     think I called her back and explained what happened.
5  Q  That is your theory of how the -- the fire was caused?
6  A  No. Where was the fountain.
7  Q  Okay. That you guys had taken the fountain?
8  A  Yes.
9  Q  What else did you tell her at that time?
10 A  Well, I don't remember specifically what I had told
11    her. But I explained why we took it and what
12    happened to it. And -- and I -- and I don't remember
13    my exact words. So I won't.....
14 Q  Why did you take the fountain?
15 A  So that we could.....
16 Q  Check the serial number?
17 A  .....find some identifying marks.
18 Q  And you did find the identifying marks and you found
19    marks identifying the -- the brand.....
20 A  Uh-huh. (Affirmative)
21 Q  .....model and serial number?
22 A  Uh-huh. (Affirmative)
23 Q  And you inputted those into the -- into the computer
24    narrative?
25 A  Uh-huh. (Affirmative)

Page 41

1     MR. MEYER: Let me just interrupt just because this is not
2  video, if you could use yes or no.....
3  A  Oh, I'm sorry. Yes.
4  Q  Yeah. And then you talked with Ms. Jurisch?
5  A  Yes.
6  Q  All right. And you told her why you had taken it?
7  A  Yes.
8  Q  All right. Did you tell her about -- did you tell her
9     that you thought the fountain had started the fire?
10 A  Well, I'm sure I probably explained that that was why
11    we took it, because it was a potential cause. I
12    don't -- I don't believe I ever said to anybody,
13    written or spoken, that that started the fire. But I
14    said that it could have and I couldn't rule it out.
15 Q  Okay. And that's your opinion today?
16 A  That is my opinion today.
17 Q  The fountain could have started the fire and you can't
18    rule it out?
19 A  That's correct.
20 Q  What happens -- what happened to the fire -- or, excuse
21    me, what happened to the fountain after that?
22 A  We left it on the workbench and went off shift, came back,
23    and the other crew because I did not tell them what it was
24    or why it was there, thought it was just some junk and
25    threw it out. And then I don't know if it was that

Computer Matrix Court Reporters   PH - 907-243-0668        jpk@gci.net
                                  FAX - 907-243-1473   Exhibit 1   sahile@gci.net
                                                       Page 2 of 3

### Page 46

1   shifts?
2  A   There's -- well, three.
3  Q   Three shifts.
4  A   We're one. We are A shift. Hecimovich is C shift. And
5      either Rush or Mayojack would have been B shift.
6  Q   All right. And approximately how many days after the fire
7      was the fountain thrown out?
8  A   It was either the day after or two days after. But I
9      think it was the day after.
10 Q   And why would you think it was the day after?
11 A   Because I don't remember coming back to work and seeing it
12     there.
13 Q   Okay.
14 A   I mean it might have been but I don't particularly
15     remember that.
16 Q   Do you recall the day of the week that this occurred on?
17 A   No.
18 Q   If it were a Monday.....
19     MR. MEYER: If what were a Monday?
20 Q   If the day of the week when the fire happened was a
21     Monday, would you be able to say when the fountain was
22     thrown out?
23 A   It would either be a Tuesday -- let's see, Monday,
24     Wednesday -- it would either have been Tuesday or
25     Thursday.

### Page 47

1  Q   Okay. Is that when you came back on shift, Tuesday or
2      Thursday?
3  A   No. I would have been on shift Wednesday and I might have
4      been on shift Friday. But I don't know which shift of our
5      cycle that this happened on.
6  Q   Okay. But your best estimate is this was thrown out one
7      to two days after the fire?
8  A   Yes.
9  Q   All right. When -- did you call Ms. Jurisch back
10     after the fire?
11 A   I called when I got the note.
12 Q   Okay. And what did you guys talk about in your
13     conversation?
14 A   She wanted to know where the little fountain thing was.
15 Q   How did she know that it was gone?
16 A   Well, probably -- my guess is she probably got a copy
17     of the report and then, I don't know, maybe her
18     insurance company wanted to see it or -- she didn't
19     say why she knew it was gone but she just asked about
20     it.
21 Q   All right. And what did you tell her?
22 A   I told her we took it back to the station to see if
23     we could identify it. And then I said that it was
24     thrown out but I'll see if we can still retrieve it.
25     And that's when I went diving in the dumpster and I

### Page 48

1      couldn't get it.
2  Q   Okay.
3  A   Couldn't find it.
4  Q   Did you have any conversations with Ms. Jurisch after
5      that?
6  A   I don't -- I don't think so. I -- I don't remember
7      having any conversations after that.
8  Q   All right. When did Ms. Jurisch first get a copy of the
9      report?
10 A   I have no idea. She wouldn't come to me for that.
11 Q   She would -- she would go to somebody like Ms. Nichols?
12 A   Yes.
13 Q   All right. Now did you have any other reason for
14     taking the fountain back to the station.....
15 A   No.
16 Q   .....other than to identify it?
17 A   No.
18 Q   Why couldn't you have identified it at Ms. Jurisch' house?
19 A   Well, didn't want to -- just didn't want to spend the
20     time trying to pry this little thing apart there. We
21     just figured it would be simpler to do it at the
22     station.
23 Q   And -- and you said that all the identifying information
24     was in the initial report that you had created?
25 A   Uh-huh. (Affirmative)

### Page 49

1  Q   But that somehow it got erased over?
2  A   Yes. I don't know how that happened.
3  Q   And do you know of any way to identify the make, model and
4      serial number of this fountain at this point?
5  A   I think -- I think -- I don't remember if it was
6      Deneen specifically, but someone from records asked
7      do we have anything and I said, well, I already sent
8      the pictures in. I'll look around. And it seems
9      like I did find a little sticky note that we had
10     written the information on. And I'm pretty sure I
11     sent that -- that to her.
12 Q   To Ms. Nichols?
13 A   I believe it was her, yes. I remember -- I'm sure I
14     found that and I'm sure I sent that downtown.
15 Q   And what -- what information was on the sticky note?
16 A   It would have been whatever we found, the -- the
17     name, you know, the brand or the serial number or
18     whatever.
19 Q   All right. Do you know if that information was ever
20     provided to Ms. Jurisch?
21 A   No, actually I really don't know if she got that or not.
22     I'd presume probably but I -- I don't know.
23 Q   Well, why do you presume that she got it?
24 A   Well, because Deneen was looking for it. I think it was
25     Deneen. I don't remember. I guess I shouldn't say her

Computer Matrix Court Reporters    PH - 907-243-0668                      jpk@gci.net
                                   FAX - 907-243-1473    Exhibit 1       sahile@gci.net
                                                         Page 3 of 3