Kenneth M. Gutsch, ASBA 8811186
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
E-mail:  kgutsch@richmondquinn.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH,<br><br>               Plaintiff,<br><br>   v.<br><br>FKA DISTRIBUTING CO., d/b/a<br>HOMEDICS, INC.; KROGER CO.,<br>d/b/a FRED MEYER and/or FRED<br>MEYER STORES, INC.; and WAL-<br>MART STORES, INC., d/b/a WAL-<br>MART,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00127<br>) (TMB)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' REQUEST FOR ORAL ARGUMENT ON
PLAINTIFF'S MOTION TO COMPEL**

Defendants, by and through counsel, Richmond & Quinn,

request oral argument on Plaintiff's Motion to Compel (Docket

32).  Defendant has also requested oral argument on

Plaintiff's Motion for Rule 56(f) Extension (Docket 33) and

requests that both oral arguments be heard together.

Dated this 24th day of January, 2007, at Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Defendant
FKA DISTRIBUTING CO. d/b/a
HOMEDICS, INC.


s/Kenneth M. Gutsch
By:  _____
Kenneth M. Gutsch
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK 99501
Ph: (907) 276-5727
Fax: (907) 276-2953
kgutsch@richmondquinn.com
Alaska Bar No. 8811186


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 24th day of January, 2007, to:

Howard J. Meyer, Jr.
Walther & Flanigan
1029 W. 3rd Ave, Suite 250
Anchorage, AK 99501


s/Kenneth M. Gutsch
_____
       RICHMOND & QUINN

2222\001\Pld\Request for Oral Argument re Motion to Compel


DEFENDANTS' REQUEST FOR ORAL ARGUMENT ON PLAINTIFF'S MOTION TO COMPEL
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 2