Kenneth M. Gutsch, ASBA 8811186
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
E-mail:  kgutsch@richmondquinn.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FKA DISTRIBUTING CO., d/b/a HOMEDICS, INC.; KROGER CO., d/b/a FRED MEYER and/or FRED MEYER STORES, INC.; and WAL-MART STORES, INC., d/b/a WAL-MART, | ) ) ) Case No. 3:06-cv-00127 ) (TMB) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER GRANTING ORAL ARGUMENT**


Defendants' Request for Oral Argument on Plaintiff's Motion to Compel Discovery and Plaintiff's Motion for Rule 56(f) Extension of Time is granted.

Oral argument is set before the undersigned on the _____ day of _____, 2007, at the hour of _____ .m. in Courtroom _____.

Dated: _____     _____
                            The Honorable Timothy M. Burgess
                            Judge of the United States District Court

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 24th day of January, 2007, to:

Howard J. Meyer, Jr.
Walther & Flanigan
1029 W. 3rd Ave, Suite 250
Anchorage, AK 99501


s/Kenneth M. Gutsch
_____
      RICHMOND & QUINN

2222\001\Pld\Order Granting Oral Argument on Motion for Rule 56(f)

ORDER GRANTING ORAL ARGUMENT

<u>Jurisch v. Homedics, etc., et al.</u>, CASE NO. 3:06-cv-00127-TMB
PAGE 2