Kenneth M. Gutsch, ASBA 8811186
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
E-mail:  kgutsch@richmondquinn.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FKA DISTRIBUTING CO., d/b/a ) <br> HOMEDICS, INC.; KROGER CO., ) <br> d/b/a FRED MEYER and/or FRED ) <br> MEYER STORES, INC.; and WAL- ) <br> MART STORES, INC., d/b/a WAL- ) <br> MART, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:06-cv-00127 (TMB) |

**DEFENDANTS' REQUEST FOR ORAL ARGUMENT ON PLAINTIFF'S MOTION TO COMPEL AND MOTION FOR RULE 56(f) EXTENSION OF TIME**

Defendants, by and through counsel, Richmond & Quinn, request oral argument on Plaintiff's Motion for Rule 56(f) Extension of Time (Docket 33).  Defendant has also requested oral argument on Plaintiff's Motion to Compel (Docket 32) and requests that both oral arguments be scheduled together.

Dated this 24th day of January, 2007, at Anchorage, Alaska.

          RICHMOND & QUINN
          Attorneys for Defendant
          FKA DISTRIBUTING CO. d/b/a
          HOMEDICS, INC.


          s/Kenneth M. Gutsch
By: _____
          Kenneth M. Gutsch
          RICHMOND & QUINN
          360 K Street, Suite 200
          Anchorage, AK 99501
          Ph: (907) 276-5727
          Fax: (907) 276-2953
          kgutsch@richmondquinn.com
          Alaska Bar No. 8811186


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 24th day of January, 2007, to:

Howard J. Meyer, Jr.
Walther & Flanigan
1029 W. 3rd Ave, Suite 250
Anchorage, AK 99501


s/Kenneth M. Gutsch
_____
   RICHMOND & QUINN

2222\001\Pld\Request for Oral Argument re Rule 56(f)

DEFENDANTS' REQUEST FOR ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR RULE 56(f) EXTENSION OF TIME

<u>Jurisch v. Homedics, etc., et al.</u>, CASE NO. 3:06-cv-00127-TMB
PAGE 2