```
Kenneth M. Gutsch, ASBA 8811186
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
E-mail:  kgutsch@richmondquinn.com
Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FKA DISTRIBUTING CO., d/b/a ) <br> HOMEDICS, INC.; KROGER CO., ) <br> d/b/a FRED MEYER and/or FRED ) <br> MEYER STORES, INC.; and WAL- ) <br> MART STORES, INC., d/b/a WAL- ) <br> MART, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:06-cv-00127 (TMB) |

**ORDER GRANTING ORAL ARGUMENT**

Defendants' Request for Oral Argument on Plaintiff's Motion to Compel Discovery and Plaintiff's Motion for Rule 56(f) Extension of Time is granted.

Oral argument is set before the undersigned on the _____ day of _____, 2007, at the hour of _____ .m. in Courtroom _____.

Dated: _____   _____
The Honorable Timothy M. Burgess
Judge of the United States District Court

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 24th day of January, 2007, to:

Howard J. Meyer, Jr.
Walther & Flanigan
1029 W. 3rd Ave, Suite 250
Anchorage, AK 99501

s/Kenneth M. Gutsch
_____
    RICHMOND & QUINN

2222\001\Pld\Order Granting Oral Argument on Motion for Rule 56(f)

ORDER GRANTING ORAL ARGUMENT
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 2