```
Kenneth M. Gutsch, ASBA 8811186
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
E-mail:  kgutsch@richmondquinn.com
Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FKA DISTRIBUTING CO., d/b/a )<br>HOMEDICS, INC.; KROGER CO., )<br>d/b/a FRED MEYER and/or FRED )<br>MEYER STORES, INC.; and WAL- )<br>MART STORES, INC., d/b/a WAL- )<br>MART, )<br>)<br>Defendants. )<br>_____ ) | Case No. 3:06-cv-00127<br>(TMB) |

**ORDER GRANTING ORAL ARGUMENT**

The Court having received Defendants' Request for Oral Argument on Plaintiff's Motion to Compel and Plaintiff's Motion for Rule 56(f) Extension is granted, and oral argument is set before the undersigned on the _____ day of

_____, 2007, at the hour of _____ .m. in Courtroom _____.

Dated: _____        _____
                                The Honorable Timothy M. Burgess
                                Judge of the United States District Court

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this \_\_\_\_\_ day of January, 2007, to:

Howard J. Meyer, Jr.
Walther & Flanigan
1029 W. 3rd Ave, Suite 250
Anchorage, AK 99501


s/Kenneth M. Gutsch
_____
       RICHMOND & QUINN

2222\001\Pld\Order Granting Oral Argument re Motion to Compel

ORDER GRANTING ORAL ARGUMENT

<u>Jurisch v. Homedics, etc., et al.</u>, CASE NO. 3:06-cv-00127-TMB
PAGE 2