Kenneth M. Gutsch, ASBA 8811186
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
E-mail:  kgutsch@richmondquinn.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FKA DISTRIBUTING CO., d/b/a ) <br> HOMEDICS, INC.; KROGER CO., ) <br> d/b/a FRED MEYER and/or FRED ) <br> MEYER STORES, INC.; and WAL- ) <br> MART STORES, INC., d/b/a WAL- ) <br> MART, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:06-cv-00127 (TMB) |

**DEFENDANTS' OBJECTION TO PLAINTIFF'S SECOND AFFIDAVIT REQUESTING ATTORNEYS FEES**

COME NOW defendants and hereby object to Plaintiff's Supplemental Affidavit regarding plaintiff's request for attorneys' fees in connection with the filing of Plaintiff's Motion to Compel.  Civil Rule 37(a)(4) only allows award of the fees actually incurred in making the motion.  Here, there

is no evidence that plaintiff actually incurred any fees in making the Motion to Compel. Indeed, plaintiff's counsel has indicated to defense counsel on several occasions that Ms. Jurisch is a friend, and he has taken the case on a contingency fee.

Dated this 26th day of January, 2007, at Anchorage, Alaska.

          RICHMOND & QUINN
          Attorneys for Defendant
          FKA DISTRIBUTING CO. d/b/a
          HOMEDICS, INC.

          s/Kenneth M. Gutsch
      By: _____
          Kenneth M. Gutsch
          RICHMOND & QUINN
          360 K Street, Suite 200
          Anchorage, AK 99501
          Ph: (907) 276-5727
          Fax: (907) 276-2953
          kgutsch@richmondquinn.com
          Alaska Bar No. 8811186

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 29th day of January, 2007, to:

Howard J. Meyer, Jr.
Walther & Flanigan
1029 W. 3rd Ave, Suite 250
Anchorage, AK 99501


s/Kenneth M. Gutsch
_____
RICHMOND & QUINN

2222\001\Pld\OBJECTION TO SECOND AFFIDAVIT REQUESTING ATTORNEYS FEES