Kenneth M. Gutsch, ASBA 8811186
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
E-mail:  kgutsch@richmondquinn.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FKA DISTRIBUTING CO., d/b/a ) <br> HOMEDICS, INC.; KROGER CO., ) <br> d/b/a FRED MEYER and/or FRED ) <br> MEYER STORES, INC.; and WAL- ) <br> MART STORES, INC., d/b/a WAL- ) <br> MART, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:06-cv-00127 (TMB) |

**AFFIDAVIT OF KENNETH M. GUTSCH**

I, Kenneth M. Gutsch, being first duly sworn, depose and state as follows:

1. I am the primary attorney responsible for the handling of this case at Richmond & Quinn.

2. I have reviewed my time sheets for the last two months relating to my work on this case.

3. I have found only two entries of conversations with plaintiff's counsel about the Motion for Protective Order – for approximately 12 minutes on November 22, 2006; and I faxed a copy of the proposed Protective Order to plaintiff's counsel.

4. On November 28, 2006, I conversed with plaintiff's counsel again for about 18 minutes regarding the proposed Protective Order and was told that plaintiff would not agree to any protective order.

5. I had an approximate 12-minute conversation with plaintiff's counsel on December 4, 2006, regarding defendants' request that plaintiff produce a copy of the videotape taken by plaintiff.

6. Defendants served their discovery responses on December 5, 2006. Id.

7. On December 8, 2006, plaintiff's counsel requested

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

AFFIDAVIT OF KENNETH M. GUTSCH

Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 2

inspection of the exemplar fountain. I set up the fountain in Richmond & Quinn's conference room and left plaintiff's counsel alone there to photograph the fountain. Id. Plaintiff's counsel did not mention a motion to compel at that time.

8. On December 21, 2006, I received a short call from plaintiff's counsel in which he requested that defendants stipulate to a three month extension on Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

9. On December 22, 2006, I had a 6-minute teleconference with plaintiff's counsel regarding defendants' agreement to give plaintiff a 7-day extension of time to January 2, 2007, to oppose defendants' Motion for Summary Judgment, originally due December 26, 2006. I left town that evening on vacation.

10. After December 5, 2006, when the responses were served, plaintiff's counsel never mentioned a motion to compel and never discussed with me defendants' objections to any of

AFFIDAVIT OF KENNETH M. GUTSCH
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 3

plaintiff's 35 discovery requests.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated this 26th day of January, 2007, at Anchorage, Alaska.

                                            RICHMOND & QUINN
                                            Attorneys for Defendant
                                            FKA DISTRIBUTING CO. d/b/a
                                            HOMEDICS, INC.

                                            s/Kenneth M. Gutsch
             By:                       _____
                                            Kenneth M. Gutsch
                                            RICHMOND & QUINN
                                            360 K Street, Suite 200
                                            Anchorage, AK 99501
                                            Ph: (907) 276-5727
                                            Fax: (907) 276-2953
                                            kgutsch@richmondquinn.com
                                            Alaska Bar No. 8811186

SUBSCRIBED and SWORN TO before me this 26th day of January, 2007.

                                            Karol A. Young
                                            Notary Public in and for
                                            My Commission Expires: 5-16-2008

State of Alaska
NOTARY PUBLIC
Karol Young
My Commission Expires May 16, 2008

2222.001\Pld\Affidavit of Kenneth M. Gutsch

AFFIDAVIT OF KENNETH M. GUTSCH

<u>Jurisch v. Homedics, etc., et al.</u>, CASE NO. 3:06-cv-00127-TMB
PAGE 4