# HoMedics®

## envirascape™ ROCK GARDEN
### ILLUMINATED TABLETOP RELAXATION FOUNTAIN

**Instruction Manual and Warranty Information**

1 year limited warranty

WFL-ROC



## ONE YEAR LIMITED WARRANTY
(Valid in USA only)

HoMedics, Inc., guarantees this product free from defects in material and workmanship for a period of one year from the date of purchase, except as noted below.

This HoMedics product warranty does not cover damage caused by misuse or abuse; accident; the attachment of any unauthorized accessory; alteration to the product; or any other conditions whatsoever that are beyond the control of HoMedics. This warranty is effective only if the product is purchased and operated in the USA. A product that requires modification or adaptation to enable it to operate in any country other than the country for which it was designed, manufactured, approved and/or authorized, or repair of products damaged by these modifications is not covered under warranty. HoMedics shall not be responsible for any type of incidental, consequential or special damages. All implied warranties, including but not limited to those implied warranties of fitness and merchantability, are limited in the total duration of one year from the original purchase date.

To obtain warranty service on your HoMedics product, either hand deliver or mail the unit and your dated sales receipt (as proof of purchase), postpaid, along with check or money order in the amount of $5.00 payable to HoMedics, Inc. to cover handling.

Upon receipt, HoMedics will repair or replace, as appropriate, your product and return it to you, postpaid. Warranty is solely through HoMedics Service Center. Service of this product by anyone other than HoMedics Service Center voids warranty.

This warranty provides you with specific legal rights. You may have additional rights which may vary from state to state. Because of individual state regulations, some of the above limitations and exclusions may not apply to you.

Mail To:
HoMedics
Consumer Relations
Service Center Dept. 168
3000 Pontiac Trail
Commerce Township, MI 48390

E-mail: service@homedics.com

Phone: 800-466-3342

Exhibit 2
Page 1 of 1

For more information regarding our product line in the USA, please visit: www.homedics.com

© 2006 HoMedics, Inc. and its affiliated companies, all rights reserved. HoMedics® is a registered trademark of HoMedics, Inc. and its affiliated companies. Envirascape™ is a trademark of HoMedics, Inc. and its affiliated companies. All rights reserved.

IB-WFLROC