Kenneth M. Gutsch, ASBA 8811186
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
E-mail:  kgutsch@richmondquinn.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FKA DISTRIBUTING CO., d/b/a )<br>HOMEDICS, INC.; KROGER CO., )<br>d/b/a FRED MEYER and/or FRED )<br>MEYER STORES, INC.; and WAL- )<br>MART STORES, INC., d/b/a WAL- )<br>MART, )<br>)<br>Defendants. )<br>) | Case No. 3:06-cv-00127<br>(TMB) |

**DEFENDANTS' OBJECTION TO PLAINTIFF'S CERTIFICATE OF CONFERRAL**

COME NOW defendants, and hereby object to plaintiff's "Certificate of Conferral" of January 22, 2007.

The undersigned has reviewed his time sheets and found only two conversations with plaintiff's counsel about the Motion for Protective Order: approximately 12 minutes on November 22, 2006, after which a copy of the proposed

Protective Order was faxed to plaintiff's counsel. Ex. A hereto. On November 28, 2006, the undersigned talked with plaintiff's counsel again regarding the proposed Protective Order for about 18 minutes and was told that plaintiff would not agree to the Protective Order. Id.

The undersigned had an approximate 12 minute conversation with plaintiff's counsel on December 4, 2006, regarding defendants' request that plaintiff produce a copy of a videotape taken by plaintiff after the fire.

Defendants served the subject discovery responses on December 5, 2006. Id. Thus, when defense counsel had spoken with plaintiff's counsel about the Protective Order, defendants' discovery responses had not been served, and no conferral was ever possible.

On December 8, 2006, plaintiff's counsel requested inspection of the exemplar fountain; the fountain was set up in defense counsel's conference room; and plaintiff's counsel was left alone to photograph the fountain. Id. No discussion about the discovery responses occurred.

On December 21, 2006, the undersigned received a 12 minute call from plaintiff's counsel in which he requested that defendants agree to a three month Rule 56(f) extension.

On December 22, 2006, defense counsel had a 6 minute teleconference with plaintiff's counsel regarding defendants' agreement to give plaintiff a 7-day extension of time to January 2, 2007, to oppose defendants' Motion for Summary Judgment, originally due December 26, 2006.  <u>Id.</u>  The undersigned left town on vacation later that day on the evening of December 22, 2006, and had no further communication with plaintiff's counsel prior to the filing of plaintiff's Motion to Compel.

Between December 5, 2006, and the plaintiff's December 29, 2006, Motion to Compel, plaintiff's counsel never mentioned a motion to compel and never conferred with defense counsel about defendants' objections to plaintiff's voluminous and overbroad discovery requests.

Thus, the two discussions about the defendants' requested Protective Order occurred before the discovery responses were served; and there was no conferral, let alone any meaningful

discussion with regard to the Motion to Compel after service of the discovery responses.

Dated this 26th day of January, 2007, at Anchorage, Alaska.

```
                              RICHMOND & QUINN
                              Attorneys for Defendant
                              FKA DISTRIBUTING CO. d/b/a
                              HOMEDICS, INC.


                              s/Kenneth M. Gutsch
                         By:  _____
                              Kenneth M. Gutsch
                              RICHMOND & QUINN
                              360 K Street, Suite 200
                              Anchorage, AK 99501
                              Ph: (907) 276-5727
                              Fax: (907) 276-2953
                              kgutsch@richmondquinn.com
                              Alaska Bar No. 8811186
```

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 29th day of January, 2007, to:

Howard J. Meyer, Jr.
Walther & Flanigan
1029 W. 3rd Ave, Suite 250
Anchorage, AK 99501


s/Kenneth M. Gutsch
_____
      RICHMOND & QUINN
2222\001\Pld\Objection to Notice of Conferral

DEFENDANTS' OBJECTION TO PLAINTIFF'S NOTICE OF CONFERRAL

Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 4