Kenneth M. Gutsch, ASBA 8811186
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
E-mail:  kgutsch@richmondquinn.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FKA DISTRIBUTING CO., d/b/a | ) |
| HOMEDICS, INC.; KROGER CO., | ) |
| d/b/a FRED MEYER and/or FRED | ) Case No. 3:06-cv-00127 |
| MEYER STORES, INC.; and WAL- | ) (TMB) |
| MART STORES, INC., d/b/a WAL- | ) |
| MART, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS' OBJECTION TO PLAINTIFF'S SECOND AFFIDAVIT
REQUESTING ATTORNEYS FEES**

COME NOW defendants and hereby object to Plaintiff's Supplemental Affidavit regarding plaintiff's request for attorneys' fees in connection with the filing of Plaintiff's Motion to Compel.  Civil Rule 37(a)(4) only allows award of the fees actually incurred in making the motion.  Here, there

is no evidence that plaintiff actually incurred any fees in making the Motion to Compel.  Indeed, plaintiff's counsel has indicated to defense counsel on several occasions that Ms. Jurisch is a friend, and he has taken the case on a contingency fee.

Dated this 26th day of January, 2007, at Anchorage, Alaska.

         RICHMOND & QUINN
         Attorneys for Defendant
         FKA DISTRIBUTING CO. d/b/a HOMEDICS, INC.

         s/Kenneth M. Gutsch
By: _____
         Kenneth M. Gutsch
         RICHMOND & QUINN
         360 K Street, Suite 200
         Anchorage, AK 99501
         Ph: (907) 276-5727
         Fax: (907) 276-2953
         kgutsch@richmondquinn.com
         Alaska Bar No. 8811186

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 29th day of January, 2007, to:

Howard J. Meyer, Jr.
Walther & Flanigan
1029 W. 3rd Ave, Suite 250
Anchorage, AK 99501


s/Kenneth M. Gutsch
_____
RICHMOND & QUINN

2222\001\Pld\OBJECTION TO SECOND AFFIDAVIT REQUESTING ATTORNEYS FEES