Kenneth M. Gutsch, ASBA 8811186
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
E-mail:  kgutsch@richmondquinn.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FKA DISTRIBUTING CO., d/b/a ) | |
| HOMEDICS, INC.; KROGER CO., ) | |
| d/b/a FRED MEYER and/or FRED ) | Case No. 3:06-cv-00127 |
| MEYER STORES, INC.; and WAL- ) | (TMB) |
| MART STORES, INC., d/b/a WAL- ) | |
| MART, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**AFFIDAVIT OF KENNETH M. GUTSCH**

I, Kenneth M. Gutsch, being first duly sworn, depose and state as follows:

1. I am the primary attorney responsible for the handling of this case at Richmond & Quinn.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

2.  I have reviewed my time sheets for the last two months relating to my work on this case.

3.  I have found only two entries of conversations with plaintiff's counsel about the Motion for Protective Order – for approximately 12 minutes on November 22, 2006; and I faxed a copy of the proposed Protective Order to plaintiff's counsel.

4.  On November 28, 2006, I conversed with plaintiff's counsel again for about 18 minutes regarding the proposed Protective Order and was told that plaintiff would not agree to any protective order.

5.  I had an approximate 12-minute conversation with plaintiff's counsel on December 4, 2006, regarding defendants' request that plaintiff produce a copy of the videotape taken by plaintiff.

6.  Defendants served their discovery responses on December 5, 2006.  Id.

7.  On December 8, 2006, plaintiff's counsel requested

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

AFFIDAVIT OF KENNETH M. GUTSCH
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 2

inspection of the exemplar fountain. I set up the fountain in Richmond & Quinn's conference room and left plaintiff's counsel alone there to photograph the fountain. Id. Plaintiff's counsel did not mention a motion to compel at that time.

8. On December 21, 2006, I received a short call from plaintiff's counsel in which he requested that defendants stipulate to a three month extension on Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

9. On December 22, 2006, I had a 6-minute teleconference with plaintiff's counsel regarding defendants' agreement to give plaintiff a 7-day extension of time to January 2, 2007, to oppose defendants' Motion for Summary Judgment, originally due December 26, 2006. I left town that evening on vacation.

10. After December 5, 2006, when the responses were served, plaintiff's counsel never mentioned a motion to compel and never discussed with me defendants' objections to any of

AFFIDAVIT OF KENNETH M. GUTSCH
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 3

plaintiff's 35 discovery requests.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated this 26th day of January, 2007, at Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Defendant
FKA DISTRIBUTING CO. d/b/a
HOMEDICS, INC.

By: s/Kenneth M. Gutsch
Kenneth M. Gutsch
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK 99501
Ph: (907) 276-5727
Fax: (907) 276-2953
kgutsch@richmondquinn.com
Alaska Bar No. 8811186

SUBSCRIBED and SWORN TO before me this 26th day of January, 2007.

State of Alaska
NOTARY PUBLIC
Karol Young
My Commission Expires May 16, 2008

Karol A. Young
Notary Public in and for
My Commission Expires: 5-16-2008

2222.001\Pld\Affidavit of Kenneth M. Gutsch

AFFIDAVIT OF KENNETH M. GUTSCH

Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 4