Kenneth M. Gutsch, ASBA 8811186
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
E-mail:  kgutsch@richmondquinn.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH, <br><br> Plaintiff, <br><br> v. <br><br> FKA DISTRIBUTING CO., d/b/a HOMEDICS, INC.; KROGER CO., d/b/a FRED MEYER and/or FRED MEYER STORES, INC.; and WAL-MART STORES, INC., d/b/a WAL-MART, <br><br> Defendants. | Case No. 3:06-cv-00127 (TMB) |

**DEFENDANTS' EXPERT WITNESS DISCLOSURES**

COME NOW defendants and hereby file the expert reports of fire investigator John Glenn, and electrical engineer Whitham Reeve.

Defendants reserve the right to proffer the appraisal of appraiser Gary Randall, once the issue whether he is able to

obtain photographs of the interior of plaintiff's home has been resolved.

Dated this 2nd day of February, 2007, at Anchorage, Alaska.

                            RICHMOND & QUINN
                            Attorneys for Defendant
                            FKA DISTRIBUTING CO. d/b/a
                            HOMEDICS, INC.

                            s/Kenneth M. Gutsch
By: _____
                            Kenneth M. Gutsch
                            RICHMOND & QUINN
                            360 K Street, Suite 200
                            Anchorage, AK 99501
                            Ph: (907) 276-5727
                            Fax: (907) 276-2953
                            kgutsch@richmondquinn.com
                            Alaska Bar No. 8811186

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 5th day of February, 2007, to:

Howard J. Meyer, Jr.
Walther & Flanigan
1029 W. 3rd Ave, Suite 250
Anchorage, AK 99501


s/Kenneth M. Gutsch
_____
     RICHMOND & QUINN
2222\001\Pld\Expert Witness Disclosures

DEFENDANTS' EXPERT WITNESS DISCLOSURES
<u>Jurisch v. Homedics, etc., et al.</u>, CASE NO. 3:06-cv-00127-TMB
PAGE 2