## ASSIGNMENT

Assignment Date: June 16, 2006
From: Kenneth Gutsch - Law Offices of Richmond & Quinn
Re fire loss: April 12, 2004, 9:17 a.m.
                1603 Atkinson Drive
                Anchorage, Alaska
Claimant: Heidi Jurisch
Re: Jurisch v. Homedics, et al
Your File No.: 2222.001
Our File No.: 24-06-06

## INVESTIGATION

On June 16, 2006 attorney Kenneth Gutsch, of Richmond & Quinn in Anchorage, Alaska, asked me to review photographs, reports and a deposition involving a fire at the Heidi Jurisch residence the morning of April 12, 2004. According to Mr. Gutsch Anchorage Fire Department Captain Robert Southwick assisted with extinguishment, investigated the fire, told Ms. Jurisch there was a possibility her illuminated decorative table top rock garden started the fire and removed some of its remains. However Captain Southwick has since stated the remains he took have been lost. The residence has been repaired by State Farm, Ms. Jurisch's insurance company. Ms. Jurisch has filed a law suit against Homedics Industries the maker of the *Envirascape Illuminated Rock Garden Relaxation Fountain.*

## FINDINGS

I have reviewed Ms. Jurisch's complaint, the fire department report, a letter dated April 30, 2004 from Captain Southwick to Ms. Jurisch, the State Farm claim agents file and Captain Southwick's deposition. I have reviewed photographs taken by Captain Southwick, the State Farm agent and Ms. Jurisch. Also I have viewed a video of the fire scene taken by Ms. Jurisch and or a friend following the fire and during reconstruction of the residence. I attended Ms. Jurisch's deposition October 31, 2006. I examined an exemplar Homedics Envirascape Illuminated Rock Garden Relaxation Fountain and reviewed test results of the same provided by Consumer Testing Laboratories, Inc..

The residence has been completely remodeled and the evidence remains lost. Since there is nothing to examine I can not give a definitive conclusion as to the origin and

cause of this fire. From the photographs and video of the fire scene there are indications the fire may have originated in or near the southwest corner of the living room. In the corner was a wood end table reportedly holding the relaxation fountain, candle holders and a potted plant. Photographs show fire patterns on the wall behind and below the end table. However the photographs also depict heavy fire damage to a wood chest that was against the south wall and heavy fire damage to the back and one end of the sofa against the west wall with fire patterns on the wall above it.

Examination of the exemplar fountain revealed the unit has a 1.8 watt miniature light bulb and a 5 watt water pump for circulating water to the top of the rock garden. The electrical power is supplied by a plug in transformer converting 120 vac to 12 vac. According to Captain Southwick's report and deposition all he examined and removed from the fountain was the plastic housing containing the water pump and light bulb. However he thought the fire may have originated in the power cord. In his deposition he stated the power cord to the relaxation fountain was "in a big coil" "bunched up" and "laying on the floor" and although he listed the relaxation fountain as the cause of the fire in his report he said:

> "Well, what I found was that in the area, the general area, not the point of origin because I did not feel confident or competent enough to say that is the point of origin, but within the area of origin the only contributing factor that I – that could not be ruled out in my best judgment was that device and the wiring from it to the outlet."

Captain Southwick's 6 photographs of the fire scene (copies enclosed with this report) were dark and of poor quality. They did not specifically show the power cord, transformer, evidence of electrical arcs or cause of the fire.

Most of Ms. Jurisch's photographs were taken during the remodel process and did not show anything of the relaxation fountain other than possibly the transformer plugged into the outlet in the west wall. Ms. Jurisch testified in her deposition that the power cord for the relaxation fountain was straight and did not touch the floor. A contradiction to Captain Southwick's testimony. Also in her deposition she said there was not a multi-outlet strip but a multiple outlet plugged into the wall outlet behind the sofa. However one of those photos, from a distance, shows an undamaged multi-outlet plugged into the wall outlet behind the sofa. Ms. Jurisch testified that firefighters told her because the wire above the switch in the power cord was straight and below the switch the wire was curly that that was the cause of the fire. She did not remember the condition of the switch. In her deposition Ms. Jurisch said no candles were in the area of the end table. However two of Captain Southwick's photographs show two candle

holders on the top of the end table in front of what was identified as the Homedics re-laxation fountain. Examination of the end table may have determined if the candle holders held candles.

Fire damage to the back of the sofa and heat damage to the gypsum wall behind the sofa forming a V pattern indicate a possible area of origin. Fire damage and charring of the chest against the south wall also indicate a possible area of origin. Examination of the end table, sofa, floor, walls and chest for depth of char would have indicated the path of the flames. For example, char depth on top of the end table compared to the bottom of the table top would show if the fire originated below or above the table top. Examina-tion charring on the chest and of the wood frame of the sofa also would show direction of fire travel, leading back to the point of origin. Since none of these items were avail-able for examination the origin and cause of the fire cannot be determined.

