

*Sound Advice in Telecommunications*

Mail To: P.O. Box 190225
Anchorage, AK 99519-0225
USA

+1 907-243-2262 Voice
+1 907-243-0234 Fax
e-mail: whit@reeve.com

January 30, 2007

Kenneth M. Gutsch
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2038

**RECEIVED**

**JAN 31 2007**

RICHMOND & QUINN

Reference: Jurish v. Homedics, et al, Your File No. 2222.001

Dear Ken:

You asked me to investigate an exemplar water fountain, model WFL-ROCK, and provide an opinion on how it could start a fire. Based on my investigation, as described below, my opinion is that it is very unlikely the water fountain could start a fire.

As part of my investigation, I examined the following:
1. Model WFL-ROCK exemplar water fountain with power adapter transformer
2. Photographs by insurance adjuster
3. Photographs by Capt. Southwick of AFD
4. Incident report by Capt. Southwick of AFD dated April 12, 2004
5. Consumer Testing laboratories, Inc. laboratory report numbers HWM53426, HWM80330, HWM122243, and HWM131418

I understand the evidence in this case, the actual fountain and power adapter, was destroyed. My investigation was hampered by not having access to this evidence. As I mention below, there appears to be some variation in power adapters supplied with the fountain, and there may be variations in the fountains themselves. Since the evidence was destroyed, I was not able to reconcile these variations.

I closely examined the exemplar fountain power cord and conducted some simple tests on the exemplar ac power adapter, as described below. I have not conducted tests on the exemplar fountain itself but I examined it and found nothing obvious that could cause a fire at the fountain. The fountain came to me unassembled, and I did not assemble it.

I formulated my tests to determine the amount of current the exemplar power adapter could supply and to determine its temperature rise under no load and short-circuited conditions. As I stated above, I used the exemplar power adapter and not the original. In reviewing the Consumer Testing Laboratories reports cited above, I noted that the input power rating for the power adapters varied from 12 to 18 watts and current rating varied 0.6 to 1.0 amperes. The exemplar power adapter I used in my tests is rated 9 watts and 0.4 amperes.

The exemplar fountain consists of a small, low voltage (12 volts alternating current) water pump and an 18 American Wire Gauge (AWG) power cord that is 54 inches long with a connector and an inline

on/off switch. The exemplar power adapter has a 12 inch power cord and connector that mates with the fountain power cord. Instead of damaging the exemplar power cord, I made a cord for my test fixture from the same type and size of wire. The total power cord length is 66 inches (54 inches plus 12 inches), or 5 feet, 6 inches. These lengths are consistent with the Consumer Testing Laboratories reports.

I tested the exemplar power adapter by first plugging it into an outlet and measuring its temperature rise with no load. The temperature rose from room temperature of 73°F to 95°F in approximately 30 minutes and stabilized at that temperature (this temperature rise is caused by internal power losses in the power adapter). I then placed a 31 ohm resistor across its output to approximate the fountain load. The measured load current with the resistor was 0.26 amperes. After a few minutes I placed a short circuit across the power cable to simulate a fault or damage. The output current rose to 1.02 amperes but then slowly decreased to 0.88 amperes. At the same time, the power adapter temperature rose from 95°F to 126°F at which time the output current decreased to zero. The time span from application of the short circuit to the output current interruption was about 5 minutes. I allowed the power adapter to cool down to determine if it would reset and reestablish output current. It did not. Apparently, the power adapter is equipped with an internal fuse that irreversibly interrupted the overcurrent condition. As the short circuit test progressed, I also measured the power cord temperature to see if there were any changes due to the short circuit. I detected no change in temperature caused by the short circuit. The power cord operated at room temperature throughout the tests.

My tests indicate that even under a short-circuited condition, the power adapter supplies only low current, the power cord temperature does not increase, and the power transformer irreversibly removes the output current after about 5 minutes. It is my conclusion that this could not have started a fire.

My billing rate is $150/hour, and I have attached my Curriculum Vitae.

Sincerely,
REEVE ENGINEERS

*[signature: WD Reeve]*

Whitham D. Reeve, P.E.

