Kenneth M. Gutsch, ASBA 8811186
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
E-mail:  kgutsch@richmondquinn.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FKA DISTRIBUTING CO., d/b/a ) | |
| HOMEDICS, INC.; KROGER CO., ) | |
| d/b/a FRED MEYER and/or FRED ) | Case No. 3:06-cv-00127 |
| MEYER STORES, INC.; and WAL- ) | (TMB) |
| MART STORES, INC., d/b/a WAL- ) | |
| MART, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PARTIES' NOTICE OF SETTLEMENT**

COME NOW, the parties, and hereby give notice that the case has settled.  The settlement paperwork is being prepared,

and the parties expect to file a formal stipulation of dismissal with the court in the next few weeks.

DATED: February 6, 2007    WALTHER & FLANIGAN
Attorneys for Plaintiff
HEIDI JURISCH

By: s/Howard J. Meyer, Jr. w/consent
_____
Howard J. Meyer, Jr.
WALTHER & FLANIGAN
Resolution Plaza
1029 W. 3rd Avenue, Suite 250
Anchorage, AK 99501
Ph: 279-9999
Fax: 258-3804
hmeyer@waltherflanigan.com
Alaska Bar No. 8806136
Attorneys for Plaintiff

RICHMOND & QUINN
Attorneys for Defendant
FKA DISTRIBUTING CO. d/b/a
HOMEDICS, INC.; KROGER CO.,
d/b/a FRED MEYER and/or FRED
MEYER STORES, INC.; and WAL-MART
STORES, INC., d/b/a WAL-MART

By: s/Kenneth M. Gutsch
_____
Kenneth M. Gutsch
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK 99501
Ph: (907) 276-5727
Fax: (907) 276-2953
kgutsch@richmondquinn.com
Alaska Bar No. 8811186

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 6th day of February, 2007, to:

Howard J. Meyer, Jr.
Walther & Flanigan
1029 W. 3rd Ave, Suite 250
Anchorage, AK 99501


s/Kenneth M. Gutsch
_____
       RICHMOND & QUINN

2222\001\Pld\Parties' Notice of Settlement