Kenneth M. Gutsch, ASBA 8811186
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
E-mail:  kgutsch@richmondquinn.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH,        )<br>                       )<br>         Plaintiff, )<br>                       )<br>    v.                 )<br>                       )<br>FKA DISTRIBUTING CO., d/b/a  )<br>HOMEDICS, INC.; KROGER CO.,  )<br>d/b/a FRED MEYER and/or FRED )<br>MEYER STORES, INC.; and WAL- )<br>MART STORES, INC., d/b/a WAL-)<br>MART,                  )<br>                       )<br>         Defendants. )<br>                       ) | Case No. 3:06-cv-00127<br>(TMB) |

**STATUS REPORT**

COME NOW, the parties and hereby report that they are near completion of the settlement paperwork and will be filing a stipulation for dismissal with prejudice within the week.

Dated this _____ day of March, 2007, at Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Defendant
FKA DISTRIBUTING CO. d/b/a
HOMEDICS, INC.

By: s/Kenneth M. Gutsch
_____
Kenneth M. Gutsch
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK 99501
Ph: (907) 276-5727
Fax: (907) 276-2953
kgutsch@richmondquinn.com
Alaska Bar No. 8811186

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this _____ day of March, 2007, to:

Howard J. Meyer, Jr.
Walther & Flanigan
1029 W. 3rd Ave, Suite 250
Anchorage, AK 99501


s/Kenneth M. Gutsch
_____
     RICHMOND & QUINN

2222\001\Pld\Status Report