```
Kenneth M. Gutsch, ASBA 8811186
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
E-mail:  kgutsch@richmondquinn.com
Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FKA DISTRIBUTING CO., d/b/a ) <br> HOMEDICS, INC.; KROGER CO., ) <br> d/b/a FRED MEYER and/or FRED ) <br> MEYER STORES, INC.; and WAL- ) <br> MART STORES, INC., d/b/a WAL- ) <br> MART, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:06-cv-00127 (TMB) |

**STATUS REPORT**

COME NOW, the parties and hereby report that they are near completion of the settlement paperwork and will be filing a stipulation for dismissal with prejudice within the week.

Dated this 9th day of March, 2007, at Anchorage, Alaska.

        RICHMOND & QUINN
        Attorneys for Defendant
        FKA DISTRIBUTING CO. d/b/a
        HOMEDICS, INC.

By: s/Kenneth M. Gutsch
    _____
    Kenneth M. Gutsch
    RICHMOND & QUINN
    360 K Street, Suite 200
    Anchorage, AK 99501
    Ph: (907) 276-5727
    Fax: (907) 276-2953
    kgutsch@richmondquinn.com
    Alaska Bar No. 8811186

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 9th day of March, 2007, to:

Howard J. Meyer, Jr.
Walther & Flanigan
1029 W. 3rd Ave, Suite 250
Anchorage, AK 99501

s/Kenneth M. Gutsch
_____
    RICHMOND & QUINN

2222\001\Pld\Status Report

STATUS REPORT
<u>Jurisch v. Homedics, etc., et al.</u>, CASE NO. 3:06-cv-00127-TMB
PAGE 2