Kenneth M. Gutsch, ASBA 8811186
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
E-mail:  kgutsch@richmondquinn.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>FKA DISTRIBUTING CO., d/b/a HOMEDICS, INC.; KROGER CO., d/b/a FRED MEYER and/or FRED MEYER STORES, INC.; and WAL-MART STORES, INC., d/b/a WAL-MART,<br><br>　　　　　　　Defendants. | Case No. 3:06-cv-00127 (TMB) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties by and through their counsel hereby stipulate to dismiss this action in its entirety with

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

prejudice with each party to bear its own attorney fees and costs.

DATED: 2/22/07    By: s/Howard J. Meyer, Jr. w/consent
    Howard J. Meyer, Jr.
    WALTHER & FLANIGAN
    Resolution Plaza
    1029 W. 3rd Avenue, Suite 250
    Anchorage, AK 99501
    Ph: 279-9999
    Fax: 258-3804
    hmeyer@waltherflanigan.com
    Alaska Bar No. 8806136
    Attorneys for Plaintiff

DATED: 3-12-07    By: s/Kenneth M. Gutsch
    Kenneth M. Gutsch
    RICHMOND & QUINN
    360 K Street, Suite 200
    Anchorage, AK 99501
    Ph: (907) 276-5727
    Fax: (907) 276-2953
    kgutsch@richmondquinn.com
    Alaska Bar No. 8811186
    Attorneys for Defendants

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

STIPULATION FOR DISMISSAL WITH PREJUDICE
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 2

### FINAL ORDER FOR DISMISSAL WITH PREJUDICE

IT IS SO ORDERED that the above captioned case is DISMISSED with prejudice in its entirety, each side to bear its own costs and fees.

DATED: _____          _____
                               The Honorable Timothy M. Burgess
                               Judge of the U.S. District Court

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this _12_ day of February, 2007, to:

Howard J. Meyer, Jr.
Walther & Flanigan
1029 W. 3rd Ave, Suite 250
Anchorage, AK 99501

s/Kenneth M. Gutsch
_____
        RICHMOND & QUINN

2222\001\Pld\Stip for Dismissal and Order

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

STIPULATION FOR DISMISSAL WITH PREJUDICE
Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 4