**CONCLUSION**

Neither the origin nor cause of this fire is identifiable as all evidence was either de-stroyed or lost. Descriptions of the fire scene and Homedics Envirascape Illuminated Rock Garden Relaxation Fountain in the reports and depositions of AFD Captain Southwick and claimant Heidi Jurisch do not provide sufficient information for me to speculate as to the origin or cause.


John N. Glenn
Fire Investigator

RESUME

JOHN N. GLENN
CERTIFIED FIRE AND EXPLOSION INVESTIGATOR

## DEGREE
1976                   University of Alaska/Anchorage Community College - Associate of
                       Applied Science Degree, Fire Science.

## PROFESSIONAL EXPERIENCE
1985 - Present    John Glenn Investigations.  Independent Fire Investigator (structural,
                       vehicle, marine, aircraft & heavy equipment/machinery), Building
                       Fire Code Consultant, I.C.C. Certified Plans Examiner, Certified
                       Fire/Explosion Investigator, Certified Fire Investigation Instructor
                       and Uniform Fire Code Inspector
1988 - Present    Instructor, University of Alaska.  Fire Protection & Equipment
                       Systems & Fire Investigation.
1993 - 1994       State of Alaska Fire Service Training Instructor.  Organization & Fire
                       Fighting Practices.
1980 - 1985       Instructor, Anchorage Police Department
1978                   Instructor, University of Alaska/Anchorage Community College - Fire
                       Science.
1974 - 1985       Fire Investigator/Inspector Fire Prevention Division, Anchorage Fire
                       Department.
1970 - 1974       Fire Apparatus Engineer, Anchorage Fire Department
1967 - 1970       Firefighter, Anchorage Fire Department

## CONTINUING EDUCATION & CERTIFICATIONS
2003                   Renewal of certification ICC Building Plans Examiner
                       Renewal of certification ICC Uniform Fire Code Inspector
                       Renewal of certification NAFI Fire and Explosion Investigator
                       Renewal of certification State of Alaska Certified Fire Investigator II
                       Instructor-Alaska Association of Fire & Arson Investigators Seminar

| | |
|---|---|
| 2000 | Alaska Association of Fire and Arson Investigators Seminar, State of Alaska Certified Fire Investigator II. |
| 1997 | National Advanced Fire, Arson & Explosion Investigation Science Technology Program.  Certified Fire Investigation Instructor.  Determining Cause & Origin of Fires & Explosions Training Seminar. |
| 1996 | Determining Cause & Origin of Fires & Explosions Training Seminar. School of Evidence Photography. |
| 1993 | ATF/IAAI - Advanced Arson Investigation Techniques For The Insurance Industry. |
| 1986 | Hughes Institute - Electrical Fire Causes, Inspection, Analysis & Prevention. |
| 1985 | National Association of Fire Investigators - Fire & Explosion Investigator Certification. |
| 1984 | National Fire Academy - Fire/Arson Investigation. |
| 1983 | Anchorage Police Department. - F.B.I. Explosion Investigation. Municipality of Anchorage - Supervisory Management. |
| 1982 | I.C.B.O. - Advanced Non-Structural Plan Review & Certification. I.C.B.O. - Fire Code Seminar & Certification. Anchorage Police Department. - Interview Techniques. |
| 1979 | Anchorage Police Department - Law Enforcement Training. |
| 1978 | National Fire Academy - Fire/Arson Investigation. Anchorage Police Department - Alaska Law Enforcement Seminar. |
| 1977 | F.B.I. Academy - Advanced Criminology. Anchorage Police Department - Police Recruit Training School. |
| 1974 | Municipality of Anchorage - Fire Administration Management. |

## PROFESSIONAL AFFILIATIONS

Member -    International Association of Arson Investigators.
Alaska Peace Officers Association.
National Association of Fire Investigators.
International Conference of Building Officials.
Alaska Association of Fire & Arson Investigators
International Fire Code Institute.
International Code Council

## COURT EXPERIENCE

Numerous testimonies as a fire origin and cause expert in depositions, civil and criminal trials in State of Alaska Courts and Ninth Circuit Federal Court.

# FEE SCHEDULE
## (as of July 1, 2003)

INVESTIGATION SERVICES ....................................................................... $110.00/hr.
    Investigations
    Research
    Interviews
    Depositions
    Case Review
    Written Reports
    Trial Testimony

CONSULTING SERVICES ........................................................................ $110.00/hr.
    Fire & Building Code Consultant
    Plan Review
    Building Inspections

EXPENSES ............................................................................ COST
    Transportation
    Food
    Lodging
    Sub-Contractors

PHOTOGRAPHS........................................................................ $ 1.75 ea
    Basic photographs (4x6) for inclusion in reports.
    VHS taping available

ADDITIONAL REPORT COPIES ................................................. $ .25/pg

SECRETARIAL SERVICES........................................................... $ 22.50/hr.