Attachment (Curriculum Vitae)

# Resume for Whitham D. Reeve, Reeve Engineers

**Professional:**  **Professional Electrical Engineer**, Alaska (1975) and Washington (1978); previously registered in Hawaii, Yukon Territory Canada and Alberta Canada
Senior Member, **Institute of Electrical and Electronics Engineers** (1970)
Senior and Charter Member, **National Association of Radio and Telecommunications Engineers** (NARTE)(1983)
**NARTE Certified Engineer**, First Class (RF and Non-RF Categories)
**NARTE Certified Technician**, First Class (RF and Non-RF Categories)
State of Alaska **Electrical Administrator** in Inside Wiring, Inside Communications, Outside Linework, and Outside Communications

**Experience:**  1978 to Present - President, Reeve Engineers
  **Telecommunications:** Telecommunications engineering services to local exchange carriers, interexchange carriers and telecommunications equipment manufacturers including end office and transit switching systems, ac and dc power supply systems, metallic and fiber optic cable transmission systems, radio transmission systems including point-to-point microwave, trunked and cellular systems, twisted pair and optical fiber outside plant cable design and testing, system planning, engineering audits, tariffs, continuing property records, and construction management. Special expertise in application of telecommunication systems in arctic and sub-arctic environments. Develop and deliver training courses in digital and analog telecommunications engineering and testing. Occasional expert witness on telecommunications issues and National Electrical Safety Code for attorneys engaged in litigation of accidents and damages.
  **Electrical Power:** Electric utility engineering services including generation, transmission and distribution, primarily for rural electric utilities. Consultant and expert witness for Alaska Public Utilities Commission on large electric utility capital budgets and operations. Occasional expert witness on National Electrical Code and National Electrical Safety Code for attorneys engaged in litigation of electrical accidents.
  **Aviation:** Design, installation, testing and maintenance of large aircraft avionics systems including navigation, flight director, autopilot, communications, fuel systems and airplane electrical systems. Consultant to aviation insurance adjusters on aircraft accidents involving electrical and electronic systems. Radio and electrical repairman certificate privileges of FAR 65.103 valid for air carrier operating certificate No. Al-2C.
  1973 to 1978 - Anchorage Telephone Utility
  Progressively responsible positions in transmission and protection engineering, central office engineering including switching systems, transmission systems, and ac and dc power, and utility planning. Positions held - Transmission and Protection Engineer, Electronic Systems Superintendent, Manager - Utility Planning.
  1964 to 1973 - Reeve Aleutian Airways, Inc.
  Progressively responsible positions in avionics, aircraft electrical systems and communications system design, ground-based communications and navigation systems, installation, maintenance and certification. Positions held - Avionics Technician, Director of Avionics. Radio repairman certificate privileges of FAR 65.103 valid for air carrier operating certificate No. 807. (While attending college 1965-1969, worked part-time as an avionics technician for Interior Airways in Fairbanks in 1968 largely doing the same type of work on both large and small airplanes)

# Resume for Whitham D. Reeve, Reeve Engineers

**Education:**    B.S. Electrical Engineering, University of Alaska - Fairbanks
Graduate studies University of Alaska – Fairbanks and University of Alaska – Anchorage in engineering management and advanced communications engineering.

**Published:**    Books:    **Author**, *Subscriber Loop Signaling and Transmission Handbook: Analog*, IEEE Press, 1992
**Author**, *Subscriber Loop Signaling and Transmission Handbook: Digital*, IEEE Press, 1995
**Author**, DC Power Systems Design for Telecommunications, IEEE Press/John Wiley & Sons, 2006
**Author**, *BETRS Radio Engineering Guide*, 1994
**Chapter contributor**, *Communications Handbook* (CRC Press), 1996, 2001
**Chapter contributor**, *Telecommunications Encyclopedia,* Subscriber Loop Signaling, 1998
**Chapter contributor**, *Encyclopedia of Physical Science & Technology,* Voiceband Data Communication, Baseband Digital Loops, 2001
Editor:    IEEE Press Telecommunications Handbook Series
Papers:    National Telecommunications Conference Record - 1974, 1976
Journals:    The Northern Engineer - *Telecommunications in Rural Alaska - Part 1 Central Office Switching*, 1991; *Telecommunications in Rural Alaska - Part 2 Transmission Systems*, 1992; *Telecommunications in Rural Alaska - Part 3 Terminal Equipment (And A Few Other Issues)*, 1993

**List of Cases engaged as expert witness since 1997:**

- Perotti v. Dept. of Corrections, 3AN-98-6614 Civil (2002)
- Era Aviation adv. Dougherty, et al, Case No. A00-CV (JKS) (2001-2002)