EVIDENCE STORAGE
    Evidence storage fee is determined by amount and size of evidence with a
    $10.00 per month minimum.  Storage is billed quarterly beginning one month
    after date on EVIDENCE DISPOSITION FORM.  Larger evidence not suitable
    for storage unit will be assessed accordingly.

Following is a current list of cases I have testified in either at deposition or trial since 1994.

| DATE | CASE NAME OR NO. | ATTORNEY | TYPE |
|------|------------------|----------|------|
| 03-23-94 | U.S. v DUNAWAY | MARK WILKERSON | CT. MARSHAL |
| 08-25-94 | 3AN-93-4385 CIV | RICHARD L. DENNEY | DEPOSITION |
| 08-30-94 | ALPINE INT. | WM. M. WUESTENFELD | SETTLEMENT |
| 09-06-94 | HARRIS AND MOORE | MIKE FLANNIGAN | DEPOSITION |
| 09-22-94 | HARRIS AND MOORE | MIKE FLANNIGAN | DEPOSITION |
| 11-25-94 | | MIKE FLANNIGAN | TRIAL |
| 12-08-94 | | MIKE FLANNIGAN | TRIAL |
| 07-31-95 | USCG | KEN SCHOOLKRAFT | USCG HEARING |
| 12-08-95 | 4BE-94-97 | DONALD C. ELLIS | DEPOSITION |
| 12-14-95 | 4BE-S95-243 CR | P.D. BRUCE DAY | TRIAL |
| 01-09-96 | 95-1657 CR | PALMER D. A. | TRIAL |
| 03-05-96 | SMALL CLAIMS | JUDGE | SMALL CLAIMS |
| 6- -96 | SMALL CLAIMS | JUDGE | SMALL CLAIMS |
| 07-02-97 | 4BE-94-97 | DONALD C. ELLIS | DEPOSITION |
| 07-09-97 | 4BE-94-97 | DONALD C. ELLIS | TRIAL |
| 09-11-97 | 4FA-96-2153 | MICHAEL STEPOVICH | DEPOSITION |
| 11-21-97 | 4FA-96-2153 | MICHAEL STEPOVICH | TRIAL |
| 05-26-98 | McINTYRE | JOE JOSEPHSON | DEPOSITION |
| 11-12-98 | WHITE/BLACK | RICHARD PIERCE | DEPOSITION |
| 07-01-99 | THOMS | KAPOLCHAK | DEPOSITION |
| 11-03-99 | THOMS | KAPOLCHAK | TRIAL |
| 03-03-00 | McCRACKEN | CHARLES RAY | DEPOSITION |
| 09-13-00 | 3AN-99-11788 CIV. | FRIDERICI/SISSON | DEPOSITION |
| 10-24-00 | YUKON QUEEN | BILL KELLER | DEPOSITION |
| 12-13-00 | WALKER v BOMB. | CHRIS ZIMMERMAN | TRIAL |
| 04-19-01 | BOWEN v PEN.4X4 | RICHARD WEINIG | ARBITRATION |
| 08-03-01 | 3AN-00-5222 CI | MADELON M. BLUM | DEPOSITION |
| 10-15-01 | 3AN-00-9975 CI | REBECCA HOZUBIN | DEPOSITION |
| 12-13-01 | A00-356 Civil | DON BAUERMEISTER | DEPOSITION |
| 02-21-02 | 3AN-00-9975 CI | REBECCA HOZUBIN | DEPOSITION |
| 04-29-02 | 3PA-S00-2303 CR | PALMER D. A. KALYTIAK | TRIAL |
| 08-08-02 | J99-01111(Fed.) | Z. KENT SULLIVAN | BANK. TRIAL |
| 07-10-03 | 3AN-01-9035CI | GODWIN v PACIFIC RIM | TRIAL |
| 08-21-03 | 3AN-03-02120SC | RALPH ERTZ | SM. CLAIMS TRIAL |
| 09-26-03 | ST. FARM v WOR.FORD<br>3AN-02-8593 Civ | AMY MENARD | DEPOSITION |
| | DENNIS HOKE v MOA | | |
| 10-20-04 | 3AN-03-8114CI<br>DeFOOR v LOCKWOOD | ROGER ROM | DEPOSITION |
| 03-23-05 | ST. FARM v BURTON | ROD SISSON | TRIAL |
| 1-10-06 | 3AN-05-5813CI<br>CHURCH MUTUAL INS. CO.<br>v REDICK | RICHARD WALLER | DEPOSITION |